DOC ID: 01090720    JOSEPH A BECKER                          Time:    A/P
                                                             8:45     A
                                                            Date:
Technician: STILL        MID-MISSOURI   MEDICAL             9/28/2021

X-Ray ID:  542168                                    Showed Up?   Y
Requested By: TJS000JC


Requested Test: LT HAND


F1=Help   F3=Exit   F13=View Results

Exhibit B-1-5

DOC ID: 01090720    JOSEPH A BECKER                         Time:  A/P
                                                             8:45   A

Technician: STILL      MID-MISSOURI  MEDICAL               Date:
X-Ray ID:  542168                                          9/28/2021
                                                          Showed Up?  Y

Test Results:
              Report Status: COMPLETED        Date Received: 09/29/21
              542168                  BECKER,1090720
              09/28/21
              Hand AP & Oblique(Lt)
              Left hand
              Findings:
The metacarpals and phalanges show no evidence for fracture
or periosteal reaction.
The interphalangeal joint spaces are well-maintained.  There
is soft tissue swelling of the second digit.

                                            More...

F1=Help  F3=Exit

Exhibit B-1.6

DOC ID: 01090720    JOSEPH A BECKER                            Time:   A/P
                                                                8:45    A

Technician: STILL        MID-MISSOURI   MEDICAL              Date:
X-Ray ID:  542168                                           9/28/2021
                                                       Showed Up?   Y

Test Results:
              Left hand
              Findings:
              The metacarpals and phalanges show no evidence for fractureo
              r periosteal reaction.
              The interphalangeal joint spaces are well-maintained.   There
              is soft tissue swelling of the second digit.
              There is no foreign body identified.
              IMPRESSION:
              No fracture.  Normal joint spaces.  Soft tissue swelling oft
              he second digit.  The second digit is intact.


                                              More...


F1=Help  F3=Exit

Exhibit B-1.7

DOC ID: 01090720    JOSEPH A BECKER                        Time:   A/P
                                                                  8:45    A
Technician: STILL        MID-MISSOURI  MEDICAL            Date:
X-Ray ID:  542168                                           9/28/2021
                                                         Showed Up?   Y

Test Results:
          There is no foreign body identified.
          IMPRESSION:
          No fracture.  Normal joint spaces.  Soft tissue swelling of
          the second digit.  The second digit is intact.
          Report Digitally Signed by Wagner, Lloyd D, MD on 09/28/2021
          10:29 AM CDT
            Report Status: COMPLETED       Date Received: 09/30/21
          542168                    BECKER,1090720
          09/28/21
          Hand AP & Oblique(Lt)


                                              More...


F1=Help  F3=Exit

Exhibit B-1.8

DOC ID: 01090720    JOSEPH A BECKER                           Time:   A/P
                                                              8:45    A
Technician: STILL         MID-MISSOURI  MEDICAL              Date:
X-Ray ID:   542168                                              9/28/2021
                                                          Showed Up?  Y

Test Results:
          Report Digitally Signed by Wagner, Lloyd D, MD on 09/28/2021
          10:29 AM CDT
            Report Status: COMPLETED        Date Received: 10/04/21
          542168                    BECKER,1090720
          09/28/21
          Hand AP & Oblique(Lt)
          Left hand
          Findings:
          The metacarpals and phalanges show no evidence for fracture
          or periosteal reaction.


                                              More...

F1=Help   F3=Exit

Exhibit B-1.9

DOC ID: 01090720    JOSEPH A BECKER         Time:   A/P

                                         8:45    A

Technician: STILL       MID-MISSOURI   MEDICAL        Date:

X-Ray ID: 542168                                    9/28/2021

                                            Showed Up?   Y

Test Results:

       The interphalangeal joint spaces are well-maintained. There
is soft tissue swelling of the second digit.
There is no foreign body identified.
IMPRESSION:
No fracture. Normal joint spaces. Soft tissue swelling of
the second digit. The second digit is intact.
Report Digitally Signed by Wagner, Lloyd D, MD on 09/28/2021
10:29 AM CDT

F1=Help   F3=Exit

Exhibit C-1

TO: MDOC JCCC 6 HOUSE FUM BLACKMON
     JCCC
     8200 NO MORE VICTIMS RD
  JEFFERSON CITY, MO 65101
  FROM: JOSEPH BECKER#1090720/6-C-102

Im writting this letter to the following subjects

1) I still have not recieved all of my personal property. Im still missing my brand new rug, my stinger, 4 bags of bran flake cereal, 4 bags of trail mix, my state issue blanket & my ID

2) I talked to the case workers about me having a no work lay in & a 5Lb weight lifting restriction & you have me in a handy cap cell with a handy cap celli that is in a wheel chair & wears diapers because he has incontenence & cant controll his bowels

3) Im doing the job of designated living assistant (DLA) & hospice worker for him. He shits all over the toilet & floor including his bedding multiple times a day & Im left cleaning it up & doing his laundry by hand in the cell without proper cleaning supplies

4) Ive been in this house for over a week now & have not been afforded any cleaning supplies to clean the cell as of yet 4-a]I still need an IRR to file on the excessive force used on me on 8/3/21

5) my celli soils himself at least 6 times every day & the cos wont let him get to the shower to clean himself

6) my celli has been out of diapers for over 8 days now & he & I both ask the nurses 5 times a day when we get our meds where his diapers are

7) Being exposed to fecal matter all the time is a health hazzard to my celli & me both without proper cleaning supplies to clean it up

8) I EITHER NEED ONE OF THE FOLLOWING TO BE LISTED AS MY CELLIS DLA & BE GIVEN A COPY OF ME BEING LISTED AS HIS DLA OR YOU CAN HONOR MY NO WORK LAY IN & APPOINT MY CELLI A DLA TO PUSH HIM AROUND & CLEAN UP AFTER HIM

9) In the mean time I need access to cleaning supplies every day multiple times a day to be able to clean the cell from him soiling himself, on the toilet & on the floor

10) I need to have bio hazzard bags to be able to send out his laundry that he soils every day multiple times of day, Im done cleaning his soiled clothes by hand any more

11) My celli needs access to the shower to clean himself fully after he soils himself

12) I dont mind cleaning up after him but, I will no longer do this unless Im listed as his DLA

13) Ive been kicked out of privilage dorm 3 times in the past year because im medically laid in from all work

14) I will work with MDOC & be a DLA & hospice worker for my celli only if Im listed as this in the computer & given a copy of it

15) I need some questions answerd
    how do I get legal work photo copied & notarized on legal work done in 6 house?
    when does 6 house get to go to the library & how do I get to go?
    how do I get on the jpay & canteen kiosk? dont tell me ask or its done on a rotation because in the rotation cells 101-114 are never first since Ive been in this wing

I ask the respondant to this letter to respond within 7 working days from the day recieved pursuant to MDOC policy & procedures IS & SOP 13-4.1 & 13-1.1 in thier official & proffesional capacity in writting with thier legiable complete, name, rank, title, position, date & signed on the responds

I Joseph Becker#1090720 declare & swear the foregoing statement is true & correct to the best of my belief under pains & penalties pursuant to 28 usc 1746/ #pgs 1/ #articles 15

Declarant
Joseph Becker #1090720
6-c-102
JCCC
8200 NO MORE VICTIMS RD
JEFFERSON CITY MO 65101

signature: *Joseph Becker*

Date 10/8/21

                Witness
Print *Douglas O Pennington*
         6-c-102
         JCCC
         82000 NO MORE VICTIMS RD
         JEFFERSON CITY MO 65101

Signature: *Douglas O Pennington*

Date 10/8/21

Exhibit C-1.1
PG#10 of

L#11071

To:
6 House Case Worker Q Tennyson

From: Joseph Becker #1090720/6-C-1021 Date /10/10/21

I'm including with this letter grievance appeal J.C.C.C.-21-5949 J.C.C.C.-21-216
& grievance J.C.C.C.-21-859, these are not late due to extenuating circumstances
if me going to ad-seg, being put on suicide watch, being put on feeding tube &
not recieving my personal property until 10/4/21 I didn't have access to these
forms until 10/4/21. If this is going to be an issue, then send me back these
forms and 3 different I.R.R.s to file on each separate issue.

I'm also writing to request the following I.R.R.s;
#1) not having access to the courts by being denied access to the law library;
#2) 6 house evening staff not affording C wing access to the phone & kiosk machine;
#3) 6 house staff not affording C wing offenders access to cleaning supplies to
   clean cells
#4) Not being afforded to go to my medical appointments on 10/11/21 & 10/6/21
   (IRR attached return to request another IRR)
   I need access to get photo copies & notarization of legal work.
   I'm still missing personal property of a rug, stinger and canteen food
#5) Still Need I.R.R. on excessive force on 8/3/21

*NOTICE TO MDOC STAFF*

I ask the respondent staff member to respond to this letter to respond within 7 working days from date recieved
pursuant to MDOC policy and procedures IS and SOP 13-4.1 and 13-1.1 in thier official and professional
capacityin writting with thier legiable complete name, rank, title, position, date and signature on
the responds...
( ) "Reprisal notice" Pursuant to RSMO 217-40 section 10 MDOC policy and all applicable state and
federal laws any retaliation (or) adverse action (or) threat of transfer will be taken as an act of
retaliation in violation of law and will be reported for investigation and prosecuted to the full extent
of the law.
( ) I Joseph Becker#1090720 declare and swear the foregoing statment are true and correct to the
best of my belief under pains and penalties of perjury pursuant to 28 USC 1746. /on /articles
Declarant DATE 10/10/21 Signature: _____
JOSEPH BECKER #1090720

Cell: 6-C-102

J.C.C.C.
8200 No More victims Rd
Jefferson City, Mo 65101

[Exhibit C-1.2]

witness
Name Douglas Eugene
                    Pennington

6-c-102
J.C.C.C.
8200 No More victims Rd
Jefferson City, Mo 65101

signatur Douglas E Pennington
Date 10/10/21

*DECLARATION STATEMENT OF FACTS LETTER*

TO: JCCC 6 HOUSE CASE WORKER TENNYSON

1) I was sent on 10/15/21 the following forms, special unit legal request, JCCC library complex adseg, legal copy request, & qualified legal claim verification that Im including with this letter filed out with the paper work I need photo copied

2) The envelope that this material is in is to returned to with my request of photo copies & forms since MDOC has not provided me with an envelope to put such in

3) I need 5 more of the following forms to fill out, special unit legal request, JCCC library complex adseg, legal photocopy request & legal print request

4) over the last year Ive had legal work notarized every week & will continue to require such until my legal work is completed

5) I notified you & fum Blackmon on 10/8/21 that I required legal work to be notarized in a lteer with no responds of how housing unit 6 offenders are to get legal work notarized as of yet!

6) IM STILL IN NEED TO HAVE LEGAL WORK NOTARIZED so you can iether give me access to get my legal work notarized through the case workers office or the library or an IRR to file on being denied access to the courts

7) 6 house staff notarizing my legal work would be against the notarization laws because most of my legal work I need notarized will be to 6 house staff

8) I NEED THE FOLLOWING IRRs [8-a1] On excessive force used on me on 8/3/21
   8-a] on 6 house staff not affording c wing offenders access to the phones in the evening or the kiosk machines
   8-b] on 6 house staff for not affoding c wing access to cleaning supplies to clean thier cells
   8-c] for being denied a clean safe healthful enviroment
   8-d] for being denied access to the courts by being denied access to get legal work notarized
   8-e] on canteen for not refunding my money on my green pajamas i turned in to you on 10/7/21 & sent the canteen manager a letter requesting my refund on 10/8/21
   8-f] on 6 house staff for not being organized sufficiently enough to monitor & keep track of what cells have been afforded to utilize the kiosk machines to give all offenders eunal access to them
   8-g] on the handy caped cells not being afforded the same as all other non handy cap cell by not having a place to set & a desk in the handy caped cells is a violation of the ADA & equal protection

9) Im still missing personal property of a large rug, stinger, 6 bags of trail mix & 4 bags of bran flake cereal

10) Im including with this letter one voucher for a stinger, 2 large towels & 2 pair of size 3x pajamas

11) my last voucher canteen said they didnt recieve in time to process with my canteen order

12) please process this one & get to canteen in time for this weeks 6 house canteen order!

13) I Joseph Becker 1090720 declare & swear the foregoing statement is true & correct to the best of my believe under pains & penalties of perjury pursuant to 28 USC 1746  #pgs1/#articles13/date  10/16/21

FROM:

NOTICE TO MDOC STAFF

I ask the respondant staff member to this letter to respond within 7 working days from the date of recieved pursuant to MDOC policy & procedures Is & SOP 13-4.1 & 13-1.1 in thier official & proffesional copacity in writing with thier legiable complete name, rank ,title position date & signature on the responds

FROM: DECALRANT:        Date 10/16/21        signature: *Joseph Becker*

Joseph Becker 1090720
6-c-102
JCCC
8200 No More Victims Rd
Jefferson City Mo 65101

CALL ME BACK TO THE OFFICE & I WILL GIVE YOU THE PHOTO COPIES THAT I NEED COPIED BECAUSE THE ENVELOPE WITH ALL THE COPIES I NEED COPIED WILL NOT FIT IN THE SLOT OF THE MAIL BOX!

TO: 2 house case workers

1) with this letter Im turning in 2 IRRs & a reasonable accomodation form
2) Im requesting the following 4 IRRs

3-a] one IRR on the preferential treatment of offender workers that can work that get jobs to not have to be out of adseg for 2 years before they can go to 4 house privilage dorm. Im medically laid in from all work & I have to be out of adseg for 2 years before Im privilage dorm qualified just because Im disabled & cant work I have to wait @ years Before I can go back to privilalgr dorm which is a violation of my equal protection rights & ADA USC 507

3-b] one IRR on the discrimination of myself & other JCC offenders that have medical no work lains from being incentive dorm of 3 D wing qualified because we cant work. It states in the incentive dorm program of 3 D wing that offenders must have a job, or be in classes or programs to be eligiable for yhr incentive dorm program which is a violation of equal protection & ADA USC 507

3-c] one IRR on 2 house staff utilizing offenders by reliquishing thier authority to offender walkman to get cell doors open thereby giving these offender walkman a position of authority in a supervisory authority over myself & other offenders in housing unit 2 to use these positions of power to extort favors out of us to get our cell doors open or to discriminate against us if they dont want to get our cell doors open

3-d] one IRR on 2 house using coporal punishment on myself & other 2 house offenders for the actions of other offenders by refusing to open our cells untill other offenders lock thier cell or lock down thereby punishing us offenders for the actions of other offenders for violating the rules rather than giving the inmates that are violating policy the punishment

3-e] one IRR to file on the preferencial treatment of offenders that have a sexual identity orientation of transgender to be celled & housed according to this identity which is a violation of MDOC policy IS & SOP 5-3.1 offender housing unit assigment

3-f] one IRR on the excessive force used on me on 8/3/21 injuring my left index finger

P.S My inmate account is frozen every time I get on the cantech kiosk it says that I have exceeded my limit

3-g] one IRR to file on denial of adequate law library time

NOTICE TO MDOC STAFF

I ask the respondant staff memeber to this letter to respond within 7 working days from reciept of pursuant to MDOC policy & procedures IS & SOP 13-1.1. in thier official & professional copacity in writing with thier legiable complete name, rank, title, position date signature on the responds

(4) I JOSEPH BECKER 1090720

declare & swear the foregoing is true & correct to the best of my belief under pains & penalties of perjury pursuant to 28 USC 1746

FROM : DECLARANT    #PGS 1 / #Articles  4

DATE 10/25/21

NAME: JOSEPH BECKER

MDOC# 1090720

SIGNATURE: _____

CELL# 2-A-103

ADDRESS: JCCC

8200 no more victims rd
Jefferson City Mo 65101

Exhibit G-14

I# 1.11421

PG 14 OF 21

**※DECLARATION STATEMENT OF FACTS LETTER※**

TO: 6 hose case worker Tennyson

My photo copies was not done as I requested
They made 30 copies of a page that I asked only for 3 copies of &
the one set of copies is missing a quarter of the page that wasnt fully copied
call me back & I will show you
I want iether the copies to be corrected & I will give you the copies of the paper work I didnt ask for & the ones
that are not fully copied or I want my money back
I dont want to hear this is my fault because when I get copies done in the library I have to give them ONE stack
at a time or they make mistakes like this
1) I still need the following IRRs
    2) IRR on medical for not picking up HSrs or having open sick call for 6 c wing offenders
    3)Irr on 6 c wing offenders not getting equal time to eat as the rest of the housing units or wings because
we are fed last & always rushed so they dont mess with count duting us being in the chow hall
    4)IRR on being forced to cell in handy caped cell that dont have a table & chair that is both handy capped
& non handy capped accessible
    5)IRR on instituting new policies & procedures in 6 d wing in violation of MDOC policy D 5-3.2 offender
grievance policy pg 4 section b by not posting the changes at 30 days prior to instituting the change to afford staff
& offenders to make comments & input on such chnges before they are sent to the procedures & forms unit manager this
also violates MDOC policy D1-2.1 procedures & forms development & maintenance pg 3 section 7-A approved procedures
shall not become effective 30 days after distribution. These changes have not followed the proper MDOC proticall to
be approved & changed per MDOC policy
    6)IRR on (8) other (G) other violations of equal protection by giving offenders that are able boddied to work
preferential treatment bt by allowing them to be privilage dorm qualified before they have been out of adseg for
2 years, offenders such as my self ahve medical no work lay ins have to be out of adseg for 2 years to be privilage
dorm qualified which is a violation of the ADA by not affordeing oddenders such as my self who cant work to be privilage
dorm program qualified before 2 years the same as is afforded to all offenders who have jobs that go to privilage d
dorm of 4 house
    7)IRR on (8) other (G) other the on going organized conspiracy against my rights by JCCC staff abuse of authority
in the pattern of practice of the depervation of my rights by the mental, physical, emotional, verbal abuse & hurras-
ment by JCCC staff in retaliation as a reprisal against me for filling IRR to protect my rights & other offenders rights
    8) IRR on (8) other(G) other by being denied access to the courts by not affording a QLC for me to have access
to the law library to do legal research for violations of confinement by JCC staff on my rights
    9) Ive been asking for an IRR to file on the excessive force used on me on 8/3/21 where my left index finger
was injured & the staff has refused to give me an IRR to file on it this is the third letter Ive asked for this

IRR in
10)I need an IRR on medical not treating my left index finger or it to be treated
11)I still have not been given any cleaning supplies to clean the cell in almost a month

NOTICE TO MDOC STAFF
I ask the respondant staff memeber to this letter to respond within 7 working days from reciept of pursuant to
MDOC policy & procedures IS & SOP 13-1.1 in thier official & professional copacity in writing with thier legiable
complete name, rank, title, position date signature on the responds

(9) I Joseph Becker 1090720

declare & swear the foregoing is true & correct to the best of my
belief under pains & penalties of perjury pursuant to 28 USC 1746
FROM : DECLARANT    1   #PGS    / 9 #Articles
                           DATE 10/20/21
NAME: Joseph Becker

MDOC# 1090720

                SIGNATURE:
CELL#6-c-102      SIGNATURE:
ADDRESS:
  JCCC
  8200 No More Victims Rd
  Jefferson City MO 65101
I# 1.102721      PG 13 OF 21

NOTARY:WITNESS

Exhibit C-15

DOC ID:  1090720    JOSEPH BECKER                                    TIME: A/P
SICK CALL COMPLAINT                                                    9:00   A
F/U LEFT INDEX FINGER                                                MM/DD/CCYY
Nurse Id:  TJS000JC        TERRI J STONE                             11/04/2021

Subjective
SEEN TODAY FOR PERSISTENT INABILITY TO BEND UNSE LEFT INDEX     2021/11/04   113750
FINGER AFTER 3MONTHS POST INJURY. FINGER SWELLS TURNS BLUE      2021/11/04   113750
PURPLE LOCKS AND DOES NOT BEND. HE HAS BEEN DOING GENTLY        2021/11/04   113750
HPE X 3 MONTHS X RAY NO FX. DENIES ANY NEW INJURY.             2021/11/04   113750

Objective
BP 112/084 PL090 RS016 TP0982 WT180 BS000 PF000  96% RA        2021/11/04   113750
                                                               2021/11/04   113750
WHITE MALE IN NAD                                              2021/11/04   113750
SKIN: WARM ET DRY NO LESIONS                                   2021/11/04   113750
LEFT INDEX FINGER EXAM LOCKING INJURY, SWELLING MCP, NOT       2021/11/04   113750
ABLE TO BEND FINGER OR USE INDEX, WARMTH TO TOUCH,            2021/11/04   113750
INTERMITTENT DISCOLORATION OF DIGIT.                          2021/11/04   113750
HEENT: PERLA, EOMI                                             2021/11/04   113750
ORAL: CLEAR NO LESIONS                                        2021/11/04   113750
LUNGS: CTAB A/P                                               2021/11/04   113750
CV: S1 S2 AUDIBLE WITHOUT M/R/G                               2021/11/04   113750
GI: SOFT NON-DISTENDED BS+ IN ALL 4 QUADS NO HSM              2021/11/04   113750
EXTREMITIES: NO EDEMA                                         2021/11/04   113750
NEURO: ALERT, ORIENTED X 3, SPEECH CLEAR                      2021/11/04   113750

Assessment
PERSISTENT LEFT INDEX LOCKING INJURY                          2021/11/04   113750

Plan
REFERRAL                                                      2021/11/04   113750
                                                              2021/11/04   113750
HAND ORTHO --WILL PLACE ON LIST                               2021/11/04   113750
                                                              2021/11/04   113750
EDUCATION                                                     2021/11/04   113750
                                                              2021/11/04   113750
CONTINUE HPE EXERCISES                                        2021/11/04   113750
                                                              2021/11/04   113750
EDUCATION                                                     2021/11/04   113750
                                                              2021/11/04   113750
REPORT ANY WORSENING OR CONCERNING SYMPTOMS TO MEDICAL VIA    2021/11/04   113750
HSR OR SELF DECLARED EMERGENCY. PATIENT VERBALIZED           2021/11/04   113750
UNDERSTANDING AND AGREEMENT.                                  2021/11/04   113750

Exhibit C-1.6

Mailed 11/24/21

TO: 2 house Fum Dittman

1) On 11/15/21 I was in the case workers open office hours asking for an IRR to file on the disparaties of giving preferential treatment to able bodied offenders that can work & get jobs so they are not required to be out of adseg for 2 years before they are privilage dorm program qualified while discriminating against myself & other JCCC offenders that cant work because they are medically laid in from all work disqualifying us from being privilage dorm program for 2 years after we are out of adseg

2) You called medical & talked to DON Hodges about me not being listed as medically unassigned in the computer even though I have medical no work layins & weight lifting restriction of 5LBS for the next year & have had these same layins for over the past year

3) You told me to fill out a room move form & a privilage dorm program request form requesting to be moved to 4 house privilage dorm & you would review it with DON Hodges

4) On the back of this letter is the privilage dorm program request form requesting to be moved to 4 house privilage dorm as you advised me on 11/15/21 4-a]I still need an IRR to file on excessive force used on me on 8/3/21

5)IM also including a Mo sun shine rquest of records to tou requesting to see my offender records of my asigrment listings of being listed as medically laid in & unassigned from all work over the past year & being listed as a full time student over the past 4 months

6) Over 4 months ago I gave 374 house fum & all MDOC staff a notarized letter documenting permission to have access to my Blackstone career institute paralegal coarse student records so I would be listed as a full time student & Todd told 3&4 house bed broker & job guardinator Chape to list me as a full time student & medically unassigned

7) Im not asking for a copy of these records of my layins because I have them
   Im asking for my MDOC offender records of my listings in the computer for over the years of 2019,2220, 2021 to review these records

8)Im not asking for copies of these records, Im asking to review them & based on what they show I will decide if I want a copy or not

9) I JOSEPH BECKER 1090720 declare & swear the fore going statement is true & correct to the best of my belief under penalties & pains of perjury pursuant to 28 USC 1746/ 4pgs/ 9articles/   DATE 11/22/21

DECLARANT
JOSEPH BECKER 1090720
2-A-103
JCCC
8200 No More Victims Rd
Jefferson City Mo 65101

SIGNATURE _[signature]_

I also need an I.R.R. to file on the J.C.C.C. mailroom giving me false information on the cost and forms required to mail out letter signature confirmation through the united states postal services Tuken care of on 11/22/21 /

I also need an I.R.R to file on J.C.C.C. watdch for violations of M.O.O.C. policy public & confidencial record by her action of not tresponding to the Mo sanshine law request of records I sent her on 11/11/21

Mary Bull 11/22/21

MARY BULL
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES AUGUST 14, 2025
GASCONADE COUNTY
COMMISSION #17403727

12) Im also requesting an IRR to file on you for your unprofessionalism in the unnecessary comments you hand writen on the bottom of the document of the print out of my offender classification status on 11/22/21

13) since Im listed as an L03 medically laid in i would like a regular phone slot at night along with workers between 6;00 & 7:00 pm & to
I#1.111621          be afforded to take a shower at night like workers
                    or an IRR to file on these issues for violations of
                    my ADA equal protection rights

Exhibit 6-1.7

TO: JCCC warden Doris E Falkenrath
    JCCC
    8200 No More Victims RD
    Jefferson City Mo 65101

C/o: Custodian of records;
This is a (official) request of records under the Missouri sun shine law chapter 610;
REVISED STATUTES OF MISSOURI...
#1) I request you make available to me the following records and all related to;
    Im requesting to have a copy of the following housing unit 3 D wing criteria for 3 D wing incentive dorm program
hat was posted on 8/2/21.
    Im requesting to view JCCC records of May, June ,July, August, September, October, November of all offender work
ssigments & housing assigments for housing units 1, 2, 3, 4 for 2021

    Im requesting to view Joseph Becker 1090720 mine offender records of being put out of JCCC privilage dorm program
on 6/29/20 of housing unit 4 & for 6/24/21 of housing unit 3

    the JCCC surveillance records of audio & video of 8/3/21 7 house A wing the hours between 12:30pm to 3:40pm

    I want this video serveillance records to be saved & preserved for future litigation

*NOTICE TO MDOC STAFF*
    Failure to adhere to MDOC policy or RSMO 610.023 and respond to this request within (3)Business days
will result in my filling an IRR, reporting it to the Attorney Generals office for investigation and
prosecution, and my filling a law suit.
No sun shine law request of records is pursuant to MDOC policy and procedure D 1-11.2 public and
confidential records pg5 section Procedures: subsection A. Public Records: .
1.a: a request must be made in writting identifying the particular records to which he seeks access,
1.b: the requestor should be given the option to either inspect or pay for and recieve a copy of the
desired records,—
1.c: the custodian must initially respond to the request within (3) working days. The responds to the
request should follow the records request response format and shall:
    (1) aknowledge reciept of the request;
    (2)indicate how soon the public portion of the records will be available;
    (3) ask wheather the party wants copies of the records or access to review the records; and
    (4) specify the cost of the copies, copying and research.
2#) I request the records responsive to my request be:
    Available for my review within (3) Business days. *pursuant RSMO 610.023*
    Copied and sent to me within (3) Business days.*pursuant RSMO 610.023*
#3) I request that all fees for copying the records be waived;
The information obtained in this request will be in the public interest.*pursuant RSMO 610.026*
#4) Please let me know in advance if copying fee of .10¢ a page exceeds $1.$^{00}$.*pursuant RSMO 610.026
                        VIOLATIONS SUBJECT TO RSMO 610.027
Organization/Individual
Requesting/Records
DATE I( 1 8 /21 Signature _Joseph Becker_

Name: Joseph Becker

MDOC#:1090720
Cell# 6-c-102

    JCCC

    8200 No More Victims Rd

    Jefferson city Mo 65101

MSL# 1.11221,  #2.11221, #3.11221

Mary Bull

MARY BULL
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES AUGUST 14, 2025
GASCONADE COUNTY
COMMISSION #17403727

Exhibit C-18

# STATE OF MISSOURI
## DEPARTMENT OF CORRECTIONS
### INFORMAL RESOLUTION REQUEST

**INSTITUTION USE ONLY** ☐ EMERGENCY COMPLAINT

| OFFENDER NAME | DOC NUMBER |
|---|---|
| Becker, Joseph | 1090720 |

| DATE STAFF MEMBER RECEIVED IRR | COMPLAINT NUMBER | CATEGORY | HOUSING UNIT |
|---|---|---|---|
| | J.C.C.C. 21-1730 | Other | |

**STATE YOUR COMPLAINT/PROBLEM BRIEFLY- ONE ISSUE - BE SPECIFIC**

See attachment Declaration statement of facts Articles 1 throug 6 for my complaint and problem.
With this I.R.R. is an attachment Declaration statement of facts #1.111721 consiting of 3 pgs, 9 Articles and one exhibit labeled A-1
To sum it up I sent J.C.C.C. watch on 11/18/21 the attached exhibit labeled A-1 a Mo Sun Shine law Request & she didn't respond to it within 3 business days.

**ACTION REQUESTED: STATE REMEDIES YOU ARE SEEKING**

See attachment Declaration statement of facts Article 7 for the action I'm requesting to resolve this issue

| OFFENDER SIGNATURE | DATE |
|---|---|
| Joseph Becker | 11/29/21 |

---

**STAFF USE ONLY**

**DISCUSSION OF COMPLAINT (SUMMARIZE RESULTS OF MEETING)**

☐ IRR RESOLVED BY DISCUSSION/WITHDRAWN          ☐ IRR NOT RESOLVED BY DISCUSSION

| OFFENDER SIGNATURE | DATE | STAFF SIGNATURE | DATE |
|---|---|---|---|
| | | | |

**STAFF FINDINGS/RESPONSE**

| INVESTIGATING STAFF SIGNATURE | DATE | RESPONDENT SIGNATURE | DATE |
|---|---|---|---|
| | | | |

| REVIEWER SIGNATURE | DATE | RESULTS | |
|---|---|---|---|
| | | ☐ SATISFACTORY   ☐ UNSATISFACTORY | |

YOU HAVE THE RIGHT TO FILE A FORMAL GRIEVANCE. YOU MUST FILE A GRIEVANCE FORM WITH THE DESIGNATED STAFF WITHIN SEVEN (7) DAYS FROM THE DATE YOU RECEIVE THIS RESPONSE. FAILURE TO SUBMIT A GRIEVANCE WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT.

| OFFENDER SIGNATURE | DATE |
|---|---|
| | |

IO 931-3376 (9-17)

IRR# 1.111721

Exhibit C-1.9

"DECLARATION STATEMENT OF FACTS GRIEVANCE"
catagory(8) other                              sub catagory(9) other
NAME MDOC#                                MDOC COMPLAINT#
   1090720
Joseph Becker    ##ARTICLESg / #PG 3    date 11/22/21
(1) My complaint is the violation of my rights
protected under the following but not limited to all applicable federal and state constitutions, statutes
or common law and MDOC policies and procedures by but not limited to the following persons and entities,
MDOC staff and officials,

(2) My support for the foregoing statement is the following but not limited to ;
(3) MDOC policies and procedures:
    [3-a] D 2-11.10 Employee Code of conduct pg[2] section [1] Procedures: A. ProfessionalPrinciples:
pg[3] that all persons should be treated respectfully, fairly, honestly, and with dignity; pg[3-4]
section [B] Employee personal code of conduct: section [F] I have the responsibility to report in any
inappropriate actions or misconduct of my peers to appropriate personel and they must do the same if I
should falter; pg[4] section [C] Perfessionlism: 1 Employees are required to be familiar with and adhere
to: [A] thier respective job components and job expectations established through the performance appraisal
system: [B] the policies and procedures relating to thier job function; [C] the employee hand book; [D]
D2-11 Employee standards, which details the code of ethics for goverment services and the department
code of ethics, as well as D2-11.8 [E] the department professional principles; [F] the employee personal
code of conduct; pg[5] section [D] cause for suspension, demotion and dismissal: Employees may be suspended,
demoted or dismissed for willful violations of any provisions of the state merit system of law or of the
rules of the personel advisory board or D2-11 Employee standards; pg[6]Reporting misconduct: 1 Employees
having knowledge of any instance of an offender abuse shall immediately report such to the inspector
general in accordance with D5-3.5 offender abuse;
    [3-b] D2-11 Employeee Standards pg[2] section[A-6] Employeees of the stateare expected to comply with
the statutes of MD at all times, section [B] Executive Branch employees shall conduct themselves in
scrupulous compliance with applicable federal, state and local law;[B-2] Employees shall adhere to all laws
providing equal opportunuity to all citizens;[B-3] Employees shall perform thier responsibilities as they
are specified in the law or other authority establishing thoseresponsibilities, pg[3] section[F-3]
Employees shall not engage in any form of illegal harrasment or discrimination in the work place,
including on the basis of race, color, religion, nationality, ancestry, sex, age or disability;
pg[5] section,department code of ethics: subsection[5] Employees will report without any reservation
any corrupt or unethical behavior which could affect either the offenders or the integrity of the department,
subsection[6] Employees are obligated to immediatly report any missconduct or mismanagement through
appropriate chain of command
    [3-c] D5-3 Offender Rights pg[1] paragraph[1] Purpose: The department of corrections and human resources
recognises its responsibility to fulfill the rights of the offenders under its custody which are protected
by constitutional, statutory, or common law. Therefore the department's institutions and field services
are mandated to provide written policies and procedures which govern said rights of the offenders. Those
rights include, but are not limited to the following: paragraph[2] The department shall ensure the right
of the inmates to have acces to courts to seek redress for alleged illegal conditions or treatment while
under the correctional control; paragraph[3] The department shall ensure that inmates are protected
from personal abuse and corporal punishment and protect inmates from themselves and others;
paragraph[4] The department shall ensure the provisions of a healthy environment which shall include
but are not limited to, clean orderly surroundings; appropriate clothing; wholesome and nutritionally
adequate diet; safe living conditions; and medical care; pg[2] paragraph[4] The department shall not
subject offenders to discrimination based on race, religion, nationality, sex, or political belief;
paragraph[5] The department recognizes that all able-bodied offenders are expected to work, and recieve
compensation for such work; paragraph[6] The department shall ensure that written rules of offenders
conduct specifically prohibited behavior; paragraph[7] The department shall ensure that provisions
governing inmate greivances and classification be made available to all inmates;
Subject only to the limitations necessary to maintain institutional order and security, the department
shall ensure the constitutional rights of inmates to practice thier religion, recieve visits, communicate
or correspond with persons or organizations, subject to order and security of the institution.

IRR# 1.11721                                PG# 1 OF 3


Exhibit G-1.9

[3-D] d1-11.2 public and confidential records,pg[5[ Section Procedures: A. Public Records;
[1] Records from the general public will be considerd requesting under the Mo sun shine law section 610.010
[a[ Request must be made in writting; [b] The requester  should be given the option to either inspect or pay for and recieve a copy of the desirable public records;[c] The custodian must initially respond to the request within (3) working days; the responds to the request should follow the request response format and shall: [1] aknowlede reciept of the request; [2] indicating how soon the public portion of the records will be made available; [3] ask whether the requesting party wants copies of the records or access to review the records and; [4] specify the cost of copying and research
(4) RSMO 610.023 Mo sun shine law request of records may be reviewed for free, and all response to such request shall be within (3) business days from reciept of such request.
(5) state and federal constitutional amendments of the fifth, eight and fourteenth amendment of life, liberty, and property; cruel and unusual punishment, equal protection and due process;
(6) My problem is the violation of my rights as outlined but not limited to the foregoing statement by the following but not limited to; MDOC J.C.C. Warden Doris E Falkenrath

staff and officials actions of: MDOC J.C.C. Warden Doris E Falkenrath

[6-a] on 11/18/21 I sent the attached Mo sun shine law request of records labeled Exihbit A-1
TO: J.C.C. Warden Doris E Falkenrath
[6-b] by thier actions of not responding to MDOC policy and procedures D1-11.2 Public and confidential records and RSMD 610.010, 610.023 they have violated my rights of life, liberty, and property, cruel and unusual punishment, due process and equal protection with thier foregoing actions of treating my rights with deliberate indifference.
(7) The action I'm requesting is the protection of my rights as outlined but not limited to the foregoing statement by granting me the following ,relief:
[7-a] that MDOC , J.C.C. Warden Doris E Falkenrath

be suspendid without pay for the next 3 months;
[7-b] be demoted to the lowest rank in thier assigned area and not afforded permotion for the next 2 years for thier willfull violation of my rights of MDOC policy D1-11.2, D 2-11, D 2-11.2
[7-c] I be given access to review the records I requested in the attached Mo sun shine law request of records labeled Exhibit A-1
[7-d] that staff member M.D.O.C. J.C.C Warden Doris E Falkenrath  be reported for investigation and
prosecution under violations of RSMD 610.010.
(8) Reprisal notice Pursuant to RSMD 217-40 section 10 MDOC policy and  all applicable state and federal law any retaliation (or) adverse action (or) threat of transfere will be taken as an act of retaliation in violation of law and will be reported for investigation and prosecution to the full extent of the law.
(9) I Joseph Becker 1090720

declare and swear the foregoing statement are true and correct to the best of my belief under pains and penalties of perjury pursuant to 28 USC 1746    9 #articles 3  # Pgs

11/22/24

Declarant:
Joseph Becker 1090720
2-A-103    Signature for MM
J.C.C.
8200 NoMore victims Rd
Jefferson City Mo 65101

Mary Bull   11/22/21

MARY BULL
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES AUGUST 14, 2025
GASCONADE COUNTY
COMMISSION #17403727

TO: JCCC warden Doris E Falkenrath
     JCCC
     8200 No More Victims RD
     Jefferson City Mo 65101

C/o: Custodian of records;
This is a (official) request of records under the Missouri sun shine law chapter 610;
REVISED STATUTES OF MISSOURI...
#1) I request you make available to me the following records and all related to;
     Im requesting to have a copy of the following housing unit 3 D wing criteria for 3 D wing incentive dorm program
that was posted on 8/2/21.

     Im requesting to view JCCC records of May, June ,July, August, September, October, November of all offender work
ssigments & housing assigments for housing units 1, 2, 3, 4 for 2021

     Im requesting to view Joseph Becker 1090720 mine offender records of being put out of JCCC privilage dorm program
on 6/29/20 of housing unit 4 & for 6/24/21 of housing unit 3

     the JCCC surveillance records of audio & video of 8/3/21 7 house A wing the hours between 12:30pm to 3:40pm

     I want this video serveillance records to be saved & preserved for future litigation

*NOTICE TO MDOC STAFF*
Failure to adhere to MDOC policy or RSMO 610.023 and respond to this request within (3)Business days
will result in my filling an IRR, reporting it to the Attorney Generals office for investigation and
prosecution, and my filling a law suit.
Mo sun shine law request of records is pursuant to MDOC policy and procedure D 1-11.2 public and
confidential records pg5 section Procedures: subsection A. Public Records: .
1.a: a request must be made in writting identifying the particular records to which he seeks access,
1.b: the requestor should be given the option to either inspect or pay for and recieve a copy of the
desired records, —
1.c: the custodian must initially respond to the request within (3) working days. The responds to the
request should follow the records request response format and shall:
     (1) aknowlede reciept of the request;
     (2)indicate how soon the public portion of the records will be available;
     (3) ask wheather the party wants copies of the records or access to review the records; and
     (4) specify the cost of the copies, copying and research.
2#) I request the records responsive to my request be: ¯
     Available for my review within (3) Business days. *pursuant RSMO 610.023*
     Copied and sent to me within (3) Business days.*pursuant RSMO 610.023*
#3) I request that all fees for copying the records be waived;
The information obtained in this request will be in the public interest.*pursuant RSMO 610.026*
#4) Please let me know in advance if copying fee of .10¢ a page exceeds $1.ᵒᵒ.*pursuant RSMO 610.026
                    VIOLATIONS SUBJECT TO RSMO 610.027

Organization/Individual
Requesting/Records
DATE |( 18 /21 Signature _Joseph ____

Name: Joseph Becker

MDOC#:1090720
Cell# 6-c-102

     JCCC

     8200 No More Victims Rd

     Jefferson city Mo 65101

MSI# 1.11221  #2.11221  #3.11221

Mary Bull

MARY BULL
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES AUGUST 14, 2025
GASCONADE COUNTY
COMMISSION #17403727

Exhibit C-1.9

Pg 72 of 103

151 #

mailed
on 12/1/21

TO: JCCC 2 house case workers

1) I have the following questions
2) When will we start getting soap again we have not reviewed any soap in 3 weeks
3) When will medical treat my finger that was injured on 8/3/21
4) Im also requesting the following IRRs

    4-a] One IRR on the preferncial treatment of offenders that can work that get jobs to not to have to be out of adseg for 2 years to be privilage dorm program qualified by going to 4 house which is all a privilage dorm

    4-a] One IRR on denial of adequate law library time

    4-b] One IRR on the discrimination of my self & others offenders that have medical no work layins from being eligible for incentive dorm of 3-d wing because we cant work. It states in the 3-d wing incentive dorm criteria that offenders are required to be in classes, programs, or have a job to be eligible for the incentive dorm program

    4-c] One IRR on 2 house staff for utilizing offender workers as walkman reliquishing thier authority by giving offender walkman the supervisory position of authority over my self & other offenders in 2 house to extort favors out of us to get our cell doors open or to discrimate against us if they dont want to get our cell open

    4-d] One IRR on 2 house staff violation of MDOC policy by the corporal punishment of myself & other offenders for actions of other offenders refussilg to lock down or close thier doors by refussing to open up the offenders doors such as myself to get out of our cells

    4-e] One IRR on the preferencial treatment of transgender offenders to be housed & celled according to thier sexual orientation identity violating MDOC policy IS & SOP 5-3.1 offender housing unit assigment

    4-f] One IRR on Fum Dittman for her violation of MDOC policy by the comments she made on my classification records on 11/22/21

    4-g] One IRR on JCCC mail room for not responding to my Mo sun shine law request I sent on 11/25/21

    4-h] One IRR on JCCC FUM Dittman for not responding to my Mo sun shine law request I sent on 11/25/21

    4-i] One IRR on JCCC FUM Dittman for not responding to my letter within 7 days that I sent on 11/25/21

    4-j] One IRR on JCCC FUM DIttman for not responding to my MDOC reasonable accomodation reqest I sent on 11/25/21

    4-k] One IRR on medical not treating my injured finger that was injured on 8/3/21

    4-l] I still need an IRR to file on the excessive force used on me on 8/3/21

The panic button dont work in my cell, I know this because the Sgt told us to press them to get out for med pass and my cell door wasnt opend until I had an inmate get it open then I asked the Sgt if he didnt see my panic button go off he said no then he had me go push it again to see if it was working and it wasnt

With this I'm turning in an I.R.R. I need another on the foregoing list one for another violation of the Mo sun shine law request list it as (6) other thank you

NOTICE TO MDOC STAFF

I ask the respondant staff member to this letter to respond within 7 working days from reciept of pursuant to MDOC policy & procedures IS & SOP 13-1.1 in thier official & professional capacity in writing with thier legiable complete name, rank, title, position date signature on the responds

(5) I JOSEPH BECKER 1090720

declare & swear the foregoing is true & correct to the best of my belief under pains & penalties of perjury pursuant to 28 USC 1746

FROM : DECLARANT    #IGS 5 / #Articles 4

NAME: Joseph Becker     DATE 12/1 /21

MDOC# 1090720

SIGNATURE: Joseph Becker

CELL# 2-A-103

ADDRESS: J.C.C.C.
8200 No More Victims Rd
Jefferson City, Mo 65101

I#1.11292

NOTARY: WITNESS

State of: Missouri
County of: Cole
The foregoing instrument was acknowledged
before me 1st day of December, 2021

Renee Walker
Your Name Here, Notary Public
My Commission Expires July 26, 2025

RENEE WALKER
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES JULY 26, 2025
COLE COUNTY
COMMISSION #21562734

ExhibitD-1



STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**HEALTH SERVICES REQUEST**

TO BE COMPLETED BY HEALTHCARE STAFF ONLY

| DATE RECEIVED BY HEALTHCARE STAFF | TIME RECEIVED BY HEALTHCARE STAFF |
|---|---|
| | |

OFFENDER NAME (PLEASE PRINT)
Joseph Becker

DOC NUMBER
1090720

INSTITUTION
J.C.C.C

HOUSING UNIT (INCLUDE WING & ROOM NUMBER)
2-A-103

WORK/SCHOOL SCHEDULE
None laid in

COMPLAINT:
See back

I WISH TO BE SEEN BY (CHECK ONE):
☐ MEDICAL ☐ MENTAL HEALTH ☐ DENTAL ☐ OTHER

INITIAL FOR RECEIPT OF OTC INSTRUCTIONS

DATE
12/6/21

OFFENDER SIGNATURE AND AUTHORIZATION TO TREAT
Joseph Becker

---

## DO NOT WRITE BELOW THIS LINE - FOR HEALTHCARE STAFF USE ONLY

| ☐ EMERGENT *(SEE IMMEDIATELY)* | ☐ URGENT *(SEE DURING SHIFT)* | ☐ ROUTINE *(NEXT AVAILABLE SICK CALL)* |
|---|---|---|

| ☐ ADMINISTRATOR | ☐ DENTAL | ☐ DOCTOR SICK CALL | ☐ DON | ☐ LAB / X-RAY |
| ☐ MED ROOM | ☐ MENTAL HEALTH | ☐ NURSE SICK CALL | ☐ OPTOMETRY | ☐ OTHER:_____ |

TRIAGE STAFF NOTES:



| TRIAGE STAFF SIGNATURE & TITLE | DATE TRIAGED | TIME TRIAGED | ☐ FACE-TO-FACE TRIAGE COMPLETED |
|---|---|---|---|

HEALTHCARE STAFF NOTES:

HEALTHCARE STAFF SIGNATURE

Exhibit D-11

DATE

TIME

My finger still has not been treated that the cos injured on 8/3/21

It is still swollen disfigured, discolored & I can't bend 2 fingers on my left hand, Middle finger & index

It hurts to move them & I have not been given anything for the pain

TO: 2HOUSE CASE WORKERS & Fum Dittman

1) With this letter is included the following;
2) a notarized reasonable accomodations request form for ADA issues filled out & requesting to be moved to 4 house as insturcted by 2 house case workers on 12/6/21 during open office hours when i requested for an IRR to file on being denied to be moved to 4 house in the attached exhibit labeled A-1 a photo copy of the room/cell change form I filled out & submitted on 11/22/21 per 1 & 2 house FUM Dittman instuction
3) with this letter is this letter is a Mo sun shine law request of records reqesting for the qalifications criteria that was promulgated under RSMo 217.040 rule making authority to be housed in JCCC housing units 3-C incentive dorm program & housing unit 4 & my classification records of my privilage dorm status at JCCC
4) Im requesting for the following IRR Ive been requesting now in notarized letters every week for over a month now, if Im going to be limited to one IRR per office hours once a week then i cant be resticted to the 14 day time bar to file on a issue becuase of this restiction or give me more than one IRR at a time!
   4-A] one IRR on the discrimination of myself & other offenders that have medical no work layins from being eligible for 4 house because we are not able to work on no work layins giving preferential treatment to offenders that are able to work to not have to be out of adseg for 2 years to be in privilage dorm of 4 house which is a violation of the ADA equal protection rights
   4-B] oen IRR to file on the discrimination of myself & other JCCC offenders that have np work layins to be eligible for 3 C wing incentive dorm because we are not able to work
   4-C] one IRR on 2 house staff for utilizing offender owrkers as walkman reliquishing thier authority by giving offender walkman the supervisory position of authority over myself & other offenders in 2 house to extort favors out of us to get out of our cells or to discriminaye against us if they dont want to get our cell doors oepn
   4-D] ONE IRR on 2 house staff violation of MDOC policy by the corporal punishment of myself & other 2 house offenders by thier actins of refusing to lock down or issue CDVs to offenders causing issues in the wing instead the staff do corporal punishment to us offenders that are following policy by refussing to open or cells for anything untill the offenders that are violating policy lock down or secure thier doors which is corporal punishment
   4-E] One IRR on the preferential treatment of trans gender offnders to be housed in 2 house according to thier sexual orientation identity violating MDOC policy IS & SOP 5-3.1 offender housing unit assignment
   4-F] One IRR on FUM Dittman for her violation of MDOC policy by the comments she put on my classification records she sent me on 11/22/21
   4-G] One IRR on medicals delaid treatment of myfinger that has been injured since 8/3/21 when cos injured it doing a pain restrain hold on me while I was in full restaints totally catatonic which this delayed medical care of this injury is hindering my every day life & its prolonged delay of treatment causing undue pain & suffering causing future pain & suffering & adsinse effexts on my future health & well being from the unecessary delaid medical treatment potentially causing illreverable permanent damage
   4-H] The most important IRR is the one I need to file on the violation of policy by MDOC staff in the rejection of the following book'' the best 500 nonprofit organizations for prisoners & thier families
   4-I] I still need an IRR to file on the excessive force used on me on 8/3/21

NOTICE TO MDOC STAFF

I ask the respondant staff member to this letter to respond within 7 working days from reciept of pursuant to MDOC policy & procedures IS & SOP 13-1.1 in thier official & professional copacity in writing with thier legiable complete name, rank, title, position date signature on the responds

(5) I     JOSEPH BECKER 1090720

declare & swear the foregoing is true & correct to the best of my belief under pains & penalties of perjury pursuant to 28 USC 1746
FROM : DECLARANT     #PGS 4 / #Articles 5

NAME: JOSEPH BECKER                    DATE 12/ 8 /21

MDOC# 1090720

SIGNATRE: _Joseph Becker_
SIGNTY:

CELL# 2-A-103
ADDRESS: JCCC
          8200 No More Victims Rd
          Jefferson city Mo 65101

[Exhibit D-1.2]

NOTARY:WITNESS

State of: M'ssou-'

County of: Cole

The foregoing instrument was acknowledged before me 8 day of Decimbr 2021

_____
Your Name Here, Notary Public

My Commission Expires 5/27/2024

SUSAN DITCH
My Commission Expires
May 27, 2024
Cole County
Commission #16322131

I# 1.12821
I#

TO: FUM Dittman
JCCC
8200 No More Victims Rd
Jefferson City Mo 65101

1) With this letter is an attachement copy of the permission letter that Fum Todd required me to give MDOC staff permission to have access to my Black Stone career institute correspondence course student records so that I would be listed in the classification records ass a full time student to meet the requirements for privilage dorm & incentive

2)Im also submitting now for the 8th time in the past 2 months the following list of IRRs that i require

3)If I may not be allowerd these IRRs please give me in writting why

4)Im only afforded one IRR per office hours & Ive requested for these IRRs in person & in writting to file on these issues within the 14 days from the incidents as per MDOC Grievance policy but I cant if Im only given ONE IRR per office hours & none are sent to me through the inside mail when I request for them in writting in notarized letters

4-A] One IRR on being discriminated against for being laid in from all work by not being eligible for 4 house

4-B]ONE IRR on being discriminated against for being laid in from all work by not being eligible for 3 house incentive dorm

4-C] ONE IRR on 2 house staff utilizing offender walkman to get cell doors open thereby putting these offenders in a supervisory position of authority over other offenders by staff reliquishing thier authorities & duties to the offender walkman to utilize these positions to extort or disciminate against offenders at thier discretion to get our cell doors open or not

4-D ONE IRR on 2 house staff for corporal punishment by punishing myself & other offenders by not allowing us out of our cells for call outs, phones, showers, kiosk machines because other offenders are violating the policies by not closing thier cell doors or being in the wing without permission

4-E] ONE IRR on the preferencial treatment of transgender offenders to be celled & housed in 2 house according to thier sexual orientation preferance violating MDOC policy IS & SOP 5-3.1 offender housing assigment

4-G] ONE IRR on medical denial of treatment for my finger that was injured on 8/3/21 by cos

4-I] ONE IRR on the denial of IRRs if this letter requesting for these same IRR is not responded to by giving me said IRRs that Ive been requesting now for 2 months in notarized letters every week & in person in the case workers open office hours, 4-j]ONE IRR on denial of adequate law library time

5) This is also a letter of intent & notification that the next letter I send requesting for these IRRs will be though the united states postal service signature confirmation to prove to the courts that I attmpted to utilize & exhaust yhr MDOC offender grievance system so IM not bared from filling a law suit by not meeting the PRISON LITIGATION REFORM ACT requirements

WITH THIS LETTER IS AN ATTACHMENT Mo sunshine law request of records

6) I need to know the status of the 2 resonable accomodation request that Ive turned in in the last 2 months

7) I need to know the status of a letter I sent out through the united states postal service return reciept on 12/8/21 to HUMAN RIGHTS DEFENSE CENTER
PRISON LEGAL NEWS PUBLISHERS          TRACKING#7020 1810 0000 0984 3195
PO BOX 1151
Lake Worth Beach Fl 33460 NOTICE TO MDOC STAFF
I ask the respondant staff memeber to this letter to respond within 7 working days from reciept of pursuant to MDOC policy & procedures IS & SOP 13-1.1 in thier official & professional capacity in writing with thier legiable complete name, rank, title, position date signature on the responds

( 8 ) I JOSEPH BECKER 1090720

declare & swear the foregoing is true & correct to the best of my belief under pains & penalties of perjury pursuant to 28 USC 1746
FROM : DECLARANT     #PGS?3  / 8 #Articles

NAME: JOSEPH BECKER                                    DATE 12/15 /21

MDOC# 1090720

CELL# 2-A-103
ADDRESS: JCCC     SIGNATURE: _Joseph M_
8200 No More Victims Rd
Jefferson City Mo 65101

Exhibit D-1.3

NOTARY:WITNESS
State of: Missouri
County of: Cole
The foregoing instrument was acknowledged before me 19 day of December 2021
_Renee Walker_
Your Name Here, Notary Public
My Commission Expires July 26, 2025

RENEE WALKER
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES JULY 26, 2025
COLE COUNTY
COMMISSION #21662834

L# 2.121521
F#

AFR060T                 Department of Corrections        Page:    1
   9:47:34          Medical Accountability Records System   Date: 04/25/2022
                         Doctor Encounter Soap Notes
```

```
DOC ID:  1090720    JOSEPH BECKER                         TIME: A/P
SICK CALL COMPLAINT                                       12:30  P
HAND & FINGER ASSESSMENT                                  MM/DD/CCYY
Nurse Id:  PEB000MD    PAUL E BURRIS                      12/16/2021
```

**Subjective**

| | | |
|---|---|---|
| PATIENT WITH PERSISTENT INABILITY TO BEND LEFT INDEX FINGER | 2021/12/16 | 153542 |
| POST INJURY SEVERAL MONTHS AGO.   STATES THAT FINGER WAS | 2021/12/16 | 153542 |
| INJURED DURING CUSTODY PROCEDURE.  HAS SWELLING AND | 2021/12/16 | 153542 |
| TENDERNESS OF FINGER.   REQUESTING REFILL OF HYOSCYAMINE TO | 2021/12/16 | 153542 |
| ASSIST WITH IBS SYMPTOMS. | 2021/12/16 | 153542 |

**Objective**

| | | |
|---|---|---|
| BP 124/090 PL080 RS016 TP0984 WT180 BS000 PF000  BMI 26/98% | 2021/12/16 | 153542 |
| LEFT INDEX FINGER WITH GENERALIZED SWELLING AND | 2021/12/16 | 153542 |
| DISCOLORATION.  IS NOT ABLE TO FLEX FINGER COMPLETELY AT | 2021/12/16 | 153542 |
| PIP AND MCP JOINT AREAS.  TENDERNESS AT PIP JOINT. | 2021/12/16 | 153542 |

**Assessment**

| | | |
|---|---|---|
| PERSISTENT LEFT INDEX LOCKING INJURY, ENCOUNTER FOR | 2021/12/16 | 153542 |
| MEDICATION REFILL, IBS | 2021/12/16 | 153542 |

**Plan**

| | | |
|---|---|---|
| HYOSCYAMINE 0.125MG TAB-1 TAB PO TID WITH MEALS | 2021/12/16 | 153542 |
| PATIENT WITH PENDING REFERRAL TO ORTHO FROM 11/4/2021. | 2021/12/16 | 153542 |
| PLEASE CHECK PROGRESS OF THIS REFERRAL. | 2021/12/16 | 153542 |
| RTC AS NEEDED VIA HSR, AND/OR SELF DECLARE | 2021/12/16 | 153542 |
| KEEP ALL SCHEDULED APPOINTMENTS | 2021/12/16 | 153542 |
| PATIENT AGREEABLE, AND ACKNOWLEDGES UNDERSTANDING, TO PLAN | 2021/12/16 | 153542 |
| HYOSCYAMINE 0.125MG TAB | 2021/12/20 | 100642 |

Exhibit D-1.4

AFP102X           Department of Corrections           4/25/22
             Medical Accountability Records System       09:59:36
                Referral History Inquiry

DOC ID: 01090720    JOSEPH A BECKER        Sex: M     Race: W
                         D.O.B.:   9/21/1975   Institution: JCCC
MM/DD/YYYY   HH:MM pm        Bld.: 002   Cpx.: 2A1   Room: 0A103
12/20/2021   11:48   A         Custody Status: 5    Medical Status: 2
Complaint: MED– NON–CONTACT NOTE
Refer to : CRMC PHYSICAL THERAPY

Referral : 46 YEAR OLD WITH HX 8/2021 LEFT INDEX FINGER INJURY. X RAYS     +
 Reason   : 9/28/21 NEGATIVE FOR ACUTE FX. 3 MONTHS HPE/TYLENOL CONTINUE
Requestor: TERRI J STONE             Date Requested: 12/20/2021

Referral : TO RMD FOR REVIEW        TABRN 12.20.21         +
Comments : APPROVED FOR PHYSICAL THERAPY EVAL AND TREAT X1 UNDER AUTH:

APPROVED? Y

F1=Help   F2=Complaint   F3=Exit
F14=Display Additional Reason   F15=Display Additional Comments

## *Declaration Statment Of Facts Letter*

To: JCCC 1&2 house Fun Dittman

1) Im requesting for all the IRR Ive sent over the previous 2 months in over 8 notarized letters & the following IRRS
4-I] One IRR on the pattern of practice of obstruction of justice with the on going denial of the IRRs Ive been requesting for over 2 months every week in 8 letters from 2 house case workers & Fun Dittman
4-J] One IRR on JCCC staff failure to protect myself & other similarly situated JCCC offendrs from the abuse of making us offendrs that take watch take meds stand out in inclemental westher of below zero, above 120 heat index , snow, ice rain, hail, rain for up to 2 hours to take our meds, pick up pharmacy or for medical appoiments
4-K One IRR on Fun Dittman for not responding to MSL#1.121221 Mo sun shine law rquest I sent her on 12/12/21 when staff do not respond to Mo sun shine law request within 3 business days it is a violation of MDOC policy & RSMo610.023
4-l]ONE IRR to file on denial of adequate law library time

## *NOTICE TO MDOC STAFF*

I ask the respondant staff member to this letter to respond within 7 working days from reciept of pursuant to MDOC policy and procedures IS and SOP 13-1.1 in thier official and professional capacity in writtiing with the respondants legiable complete name, rank, title, position, date and signature on the responds.
( 2)"Reprisal notice" Pursuant to RSMO 217-40 section 10 MDOC policy and all applicable state and federal laws any retaliation (or) adverse action (or) threat of transfere will be taken as an act of retaliation in violation of the law and will be reported for investigation and prosecution to the full extent of the law.
(3 ) I __JOSEPH BECKER 1090720_____ declare and swear the foregoing statement

are true and correct to the best of my belief under pains and penalties of perjury pursuant to
28 USC 1746.          #     pgs; #     Articles          Date  1 / 9 / 22
DECLARANT
NAME JOSEPH BECKER          Signature _Joseph V Becker_

---

MDOC# 1090720

CELL# 2-A-103

JCCC
8200 NO MORE VICTIMS Rd
Jefferson City Mo 65101

MSL#3.122221

State of: Missouri
County of: Cole
The foregoing instrument was acknowledged before me 5 day of January , 2022
Renee Walker
Your Name Here, Notary Public
My Commission Expires July 26, 2025

RENEE WALKER
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES JULY 26, 2025
COLE COUNTY
COMMISSION #21562734

Exhibit D-1.6

L#

## DECLARATION STATEMENT OF FACTS LETTER

TO: JCCC WARDEN Doris E Falkenrath
.JCCC
8200 No More Victims Rd
Jefferson City Mo 65101



1) Im also in need of an IRR to file on blind celling me with offenders that are incompatible with me in 2house out of retaliation reprisal for my trying to attempt to file IRRs on the case workers, fum & staff for violations of policy

2) Ive recieved 3 cell mates in less than 2 months in 2 house & all of them have been drug addicts;

3) Im not a drug addict & never have been;

4) 2 house keeps putting these drug addicts in the cell with me;

5) Ive already had one cell mate attack me last year the same day I had come off of a 21 day hunger strike I was put in 3 house A wing in a cell with an offendr all high on what ever they smoke & he attacked me, thia whent on for over 2 hours with the staff well aware of it because they did several walk arounds looking in the cell as he was attacking me while they did nothing to assist me, luckliy I was able to put him in a bar hold & wrist lock without injuring him or myself all the time he was yelling like a wounded animal

6) In the last 2 years every cell mate Ive had has been a drug addict on what ever it is they smoke;

7) Ive made specific records of this established in all my emails that Ive sent my sister

8) This is a pattern of practice of falure to protect me from a state created danger of a hostile unhealthy & unsafe living environment & conditions that is harmful to my current health & well being & my future haelth & well being

9) I can prove this pattern of practice with the attached Mo subshine law request of records(MSI#1.1522) that is included with this letter requesting to review the institutional adjustment records & classification of each cell mate that Ive been celled with at JCCC for the last 2 years

10) These records are not confidential all these records are public information accept confidential informants (CI reports) & medical records

11) I know full well MDOC policy IS & sOP 5-3.1 offender housing unit assignment FG2 section 3 Procedures: A: housing assignment criteria,(b) offender classification is a criteria & mine does not reveal any issues with drugs

12) I grew up around drugs in a criminal atmosphree but that does not mean I participate in it what so ever

13) This what ever drug these inmates are doing is a real epidemic worse than covid on these streets

14) Im willing to bet these drugs have taken more lives of offenders here than covid

15) Im sorry for this I really am I see how it effects them first hand having been forced to cell with them for over 2 years now

16) Ive seen them pass out, on the floor screaming & yelling like a wounded animal, throw up & lay in thier own vomit & as Im in the middle of typing this letter out on my tablet my current cell mate has passed out from what ever drugs they do gagin for the second time today

17) he passed out & was turning blue just as he did a co come up to the cell door looking in & asked me whvre my cell mate was I pointed twards the floor where my celli was laying & said he out the co walked away, I thought he was coming back to the cell until I seen him leave the wing at that time I pushed the panic button to get him some medical attention;

18) This is the last cell mate that Im going to get help for from over doseing on drugs because Im tired of being out in the cell with them & thier negative thinking errors having a negative impact on my life;

19) Im not going to keep being forced to live with these individuals like this

20) your staff knows by offenders institutional & classification records who has a drug addiction & who does not

21) They do not cell sex offenders with offenders that have a known history of attacking sex offenders such as offenders that are gang affiliated as exaple with memebers of family values you dont cell sex offender with because you know thier view & what it will cause

22) I have just as much of a right for you to protect me from celling with drug addicts that creates a unsafe & unhealthy environment of being forced to cell with these drug addicts that get high & dmage my property or attack me

23) Im sending a copy of this letter to my sister, central office, office cf perfessional standards, constituency offices, the director, cure, prison legal new & several Mo news papers on the drug epidemic in MDOC JCCC that has gone on & gotten even worse during us being isolated & locked down from the out side world limiting to the only way the drugs could have been comming in was through your cos as prison legal news has done several publication on this happening in prisons through out the united states

24) As Im sure you know with my track record I have sufficient knowledge & understanding of the law so that if this pattern continues of forcing me to cell with these drug addicts & anything else happens to me or my property with this letter I have made you aware of the situation & culpable as the respondaht superior for your subordinants actions if

I#1.1822

PG 1 OF 3

Exhibit D-17

anything else happens to me from this issue

25) No staff m,ember can tell me that they can not smell these drugs being smoked in the wing because I can smell it because it smells like some one burning trash in a trash barrel & Ive heard the cos complain about the smell telling inmates that they need to cut it down before they have to call in search team, just as was with when inmates smoked tobacco in the wings the co never wrote them all up for it & some how 80 percent of the wing magically smoking never sets off the smoke detectors at all

26) MDOC will not take this drug epidemic seriously untill an inmate such as myself gets seriusly hert & cost MDOC alot of money in a law suit

27) On a diffemt subject Ive not been able to call my sister for over a weel now because the phone list is all filled out when it is posted as you can see 80 percent of the names on the list is in the same ink & hand writting so if each offender is signing themselves up for the phone on the phone list how is 80 percent of the names in the same hand writing

28) as you well know if I dont call my sister Sherry Matthews & email her about this issue she will call the prison about the issue until Im afforded to get on the phone to call her

29) Ive notified the case workers of this issue requesting an IRR to file on it in several notarized letters if you or any other staff member would inspect the phone sign up listyou can see that the same hand writting is for every name on the list & the same offenders at the same phone time every day because its the offender walkman filling out the phone list signing up whom they want on the phone list. I Protocal was followed as it was in 4 house the cos would go around with the phone sign up list every evening during lock down between 10;00 to 10:30 pm in a rotation of cells to make it fair asking the offenders I they want on the phone list. Having the offender walkman incharge of the phone list is just another way of staff giving power & authority to offenders in a supervisory position of aurhority to extort favors or discriminate at the offedrders discretion of what offenders are signed up for what time on the phone list.I informed the case workers on 1/3/22 of this issue & I was told the phone was a privilage & I couldnt file an IRR on the issue.Im not the only offender that cant get on the phone list in A wing there are several of us.Im tired of 2 house case workers trying to tell me what I cant file IRRS on I no what it states in policy quite well!

30) I JOSEPH BECKER 1090720 declare & swear the foregoing is true & correct to the best of my belief under penalties & pains of perjury pursuant to 28 USC 1746/ #PGS    /#articles30/ DATE  1 / 5 / 2 2

DECLARANT
JOSEPH BECKER 1090720
2-A-103
JCCC
Jefferson City Mo 65101

SIGNATURE: Joseph Beck

*NOTARY*

RENEE WALKER
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES JULY 26, 2025
COLE COUNTY
COMMISSION #21562734

1#1.1822

ExhibitD-1.7

DECLARATION STATEMENT OF FACTS LETTER OF INTENT

TO: MDOC JCCC WARDEN Doris E Falkenrath
    JCCC
    8200 No More Victims Rd
    Jefferson City Mo 65101

1) this letter is a letter of intent
2) This letter is sent certified return reciept to your office for the following reasons;
3) to make you culpable as a respondant superrior for you subordinates actions
4) to prove to the courts that I have attempted to exhaust the MDOC offender grievance process so Im not bared from filling a law suit in court per the prison litigation reform act(PRLA) for not exhausting the offender grievance process before I file a law suit on the issues Ive been asking for IRRs on
5)Ive been attempting to file IRRs on some of these issues as afr back as 4/29/21 in notarized letters to the appropriate staff at JCC every week with the exception between 8/3/21 to 9/10/21 when I was on suicide watch, ꞇ house, on a feeding tube in TCU, & when I was in adseg & JCCC staff refused to give me any paper, ink pens, address book, stams, evelopes or legal work from my proerty that is allowed in adseg or access to a notary or legal copies
( Im not goin to pay for copies of all the legal work Ive sent your staff to try & attain IRRs to file on issues out of my pocket. I will how ever if you wish to have copies of all my paper work will allow your staff to make copies of it all in my presents)
(Ive also sent copies of most of this paper work to my sister Sherry Matthews & The Department of Justice on these issues making sure that out side people & organizations have copies of these documents as well)
6) I understand your staff trying to prevent me from taking sevearl issues to court by the organized conspiracy of obstruction of justice with the denial, delay & prevention of my having access to file on certain issues at JCCC
7)I dont realisticaly think you would admit to these issues making you liable in court for such admittance
8)Im taking this extra step in this letter to prove to the courts that I have gone above & beyond what Im reqired by law to prove that I attaempted to access the offender grievance system & make you aware of the issues before filling a law suit
9)You & your staff can deny that Ive attempted before this to access the offender greivance system to file on these issues but I have over 40 notarized letters Ive sent to JCCC staff to prove other wise & I can Mo sun shine law the records from the JCCC library staff since 4/29/21 proving to a jury or judge with my offender grievance records that it would be more than reasonable that I have attaempted to file on thses issues before the 15 days was up as I have
10) I know your next defense is I have filed several IRRs since 4/29/21 & I have on the issues that staff would allow me to at thier discretion on issues that they knew I could win a law suit on they woulnt allow me IRRs to file on those issues.
11)SEE ATTACHMENT PHOTO COPY OF THE LAST NOTARIZED LETTER I SENT TO FUMDittman on 12/15/21 & her responds that she wrote on the letter then sending it back to me
12) On this letter I give her notice that this was going to be the last letter I send to her asking for these IRRs that IVe been attempting to file
13)[4-J] I also now need an IRR to file on Fum Dittman for not responding to the Mo sunshine law request I sent her with this letter
14) If this letter is not redonded to within 7 working days as is per MDOC policy I will send a copy of it to central office general council signature confirmation
15) Im sending with this letter a Mo sunshine law request
16)the following is the most important IRR Ive been trying to file since 8/3/21
4-G]on 8/3/21 when I was taken to adseg cos used excessive force in 7 house A wing phone cage injuring my left index finger that I still have not recieved treatment for from medical. I have recieved an Xray & been put in 2 times to see an othipedic surgeon specialist & a MRI . I still only have about 40 prcent motion in this finger & it is still swollen discolored & deformed from the cos using a pain restrain hold on me while I was in full restrains hand cuffed behind my back. The cos left me in the phone cage for over 3 hours & didnt notice I was passed out until they didnt find me in my cell during the 5 recount. Then the cos proceeded to conclude I was over doseing from drugs so they come in the phone cage kicking me in the shins, stamping on my feet, punching on my chest until I was bleeding then the co decided since I was unresponsive to these tactics that he was going to twist my left index finger until I was responsive of which I was aware of all of this going on but couldnt do any thing because I was having a panic attack & was catatonic I was then taken to medical where Doctor Scott stated it was not an over dose from drugs that I was having some kind of mental episode from the stress of the day
17) I JOSEPH BECKER 1090720 declare & swear the foregoing is true & corect to the best of my belief under pains & penalties of purjury pursuant to 28 USC 1746/ #pgs3/ #articles 17/ DATE   1 / 5 /22
DECLARANT
JOSEPH BECKER 1090720 SIGNATURE
1# 1.122921

Exhibit D-1.7

Pg 1 of 3

JOSEPH BECKER 1090720
2-A-103
JCCC
8200 No More Victims Rd
Jefferson City Mo 65101

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7017 1070 0000 7416 4368
7017 1070 0000 7416 4368

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

| Certified Mail Fee | |
| $ | |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ | |
| ☐ Return Receipt (electronic) $ | |
| ☐ Certified Mail Restricted Delivery $ | |
| ☐ Adult Signature Required $ | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage | $ |
| $ | .58 |
| Total Postage and Fees | |
| $ | 4.64 |

Sent To JCCC Warden Falkenrath
Street and Apt. No., or PO Box No. JCCC 8200 No More Victims Rd
City, State, ZIP+4® Jefferson City Mo 65101

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

Postmark
Here

MDOC JCCC Warden
Doris E Falkenrath
JCCC
8200 No More Victims Rd
Jefferson City Mo 65101

FOREVER / USA

Exhibit D-1.7

mailed on
1/5/21

L# 1. 1822
MSL#1.1822
2.1822
3.1822
L# 1.122921
MSL#1.122221
L#3.122221



INSTITUTION USE ONLY ☐ EMERGENCY COMPLAINT

| OFFENDER NAME | | DOC NUMBER |
|---|---|---|
| | | |

| DATE STAFF MEMBER RECEIVED IRR | COMPLAINT NUMBER | CATEGORY | HOUSING UNIT |
|---|---|---|---|
| 1/7/20 | JCCC 22-0030 | other | |

**STATE YOUR COMPLAINT/PROBLEM BRIEFLY- ONE ISSUE - BE SPECIFIC**

see attachment declaration statement of facts articles 1 through 6 pgs 1 through 4 for my complaint & problem
with this IRR is an attachment DECLARATION STATMENT OF FACTS #1.12121
consisting of 9 articles & 21 pgs with exhibits A-1, B-2, C-3, D-4, E-5
F-6, G-7, to sum the IRR up it is a pattern of ongoing practice violating
my right to be free from cruel & unusual punishment by the on going
harassment & discrimination with physical & emotional abuse by JCCC staff
& officials

**ACTION REQUESTED: STATE REMEDIES YOU ARE SEEKING**

see attachment DECLARATION STATEMENT OF FACTS ARTICLE 7 pgs 2 & 4
to sum it up Im asking for the action of the monetary restitution reward
value of $100,000.00 dollars & for my finger to be treated so that I have
full range of motion & use of it again

| OFFENDER SIGNATURE | DATE |
|---|---|
| | 1/7/21 |

**STAFF USE ONLY**

**DISCUSSION OF COMPLAINT (SUMMARIZE RESULTS OF MEETING)**

- Use of force.
- Harassment (Denial of IRRs, Fund it ill will on unhygenic offirels, refusal of medical treatment on purposely slow, First testing injured finger.
- Request that this is an expired IRR that was originally request for metal purposes.

☐ IRR RESOLVED BY DISCUSSION/WITHDRAWN       ☑ IRR NOT RESOLVED BY DISCUSSION

| OFFENDER SIGNATURE | DATE | STAFF SIGNATURE | DATE |
|---|---|---|---|
| | 1/10/22 | | 1/18/2022 |

**STAFF FINDINGS/RESPONSE**

| INVESTIGATING STAFF SIGNATURE | DATE | RESPONDENT SIGNATURE | DATE |
|---|---|---|---|
| | 1/10/22 | | |
| REVIEWER SIGNATURE | DATE | RESULTS ☐ SATISFACTORY ☐ UNSATISFACTORY | |

**YOU HAVE THE RIGHT TO FILE A FORMAL GRIEVANCE. YOU MUST FILE A GRIEVANCE FORM WITH THE DESIGNATED STAFF WITHIN SEVEN (7) DAYS FROM THE DATE YOU RECEIVE THIS RESPONSE. FAILURE TO SUBMIT A GRIEVANCE WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT.**

| OFFENDER SIGNATURE | DATE |
|---|---|
| | 1/19/22 |

MO 931-3370 (9-17)       1.12121       Exhibit D-18

"DECLARATION STATEMENT OF FACTS GRIEVANCE"
catagory (8) other                                    sub catagory (g) other

NAME MDOC#
JOSEPH BECKER 1090720        ##ARTICLES (9)    MDOC COMPLAINT#
#PG 2 date 12/1 /2 1

(1) My complaint is the violation of my rights protected under the following but not limited to all applicable federal and state constitutions, statutes or common law and MDOC policies and procedures by but not limited to the following persons and entities, MDOC staff and officials, JCCC staff

(2) My support for the foregoing statement is the following but not limited to ;
(3) MDOC policies and procedures:
[3-a] D 2-11.10 Employee Code of conduct pg[2] section [1] Procedures: A. Professional Principles: pg[3] that all persons should be treated respectfully, fairly, honestly, and with dignity; pg[3-4] section [B] Emploee personal code of conduct: section [F] I have the responsibility to report in any inappropriate actions or misconduct of my peers to appropriate personel and they must do the same if I should falter; pg[4] section [C] Perfessionalism: 1 Employees are required to be familiar with and adhere to: [A] thier respective job components and job expectations established through the performance appraisal system: [B] the policies and procedures relating to thier job function; [C] the employee hand book; [D] D2-11 Employee standards, which details the code of ethics for government services and the department code of ethics, as well as D2-11.8 [E] the department professional principles; [F] the employee personal code of conduct; pg[5] section [D] cause for suspension, demotion and dismissal: Employees may be suspended, demoted or dismissed for willful violations of any provisions of the state merit system of law or of the rules of the personel advisory board or D2-11 Employee standards; pg[6] Reporting misconduct: 1 Employees having knowledge of any instance of an offender abuse shall immediately report such to the inspector general in accordance with D5-3.5 offender abuse;
[3-b] D2-11 Employee Standards pg[2] section[A-6] Employees of the state are expected to comply with the statutes of MO at all times, section [B] Executive Branch employees shall conduct themselves in scrupulous compliance with applicable federal, state and local law;[B-2] Employees shall adhere to all laws providing equal opportunuity to all citizens;[B-3] Employees shall perform thier responsibilities as they are specified in the law or other authority establishing those responsibilities, pg[3] section[F-3] Employees shall not engage in any form of illegal harrassment or discrimination in the work place, incluring on the basis of race, color, religion, natianality, ancestry, sex, age or disability; pg[5] .section.department code of ethics: subsection[5] Employees will report without any reservation any corrupt or unethical behavior which could affect either the offenders or the integrity of the department, subsection[6] Employees are obligated to immediatly report any missconduct or mismanagement through appropriate chain of command
[3-c] D5-3 Offender Rights pg[1] paragraph[1] Purpose: The department of corrections and human resources recognises its responsibility to fulfill the rights of the offenders under its custody which are protected by constitutional, statutory, or comman law. Therefore the department's institutions and field services are mandated to provide written policies and procedures which govern said rights of the offenders. These rights include, but are not limited to the following: paragraph[2] The department shall ensure the right of the inmates to have acces to courts to seek redress for alleged illegal conditions or treatment while under the correctional control; paragraph[3] The department shall ensure that inmates are protected from personal abuse and corporal punishment and protect inmates from themselves and others; paragraph[4] The department shall ensure the provisions of a healthy environment which shall include but are not limited to, clean orderly surroundings; appropriate clothing; wholesome and nutritionally adequate diet; safe living conditions; and medical care; pg[2] paragraph[4] The department shall not subject offenders to discrimination based on race, religion, nationality, sex, or political belief; paragraph[5] The department recognizes that all able-bodied offenders are expected to work, and recieve compensation for such work; paragraph[6] The department shall ensure that written rules of offenders conduct specificaly prohibited behavior; paragraph[7] The department shall ensure that provisions governing inmate greivances and classification be made available to all inmates; Subject only to the limitations necessary to maintain institutional order and security, the department shall ensure the constitutional rights of inmates to practice thier religion, recieve visits, communicate or correspond with persons or organizations, subject to order and security of the institution.

IRR# ___1.12121_____        PG# 1  OF 2|

Exhibit D-1.8

3-d] D2-11.10 employee conduct [pg 7 section H] reporting mismanagement: subsection 2-a, a-2 mismanagment, gross waste of state funds or abuse of authority[ section d] if the employee disclosure to be false or which the employee discloses with recless disreguard for its truth or falsity

US fedral laws constitutional rights

4)RSMO 575.060(false declaration) knowingly makes false statement in attempt to mislead public servant class B misdemeanor

RSMO 565.090(harasmet) engaging to frighten, intimidate or cause emotional distress to another class e felony

RSMO 217.405(offender abuse) class D felony

RSMO217.400(furnishing unfit food to an offender)class E felony

RSMO217.410(duty to report) confidentialality,harasement,retaliation prohibited shall report immediately in writting to the director

RSMO217.410(section 10) " no person shall haras, dismiss or retaliate against an offender, because they or thier family has made a report of any violation (or) suspect violation of laws, ordinances or regulations class A misdemeanor

RSMO217.410;1. when an employee of the department has reasonable cuase to believe an offender in a correctional center operated or funded by the department has been abused they shall immediately report it in writing to the director; ]3] any person required by subsection 1 of this section to report or cuase to be made, but who fails to do so within a reasonable time after the act of abuse or neglect is guilty of a class A misdemeanor

5) US federal laws ,state & federal constitutions , fifth,eighth & fourteenth amendments of
life ,libert & property, cruel & unusual punishment, due process & equal protection; 42 USC 14141(pattern of pratice), 18 USC 241(depervation of rights), 18 USC 242(conspiracy against rights),

6) My problem is the violation of my rights as outlined in the foregoing but not limited to the following;
6-a] see attachment articles 6-a through 6-x pgs  3 & 4

7) The action I'm requesting is the protection of my rights as out lined in the foregoing but not limited to by granting me the following relief;
7-a] see attachment article 7-a pg 4

8)"REPRISAL NOTICE" Pursuant to RSMO 217.410 section 10 MDOC policy & all applicable state & federal laws any retaliation (or) adverse action (or) threats of transfer will be taken as a violation of law & will be reported for full investigation & prosecution to the full extent of the law.

9) I.JOSEPH BECKER 1090720    declare & swear the foregoing statement is
true & correct to the best if my belief under pains & penalties of perjury persuant to 28 USC 1746.    #pgs/    #Articles  Date 12/1 /21
Declarant:
NAME JOSEPH BECKER

MDOC#1090720  SIGNATURE: _Joseph Becker_
HU# 2-A-103
ADDRESS: JCCC
        8200 No More Victims Rd
        Jefferson City Mo 65101

IRR#1.12122        PG# 2 OF 21

NOTARY
State of: M'ssouri
County of: Cole
The foregoing instrument was acknowledged before me 1st day of December , 2021
Renee Walker
Your Name Here, Notary Public
My Commission Expires July 26, 2025

RENEE WALKER
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES JULY 26, 2025
COLE COUNTY
COMMISSION #21562734

Exhibit D-17

This is attachment article 6-a

6-a] the following is not a one time incident it is a series of incidents in an ongoin series of events & elements all forming into one issue on the ongoing abuse of authority by JCCC staff actions of pattern of practice conspiracy of obstruction of justice in the depervation of my rights by the following but not limited to JCCC staff elements of action ofharasment, use of force, excessive use of force, physical abuse by staff, conditions of confinement, violations of policy, injury, failure to protect, offender greivances procedures & other out lined in the following but not limited to series of events & incidents forming into the issue of pattern of practice cruel & unusual punishment

6-b] this IRR is not past the 14 days to file on the different elements & incidents within this IRR because it takes all the elements within this IRR to form into the bases of the ongoing pattern of practice

6-c] On 8/3/21 I was taken to medical for a medical assessment on my way to adseg

6-d] in medical the nurse refered me to doctor Scott because my blood pressure was 150

6-e] I was taken from medical to adseg 7 A wing striped out & left in full restraints cuffed behind my back

6-f] I was left in the phone cage for over 3 hours at some point in that 3 hours I had a panic attack & whent catatonic collapsing on the floor( when I have a panic attack & go cattatonic I can see, hear & feel I just cant talk or move)

6-g] at about 3:30 PM I know this time because the cos was complaining that it was a recount name & number at this time the cos noticed I was not in my assigned cell & the inmates started yelling I was in the cage whwre I had been passed out on the floor of the phone cage for 3 hours to get me some medical attnetion( see attachment labeled Exhibit A-1 pg(5) a photo copy from offender James Toteh      that was in 7 A wing & was witness to the full incident)

6-h] next 5 cos come into the cage with me got a plasic chair & put me in it, then the cos proceeded to start kicking my shins, stomping on my bare feet & beating on my chest until I was bleeding, then when that didnt get any results one of the Sgt's picked up the phone in the phone booth & held it out asking me if I wanted to call any one that cared while the rest of the cos laughed about it, next the nurse showed up evaluating me stating I was over doseing from drugs, a co grabbed my left index finger & proceeded with a apin restrain technique to try & get me to stand up & walk to the medical cart, the same co proceeded to twist my finger & drag me by it to the medical cart

6-i] I was then taken to medical where doctor Scott evaluated me stating I was not over doseing on any drugs that I was having some kind of mental attack from the stress of the day to put me in a TCU observation cell for 24 hours

6-j] I was taken to a TCU cell where the same co that twisted my left index finger grabed it again twisting it to try to get me to move from the medical roll around bed to the bed in the TCU cell, when I didnt respond or move then the same co & another pushed me off of the medical roll around bed to the TCU bed in the cell

6-k] I was able to speak some time latter & asked for paper & an ink pen to write & ask for an IRR on how I was abused by staff in adseg, I was refused & denied any paper or ink pen or an IRR to file on the issue

6-l] I whent on hunger strike

6-m] I was put on suicide watch where I remained for a week & half not drinking or eating anything, I was foced fed with a feeding tube, IV & catheter in a TCU cell for the next week & half , then I was taken off of the feeding tube & put back on suicide watch

6-n] I was taken off of suicide watch after about 3 days then kept in a TCU cell for another 3 days

6-o] I was placed  in a adseg cell of 7 house c wing without any adseg property so I had to go on hunger strike again this time for 7 days before I was given a 2 sheets, some clothes, 2 towels & wash cloths

6-p] I had to go on hunger stike again 4 days latter because I was told that there was no ink pens, papaer, envelopes or stamps in my property, so I had to go on hunger strike again to get the cos to let me purchase from canteen ink pens, paper, envelopes & stamps

6-q] when I was allowed to purchase canteen & recieved it I come off of hungerstrike utilizing the ink pen & paper I then wrote 7 house case workers requesting for IRR to file on the violations of my rights with the case workers of 7 house never responding to such request

6-r] I was placed in 6 house on 9/1/21

6-s] My cell mate in 6 house Pennigton recieved all his property on 9/1/21 where I was only showed one box of my property missing another 9,000.00 worth of my property so I refused to sign the property transaction recieot because the reciept stated I was recieving all my property in full working order & that was false so 6 house co put a special note on the reciept to see the attachment list of all my missing property(see attachment labeled Exhibit B-2 PG(6-9) a photo copy of the property transaction reciept & attachment list of missing property)

6-t] I was then forced to cell with Pennington while he had explosive diarrhea & staff wouldnt let me have access to cleaning supplies to clean up the cell where my cell mate had fecal matter all over the floor & toilet, the staff wouldnt let my cell mate have access to the shower to clean himself  after he soiled his clothes or bedding or allow him to send his clothes he had soiled out to be launderd all because medical or the cos wouldnt get Pennington any more diaper which he had ran out of the first  day in the cell & he was not given any more diapers for the next 3 weeks  was sending 6 house case workers letters witnessed by Pennington informing of this issue & many others asking for IRRs to file on the issues(see attachemnt labeled Exhibit C-3 PG(10-13) copies of letters that Pennington witnessed because I

IRR#1.12121                    PG   3   OF  2

Exhibit D-18

was being denied access to a notary at the time to get the letters to 6 hose case worker Tennyson & Fum Blackmon)

6-u]I sent notarized letters as soon as I was able to have access to a notary in 6 house sending notarized letters to 6 house case worker Tennyson & Fum Blackmon, every week informing them of the violations of my rights & reqesting for IRRs to file on the violations of my rights & the issue in this IRR(see attachment labeled Exhibit C-3 FG photocopies of the notarized latters I sent to 6 house case worker Tennyson & Fum Blackmon)

6-v]when I was moved to 2 house on 11/1/22 I started sending notarized letters askin to file IRRs on violations of my rights & the issue in this letter to 2 house case workers & Fum Dittman & asking in person when we was afforded case workers open office hours(see attachment labelde Exhibit E-5 FG  15-17  photo copies of the notarized letters I sent to 2 house case workers & Fum Dittman)

6-w]I sent the attached Mo sunshine law request of records attachment labeled Exhibit F-6 FG  MSL# 1.11221 to JCCC warden on 11/18/21 requesting for the JCCC surveillance records of audio & video of 8/3/21 housing unit 7 A wing to have accsess to view them & for them to be saved & preserved for futher legal actions & Litigation( see attachment labeled Exhibit F-6 FG 2)a photo copy of MSL# 1.11221 I sent JCCC warden on 11/18/21 )

6-x] I filled the attached Exhibit labeled G-7 FG 19-21 IRR on JCCC warden for not responding to the Mo sunshine law request MSL# 1.11221 to JCCC warden on 11/18/21 for not responding to the request within 3 business days(see attachment labeled Exhibit G-7 FG  a photo copy of the IRR I filed on JCCC warden for not responding to MSL# 1.11221)

6-y] the foregoing  culmination of events & incidents are crucial elements in providing the totality of my issue within this IRR they do not make this IRR an expanded IRR or a refile of issues Ive brought up in this IRR that Ive already filled IRRs on because in this IRR each element is necessary to create the proof of the on going pattern of practice issue of the bases of this IRR

WITH THIS IRR IS THE FOLLOWING LIST OF EXHIBITS OF ATTACHMENTS

| FG# | Exhibit | ARTICLE OF | LABELED DESCRIPTION OF | #FGS |
|---|---|---|---|---|
| 5 | A-1 [6-g] | | a photo copy of offender statement James Toteh 35 11 33 that was in 7 house A wing on 8/3/21 to witness the cos beating on me while I was catatonic | |
| 6-9 | B-2 [6-s] | | a photo copy of the property transaction reciept & list of missing property from 8/5/21 from 6 house co Denton | |
| 10-13 | C-3 [6-t] | | photo copies of letters that I had to have my cell mate Pennington witness because I was being denied access to a notary to get them notarized I sent to 6 house case worker Tennyson & Fum Blackmon | |
| | D-4 [6-u] | | photo copies of notarized letters I sent to 6 house case worker Tennyson & Fum Blackmon | |
| 15-17 | E-5 [6-v] | | photo copies of notarized letters I sent to 2 hose case workers & Fum Dittman | |
| 18 21 | F-6 [6-w] | | photo copy of MSL# 1.11221 Mo sunshine law request I sent to JCCC warden | |
| 19-21 | G-7 [6-x] | | photo copy of IRR I filed on JCCC warden for not responding to MSL# within 3 business days | |

7-a it is outlined in MDOC policy SOPD 5-3.2 offender grievance FG#9 section j(2) restitution of funds, SOP monetary award or any kind of compensation, Im asking for the action of the monetary restitution reward value of $100,000.00 dollars for the ongoing pattern of practice violation of my rights as outlined but not limited to the foregoing declaration statement of facts for the wanton physical pain & suffering & mental trama of being forced to live in a cell without any pillow, sheets, blanket for 8 days in adseg & the trauma sustained  in the injury of my left index finger on 8/3/21 causing my left finger to be deformed & permanent loss of 40 percent or more of my left index finger for the rest of my life causing a significant impact on my every day life style & living routine & MDOC providing me with adequate medical treatment for the injury of my left index finger to recuperate the full use of my left index finger

Exhibit:D-1.8

(1) On about 8/3/21 I was being housed in JCCC housing unit 7-a wing 202 & I witnessed the following

SOMETIME ~~AFTE~~ SHORTLY AFTER NOON COUNT I SAW THEM BRING MR. BECKER IN THE WING AND PUT HIM IN THE CAGE IN A WING IN 7 HOUSE. AT THE 3:00 PM COUNT — THEY COULDN'T GET COUNT RIGHT & THEN I SAW THE STAFF FIND MR. BECKER IN THE FLOOR ~~THER~~ IN THE CAGE WHERE IT LOOKED TO ME THAT HE WAS UNCONSCIOUS. THEN, I SAW 4 OR 5 C.O.'S GO INTO THE CAGE STANDING OVER MR. BECKER KICKING AT HIM TRYING TO REVIVE HIM. AFTER AWHILE, I SAW THEM DRAG MR. BECKER OUT OF THE CAGE WITH CUFFS & ANKLE CHAINS & HOLDING ONTO ONE OF HIS FINGERS & ARMS AND DRUG HIM OUT OF THE WING.

( ) I James Toten 351133 declare & swaer the foregoing statement is
true & correct to the best of my beliefe under pains & penalties
of perjury pursuant to 28 USC 1746  1pg/
DECLARANT
James Toten 351133
JCCC
8200 No More Victims RD
Jefferson City Mo 65101

date 10/26/21

signature; *James Toten*

**Exhibit D-18**

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**PROPERTY TRANSACTION**

DATE _O4/18/21_

MISSING: To MuCH To LIST

Inmate received all property from ~~ENCLUSED IS 2 PAGES~~
property room in good condition.
Inmate had opportunity to ~~OF MISSING ITEMS~~
inventory property.

INMATE SIGNATURE _Refused To Sign_

MO 931-3536 (11-92)

PROPERTY OFFICER SIGNATURE

SIGNATURE

**DISTRIBUTION:** WHITE-PROPERTY FILE  CANARY-INMATE

_I.R.R.# 1.10.14.21_

Exhibit D-17 2 Pg 6 of 21

Declaration statement of facts

Joseph Becker #1090720    Date 9/30/21

This is a list of all my missing personal property    Pg 1 of 3

| Qt | Description | as of 9/30/21 | | |
|---|---|---|---|---|
| 1 | Alarm clock   Equity | | | |
| 1 | Book Dictionary | | | |
| 1 | Book Prisoners self litigation | | | |
| 1 | Book Jail house lawyers | | | |
| 1 | Book wicca in from the inside | | | |
| 1 | Book Blackstone career institute paralegal coarse/Fundamental of Business | | | |
| 1 | Book Blackstone career institute paralegal coarse/ law glossary | | | |
| 1 | clothing-bottoms | 2 X Jersey sweats | | |
| 1 | clothing-bottoms | 2 X grey cotton pants | | |
| 1 | clothing-bottoms | 2 X grey sweat pants | | |
| 3 | clothing-bottoms | 4 X cotton shorts | | |
| 3 | clothing bottoms | 4 X khaki shorts | | |
| 1 | clothing-headgear | Sock hat | | |
| 2 | clothing-Pajamas | 3 X | | |
| 3 | clothing-Thermal bottoms | 5 X | | |
| 1 | clothing-Thermal Tops | 5 X | | |
| 2 | clothing-Thermal Top | 2 X | | |
| 1 | clothing-Tops | 2 X sweat shirts | | |
| 4 | clothing-Tops | 4 X | | |
| 4 | clothing-Tops Tshirts | 4 X | | |
| 4 | clothing-Tops sleevles T-shirts | 4 X | | |
| 1 | clothing-tops Polo shirt | 2 X | | |
| | clothing-tops | | | |
| | clothing tops | | | |
| | clothing tops | | | |
| | clothing-tops | | | |
| | clothing tops | | | |
| | clothing-tops | | | |

I.R.C. 6.9.42
Exhibit

Exhibit D-1.8
of 21

| Qt | Description |
|----|-------------|
| 1 | Legal papers |
| 1 | photo album |
| 1 | Rug |
| 1 | shower shoes |
| 1 | sunglases |
| 1 | T.V |
| 2 | Face towels |
| 1 | Typewrite |
| 1 | watch |
| 1 | religious paper |
| 1 | Black stone carteer Institute study coarse |
| 2 | Pencils |
| 2 | Ink pens |
| 6 | Jars peanut butter |
| 6 | bags trail mix |
| 4 | bags cereal |
| 24 | Soups |
| 3 | boxes shack crakers |
| 5 | Mozzorella sticks |
| 1 | lemon aid |
| 1 | Hawiah punch |
| 2 | Packs tortilla shells |
| 2 | Parma cheese |
| 2 | garlic Powder |
| 1 | Box gram crakers |
| 3 | refried beans |
| 3 | rice |

Exhibit D-1.8 F

| QT | Description |
|---|---|
| 1 | Nacho chips |
| 1 | stinger |
| 1 | Laundry soap |
| 1 | Braid Bands small |
| 1 | Brush |
| 1 | comb |
| 1 | Pony tail holder |
| 2 | Tooth brush |
| 2 | Tooth paste |
| 1 | tooth brush holder |
| 1 | Alarm clock |

I Joseph Becker #1090720 declare and swear the foregoing to be is correct to the best of my belief under pains and penalties of perjury pursuant to 28 U.S.C. 1746

Declarant

Joseph Becker #1090720

06-C-102

J.C.C.C.

8200 No More Victims R.

Jefferson City, Mo 65101

Signature Joseph Becker    Date 9/30/21

I.R.R. 110142|
Exhibit

**Exhibit O-1.8** if
pg 9 of 21

**✳DECLARATION STATEMENT OF FACTS LETTER✳**

TO: MDOC JCCC 6 HOUSE FUM BLACKMON
   JCCC
   8200 NO MORE VICTIMS RD
JEFFERSON CITY, MO 65101
   FROM: JOSEPH BECKER#1090720/6-C-102

Im writting this letter to the following subjects
   1) I still have not recieved all of my personal property. Im still missing my brand new rug, my stinger, 4 bags of bran flake cereal, 4 bags of trail mix, my state issue blanket & my ID
   2) I talked to the case workers about me having a no work lay in & a 5lb weight lifting restriction & you have me in a handy cap cell with a handy cap celli that is in a wheel chair & wears diapers because he has incontenence & cant controll his bowels
   3) Im doing the job of designated living assistant (DLA) & hospice worker for him. He shits all over the toilet & floor including his bedding multiple times a day & Im left cleaning it up & doing his laundry by hand in the cell without proper cleaning supplies
   4) Ive been in this house for over a week now & have not been afforded any cleaning supplies to clean the cell as of yet    4-a]I still need an IRR to file on the excessive force used on me on 8/3/21
   5) my celli soils himself at least 6 times every day & the cos wont let him get to the shower to clean himself
   6) my celli has been out of diapers for over 8 days now & he & I both ask the nurses 5 times a day when we get our meds where his diapers are
   7) Being exposed to fecal matter all the time is a health hazzard to my celli & me both without proper cleaning supplies to clean it up
   8) I EITHER NEED ONE OF THE FOLLOWING TO BE LISTED AS MY CELLIS DLA & BE GIVEN A COPY OF ME BEING LISTED AS HIS DLA OR YOU CAN HONOR MY NO WORK LA Y IN & APPOINT MY CELLI A DLA TO PUSH HIM AROUND & CLEAN UP AFTER HIM
   9) In the mean time I need access to cleaning supplies every day multiple times a day to be able to clean the cell from him soiling himself, on the toilet & on the floor
   10) I need to have bio hazzard bags to be able to send out his laundry that he soils every day multiple times of day , Im done cleaning his soiled clothes by hand any more
   11)My celli needs access to the shower to clean himself fully after he soils himself
   12) I dont mind cleaning up after him but, I will no longer do this unless Im listed as his DLA
   13) Ive been kicked out of privilage dorm 3 times in the past year because im medically laid in from all work
   14) I will work with MDOC & be a DLA & hospice worker for my celli only if Im listed as this in the computer & given a copy of it
   15) I need  some questions answerd
      how do I get legal work photo copied & notarized on legal work done in 6 house?
      when does 6 house get to go to the library & how do I get to go?
      how do I get on the jpay & canteen kiosk? dont tell me ask or its done on a rotation because in the rotation cells 101-114 are never first since Ive been in this wing
   I ask the respondant to this letter to respond within 7 working days from the day recieved pursuant to MDOC policy & procedures IS & SOP 13-4.1 & 13-1.1 in   thier official & proffesional capacity in writting with thier legiable complete, name, rank, title, position, date & signed on the responds
   I Joseph Becker#1090720 declare & swear the foregoing statement is true & correct to the best of my belief under pains & penalties pursuant to 28 usc 1746/  #pgs 1/ #articles 15

Declarant
Joseph Becker #1090720
6-c-102
JCCC
8200 NO MORE VICTIMS RD
JEFFERSON CITY MO 65101

signature: _Joseph Becker_
Date |0| 8 | 21

Witness
Print _Douglas E Pennington_
   6-c-102
   JCCC
   82000 NO MORE VICTIMS RD
   JEFFERSON CITY MO 65101

Signature: _Douglas E Pennington_
Date 10/ 8 / 21

Exhibit D-18
PG#10 of 21

S/ L#11071

Declaration Statement Of Facts Letter*

To:
6 House Case Worker Q Tennyson

From: Joseph Becker #1090720/6-C-102/ Date 10/10/21

I'm including with this letter grievance appeal J.C.C.C.-21-5949 J.C.C.C-21-216 & grievance J.C.C.C.-21-859 these are not late due to extenuating circumstances of me going to ad-seg, being put on suicide watch, being put on feeding tube & not recieving my personal property until 10/4/21 I didn't have access to these forms until 10/4/21. If this is going to be an issue then send me back these forms and 3 different I.R.R.s to file on each seperate issue.

I'm also writing to request the following I.R.R.s;
#1) not having access to the courts by being denied access to the law library;
#2) 6 house evening staff not affording C wing access to the phone & kiosk machine;
#3) 6 house staff not affording C wing offend ers access to cleaning supplies to clean cells
#4) Not being afforded to go to my medical appointments on 10/11/21 & 10/6/21
(1 RR attached return to request another IRR)
I need access to get photo copies & notarization of legal work.
I'm still missing personal property of a rug, stinger and canteen food
#5) Still Need I.R.R. on excessive force on 8/3/21

*NOTICE TO MDC STAFF*
I ask the respondant staff member to this letter to respond within 7 working days from date recieved pursuant to MDOC policy and procedures IS and SOP 13-4.1 and 13-1.1 in thier official and professional capacity in writting with thier legiable complete name, rank, title, position, date and signature on the records.
( ) "Reprisal notice" Pursuant to RSMO 217-40 section 10 MDOC policy and all applicable state and federal laws any retaliation (or) adverse action (or) threat of transfer will be taken as an act of retaliation in violation of law and will be reported for investigation and prosecuted to the full extent of the law.
( ) I Joseph Becker/1090720 declare and swear the foregoing statement are true and correct to the best of my belief under pains and penalties of perjury pursuant to 28 USC 1746.  9m  articles
Declarant DATE 10/10/21 Signature: _____
JOSEPH BECKER #1090720

Cell: 6-C-102

J.C.C.C.
8200 No Morevictims Rd
Jefferson City, Mo 65101

Witness
Name Douglas Eugene
Pennington
6-C-102
J.C.C.C.
8200 No Morevictims Rd
Jefferson City, Mo 65101
Signature Douglas E Pennington

Exhibit D-18

**※DECLARATION STATEMENT OF FACTS LETTER※**

TO: JCCC 6 HOUSE CASE WORKER TENNYSON

1) I was sent on 10/15/21 the following forms, special unit legal request, JCCC library complex adseg legal copy request, & qualified legal claim verification that Im including with this letter filed out with the paper work I need photo copied

2) The envelope that this material is in is to returned to with my request of photo copies & forms since MDOC has not provided me with an envelope to put such in

3) I need 5 more of the following forms to fill out, sprcial unit legal request, JCCC library complex adseg legal photocopy request & legal print request

4) over the last year Ive had legal work notarized every week & will continue to require such until my legal work is completed

5) I notified you & fun Blackmon on 10/8/21 that I required legal work to be notarized in a lteer with no responds of how housing unit 6 offenders are to get legal work notarized as of yet!

6) IM STILL IN NEED TO HAVE LEGAL WORK NOTARIZED so you can iether give me access to get my legal work notarized through the case workers office or the library or an IRR to file on being denied access to the courts

7) 6 house staff notarizing my legal work would be against the notarization laws because most of my legal work I need notarized will be to 6 house staff

8) I NEED THE FOLLOWING IRRs [8-a1] On excessive force used on me on 8/3/21
   8-a] on 6 house staff not affording c wing offenders access to the phones in the evening or the kiosk machines
   8-b] on 6 house staff for not affoding c wing access to cleaning supplies to clean thier cells
   8-c] for being denied a clean safe healthful environment
   8-d] for being denied access to the courts by being denied access to get legal work notarized
   8-e] on canteen for not refunding my money on my green pajamas i turned in to you on10/7/21 & sent the canteen manager a letter requesting my refund on 10/8/21
   8-f] on 6 house staff for not being organized sufficiently enough to monitor & keep track of what cells have been afforded to utilize the kiosk machines to give all offenders euqal access to them
   8-g] on the handy caped cells not being afforded the same as all other non handy cap cell by not having a place to set & a desk in the handy caped cells is a violation of the ADA & equal protection

9) Im still missing personal property of a large rug, stinger, 6 bags of trail mix & 4 bags of bran flake cereal

10) Im including with this letter one voucher for a stinger, 2 large towels & 2 pair of size 3x pajamas

11) my last voucher canteen said they didnt recieve in time to process with my canteen order

12) please process this one & get to canteen in time for this weeks 6 house canteen order!

13) I J oseph Becker 1090720 declare & swear the foregoing statement is true & correct to the best of my believe under pains & penalties of perjury pursuant to 28 USC 1746  #pgs1/#articles13/date  10/16/21

FROM:

NOTICE TO MDOC STAFF

I ask the respondant staff member to this letter to respond within 7 working days from the date of recieved pursuant to MDOC policy & procedures Is & SOP 13-4.1 & 13-1.1 in thier official & proffesional copacity in writing with thier legiable complete name, rank ,title position date & signature on the responds

FROM: DECALRANT:   Date10/16/21    signature: _joseph Becker_
Joseph Becker 1090720
6-c-102
JCCC
8200 No More Victims Rd
Jefferson City Mo 65101

CALL ME BACK TO THE OFFICE & I WILL GIVE YOU THE PHOTO COPIES THAT I NEED COPIED BECAUSE THE ENVELOPE WITH ALL THE COPIES I NEED COPIED WILL NOT FIT IN THE SLOT OF THE MAIL BOX!

Pg 12 of 21

Exhibit D-18

## *DECLARATION STATEMENT OF FACTS LETTER*

TO: 6 hose case worker Tennyson

My photo copies was not done as I requested
They made 30 copies of a page that I asked only for 3 copies of &
the one set of copies is missing a quarter of the page that wasnt fully copied
call me back & I will show you
I want iether the copies to be corrected & I will give you the copies of the paper work I didnt ask for & the ones
that are not fully copied or I want my money back
I dont want to hear this is my fault because when I get copies done in the library I have to give them ONE stack
at a time or they make mistakes like this

1) I still need the following IRRs

2) IRR on medical for not picking up HSrs or having open sick call for 6 c wing offenders

3)Irr on 6 c wing offenders not getting equal time to eat as the rest of the housing units or wings because
we are fed last & always rushed so they dont mess with count duting us being in the chow hall

4)IRR on being forced to cell in handy caped cell that dont have a table & chair that is both handy capped
& non handy capped accessible

5)IRR on instituting new policies & procedures in 6 d wing in violation of MDOC policy D 5-3.2 offender
grievance policy pg 4 section b by not posting the changes at 30 days prior to instituting the change to afford staff
& offenders to make comments & input on such chnges before they are sent to the procedures & forms unit manager this
also violates MDOC policy D1-2.1 procedures & forms development & maintenence pg 3 section 7-A approved procedures
shall not become effective 30 days after distribution. These changes have not followed the proper MDOC proticall to
be approved & changed per MDOC policy

6)IRR on (8) other (G) other violations of equal protection by giving offenders that are able boddied to work
preferential treatment bt by allowing them to be privilage dorm qualified before they have been out of adseg for
2 years, offenders such as my self that ahve medical no work lay ins have to be out of adseg for 2 years to be privilage
dorm qualified which is a violation of the ADA by not affording odfenders such as my self who cant work to be privilage
dorm program qualified before 2 years the same as is afforded to all offenders who have jobs that go to privilage d
dorm of 4 house

7)IRR on (8) other (G) other the on going organized conspiracy against my rights by JCCC staff abuse of authority
in the pattern of practice of the depervation of my rights by the mental, physical, emotional, verbal abuse & hurras-
ment by JCCC staff in retaliation as a reprisal against me for filling IRR to protect my rights & other offenders rights

8) IRR on (8) other(G) other by being denied access to the courts by not affording a QLC for me to have access
to the law library to do legal research for violations of confinement by JCC staff on my rights

9) Ive been asking for an IRR to file on the excessive force used on me on 8/3/21 where my left index finger
was injured & the staff has refused to give me an IRR to file on it this is the third letter Ive asked for this

IRR in
10)I need an IRR on medical not treating my left index finger or it to be treated
11)I still have not been given any cleaning supplies to clean the cell in almost a month

### NOTICE TO MDOC STAFF

I ask the respondant staff memeber to this letter to respond within 7 working days from reciept of pursuant to
MDOC policy & procedures IS & SOP 13-1.1 in thier official & professional copacity in writing with thier legiable
complete name, rank, title, position date signature on the responds

(9 ) I  Joseph Becker 1090720

declare & swear the foregoing is true & correct to the best of my
belief under pains & penalties of perjury pursuant to 28 USC 1746
FROM : DECLARANT      1  #PGS      / 9 #Articles
                              DATE 10/ 20 /21

NAME:  Joseph Becker

MDOC# 1090720

SIGNAIRE:

CELL#6-c-102
ADDRESS:
    JCCC
    8200 No More Victims Rd
    Jefferson City MO 65101
L#  1.102721
F#

NOTARY:WITNESS

Exb:b+D-18

PG  13 of  21

TO: 2 house case workers

    1) with this letter Im turning in 2 IRRs & a reasonable accomodation form
    2) Im reuesting the following 4 IRRs

3-a] one IRR on the preferential treatment of offender workers that can work that get jobs to not have to be out of adseg for 2 years before they can go to 4 house privilage dorm. Im medically laid in from all work & I have to be out of adseg for 2 ycras before Im privilage dorm qualified just because Im disabeled & cant work I have to wait @ years Before I can go back to privilalgr dorm which is a violation of my equal protection rights & ADA USC 507

3-b] one IRR on the discrimination of myself & other JCC offenders that have medical no work lains from being incentive dorm of 3 D wing qualified because we cant work. It states in the incentive dorm program of 3 D wing that offenders must have a job, or be in classes or programs to be eligiable for yhr incentive dorm program which is a violation of equal protection & ADA USC 507

3-c] one IRR on 2 house staff utilizing offenders by reliquishing thier authority to offender walkman to get cell doors open thereby giving these offender walkman a position of authority in a supervisory authority over myself & other offenders in housing unit 2 to use these positions of power to extort favors out of us to get our cell doors open or to discriminate against us if they dont want to get our cell doors open

3-d] one IRR on 2 house using coporal punishment on myself & other 2 house offenders for the actions of other offenders by refusing to open our cells untill other offenders lock thier cell or lock down thereby punishing us offenders for the actions of other offenders for violating the rules rather than giving the inmates that are violating policy the punishment

3-e] one IRR to file on the preferencial treatment of offenders that have a sexual identity orientation of transgender to be celled & housed according to this identity which is a violation of MDOC policy IS & SOP 5-3.1 offender housing unit assigment

3-f] One IRR on the excessive force used on me on 8/3/21 injuring my left index finger

P.S My inmate account is froze, every time I get oh the canteen kiosk it says that I have exceeded my limit

3-g] one IRR to file on denial of adequate law library time

## NOTICE TO MDOC STAFF

I ask the respondant staff member to this letter to respond within 7 working days from reciept of pursuant to MDOC policy & procedures IS & SOP 13-1.1 in thier official & professional copacity in writing with thier legiable complete name, rank, title, position date signature on the responds

( 4 ) I  JOSEPH BECKER 1090720

declare & swear the foregoing is true & correct to the best of my belief under pains & penalties of perjury pursuant to 28 USC 1746
FROM : DECLARANT    #PGS  1  /  #Articles  4

NAME: JOSEPH BECKER    DATE 10/25/21

MDOC# 1090720

CELL# 2-A-103    SIGNATURE:
ADDRESS: JCCC    STATE:
    8200 no more victims rd
    Jefferson City Mo 65101

NOTARY:WITNESS

Exhibit D-18

I# 1.1142
F#    PG 14 OF 21

TO: 2 house Fum Dittman

1) On 11/15/21 I was in the case workers open office hours asking for an IRR to file on the disparaties of giving preferential treatment to able bodied offenders that can work & get jobs so they are not required to be out of adseg for 2 years before they are privilege dorm program qualified while discriminating against myself & other JCCC offenders that cant work because they are medically laid in from all work disqualifying us from being privilige dorm program for 2 years after we are out of adseg

2) You called medical & talked to DON Hodges about me not being listed as medically unassigned in the computer even though I have medical no work layins & weight lifting restriction of 5LBS for the next year & have had these same layins for over the past year

3) You told me to fill out a room move form & a privilege dorm program request form requesting to be moved to 4 house privilege dorm & you would review it with DON Hodges

4) On the back of this letter is the privilege dorm program request form requesting to be moved to 4 house privilige dorm as you advised me on 11/15/21 4-a] I still need an IRR to file on excessive force used on me on 8/3/21

5) IM also including a Mo sun shine rquest of records to tou requesting to see my offender records of my asigment listings of being listed as medically laid in & unassigned from all work over the past year & being listed as a full time student over the past 4 months

6) Over 4 months ago I gave 374 house fum & all MDOC staff a notarized letter documenting permission to have access to my Blackstone career institute paralegal coarse student records so I would be listed as a full time student & Todd told 3&4 house bed broker & job quardinator Chape to list me as a full time student & medically unassigned

7) Im not asking for a copy of these records of my layins because I have them
Im asking for my MDOC offender records of my listings in the computer for over the years of 2019,2220, 2021 to review these records

8)Im not asking for copies of these records, Im asking to review them & based on what they show I will decide if I want a copy or not

9) I JOSEPH BECKER 1090720 declare & swear the fore going statement is true & correct to the best of my belief under penalties & pains of perjury pursuant to 28 USC 1746/ 4pgs/ 9articles/   DATE 11/22/21

DECLARANT
JOSEPH BECKER 1090720
2-A-103
JCCC
8200 No More Victims Rd
Jefferson City Mo 65101

SIGNATURE *Joseph Wells*

I also need an I.R.R to file on the J.C.C.C mailroom giving me false information on the cost and forms required to mail out letter signature confirmation through the united states postal services Taken care of on 11/22/21

I also need an I.R.R to file on J.C.C.C warden for violations of M.D.U.C policy public & confidencial record by het action of not responding to the Mo sun shine law request of records I sent her on 11/11/21

Mary Bull 11/22/21

MARY BULL
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES AUGUST 14, 2025
GASCONADE COUNTY
COMMISSION #17403727

12) Im also requesting an IRR to file on you for your unprofessionalism in the unnecessary comments you hand writen on the bottom of the document of the print out of my offender classification status on 11/22/21

13) since Im listed as an 103 medically laid in i would like a regular phone slot at night along with workers between 6;00 & 7:00 pm & to be afforded to take a shower at night like workers or an IRR to file on these issues for violations of my ADA equal protection rights

1#1.111621

**Exhibit D-1.7**

# *DECLARATION STATEMENT OF FACTS LETTER*

TO: JCCC 2 house case workers

1) I have the following questions
2) when will we start getting soap again we have not reviewed any soap in 3 weeks
3) when will medical treat my finger that was injured on 8/3/21
4) Im also requesting the following IRRs

4-a] One IRR on the preferencial treatment of offenders that can work that get jobs to not to have to be out of adseg for 2 years to be privilage dorm program qualified by going to 4 house which is all a privilage dorm

4-b] One IRR on the discrimination of my self & others offenders that have medical no work layins from being eligible for incentive dorm of 3-d wing because we cant work.It states in the 3-d wing incentive dorm criteria that offenders are required to be in classes, programs, or have a job to be eligible for the incentive dorm program

4-c] One IRR on 2 house staff for utilizing offender workers as walkman reliquishing thier authority by giving offender walkman the supervisory position of authority over my self & other offenders in 2 house to extort favors out of us to get our cell doors open or to discriminate against us if they dont want to get our cell open

4-d] One iRR on 2 house staff violation of MDOC policy by the corporal punishment of myself & other offenders for actions of other offenders refussibg to lock down or close thier doors by refussing to open up the offenders doors such as myself to get out of our cells

4-e] One IRR on the preferencial treatment of transgender offenders to be housed & celled according to thier sexual orientation identity violating MDOC policy IS & SOP 5-3.1 offender housing unit assigment

4-f] One IRR on Fum Dittman for her violation of MDOC policy by the comments she made on my classification records on 11/22/21

4-g] One IRR on JCCC mail room for not responding to my Mo sun shine law request I sent on 11/25/21

4-h] ONe IRR on JCCC FUM Dittman for not responding to my Mo sun shine law request I sent on 11/25/21

4-i] One IRR on JCCC FUM Dittman for not responding to my letter within 7 days that I sent on 11/25/21

4-j] One IRR on JCCC FUM DIttman for not responding to my MDOC reasonable accomdation reqest I sent on 11/25/21

4-k] One IRR on medical not treating my injured finger that was injured on 8/3/21

4-l] I still need an IRR to file on the excessive force used on me on 8/3/21

The panic button don't work in my cell, I know this because the Sgt told us to phess them to get out for med pass and my cell door wasn't opend until I had an inmate get it open then I asked the Sgt if he didn't see my panic button go off he said no then he had me go push it again to see if it was working and it wasn't
With this I'm turning in an I.R.R. I need another on the foregoing list one for another violation of the Mo sun shine law request list it as other (6) other thank you

## NOTICE TO MDOC STAFF

I ask the respondant staff member to this letter to respond within 7 working days from reciept of pursuant to MDOC policy & procedures IS & SOP 13-1.1 in thier official & professional capacity in writing with thier legiable complete name, rank, title, position date signature on the responds

(5) I JOSEPH BECKER 1090720

declare & swear the foregoing is true & correct to the best of my belief under pains & penalties of perjury pursuant to 28 USC 1746

FROM : DECLARANT    #PGS 1  / #Articles 4

NAME: Joseph Becker         DATE 12 / 1 / 21

MDOC# 1090720

SIGNATURE: Joseph Becker

CELL# 2 -A-103  SINTR:

ADDRESS: J.C.C.C.
8200 No More Victims Rd
Jefferson City, Mo 6510

L# 1 . 112 921
F#

NOTARY: WITNESS

State of Missouri
County of Cole

Subscribed and sworn to before me
on this 1st day of December 2021

Renee Walker
Your Name Here, Notary Public
My Commission Expires July 26,2025

RENEE WALKER
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES JULY 26, 2025
COLE COUNTY
COMMISSION #21562795

Case 2:23-cv-04164-BCW    Document 1-0    Filed 07/25/23    Page 16 of 205    PG 16 of 2    Exhibit 0-1

*✻DECLARATION STATEMENT OF FACTS LETTER✻*

TO: 2 HOUSE CASE WORKERS & Fum Dittman

1) With this letter is included the following;
2) a notarized reasonable accomodations request form for ADA issues filled out & requesting to be moved to 4 house as instructed by 2 house case workers on 12/6/21 during open office hours when i requested for an IRR to file on being denied to be moved to 4 house in the attached exhibit labeled A-1 a photo copy of the room/cell change form I filled out & submitted on 11/22/21 per 1 & 2 house FUM Dittman instuction
3) with this letter is a Mo sun shine law request of records reqesting for the qalifications criteria that was promulgated under RSMo 217.040 rule making authority to be housed in JCCC housing units 3-C incentive dorm program & housing unit 4 & my classification records of my privilage dorm status at JCCC
4) Im requesting for the following IRR Ive been requesting now in notarized letters every week for over a month now, if Im going to be limited to one IRR per office hours once a week then i cant be resticted to the 14 day time bar to file on a issue becuase of this restiction or give me more than one IRR at a time!
   4-A] one IRR on the discrimination of myself & other offenders that have medical no work layins from being eligible for 4 house because we are not able to work on no work layins giving preferential treatment to offenders that are able to work to not have to be out of adseg for 2 years to be in privilage dorm of 4 house which is a violation of the ADA equal protection rights
   4-B] oen IRR to file on the discrimination of myself & other JCCC offenders that have np work layins to be eligible for 3 C wing incentive dorm because we are not able to work
   4-C] one IRR on 2 house staff for utilizing offender owrkers as walkman reliquishing thier authority by giving offender walkman the supervisory position of authority over myself & other offenders in 2 house to extort favors out of us to get out of our cells or to discriminaye against us if they dont want to get our cell doors oepn
   4-D] ONE IRR on 2 house staff violation of MDOC policy by the corporal punishment of myself & other 2 house offenders by thier actins of refussing to lock down or issue CDVs to offenders causing issues in the wing instead the staff do corporal punishment to us offenders that are following policy by refussing to open or cells for anything untill the offenders that are violating policy lock down or secure thier doors which is corporal punishment
   4-E] One IRR on the preferential treatment of trans gender offnders to be housed in 2 house according to thier sexual orientation identity violating MDOC policy IS & SOP 5-3.1 offender housing unit assignment
   4-F] One IRR on FUM Dittman for her violation of MDOC policy by the comments she put on my classification records she sent me on 11/22/21
   4-G] One IRR on medicals delaid treatment of myfinger that has been injured since 8/3/21 when cos injured it doing a pain restrain hold on me while I was in full restaints totally catatonic which this delayed medical care of this injury is hindering my every day life & its prolonged delay of treatment causing undue pain & suffering causing future pain & suffering & advirse effects on my future health & well being from the unecessary delaid medical treatment potentially causing illreverable permanent damage
   4-H] The most important IRR is the one I need to file on the violation of policy by MDOC staff in the rejection of the following book'' the best 500 nonprofit organizations for prisoners & thier families
   4-I] I still need an IRR to file on the excessive force used on me on 8/3/21

NOTICE TO MDOC STAFF
I ask the respondant staff memeber to this letter to respond within 7 working days from reciept of pursuant to MDOC policy & procedures IS & SOP 13-1.1 in thier official & professional copacity in writing with thier legiable complete name, rank, title, position date signature on the responds

(5) I  JOSEPH BECKER 1090720

declare & swear the foregoing is true & correct to the best of my belief under pains & penalties of perjury pursuant to 28 USC 1746
FROM : DECLARANT     #PGS 4 /  #Articles  5

NAME: JOSEPH BECKER                        DATE 12/ 8 /21

MDOC# 1090720

CELL# 2-A-103          SIGNATURE: _____
ADDRESS: JCCC          SCRIPT:
          8200 No More Victims Rd
          Jefferson city Mo 65101

**Exhibit D-1.8**

NOTARY:WITNESS

State of: M'ssou-

County of: Cole

The foregoing insturment was acknowledged before me __ day of December, 2021

Your name Here, Notary Public

My Commission Expires   5/27/2024

SUSAN DITCH
My Commission Expires
May 27, 2024
Cole County
Commission #16332131

L# 1.12821
I#

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**INFORMAL RESOLUTION REQUEST**

**INSTITUTION USE ONLY** ☐ EMERGENCY COMPLAINT

| OFFENDER NAME | | | |
|---|---|---|---|
| Becker, Joseph | | DOC NUMBER 1090720 | |
| DATE STAFF MEMBER RECEIVED IRR | COMPLAINT NUMBER | CATEGORY Other | HOUSING UNIT |

**STATE YOUR COMPLAINT/PROBLEM BRIEFLY- ONE ISSUE - BE SPECIFIC**

See attachment Declaration statement of facts Articles 1 through 6 for my complaint and problem.
With this I.R.R. is an attachment Declaration statement of facts #1.111721 consiting of 3 pgs, 9 Articles and one exhibit labeled A-1
To sum it up I sent J.C.C.C. watch on 11/18/21 the attached exhibit labeled A-1 a MoSunShine law Request & she didn't respond to it within 3 business days.

**ACTION REQUESTED: STATE REMEDIES YOU ARE SEEKING**

See attachment Declaration statement of facts Article 7 for the action I'm requesting to resolve this issue

| OFFENDER SIGNATURE | DATE |
|---|---|
| *Joseph Becker* | 11/29/21 |

**STAFF USE ONLY**

**DISCUSSION OF COMPLAINT (SUMMARIZE RESULTS OF MEETING)**

| ☐ IRR RESOLVED BY DISCUSSION/WITHDRAWN | | ☐ IRR NOT RESOLVED BY DISCUSSION | |
|---|---|---|---|
| OFFENDER SIGNATURE | DATE | STAFF SIGNATURE | DATE |

**STAFF FINDINGS/RESPONSE**

| INVESTIGATING STAFF SIGNATURE | DATE | RESPONDENT SIGNATURE | DATE |
|---|---|---|---|
| REVIEWER SIGNATURE | DATE | RESULTS ☐ SATISFACTORY  ☐ UNSATISFACTORY | |

YOU HAVE THE RIGHT TO FILE A FORMAL GRIEVANCE. YOU MUST FILE A GRIEVANCE FORM WITH THE DESIGNATED STAFF WITHIN SEVEN (7) DAYS FROM THE DATE YOU RECEIVE THIS RESPONSE. FAILURE TO SUBMIT A GRIEVANCE WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT.

| OFFENDER SIGNATURE | DATE |
|---|---|

931-3376 (9-17)      IRR# 1.111721

Exhibit D-1-8     PG 19 of 21

"DECLARATION STATEMENT OF FACTS GRIEVANCE"
catagory (8) other
NAME MDOC#    1090720                    MDOC COMPLAINT#
Joseph Becket    ##ARTICLESq / #PG 3    date 11/22/21
sub catagory (9) other

(1) My complaint is the violation of my rights
protected under the following but not limited to all applicable federal and state constitutions, statutes
or common law and MDOC policies and procedures by but not limited to the following persons and entities,
MDOC staff and officials,

(2) My support for the foregoing statement is the following but not limited to ;
(3) MDOC policies and procedures:

[3-a] D 2-11.10 Employee Code of conduct pg[2] section [1] Procedures: A. ProfessionalPrinciples:
pg[3] that all persons should be treated respectfully, fairly, honestly, and with dignity; pg[3-4]
section [B] Employee personal code of conduct: section [F] I have the responsibility to report in any
inappropriate actions or misconduct of my peers to appropriate personel and they must do the same if I
should falter; pg[4] section [C] Perfessionalism: 1 Employees are required to be familiar with and adhere
to: [A] thier respective job components and job expectations established through the performance appraisal
system: [B] the policies and procedures relating to thier job function; [C] the employee hand book; [D]
D2-11 Employee standards, which details the code of ethics for government services and the department
code of ethics, as well as D2-11.8 [E] the department professional principles; [F] the employee personal
code of conduct; pg[5] section [D] cause for suspension, demotion and dismissal: Employees may be suspended,
demoted or dismissed for willful violations of any provisions of the state merit system of law or of the
rules of the personel advisory board or D2-11 Employee standards; pg[6]Reporting misconduct: 1 Employees
having knowledge of any instance of an offender abuse shall immediately report such to the inspector
general in accordance with D5-3.5 offender abuse;

[3-b] D2-11 Employee Standards pg[2] section[A-6] Employees of the state are expected to comply with
the statutes of MO at all times, section [B] Executive Branch employees shall conduct themselves in
scrupulous compliance with applicable federal, state and local law;[B-2] Employees shall adhere to all laws
providing equal opportunity to all citizens;[B-3] Employees shall perform thier responsibilities as they
are specified in the law or other authority establishing thoseresponsibilities, pg[3] section[F-3]
Employees shall not engage in any form of illegal harrasment or discrimination in the work place,
including on the basis of race, color, religion, nationality, ancestry, sex, age or disability;
pg[5] section department code of ethics: subsection[5] Employees will report without any reservation
any corrupt or unethical behavior which could affect either the offenders or the integrity of the department,
subsection[6] Employees are obligated to immediately report any misconduct or mismanagement through
appropriate chain of command

[3-c] D5-3 Offender Rights pg[1] paragraph[1] Purpose: The department of corrections and human resources
recognises its responsibility to fulfill the rights of the offenders under its custody which are protected
by constitutional, statutory, or common law. Therefore the department's institutions and field services
are mandated to provide written policies and procedures which govern said rights of the offenders. These
rights include, but are not limited to the following: paragraph[2] The department shall ensure the right
of the inmates to have acces to courts to seek redress for alleged illegal conditions or treatment while
under the correctional control; paragraph[3] The department shall ensure that inmates are protected
from personal abuse and corporal punishment and protect inmates from themselves and others;
paragraph[4] The department shall ensure the provisions of a healthy environment which shall include
but are not limited to, clean orderly surroundings; appropriate clothing; wholesome and nutritionally
adequate diet; safe living conditions; and medical care; pg[2] paragraph[4] The department shall not
subject offenders to discrimination based on race, religion, nationality, sex, or political belief;
paragraph[5] The department recognizes that all able-bodied offenders are expected to work, and recieve
compensation for such work; paragraph[6] The department shall ensure that written rules of offenders
conduct specifically prohibited behavior; paragraph[7] The department shall ensure that provisions
governing inmate greivances and classification be made available to all inmates;
Subject only to the limitations necessary to maintain institutional order and security, the department
shall ensure the constitutional rights of inmates to practice thier religion, recieve visits, communicate
or correspond with persons or organizations, subject to order and security of the institution.

IRR# 1. 11 72 1                                    PG# 1 OF 3

Case 2:23-cv-04164-BCW    Document 1-2    Filed 01/23/23    Page 50 of 205
Exhibit 1.B 21

[3-D] d1-11.2 public and confidential records, pg[5[ Section Procedures: A. Public Records;
[1] Records from the general public will be considered requesting under the Mo sun shine law section 610.010
[a[ Request must be made in writting; [b] The requester should be given the option to either inspect or pay for and recieve a copy of the desirable public records;[c] The custodian must initially respond to the request within (3) working days; the responds to the request should follow the request response format and shall: [1] aknowledge reciept of the request; [2] indicating how soon the public portion of the records will be made available; [3] ask whether the requesting party wants copies of the records or access to review the records and; [4] specify the cost of copying and research
(4) RSMO 610.023 Mo sun shine law request of records may be reviewed for free, and all response to such request shall be within (3) business days from reciept of such request.
(5) state and federal constitutional amendments of the fifth, eight and fourteenth amendment of life, liberty, and property; cruel and unusual punishment, equal protection and due process;
(6) My problem is the violation of my rights as outlined but not limited to the foregoing statement by the following but not limited to; MDOC J.C.C.C Warden Doris E Falkenrath

staff and officials actions of: MDOC J.C.C. Warden Doris E Falkenrath

[6-a] on 11/18 h[I sent the attached Mo sun shine law request of records labeled Exhibit
TO: J.C.C.C. Warden DEOS Doris E Falkenrath
[6-b] by thier actions of not responding to MDOC policy and procedures D1-11.2 Public and confidential records and RSMO 610.010, 610.023 they have violated my rights of life, liberty, and property, cruel and unusual punishment, due process and equal protection with thier foregoing actions of treating my rights with deliberate indifference.
97) The action I'm requesting is the protection of my rights as outlined but not limited to the foregoing statement by granting me the following relief:
[7-a] that MDOC, J.C.C.C. Warden Doris E Falkenrath

be suspendid without pay for the next 3 months;
[7-b] be demoted to the lowest rank in thier assigned area and not afforded permotion for the next 2 years for thier willful violation of my rights of MDOC policy D1-11.2, D 2-11, D 2-11.2
[7-c] I be given access to review the records I requested in the attached Mo sun shine law request of records labeled Exhibit A -1
[7-d] that staff member M.D.O.C. J.C.C.C. Warden Doris E Falkenrath be reported for investigation and prosecution under violations of RSMO 610.010.
(8) Reprisal notice Pursuant to RSMO 217-40 section 10 MDOC policy and all applicable state and federal law any retaliation (or) adverse action (or) threat of transfere will be taken as an act of retaliation in violation of law and will be reported for investigation and prosecution to the full extent of the law.
(9) I Joseph Becker 1090720 =

declare and swear the foregoing statement are true and correct to the best of my belief under pains and penalties of perjury pursuant to 28 USC 1746      9 #articles 3 # Pgs

Declarant:
Joseph Becker 1090726
2-A-103    Signature fo MM MM
J.C.C.C.
8200 No More victims Rd
Jefferson City Mo 65101

11/22/24

Mary Bull   11/22/21

MARY BULL
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES AUGUST 14, 2025
GASCONADE COUNTY
COMMISSION #17403727

IRR# 6.11731
MSLF#B

^ Missouri Sun Shine Law Request of Records ^

TO: JCCC warden Doris E Falkenrath
    JCCC
    8200 No More Victims RD
    Jefferson City Mo 65101

C/o: Custodian of records;
This is a (official) request of records under the Missouri sun shine law chapter 610;
REVISED STATUTES OF MISSOURI...
#1) I request you make available to me the following records and all related to;
    Im requesting to have a copy of the following housing unit 3 D wing criteria for 3 D wing incentive dorm program
hat was posted on 8/2/21.

    Im requesting to view JCCC records of May, June ,July, August, September, October, November of all offender work
ssigments & housing assigments for housing units 1, 2, 3, 4 for 2021

    Im requesting to view Joseph Becker 1090720 mine offender records of being put out of JCCC privilage dorm program
on 6/29/20 of housing unit 4 & for 6/24/21 of housing unit 3

    the JCCC surveillance records of audio & video of 8/3/21 7 house A wing the hours between 12:30pm to 3:40pm

    I want this video serveillance records to be saved & preserved for future litigation


                                    *NOTICE TO MDOC STAFF*
    Failure to adhere to MDOC policy or RSMO 610.023 and respond to this request within (3)Business days
will result in my filling an IRR, reporting it to the Attorney Generals office for investigation and
prosecution, and my filling a law suit.
No sun shine law request of records is pursuant to MDOC policy and procedure D 1—11.2 public and
confidential records pg5 section Procedures: subsection A. Public Records:
1.a: a request must be made in writting identifying the particular records to which he seeks access,
1.b: the requestor should be given the option to either inspect or pay for and recieve a copy of the
desired records, —
1.c: the custodian must initially respond to the request within (3) working days. The responds to the
request should follow the records request response format and shall:
        (1) aknowledge reciept of the request;
        (2)indicate how soon the public portion of the records will be available;
        (3) ask wheather the party wants copies of the records or access to review the records; and
        (4) specify the cost of the copies, copying and research.
2#) I request the records responsive to my request be:
        Available for my review within (3) Business days. *pursuant RSMO 610.023*
        Copied and sent to me within (3) Business days.*pursuant RSMO 610.023*
#3) I request that all fees for copying the records be waived;
The information obtained in this request will be in the public interest.*pursuant RSMO 610.026*
#4) Please let me know in advance if copying fee of .10¢ a page exceeds $1.ºº.*pursuant RSMO 610.026
                                    VIOLATIONS SUBJECT TO RSMO 610.027
Organization/Individual
Requesting/Records
DATE II /18 /2( Signature _____

Name: Joseph Becker                                         Mary Bull

MDOC#:1090720
Cell# 6-c-102

    JCCC

    8200 No More Victims Rd

    Jefferson city Mo 65101

MARY BULL
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES AUGUST 14, 2025
GASCONADE COUNTY
COMMISSION #17403727

Exhibit D-18

MSI# 1.11221, #2.11221, #3.11221



# **Missouri Department of Corrections**

INFORMAL RESOLUTION REQUEST

To: Becker, Joseph #1090720

Institution: JCCC

IRR Number: JCCC 21-1730

Date of IRR: December 2, 2021

     Your IRR has been received and investigated. You state that you were removed from Housing Unit #4 without cause, and that you should have been placed immediately into the Housing Unit #3 honor dorm; instead, you were placed into General Population and have not been put in the Housing Unit #3 honor dorm. You request that you be placed into the honor dorm, and that you be allowed to examine the work histories for the offenders in the honor dorm in 3 House and 4 House workers.

    *Be advised that after a thorough investigation, it has been determined that all applicable policies and procedures have been adhered to. You were removed from Housing Unit #4 in June of 2020; at this time, the privilege wing program in Housing Unit #3 had not been implemented due to the lack of offenders available to properly fill an honor dorm in the unit. You have not applied for placement in the privilege wing in Housing Unit #3, but do not meet the minimum criteria due to lack of program involvement since you are disabled; if you wish to apply in the future, you may obtain an application from your case manager at that time. Furthermore, your request for the work histories of other offenders cannot be processed due to the fact that you are not permitted access to the records of other offenders; therefore, I cannot find in your favor on this matter.*

IRR denied.

No further action required at this time

If you disagree with this response you have (7) days from the day you sign the IRR in which to file a
    grievance.

| | | |
|---|---|---|
| 12\|2\|21 | 1\|4\|22 | K. Hughes |
| Date Received | Date of Response | Corrections Case Manager |



STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
HEALTH SERVICES REQUEST

| TO BE COMPLETED BY HEALTHCARE STAFF ONLY | |
|---|---|
| DATE RECEIVED BY HEALTHCARE STAFF | TIME RECEIVED BY HEALTHCARE STAFF |

OFFENDER NAME (PLEASE PRINT): Joseph Becker
DOC NUMBER: 1090720
INSTITUTION: JCCC

HOUSING UNIT (INCLUDE WING & ROOM NUMBER): 2-A-103
WORK/SCHOOL SCHEDULE: None laid in

I WISH TO BE SEEN BY (CHECK ONE):
☐ MEDICAL ☐ MENTAL HEALTH ☐ DENTAL ☐ OTHER

COMPLAINT: See back

OFFENDER SIGNATURE AND AUTHORIZATION TO TREAT: Joseph Becker

INITIAL FOR RECEIPT OF OTC INSTRUCTIONS

DATE: 1/10/22

DO NOT WRITE BELOW THIS LINE - FOR HEALTHCARE STAFF USE ONLY

| ☐ EMERGENT (SEE IMMEDIATELY) | ☐ URGENT (SEE DURING SHIFT) | ☐ ROUTINE (NEXT AVAILABLE SICK CALL) |
|---|---|---|

| ☐ ADMINISTRATOR | ☐ DENTAL | ☐ DOCTOR SICK CALL | ☐ DON | ☐ LAB / X-RAY |
|---|---|---|---|---|
| ☐ MED ROOM | ☐ MENTAL HEALTH | ☐ NURSE SICK CALL | ☐ OPTOMETRY | ☐ OTHER: |

TRIAGE STAFF NOTES:

| TRIAGE STAFF SIGNATURE & TITLE | DATE TRIAGED | TIME TRIAGED | ☐ FACE-TO-FACE TRIAGE COMPLETED |
|---|---|---|---|

HEALTHCARE STAFF NOTES:

| HEALTHCARE STAFF SIGNATURE | DATE | TIME |
|---|---|---|

MO 931-1319 (2-19)

Exhibit E-1

My finger still has not been treated that the cos injured on 8/3/21

It is still swollen disfigured, & discolored & I cant bend 2 fingers on my left hand Middle finger & index

It hurts to move them & I have not been given anything for the pain



# Missouri Department of Corrections

## Jefferson City Correctional Center

## INFORMAL RESOLUTION REQUEST

To: Becker, Joseph #1090720

Institution: JCCC

IRR Number: JCCC 22-0030

Date of IRR: January 7th, 2022

      Your IRR has been received and investigated. You state that you have been subjected to a pattern of ongoing practices which violate your right to be free from cruel and unusual punishment. You state that you have been subjected to harassment and discrimination with physical and emotional abuse from JCCC staff and officials. During your discussion you added to your IRR citing Use of Force concerns, additional unsubscribed harassment, denial of IRR forms, being forced into cell with an unhygienic offender, refusal of medical treatment, denial of privilege dorm, and not being adequately treating for finger injuries. You also revealed that this is an expanded IRR that was originally requested for Medical purposes. You requested the monetary restitution reward of $100,000.00 and for your finger to be treated so you have full range of motion and use of it again.

      *Be advised that after a thorough investigation, it has been determined that all applicable policies and procedures have been adhered to. A review of all the pertinent information indicates this is a misuse of the Grievance Procedure. As per SOP D 5-3.2 Offender Grievance, the offender must refrain from knowingly and deliberately filing improper, duplicate, expanded or frivolous IRRs. These issues have been previously addressed in the 24-plus IRR's you have filed. Therefore, I cannot find in your favor on these matters.*

IRR denied.
No further action required at this time
If you disagree with this response you have (7) days from the day you sign the IRR in which to file a
      grievance.

| 1/7/22 | 1/10/22 | K. Hughes |
|---|---|---|
| Date Received | Date of Response | Corrections Case Manager |

Exhibit E-11



STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**OFFENDER GRIEVANCE**

| GRIEVANCE NUMBER | IRR NUMBER | DATE FILED |
|---|---|---|
| 21-1730 | | JAN 1 - 202 |

| INSTITUTION USE ONLY | | | | | |
|---|---|---|---|---|---|
| OFFENDER LAST NAME | FIRST | DOC NUMBER | HOUSING UNIT | UNIT | INSTITUTION |
| BECKER | JOSEPH | 1090720 | | | |

**OFFENDER GRIEVANCE/REQUEST**

My grievance is the same as my original IRR#JCCC-21-1730 & my request

please see my entire IRR#JCCC-21-1730 consisting of 3 pgs & 9 articles

as to the responds to my IRR it was not addressed at all the issue that the IRR was about, my IRR I filed was on

JCCC warden Doris E Falkenrath for violations of the Mo sunshine law pursuant to RSMo 610.010, 610.023 & MDOC policy

D1-11.2 by her actions of not responding within 3 business days to the attchment label ed Exhibit A-1 I sent her

on 11/18/21, if the staff would actually take the time to read what the contents of the IRR was about then

they would have seen what the IRR was about or they are negligent at thier job or malicious intent of obstruction

of justice by not responding to the facts of the actusl IIRR

| OFFENDER SIGNATURE | DATE |
|---|---|
| | 1/12/22 |

**SUPERINTENDENT RESPONSE**

| SUPERINTENDENT/SECTION HEAD | DATE |
|---|---|
| Doris E. Falkenrath WARDEN 11d67B | 6-9-2022 |

You have the right to appeal this decision to a division director. You must file an appeal form with the grievance officer within seven (7) days from the day you receive this decision. Failure to submit an appeal within this time frame constitutes abandonment of the grievance.

☐ I ACCEPT THIS DECISION    ☒ I APPEAL THIS DECISION

| OFFENDER SIGNATURE | DATE |
|---|---|
| | 6/17/22 |

MO 931-3377 (12-04)

Exhibit E 1-21



STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**OFFENDER GRIEVANCE**

Filed at 1746

| GRIEVANCE NUMBER | IRR NUMBER | DATE FILED |
|---|---|---|
| | Jccc22-0030 | |

**INSTITUTION USE ONLY**

| OFFENDER LAST NAME | FIRST | DOC NUMBER | HOUSING UNIT | UNIT | INSTITUTION |
|---|---|---|---|---|---|
| Becker | Joseph | 1090720 | 2 | A-103 | JCCC |

**OFFENDER GRIEVANCE/REQUEST**

My reason for grievance is the same as my original IRR JCCC22-0030 declaration statement of facts articles 1 through 6 & my request see article 7 (please see my entire IRR JCCC22-0030 declaration statment of facts consisting of 9 articles/21 pgs/ exhibits A-1, B-2, C-3 , D-4, E-5, F-6, G-7)(as to the responds if in fact I was guilty of violating offender grievance policy by filling improper, duplicate, expanded or frivolous IRRs I would have recieved A CDV for such & since there was no grounds for such CDV to be written this is a false accusation. As far as my filling on the issues in this IRR in 24 other IRRs I now need a seperate IRR to file on the investigating staff for giving this false information on this IRR. I did not request a medical IRR as is outlined in the attachments to this IRR I did request for an IRR to file on the pattern of practice of which I had to include previous filed IRRs in this IRR to establish a pattern of practice as is claimed within this IRR other wise I would have no proof of the aligations within the IRR

| OFFENDER SIGNATURE | DATE |
|---|---|
| | 1/19/22 |

**SUPERINTENDENT RESPONSE**

| SUPERINTENDENT/SECTION HEAD | DATE |
|---|---|
| | |

You have the right to appeal this decision to a division director. You must file an appeal form with the grievance officer within seven (7) days from the day you receive this decision. Failure to submit an appeal within this time frame constitutes abandonment of the grievance.

☐ I ACCEPT THIS DECISION          ☐ I APPEAL THIS DECISION

OFFENDER SIGNATURE          Exhibit F-63

MO 931-3377 (12-04)

TO: JCCC 1&2 house FUn Dittman

Im writting to request for all the IRRs I have not as of yet recived that Ive been requesting now for over 2 months in notarized letters every week

Im also in need of the following IRRs

One IRR to file on Mo sun shine law violation by JCCC restorive justice coordinaror for the request I sent him on 1/26/22

One IRR to file on JCCC mail room for violations of MDOC POLICY IS & SOP 13-1.1 & 13-4.1 that I sent certified return reciept mail to the warden on 1/5/22

I still have not recieved the application for JCCC hobby crafts program that ~~i requested in a~~

I requested in the last letter or list of JCCC hobby craft items allowed at JCCC

I need all this done before the next package order months in March or it will be at the fault of 2 house classification staff that my order was not completed in order to order during March package order month & I will have to file an IRR on that also

NOTICE TO MDOC STAFF

I ask the respondant staff member to this letter to respond within 7 working days from reciept of pursuant to MDOC policy & procedures IS & SOP 13-1.1 in thier official & professional copacity in writing with thier legiable complete name, rank, title, position date signature on the responds

( ) I Joseph Becker 1090720

declare & swear the foregoing is true & correct to the best of my belief under pains & penalties of perjury pursuant to 28 USC 1746

FROM : DECLARANT      #PGS  1 /   #Articles

NAME: Joseph Becker #          DATE 1/19/22

MDOC# 1090720

SIGNATURE:

CELL# 2-A-103

ADDRESS: J.C.C.C.
8200 No More Victims Rd
Jefferson City Mo 65101

Exhibit E-1.4

NOTARY:WITNESS

RENEE WALKER
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES JULY 26, 2025
COLE COUNTY
COMMISSION #21509704

L#
F#



STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
## QUALIFIED LEGAL CLAIM VERIFICATION

| TO:<br>Warden/Designee | |
|---|---|

| FROM: CLASSIFICATION STAFF<br>A Dittman | DATE SUBMITTED<br>2-28-22 |
|---|---|
| OFFENDER NAME<br>Joseph Becker | OFFENDER DOC NUMBER<br>1090720 |
| HOUSING UNIT<br>2A-103 | WORK ASSIGNMENT<br>None |

| THE ABOVE NAMED OFFENDER HAS LEGAL WORK REGARDING:<br>(Check all that apply) | DATE OF DEADLINE<br>(If Applicable) |
|---|---|

| ☐ | **Direct Appeals** | |
|---|---|---|
| ☐ | **Habeas Corpus**<br>(Example: Form 40 Motion to vacate, Set Aside or Correct The Judgment or Sentence) | |
| ☑ | **Conditions of Confinement** | |

METHOD OF VERIFICATION (EXAMPLE: CONTACTED COURTS VIA TELEPHONE OR WRITTEN CORRESPONDENCE, CASENET, ETC.)
Research/grievance

| VERIFIED BY (STAFF MEMBER SIGNATURE & TITLE)<br>A Dittman | (PRINTED NAME AND TITLE)<br>A Dittman |
|---|---|

OFFENDER IS REQUESTING (EXAMPLE: EXTRA LAW TIME, LEGAL MATERIALS PER IS-8:1.1, ETC.)

Extra law time

FEB 14 2022

MAR 09 2022

ACTION TAKEN, PRIVILEGES GRANTED OR REASON FOR DISAPPROVAL
Approve: Six Hours library time pending
library schedule and policy

MO 931-4602 (2-10)

DISTRIBUTION: ORIGINAL - CLASSIFICATION FILE
COPY TO APPLICABLE SECTION - BUSINESS MANAGER; CANTEEN; LIBRARY; OFFENDER PROPERTY

Exhibit E-1.5

DECLRATION STATMENT OF FACTS LETTER

TO: JCCC WARDEN Doris E Falken rath
   JCCC
   8200 No More Victims Rd
 Jefferson City Mo 65101



1) on the back sside of this letter is a QLC application

2) when I was in ¢ house I turned in a QLC in a QLC application for conditions of confinement so I can do legal research on conditions of confinement with dates of dead lines of needing to do legal research to file IRRs on violations of my conditions of confinement & wa denied

3) If it wasnt an acceptable reason to merit being approved for a QLC It wouldnt be on the application

4) we both know with the volume of IRRs that I file that this is a legitimate request with legal merit & ramifications if such a second request is denied being a violation of my rights to have access to the courts & MDOC policy D5-3 offender rights

5) I JOSEPH BECKER 1090720 declare & swear the foregoing statment of facts is true & correct to the best of my belief under pains & penalties of perjury pursuant to 28 USC 1746/ #PGS 2/ #articles 5

DATE 2/ 9 /22

FROM:
DECLARANT                           SIGNATURE:
JOSEPH BECKER
2-A-103
JCCC
8200 No More Victims Rd             NOTARY
Jefferson City Mo  65101

RENEE WALKER
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES JULY 26, 2029
COLE COUNTY
COMMISSION #21562734

L#4.2222                      PG#   1   OF   2

Subscribed and sworn to before me this ___
of Feb.____ in the year 2022

Exhibit E-15

# *:DECLARATION STATEMENT OF FACTS LETTER:*

TO: JCCC mail room
JCCC
8200 No More Victims RD
Jefferson City Mo 65101

1) im requesting all my offender records of JOSEPH BECKER 1090720 from my out going mail processed through the JCCC mail room

2) starting 8/3/21 up through 2/2/22

3) to include but not limited to specificaly the mail sent out to JCCC warden Doris E Falkenrath on 1/5/22 return reciept

4) with this letter is a Mo sunshine law request of records if not complied with I will within 3 business days

4-a] file an IRR

4-b] send a complaint to Mo attorney generals office the Mo sunshine law complaint division for complete investigation & prosecution

4-d] file a declatory jugdement

## NOTICE TO MDOC STAFF

I ask the respondant staff memeber to this letter to respond within 7 working days from reciept of pursuant to MDOC policy & procedures IS & SOP 13-1.1 in thier official & professional copacity in writing with thier legiable complete name, rank, title, position date signature on the responds

(5) I    JOSEPH BECKER 1090720

declare & swear the foregoing is true & correct to the best of my belief under pains & penalties of perjury pursuant to 28 USC 1746

FROM : DECLARANT    #PGS 2 / #Articles 5

DATE 2/4 /22

NAME: JOSEPH BECKER

MDOC# 1090720

CELL# 2-A-103

ADDRESS: JCCC
8200 No More Victims Rd
Jefferson City Mo 65101

SIGNATURE:

Exhibit E-1.6

NOTARY: WITNESS

Renee Walker

RENEE WALKER
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES JULY 26, 2025
COLE COUNTY
COMMISSION #21562734

I# 2.2222
F#
PG   OF

## * Missouri Sun Shine Law Request Of Records*

TO: JCCC mail room

JCCC

8200 No More Victims Rd

Jefferson City Mo 65101

C/o: Custodian of records;

This is a (official) request of records under the Missouri sun shine law chapter 610;

REVISED STATUES OF MISSOURI...

#1) I request you make available to me the following records and all related to;

1)Im requesting all my offender records of JOSEPH BECKER 1090720 from my out going & incoming mail processed through the JCCC mail room

2) starting 8/3/21 up through 2/2/22

3) TO INCLUDE BUT NOT LIMITED TO SPECIFICALLY THE MAIL I SENT TO JCCC WARDEN Doris E Falkenrath on 1/5/22 return reciept

### *NOTICE TO MDOC STAFF*

Failure to adhere to MDOC policy or RSMO 610.023 and respond to this request within (3)Business days will result in my filling an IRR, reporting it to the Attorney Generals office for investigation and prosecution, and my filling a law suit.

Mo sun shine law request of records is pursuant to MDOC policy and procedure D 1-11.2 public and confidential records pg5 section Procedures: subsection A. Public Records:

1.a: a request must be made in writting identifying the particular records to which he seeks access,

1.b: the requestor should be given the option to either inspect or pay for and recieve a copy of the desired records,

1.c: the custodian must initially respond to the request within (3) working days. The responds to the request should follow the records request response format and shall:

(1) aknowledge reciept of the request;

(2)indicate how soon the public portion of the records will be available;

(3) ask wheather the party wants copies of the records or access to review the records; and

(4) specify the cost of the copies, copying and research.

2#) I request the records responsive to my request be:

Available for my review within (3) Business days. *pursuant RSMO 610.023*

Copied and sent to me within (3) Business days.*pursuant RSMO 610.023*

#3) I request that all fees for copying the records be waived;

The information obtained in this request will be in the public interest.*pursuant RSMO 610.026*

#4) Please let me know in advance if copying fee of .10¢ a page exceeds $1.ºº.*pursuant RSMO 610.026

VIOLATIONS SUBJECT TO RSMO 610.027

FROM:

Organization/Individual

Requesting/Records

DATE 2/9 22 Signature _____

Name: JOSEPH BECKER

MDOC#: 1090720

Cell#: 2-A-103

JCCC

8200 No More Victims Rd

Jefferson City Mo 65101

MSL#2.2222

Exhibit E-1.7

RENEE WALKER
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES JULY 26, 2025
COLE COUNTY
COMMISSION #13562205

MSL#

TO: JCCC Fum Dittman
    JCCC
    8200 No More Victims Rd
    Jefferson City Mo 65101

1) as always  the first subject is im still in need of all the previous IRRs ive been requesting in previous letter over the last 4 months every week & the next IRRs

2) I IRR to file on MDOC medical care providers centurion for violations of the Mo sunshine law request of records I sent on 2/2/22 certified return reciept

3) I IRR to file on not being afforded the equal opportunity to futher my rehabilitative process through restorative justice &/or  adult futher educational withIn MDOC programs by not affording me the same opportunities as is afforded to offenders with less time as in the restorative  justice program of life skills computer training lab or the collage correspondence course on the tablet through Ashland University

4) I IRR on being required to have a job & be in programs to be qualified for incentive dorm program when im medicaly laid in from all work, ther is no MDOC policy that allows for incentive dorm that is active at this time & im laid in from all work so if i was able to set in a class room all day long for a program I would be cleared by medical to set in an office on light duty working but im laid in from all work including office work

5) I IRR to file on my QLC being denied so I can do legal research on conditions of confinement with dates of dead lines of needing to do legal research to file IRRs on violations of my conditions of confinement

6) I need to know why I can not be afforded to be on the Friday workers library time since im  to be afforded the same as all able bodied workers being disabled as you have admitted in an IRR or i need an IRR to file on being denied this request also

6-a) I still need an IRR to file on denial of adequate law library time

## NOTICE TO MDOC STAFF

I ask the respondant staff memeber to this letter to respond within 7 working days from reciept of pursuant to MDOC policy & procedures IS & SOP 13-1.1 in thier official & professional capacity in writing with thier legiable complete name, rank, title, position date signature on the responds

( 7 ) I JOSEPH BECKER 1090720

declare & swear the foregoing is true & correct to the best of my belief under pains & penalties of perjury pursuant to 28 USC 1746
FROM : DECLARANT     #PGS  1  /   #Articles 7

NAME:  JOSEPH BECKER                    DATE 2/ 9 /22

MDOC# 1090720

CELL# 2-A-103
ADDRESS: JCCC
    8200 No More Victims Rd
    Jefferson City Mo 65101

SIGNATURE:

NOTARY:WITNESS

Missouri
state

9   Feb.   2022

Renee Walker

My Commission Expires

RENEE WALKER
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES JULY 26, 2025
COUNTY OF COLE
COMMISSION #21562734

Exhibit E-1.8



STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
HEALTH SERVICES REQUEST

OFFENDER NAME (PLEASE PRINT)
*Joseph Becker*

DOC NUMBER
*1090720*

INSTITUTION
*J.C.C.C*

HOUSING UNIT (INCLUDE WING & ROOM NUMBER)
*2-A-103*

WORK/SCHOOL SCHEDULE
*None laid in*

COMPLAINT:
*see back*

I WISH TO BE SEEN BY (CHECK ONE):

☐ MEDICAL   ☐ MENTAL HEALTH   ☐ DENTAL   ☐ OTHER

OFFENDER SIGNATURE AND AUTHORIZATION TO TREAT
*Joseph Becker*

INITIAL FOR RECEIPT OF OTC INSTRUCTIONS

DATE
*2/14/22*

DO NOT WRITE BELOW THIS LINE - FOR HEALTHCARE STAFF USE ONLY

☐ **EMERGENT**
*(SEE IMMEDIATELY)*

☐ **URGENT**
*(SEE DURING SHIFT)*

☐ **ROUTINE**
*(NEXT AVAILABLE SICK CALL)*

☐ ADMINISTRATOR   ☐ DENTAL   ☐ DOCTOR SICK CALL   ☐ DON   ☐ LAB / X-RAY

☐ MED ROOM   ☐ MENTAL HEALTH   ☐ NURSE SICK CALL   ☐ OPTOMETRY   ☐ OTHER:_____

TRIAGE STAFF NOTES:

TRIAGE STAFF SIGNATURE & TITLE | DATE TRIAGED | TIME TRIAGED | ☐ FACE-TO-FACE TRIAGE COMPLETED

HEALTHCARE STAFF NOTES:

HEALTHCARE STAFF SIGNATURE | DATE | TIME

*Exhibit E-1.9*

MO 931-1319 (2-19)

My finger still has not been treated that the cos injured on 8/3/21

It is still swollen disfigured, discolored & I can't bend 2 fingers on my left hand Middle finger & index

It hurts to move them & I have not been given anything for the pain

Exhibit E-19

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**HEALTH SERVICES REQUEST**

**TO BE COMPLETED BY HEALTHCARE STAFF ONLY**

| DATE RECEIVED BY HEALTHCARE STAFF | TIME RECEIVED BY HEALTHCARE STAFF |
|---|---|
| | |

OFFENDER NAME (PLEASE PRINT)
*Joseph Becket*

HOUSING UNIT (INCLUDE WING & ROOM NUMBER)
*2-A 103*

DOC NUMBER
*1090720*

INSTITUTION
*J.C.C.C*

WORK/SCHOOL SCHEDULE
*None laid in*

I WISH TO BE SEEN BY (CHECK ONE):
☐ MEDICAL   ☐ MENTAL HEALTH   ☐ DENTAL   ☐ OTHER

COMPLAINT:
*See back*

OFFENDER SIGNATURE AND AUTHORIZATION TO TREAT
*Joseph Becket*

INITIAL FOR RECEIPT OF OTC INSTRUCTIONS

DATE
*2/21/22*

**DO NOT WRITE BELOW THIS LINE - FOR HEALTHCARE STAFF USE ONLY**

☐ **EMERGENT**
(SEE IMMEDIATELY)

☐ **URGENT**
(SEE DURING SHIFT)

☐ **ROUTINE**
(NEXT AVAILABLE SICK CALL)

| ☐ ADMINISTRATOR | ☐ DENTAL | ☐ DOCTOR SICK CALL | ☐ DON | ☐ LAB / X-RAY |
|---|---|---|---|---|
| ☐ MED ROOM | ☐ MENTAL HEALTH | ☐ NURSE SICK CALL | ☐ OPTOMETRY | ☐ OTHER:_____ |

TRIAGE STAFF NOTES:

TRIAGE STAFF SIGNATURE & TITLE

DATE TRIAGED

TIME TRIAGED

☐ FACE-TO-FACE TRIAGE COMPLETED

HEALTHCARE STAFF NOTES:

HEALTHCARE STAFF SIGNATURE

DATE

TIME

MO 931-1319 (2-19)

**Exhibit M-1.9**

My finger still has not been treated that the co's injured on 8/3/21

It is still swollen disfigured, discolored & I can't bend 2 fingers on my left hand Middle finger & index

It hurts to move them & I have not been given anything for the pain

Exhibit M-1.9

DECLRATION STATMENT OF FACTS LETTER

*mailed on 2/16/22*

TO: JCCC FUM Dittman
    JCCC
    8200 No More Victims Rd
    Jefferson City Mo 65101

1) Im writting this letter to the following subjects;
2) Ive mailed 5 legal letters in the last 2 months certified return reciept & have only 1 reciept back showing it was delivered
3) all this is legal mail & 2 of the letters was to JCCC warden
4) I need some way to have a reciept from JCCC staff memebers showing when I physically give them the letters so I can prove when they become lost within JCCC institutional mail to the post master generals office
5) this is an organized obstruction of justice becuase all this mail is legal mail pertaining to institutional life violations of my rights at JCCC
6) I can not trust that my mail is being processed properly because the volume of letters ive sent out certified return reciept & have not recieved the reciept back as of yet
7) the following is a list of IRRs ive been trying to file now for over 3 months in 2 house with the case workers telling me I can not file on the issues
7-a) the preferential treatment of transgender offenders by housing tham according to thier sexual orientation identity
7-b) on cos for utilizing offender walkman to get cell doors open for inmates
7-c) 2 house cos for corporal punishemnt in punishing us offenders that are in our cells that are trying to get out of our cells for offenders that are in the wing that are not supposed to be or will not shout thier cell doors by refusing to allow us offenders that are following the rules to allow us out of our cells
8) these are institutional issues & therefore they are grievable
9) I can prove that ive been trying to file on the foregoing issues for over 3 months with notarized letters, the IRRs I have notarized at the same time I have the first letter notarized to show that I requested for the IRR with the 14 days time bar, 9-a) I still need an IRR to file on denial of adequate law library time
10) I also need added to the list of IRRs I need is an IRR to file on only being given $8.50 a month state tip when im physically handi caped & laid in from all work unable to work & provide for my self any more than the $8.50 state tip
11) On the back of this letter is my arts & crafts supplies & inventory list that I need you to check & see if it will be approved or not & them sent back to me what is approved or not so I can be able to order in time for March package order
12) I JOSEPH BECKER 1090720 declare & swaer the foregoing statment is correct to the best of my belief under pains & penalties of perjury pursuant to 28 USC 1746/ #PGS2/ #Articles 12/ DATE 2/16/22

DECLARANT
JOSEPH BECKER 1090720
2-A-103
JCCC
8200 No More Victims Rd
Jefferson City Mo 65101

2/16/22

SIGNATURE:

L#1.21622        PG#   1   OF   2

NOTARY

16    Feb.    2022

Rien Walker

July 26 2025

Exhibit F-1

RENEE WALKER
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES JULY 26, 2025
COLE COUNTY
COMMISSION #15527615

## *DECLARATION STATEMENT OF FACTS LETTER*

TO: JCCC Fum Dittman
JCCC
8200 No More Victims Rd
Jefferson City Mo 65010

1) Im requesting as in every letter for the past 3 months for the IRRs Ive requesting in the previous letters & the following IRRs

2) One IRR to file on the JCCC mail room for giving false information on the postage cost due for out going mail for return reciept signature confirmation

3) One IRR to file on JCCC mail room for not processing the out going mail pusuant to MDOC policy & CFRs that I sent certified return reciept signature confirmation to MDOC JCCC medical care providers centurion records office on 2/23/22

4) Im still in need of the application for the JCCC chritian college here that case worker Kelly told me he would send me during open office hours on 2/14/22

5) one IRR to file on 2 house evening staff for changing the phone times of evening time to 15 minutes

6) One IRR to file on 2 house staff for putting offender walkman in a suppervisory position of authority over other offneders in going around & collecting the day time & evening phone list information when its the staffs duties to collect this information not to relinquish such duties to offenders

7) One IRR to file on my regular 6;30 pm phone slot being taken from mr totally to be given to other offenders that ahve whent to the adseg & come back so because of 2 house staff prefenecial treatment of some offenders over other offenders because of staff familiarity they automatically get the phone slots they want hwen they are not even workers any where

8) ONE IRR to file on that us offmedrs on evening shift phone list is not posted as it is during the day time so we can know when our phone time is so we can be ready at the aloted time, as it is now the staff just open our cell doors & we have no idea when that time is because it is not posted as it is for offenders during the day time

9) One IRR to file on denial of adequate law library time

### NOTICE TO MDOC STAFF

I ask the respondant staff meneber to this letter to respond within 7 working days from reciept of pursuant to MDOC policy & procedures IS & SOP 13-1.1 in thier official & professional copacity in writing with thier legiable complete name, rank, title, position date signature on the responds

(5) I JOSEPH BECKER 1090720

declare & swear the foregoing is true & correct to the best of my belief under pains & penalties of perjury pursuant to 28 USC 1746

FROM : DECLARANT     #PGS 1 / #Articles 5

NAME: JOSEPH BECKER                                    DATE 2/23/22

MDOC# 1090720

SIGNAIRE: _____
STAFF:

CELL# 2-A-103
ADDRESS: JCCC
8200 No More Victims Rd
Jefferson City Mo 65101

Exhibit F-b

NOTARY WITNESS

RENEE WALKER
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES JULY 26, 2025
COLE COUNTY
COMMISSION #21562734

I# 1.22322
F#

TO: MDOC Medical Care Providers Centurion
JCCC
8200 No More Victims Rd
Jefferson City Mo 55101

1.)With this letter is a Mo sunshine law request of records to review my offender medical records of Joseph Becker 1090720

2)Ive filled out numerous HSRs requesting to review my offender medical records over the last 8 months with no responds

3) If your office has not reponded in 3 business days to the attached Mo sunshine law request I will

3-a)file an IRR

3-b)send a complaint to Mo attorney generals office the Mo sunshine law complaint division for complete investigation & prosecution

3-d)file declatory judgement

### NOTICE TO MDOC STAFF

I ask the respondant staff member to this letter to respond within 7 working days from reciept of pursuant to MDOC policy & procedures IS & SOP 13-1.1 in thier official & professional capacity in writing with thier legiable complete name, rank, title, position date signature on the responds

( 4 ) I  JOSEPH BECKER 1090720

declare & swear the foregoing is true & correct to the best of my belief under pains & penalties of perjury pursuant to 28 USC 1746

FROM : DECLARANT     #PGS 2 /  #Articles 4

NAME: JOSEPH BECKER 1090720          DATE 2/9 /22

MDOC# 1090720

SIGNATURE:

CELL# 2-A-103
ADDRESS: JCCC
8200 No More Victims Rd
Jefferson City Mo 65101

ExhibitF-1.3

NOTARY:WITNESS

RENEE WALKER
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES JULY 26, 2025
COLE COUNTY
COMMISSION #21562734

I# 1.2222
F#

TO: MDOC MEDICAL CARE PROVIDERS CENTURION

JCCC

8200 No More Victims Rd

Jefferson City Mo 65101

C/o: Custodian of records;

This is a (official) request of records under the Missouri sun shine law chapter 610; REVISED STATUTES OF MISSOURI...

#1) I request you make available to me the following records and all related to;

1) Im requesting to review my offender medical records of JOSEPH BECKER 1090720

2) specifically all xrays of my back from JCCC & PCC

3) Of my bowel obstruction when I come back from capital regional one hospital to JCCC

4) My left index finger &

5) bowel obstuction

6) all my records from capital regional one hospital to include but not limited to the following

6-a] being treated for a bowel obstruction

6-b] my hernia surgery to include all

6-c] xrays &

6-d] MRIs

*NOTICE TO MDOC STAFF*

Failure to adhere to MDOC policy or RSMO 610.023 and respond to this request within (3)Business days will result in my filling an IRR, reporting it to the Attorney Generals office for investigation and prosecution, and my filling a law suit.

Mo sun shine law request of records is pursuant to MDOC policy and procedure D 1-11.2 public and confidential records pg5 section Procedures: subsection A. Public Records: .

1.a: a request must be made in writting identifying the particular records to which he seeks access,

1.b: the requestor should be given the option to either inspect or pay for and recieve a copy of the desired records, .

1.c: the custodian must initially respond to the request within (3) working days. The responds to the request should follow the records request response format and shall:

    (1) aknowledge reciept of the request;

    (2) indicate how soon the public portion of the records will be available;

    (3) ask wheather the party wants copies of the records or access to review the records; and

    (4) specify the cost of the copies, copying and research.

2#) I request the records responsive to my request be: ⁻

    Available for my review within (3) Business days. *pursuant RSMO 610.023*

    Copied and sent to me within (3) Business days. *pursuant RSMO 610.023*

#3) I request that all fees for copying the records be waived;

The information obtained in this request will be in the public interest. *pursuant RSMO 610.026*

#4) Please let me know in advance if copying fee of .10¢ a page exceeds $1.⁰⁰. *pursuant RSMO 610.026

VIOLATIONS SUBJECT TO RSMO 610.027

FROM:

Organization/Individual

Requesting/Records

DATE 2/9 /22 Signature

Name: JOSEPH BECKER

MDOC#: 1090720

Cell#: 2-A-103

JCCC

8200 No More Victims Rd

Jefferson City Mo 65101

Exhibit F-1.4

Missouri
Date

a    Feb    2022

Renee Walker

July 26, 2025

RENEE WALKER
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES JULY 26, 2025
COLE COUNTY
COMMISSION #15720

MSL#1.2222    PG# 2 OF 2

PG#    OF

MSL#

5782040

JOSEPH BECKER MDOC#1090720
JCCC
8200 No More Victims Rd
Jefferson City Mo 65101

This correspondence is from an inmate in the custody of
the Missouri Department of Corrections. The Department
is not responsible for the content of this correspondence.
For information about the Department or to verify
information about the offender, please visit our website at
www.doc.mo.gov.

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
   so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
   or on the front if space permits.

1. Article Addressed to:
MDOC JCCC medical care providers
Centurion
Records office
JCCC
8200 No More Victims Rd
Jefferson City Mo 65010

2. Article Number (Transfer from service label)
9590 9402 0057 5072 8204 00

PS Form 3811, April 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

MDOC JCCC MEDICAL CARE
PROVIDERS CENTURION
RECORDS OFFICE
JCCC
8200 No More Victims Rd
Jefferson City Mo 65101

L#1.22322

Mailed on 2/23/22

Legal
Privilege Mail



Exhibit F-1.4

# ☆DECLARATION STATEMENT OF FACTS LETTER☆

TO: JCCC Fum Dittman
JCCC
8200 No More Victims Rd
Jefferson City Mo 65010

1) Im requesting as in every letter for the past 3 months for the IRRs Ive requesting in the previous letters & the following IRRs

2) One IRR to file on the JCCC mail room for giving false information on the postage cost due for out going mail for return reciept signature confirmation

3) One IRR to file on JCCC mail room for not processing the out going mail pusuant to MDOC policy & CFRs that I sent certified return reciept signature confirmation to MDOC JCCC medical care providers centurion records office on 2/23/22

4) Im still in need of the application for the JCCC chriflan college here that case worker Kelly told me he would send me during open office hours on 2/14/22

5) one IRR to file on 2 house evening staff for changing the phone times of evening time to 15 minutes

6) One IRR to file on 2 house staff for putting offender walkman in a suppervisory position of authority over other offenders in going around & collecting the day time & evening phone list information when its the staffs duties to collect this information not to relinquish such duties to offenders

7) One IRR to file on my regular 6:30 pm phone slot being taken from mr totally to be given to other offenders that ahve whent to the adseg & come back so because of 2 house staff prefenecial treatment of some offenders over other offenders because of staff familiarity they automatically get the phone slots they want hwen they are not even workers any where

8) ONE IRR to file on that us offmedrs on evening shift phone list is not posted as it is during the day time so we can know when our phone time is so we can be ready at the aloted time, as it is now the staff just open our cell doors & we have no idea when that time is because it is not posted as it is for offenders during the day time

9) One IRR to file on denial of adequate law library time

## NOTICE TO MDOC STAFF

I ask the respondant staff memeber to this letter to respond within 7 working days from reciept of pursuant to MDOC policy & procedures IS & SOP 13-1.1 in thier official & professional capacity in writing with thier legiable complete name, rank, title, position date signature on the responds

(5) I JOSEPH BECKER 1090720

declare & swear the foregoing is true & correct to the best of my belief under pains & penalties of perjury pursuant to 28 USC 1746
FROM : DECLARANT     #PGS 1 / #Articles 5
DATE 2/23/22

NAME: JOSEPH BECKER

MDOC# 1090720

CELL# 2-A-103
ADDRESS: JCCC
8200 No More Victims Rd
Jefferson City Mo 65101

SIGNATURE:

Exhibit F-1.5

L# 1.22322

PG 1 OF 1

## NOTARY:WITNESS

State of: Missouri
County of: Cole
The foregoing instrument was acknowledged before me 23 day of Feb , 2022

Reen Waller
Your Name Here, Notary Public
My Commission Expires July 26, 2025

RENEE WALKER
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES JULY 26, 2025
COLE COUNTY
COMMISSION #21562794

TO: FUM DITTMAN
JCCC
8200 No More Victims rd
Jefferson City Mo 65101

FROM: JOSEPH BECKER1090720
2-A-103

1) I was denied an IRR on 2/2822 & there was no office hours on 3/7/22 so Ive been denied an IRR to file on any issues now for over 2 weeks

2) Ive sent you notarized letters every week now for over 4months requesting for IRRs to file on Issues that are grievable within MDOC greivance policy

3) you can write all the IOCs you want to your superiours complaining that Im in the office every week & filing so many IRRs nothing can be done about it because IM within MDOC policy in going to case workers office hours & in the way & reason Im filing the IRRs that are dealing with my institutional life

4) you have refused me IRRs stating you can not give them to me which is giving false information & against the law being you are giving me this information from the position of authority in an official position of the goverment

5) your staff can either have an IRR from ready for me to file on each seperate issue of my rights being violated or an IRR to file on you as legal respondent superior for the actions of your subordanants for the pattern of practice obstruction of justice in the denial of sufficiently adequate access to the offender grievance system to file IRRS within the 14 day time bar by only affording me 1 IRR per open office hours when there is actualy office hours which I can prove with photo copies of the notarized letter I have been sending you every week requesting for these IRRs for the past 4 months

6) IF you dont want me filing all these IRRs then do your job as the FUm respondant superiour over your subordanants & insure that they adhere to MDOC policy all state & federal laws as outlined in MDOC policy & you reporting them as you are required immediately in MDOC policy D2-10 & D2-10.11 to the inspector generals & MDOC directors office in wrtitting thusfar not causing me to have to file all these IRRs on the continued violation of my rights by JCCC staff

7) On the back side of this letter is an MDOC arts & crafts supply inventory list I require you to copmlete as per policy so I may know what you are goin to let me order & approve on this list during this order month of March

8) On 3/2/22 I recieved a censorship rejection from the property room steting that I have by 3/23/22 to decide what I want to do with a book I orederd"the best 500 nonprofit organizations for prisoners 7 familieis"
I filed an IRR on this book being censored on 12/921 & according to MDOC policy D5-3.2 offender grievance PG10 section 3" if the complaint concerns impounded, confiscated or censored property or mail management staff member will notify the property room in writing so property is held until the grievance process is finalized I ~~Sir~~ ~~me~~ ~~I~~ ~~Will~~ ~~on~~ ~~you~~ ~~becken~~th~~compic~~

8-a] the grievance process is not finalized on the IRR I filed on this book therefore the property room can not require me to get rid of the book until the 60 days after that I h ave recieved the grievance appeal on this book ~~thei~~cis & ~~I~~ ~~will~~go~~re~~verd

,8-b] I require youy to lether contact the property room about this issue so they dont dispose of the book as is according to MDOC policy until the grievance procdure is over & give me a copy of the IOC you send to the property room on this issue insuring I have proof that you have done your duties as outlined in MDOC policy so if the property room disposes of this book before my grievance is up you can not be found liable or

8-c] you can give me an IRR to file on this issue your choice
8-d]one IRR on denial of adequate law library time

NOTICE TO MDOC STAFF
I ask the respondant staff memeber to this letter to respond within 7 working days from reciept of pursuant to MDOC policy & procedures IS & SOP 13-1.1 in thier official & professional capacity in writing with thier legiable complete name, rank, title, position date signature on the responds

(9) I   JOSEPH BECKER 1090720

declare & swear the foregoing is true & correct to the best of my belief under pains & penalties of perjury pursuant to 28 USC 1746

FROM : DECLARANT    #PGS  2 /  #Articles 9

NAME: JOSEPH BECKER                    DATE 3 / 9 / 22

MDOC# 1090720

SIGNAIRE: _____
CELL# 2-A-103    SIGNITY:
ADDRESS: JCCC
8200 No More victims Rd
Jefferson City Mo 65101

ExhibitF-L6

NOTARY:WITNESS

State of: Missouri
County of: Cole
The foregoing instrument was acknowledged before me 9th day of March , 2022
Reen Walle
Your Name Here, Notary Public
My Commission Expires July 26, 2025

RENEE WALKER
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES JULY 26, 2025
COLE COUNTY
COMMISSION #21562734



STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**SPECIAL UNIT LEGAL REQUEST - RESPONSE PAGE**

| | LIBRARY TRACKING NUMBER |
|---|---|

| OFFENDER NAME | DOC NUMBER | HOUSING UNIT & CELL NUMBER | DATE |
|---|---|---|---|
| Becker, Joseph | 1090720 | 2A-103 | 03/10/2022 |

RESPONSE

**GENERAL POPULATION QUALIFIED LEGAL CLAIM - 6 HOUR**

The Library has received an approved Qualified Legal Claim Verification Form. This is a courtesy notice from the library that the offender listed above has been placed on a verified General Population QLC for 6 hours of physical library access. Qualified Legal claims will be reviewed at least once a year to ensure they have not expired due to time limitations or changes in circumstances of access.  Continued eligibility will be considered on a case-by-case basis.

Offenders are responsible and expected to comply with the provisions set forth in policy:

Offenders on a General Population 6 Hour Qualified Legal Claim may remain in the library until 4:30 pm on their regularly scheduled library afternoon session if they choose to sign-up. The Sign-up sheet to stay late is at the law library desk and must be signed before 1:30 pm to stay late. It is the offender's responsibility to sign-up to stay after 2:30, as it is also the offender's responsibility to sign-up for all library sessions.

Your day to stay until 4:30 P.M. is Wednesday

SOP 8-1.4 Access to Law Library Materials
  D. Schedule
     1. Each facility shall establish a standard operating procedure for the law library schedule, which shall, at a minimum ensure general population offenders who wish to use the law library the opportunity for 6 working hours of access per week for qualified legal claims.**

| | | |
|---|---|---|
| Monday: | 12:30 P.M. to 4:30 P.M.  H.U. 5 | 6:00 P.M. to 8:00 P.M. H.U. 2 |
| Tuesday: | 12:30 P.M. to 4:30 P.M.  H.U. 3 | 6:00 P.M. to 8:00 P.M. H.U. 4 |
| Wednesday: | 12:30 P.M. to 4:30 P.M.  H.U. 2 | 6:00 P.M. to 8:00 P.M. H.U. 5 |
| Thursday: | 12:30 P.M. to 4:30 P.M.  H.U. 1 | 6:00 P.M. to 8:00 P.M. H.U. 3 |
| Friday:  8:00 A.M.  to 10:00 A.M. | 12:30 P.M. to 4:30 P.M.  H.U. 4 | 6:00 P.M. to 8:00 P.M. H.U. 1 |
| 8:00 AM  H.U. 1 , 2, 3, 4, 5 Q.L.C.s | | |

Exceptions will be made for industry workers and offenders in Housing Unit 5 to receive the 6 hours of law library time on Fridays. If scheduling allows, offenders on a verified and approved General Population QLC may also sign up for Industry sessions.

**If necessary for consistent access, a hybrid service of Legal Material Delivery per special unit procedures in SOP 8-1.4 and physical access to the library may be utilized to achieve approved and active QLCs circumstances of access.

**Legal Material Delivery per special unit procedures in SOP 8-1.4 will also be utilized for active g.p. QLCs under quarantine or containment procedures.

*Ms Walker*
Ms. Walker, Librarian II

| DATE MATERIALS DUE BACK TO LIBRARY: | |
|---|---|

**UPON RECEIPT OF REQUESTED MATERIAL, OFFENDER MUST SIGN BELOW**

| OFFENDER SIGNATURE | DOC NUMBER | DATE OF DELIVERY | INITIALS OF PERSON DELIVERING MATERIALS |
|---|---|---|---|
| | | | |

MO 931-4601 (2-10)



up the hole
See outside
See Byrnes

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**QUALIFIED LEGAL CLAIM VERIFICATION**

| TO:<br>Warden/Designee | | | |
|---|---|---|---|

| FROM: CLASSIFICATION STAFF<br>A Dittman | DATE SUBMITTED<br>2-28-22 |
|---|---|
| OFFENDER NAME<br>Joseph Becket | OFFENDER DOC NUMBER<br>1090720 |
| HOUSING UNIT<br>2A-103 | WORK ASSIGNMENT<br>None | |

| THE ABOVE NAMED OFFENDER HAS LEGAL WORK REGARDING:<br>(Check all that apply) | | DATE OF DEADLINE<br>(If Applicable) |
|---|---|---|
| ☐ | **Direct Appeals** | |
| ☐ | **Habeas Corpus**<br>(Example: Form 40 Motion to vacate, Set Aside or Correct The Judgment or Sentence) | |
| ☑ | **Conditions of Confinement** | |

METHOD OF VERIFICATION (EXAMPLE: CONTACTED COURTS VIA TELEPHONE OR WRITTEN CORRESPONDENCE, CASENET, ETC.)

Research for grievance

| VERIFIED BY (STAFF MEMBER SIGNATURE & TITLE)<br>A Dittman | (PRINTED NAME AND TITLE)<br>A Dittman  FUM |
|---|---|

OFFENDER IS REQUESTING (EXAMPLE: EXTRA LAW TIME, LEGAL MATERIALS PER IS-8:1.1, ETC.)

Extra law time

RECEIVED
FEB 1 4 2022

RECEIVED
MAR 0 2 2022

ACTION TAKEN, PRIVILEGES GRANTED OR REASON FOR DISAPPROVAL

Approve: Six hours library time pending
library schedule and policy.

MO 931-4602 (2-10)

DISTRIBUTION: ORIGINAL - CLASSIFICATION FILE<br>COPY TO APPLICABLE SECTION - BUSINESS MANAGER; CANTEEN; LIBRARY; OFFENDER PROPERTY

Exhibit F-1.7



STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
HEALTH SERVICES REQUEST

OFFENDER NAME (PLEASE PRINT): Joseph Becker

DOC NUMBER: 1090720

INSTITUTION: J.C.C.C

HOUSING UNIT (INCLUDE WING & ROOM NUMBER): 2B-A-103

WORK/SCHOOL SCHEDULE: None Laid in

I WISH TO BE SEEN BY (CHECK ONE):
☐ MEDICAL ☐ MENTAL HEALTH ☐ DENTAL ☐ OTHER

COMPLAINT: See Back

OFFENDER SIGNATURE AND AUTHORIZATION TO TREAT: Joseph Becker

INITIAL FOR RECEIPT OF OTC INSTRUCTIONS:

DATE: 3/14/22

**DO NOT WRITE BELOW THIS LINE - FOR HEALTHCARE STAFF USE ONLY**

☐ **EMERGENT** (SEE IMMEDIATELY) ☐ **URGENT** (SEE DURING SHIFT) ☐ **ROUTINE** (NEXT AVAILABLE SICK CALL)

☐ ADMINISTRATOR ☐ DENTAL ☐ DOCTOR SICK CALL ☐ DON ☐ LAB / X-RAY
☐ MED ROOM ☐ MENTAL HEALTH ☐ NURSE SICK CALL ☐ OPTOMETRY ☐ OTHER: _____

TRIAGE STAFF NOTES:

TRIAGE STAFF SIGNATURE & TITLE | DATE TRIAGED | TIME TRIAGED | ☐ FACE-TO-FACE TRIAGE COMPLETED

HEALTHCARE STAFF NOTES:

HEALTHCARE STAFF SIGNATURE | DATE | TIME

Exhibit F-1.8

MO 931-1319 (2-19)

My finger still has not been treated that the
cos injured on 8/3/21
It is still swollen disfigured, discolored & I
can't bend 2 fingers on my left hand
Middle finger & index

It hurts to move them & I have not been
given anything for the pain

Exhibit F-L8

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**HEALTH SERVICES REQUEST**

TO BE COMPLETED BY HEALTHCARE STAFF ONLY

| DATE RECEIVED BY HEALTHCARE STAFF | TIME RECEIVED BY HEALTHCARE STAFF |
|---|---|
| | |

OFFENDER NAME (PLEASE PRINT): Joseph Becker

DOC NUMBER: 1090720

INSTITUTION: JCCC

HOUSING UNIT (INCLUDE WING & ROOM NUMBER): 2-A-103

WORK/SCHOOL SCHEDULE: None Laid in

I WISH TO BE SEEN BY (CHECK ONE):
☐ MEDICAL ☐ MENTAL HEALTH ☐ DENTAL ☐ OTHER

COMPLAINT: see back

OFFENDER SIGNATURE AND AUTHORIZATION TO TREAT: Joseph Becker

INITIAL FOR RECEIPT OF OTC INSTRUCTIONS:

DATE: 3/21/22

**DO NOT WRITE BELOW THIS LINE - FOR HEALTHCARE STAFF USE ONLY**

☐ **EMERGENT** (SEE IMMEDIATELY) ☐ **URGENT** (SEE DURING SHIFT) ☐ **ROUTINE** (NEXT AVAILABLE SICK CALL)

| ☐ ADMINISTRATOR | ☐ DENTAL | ☐ DOCTOR SICK CALL | ☐ DON | ☐ LAB / X-RAY |
|---|---|---|---|---|
| ☐ MED ROOM | ☐ MENTAL HEALTH | ☐ NURSE SICK CALL | ☐ OPTOMETRY | ☐ OTHER:_____ |

TRIAGE STAFF NOTES:

| TRIAGE STAFF SIGNATURE & TITLE | DATE TRIAGED | TIME TRIAGED | ☐ FACE-TO-FACE TRIAGE COMPLETED |
|---|---|---|---|
| | | | |

HEALTHCARE STAFF NOTES:

| HEALTHCARE STAFF SIGNATURE | DATE | TIME |
|---|---|---|
| | | |

MO 931-1319 (2-19)

Exhibit N-1

My finger still has not been treated the co's injured on 8/3/21

It is still swollen, disfigured, discolored & I can't bend 2 fingers on my left hand middle finger & index

It hurts to move them & I have not been given anything for the pain

Its been 6 months & I have recieved no treatment for this significate medical need

Exhibit N-1



STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**HEALTH SERVICES REQUEST**

| DATE RECEIVED BY HEALTHCARE STAFF | TIME RECEIVED BY HEALTHCARE STAFF |
|---|---|
| | |

OFFENDER NAME (PLEASE PRINT) *Joseph Becker*

DOC NUMBER *1090720*   INSTITUTION *J.C.C.C.*

HOUSING UNIT (INCLUDE WING & ROOM NUMBER) *2B-A-103*

WORK/SCHOOL SCHEDULE *None Laid in*

COMPLAINT: *see back*

I WISH TO BE SEEN BY (CHECK ONE):

☐ MEDICAL ☐ MENTAL HEALTH ☐ DENTAL ☐ OTHER

INITIAL FOR RECEIPT OF OTC INSTRUCTIONS

DATE *3/28/22*

OFFENDER SIGNATURE AND AUTHORIZATION TO TREAT *Joseph Becker*

**DO NOT WRITE BELOW THIS LINE - FOR HEALTHCARE STAFF USE ONLY**

| ☐ **EMERGENT** *(SEE IMMEDIATELY)* | ☐ **URGENT** *(SEE DURING SHIFT)* | ☐ **ROUTINE** *(NEXT AVAILABLE SICK CALL)* |
|---|---|---|

| ☐ ADMINISTRATOR | ☐ DENTAL | ☐ DOCTOR SICK CALL | ☐ DON | ☐ LAB / X-RAY |
|---|---|---|---|---|
| ☐ MED ROOM | ☐ MENTAL HEALTH | ☐ NURSE SICK CALL | ☐ OPTOMETRY | ☐ OTHER:_____ |

TRIAGE STAFF NOTES:

| TRIAGE STAFF SIGNATURE & TITLE | DATE TRIAGED | TIME TRIAGED | ☐ FACE-TO-FACE TRIAGE COMPLETED |
|---|---|---|---|

HEALTHCARE STAFF NOTES:

**ExhibitF-1.1**

My finger still has not been treated that the
c.os injured on 8/3/21

It is still swollen, disfigured, discolored & I
can't bend 2 fingers on my left hand
Middle finger & index

It hurts to move them & I have not been
given anything for the pain

Its been 6 months & I have recieved
no treatment for this significate
medical needs



Exhibit F-19



STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**HEALTH SERVICES REQUEST**

| TO BE COMPLETED BY HEALTHCARE STAFF ONLY | |
| --- | --- |
| DATE RECEIVED BY HEALTHCARE STAFF | TIME RECEIVED BY HEALTHCARE STAFF |

| OFFENDER NAME (PLEASE PRINT) Joseph Becker | DOC NUMBER 1090720 | INSTITUTION J.C.C.C. |
| --- | --- | --- |

HOUSING UNIT (INCLUDE WING & ROOM NUMBER) 2-A-103

WORK/SCHOOL SCHEDULE None Olwid ih

COMPLAINT: see back

I WISH TO BE SEEN BY (CHECK ONE):
☐ MEDICAL ☐ MENTAL HEALTH ☐ DENTAL ☐ OTHER

OFFENDER SIGNATURE AND AUTHORIZATION TO TREAT *Joseph Becker*

INITIAL FOR RECEIPT OF OTC INSTRUCTIONS

DATE 4/05/22

---

**DO NOT WRITE BELOW THIS LINE - FOR HEALTHCARE STAFF USE ONLY**

☐ **EMERGENT**
*(SEE IMMEDIATELY)*

☐ **URGENT**
*(SEE DURING SHIFT)*

☐ **ROUTINE**
*(NEXT AVAILABLE SICK CALL)*

| ☐ ADMINISTRATOR | ☐ DENTAL | ☐ DOCTOR SICK CALL | ☐ DON | ☐ LAB / X-RAY |
| --- | --- | --- | --- | --- |
| ☐ MED ROOM | ☐ MENTAL HEALTH | ☐ NURSE SICK CALL | ☐ OPTOMETRY | ☐ OTHER:_____ |

TRIAGE STAFF NOTES:

| TRIAGE STAFF SIGNATURE & TITLE | DATE TRIAGED | TIME TRIAGED | ☐ FACE-TO-FACE TRIAGE COMPLETED |
| --- | --- | --- | --- |

HEALTHCARE STAFF NOTES:

Exhibit 6-1

| HEALTHCARE STAFF SIGNATURE | DATE | TIME |
| --- | --- | --- |

My fingers on my left hand that was injured by c.o.s on 8/3/21 still has not been treated its been over 6 months now my fingers are still disfigured, discolored & swollen unable to bend them it hurts to move them & I've been given nothing for the pain or treatment of them at all

Exhibit 6-1

DOC ID:  1090720    JOSEPH BECKER                                    TIME: A/P
SICK CALL COMPLAINT                                                    3:45  P
FU REFERAL MRI AND ORTH                                             MM/DD/CCYY
Nurse Id:  KES000JC      KEITH E SEGALL                              4/11/2022


Subjective
PT IS 46 Y O W MALE HERE FOR RESUBMISSION OF REFERRAL FOR      2022/04/11  160348
MRI, PT, AND ORTHOPOEDIC CONSULT FOR LEFT INDEX TRIGGER        2022/04/11  160348
FINGER.                                                        2022/04/11  160348

Objective
LEFT HAND;   X-RAYS NEGATIVE FOR ACUTE PROCESS                 2022/04/11  160348
             LEFT INDEX FINGER TTP TO PROXIMAL LEFT            2022/04/11  160348
             METACARPAL OF LEFT INDEX FINGER;   GOOD           2022/04/11  160348
             GOOD, CAPILLARY REFILL,   GOOD ULNAR AND RADIAL   2022/04/11  160348
             PULSES PALPATED,   MS EXAM AS PREVIOUS AND        2022/04/11  160348
             TRIGGER FINGER NOTED TO SAME ANATOMY              2022/04/11  160348

Assessment
1. TRIGGER FINGER TO LEFT INDEX FINGER                         2022/04/11  160348

Plan
1.   MRI OF LEFT INDEX FINGER                                  2022/04/11  160348
2.   PT TO EVALUATE AND TREAT LEFT INDEX FINGER; TRIGGER       2022/04/11  160348
     FINGER                                                    2022/04/11  160348
3.   ORTHOPOEDIC CONSULT FOR LEFT INDEX FINGER AS ABOVE.       2022/04/11  160348
REFERRAL FOR MRI OF LEFT INDEX FINGER                          2022/04/11  162039

DOC ID:  1090720    JOSEPH BECKER                              TIME: A/P
SICK CALL COMPLAINT                                            3:00  P
TRIGGER FINGER                                                MM/DD/CCYY
Nurse Id:  KES000JC        KEITH E SEGALL                      4/11/2022


   No Records Printed For This Report

Exhibit 6-1.2

DOC ID:  1090720    JOSEPH BECKER                              TIME: A/P
SICK CALL COMPLAINT                                             4:15  P
TRIGGER FINGER                                                 MM/DD/CCYY
Nurse Id:  KES000JC       KEITH E SEGALL                        4/11/2022

Subjective
PLEASE SEE FULL NOTE.                          2022/04/12  120844



AFP102X        Department of Corrections       4/25/22
Medical Accountability Records System     09:57:31
Referral History Inquiry

```
DOC ID: 01090720   JOSEPH A BECKER              Sex: M     Race: W
                                  D.O.B.:  9/21/1975  Institution: JCCC
MM/DD/YYYY  HH:MM pm              Bld.: 002  Cpx.: 2A1  Room: 0A103
 4/11/2022   7:28  A             Custody Status: 5    Medical Status: 2
Complaint: FU REFERAL MRI AND ORTH                                    +
Refer to : RADIOLOGY FOR MRI OF LEFT INDEX FINGER


Referral : TRIGGER FINGER AND PAIN OF SAME
 Reason  :
Requestor: KEITH E SEGALL                 Date Requested:  4/11/2022


Referral : MD REVIEWING JLG RN 4/13/22                               +
Comments : ATP PER DR LOVELACE, "46 YEAR OLD MALE WITH PAIN IN THE LEFT


APPROVED? N




F1=Help  F2=Complaint  F3=Exit
F14=Display Additional Reason  F15=Display Additional Comments
```



DOC ID: 01090720   JOSEPH A BECKER              Sex: M     Race: W
                                    D.O.B.:  9/21/1975  Institution: JCCC
MM/DD/YYYY  HH:MM pm                Bld.: 002  Cpx.: 2A1  Room: 0A103
 4/11/2022   4:20  P               Custody Status: 5    Medical Status: 2
Complaint: TRIGGER FINGER                                              +
Refer to : PHYSICAL THERAPY


Referral : TRIGGER FINGER OF LEFT INDEX FINGER
 Reason  :
Requestor: KEITH E SEGALL                  Date Requested:  4/11/2022


Referral : MD REVIEWING JLG RN 04/13/22                               +
Comments : APPROVED FOR 2 VISITS/WEEK FOR 2 WEEKS (4 TOTAL PT SESSIONS)


APPROVED? Y




F1=Help  F2=Complaint  F3=Exit
F14=Display Additional Reason  F15=Display Additional Comments

Exhibit 6-1.5

DOC ID: 01090720   JOSEPH A BECKER        Sex: M    Race: W

                                D.O.B.: 9/21/1975  Institution: JCCC

MM/DD/YYYY  HH:MM pm         Bld.: 002  Cpx.: 2A1  Room: 0A103

 4/11/2022   4:21  P          Custody Status: 5   Medical Status: 2

Complaint: TRIGGER FINGER                           +

Refer to : ORTHOPOEDIC


Referral : TRIGGER FINGER OF LEFT INDEX FINGER

 Reason  :

Requestor: KEITH E SEGALL           Date Requested:  4/11/2022


Referral : MD REVIEWING JLG RN 4/13/22                 +

Comments : ATP PER DR LOVELACE, "46 YEAR OLD MALE WITH PAIN IN THE LEFT


APPROVED? N




F1=Help  F2=Complaint  F3=Exit

F14=Display Additional Reason  F15=Display Additional Comments





STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**HEALTH SERVICES REQUEST**

OFFENDER NAME (PLEASE PRINT)
*Joseph Becker*

DOC NUMBER
*1090720*

INSTITUTION
*J.C.C.C.*

HOUSING UNIT (INCLUDE WING & ROOM NUMBER)
*2-A-103*

WORK/SCHOOL SCHEDULE
*None Laid in*

COMPLAINT:
*see back*

I WISH TO BE SEEN BY (CHECK ONE):
☐ MEDICAL  ☐ MENTAL HEALTH  ☐ DENTAL  ☐ OTHER

OFFENDER SIGNATURE AND AUTHORIZATION TO TREAT
*Joseph Becker*

INITIAL FOR RECEIPT OF OTC INSTRUCTIONS

DATE
*4/19/22*

DO NOT WRITE BELOW THIS LINE - FOR HEALTHCARE STAFF USE ONLY

☐ **EMERGENT**
*(SEE IMMEDIATELY)*

☐ **URGENT**
*(SEE DURING SHIFT)*

☐ **ROUTINE**
*(NEXT AVAILABLE SICK CALL)*

☐ ADMINISTRATOR
☐ MED ROOM
☐ DENTAL
☐ MENTAL HEALTH
☐ DOCTOR SICK CALL
☐ NURSE SICK CALL
☐ DON
☐ OPTOMETRY
☐ LAB / X-RAY
☐ OTHER:

TRIAGE STAFF NOTES:

TRIAGE STAFF SIGNATURE & TITLE | DATE TRIAGED | TIME TRIAGED | ☐ FACE-TO-FACE TRIAGE COMPLETED

HEALTHCARE STAFF NOTES:

Exhibit 6-1.7

This is yet another H.S.R on my left hand index finger & middle finger that was injured by @ C.O.s on 8/3/21

I seen Doctor Segall on 4/11/22 about my fingers but still havenot recieved any treatment or anything for the pain



STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
HEALTH SERVICES REQUEST

<table>
<tr><td colspan="2">TO BE COMPLETED BY HEALTHCARE STAFF ONLY</td></tr>
<tr><td>DATE RECEIVED BY HEALTHCARE STAFF</td><td>TIME RECEIVED BY HEALTHCARE STAFF</td></tr>
</table>

OFFENDER NAME (PLEASE PRINT)
Joseph Becker

DOC NUMBER
1090720

INSTITUTION
J.C.C.C.

HOUSING UNIT (INCLUDE WING & ROOM NUMBER)
2-b-112

WORK/SCHOOL SCHEDULE
None Laidin

I WISH TO BE SEEN BY (CHECK ONE):
☐ MEDICAL ☐ MENTAL HEALTH ☐ DENTAL ☐ OTHER

COMPLAINT:
see back

OFFENDER SIGNATURE AND AUTHORIZATION TO TREAT
*Joseph McDell*

INITIAL FOR RECEIPT OF OTC INSTRUCTIONS

DATE
5/9/22

DO NOT WRITE BELOW THIS LINE - FOR HEALTHCARE STAFF USE ONLY

☐ **EMERGENT**
(SEE IMMEDIATELY)

☐ **URGENT**
(SEE DURING SHIFT)

☐ **ROUTINE**
(NEXT AVAILABLE SICK CALL)

☐ ADMINISTRATOR  ☐ DENTAL  ☐ DOCTOR SICK CALL  ☐ DON  ☐ LAB / X-RAY

☐ MED ROOM  ☐ MENTAL HEALTH  ☐ NURSE SICK CALL  ☐ OPTOMETRY  ☐ OTHER:_____

TRIAGE STAFF NOTES:

TRIAGE STAFF SIGNATURE & TITLE | DATE TRIAGED | TIME TRIAGED | ☐ FACE-TO-FACE TRIAGE COMPLETED

HEALTHCARE STAFF NOTES:

HEALTHCARE STAFF SIGNATURE | Exhibit G-1.8 | DATE | TIME

This is yet another HSR on my left hand
index & middle finger injured by cos on 8/3/21
I have been trying to get treatment now
for over 9 months
I can not bend these fingers they are swollen,
disfigured, discolored & will not bend
I have recieved no treatment even though
physical therapy was approved on 12/20/21
I need treatment & something for the pain

Exhibit G-1.8


STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**HEALTH SERVICES REQUEST**

<table>
<tr><td colspan="2" align="center">TO BE COMPLETED BY HEALTHCARE STAFF ONLY</td></tr>
<tr><td>DATE RECEIVED BY HEALTHCARE STAFF</td><td>TIME RECEIVED BY HEALTHCARE STAFF</td></tr>
</table>

OFFENDER NAME (PLEASE PRINT) _Joseph Becker_
HOUSING UNIT (INCLUDE WING & ROOM NUMBER) _2-b-112_
DOC NUMBER _1090220_
INSTITUTION _J.C.C.C._
WORK/SCHOOL SCHEDULE _Full time student_

I WISH TO BE SEEN BY (CHECK ONE):
☐ MEDICAL ☐ MENTAL HEALTH ☐ DENTAL ☐ OTHER
COMPLAINT: _see back_

OFFENDER SIGNATURE AND AUTHORIZATION TO TREAT _Joseph Becker_
INITIAL FOR RECEIPT OF OTC INSTRUCTIONS
DATE _5/16/22_

**DO NOT WRITE BELOW THIS LINE – FOR HEALTHCARE STAFF USE ONLY**

| ☐ **EMERGENT** (SEE IMMEDIATELY) | ☐ **URGENT** (SEE DURING SHIFT) | ☐ **ROUTINE** (NEXT AVAILABLE SICK CALL) |
|---|---|---|

| ☐ ADMINISTRATOR | ☐ DENTAL | ☐ DOCTOR SICK CALL | ☐ DON | ☐ LAB / X-RAY |
| ☐ MED ROOM | ☐ MENTAL HEALTH | ☐ NURSE SICK CALL | ☐ OPTOMETRY | ☐ OTHER:_____ |

TRIAGE STAFF NOTES:

TRIAGE STAFF SIGNATURE & TITLE | DATE TRIAGED | TIME TRIAGED | ☐ FACE-TO-FACE TRIAGE COMPLETED

HEALTHCARE STAFF NOTES:

HEALTHCARE STAFF SIGNATURE | DATE | TIME

MO 931-1319 (2-19)

Exhibit 6-19

This is yet another IISR on my left hand
index & middle fingure injured by co's on 8/3/21
I have been trying to get treatment now
for over 9 months
I can't bend these fingers they are swollen, disfigured
discolored & will not bend
I have a recieved no treatment even though
physical therapy was approved on 12/20/21
I need treatment & something for the pain


Exhibit 6-1.9

# DECLARATION STATEMENT OF FACTS LETTER

TO: MDOC JCCC FUM DITTMAN

- JCCC
- 8200 No More Victims Rd
- Jefferson City Mo 65101

FROM: JOSEPH BECKER 1090720

- 2-b-112
- JCCC
- 8200 No More Victims Rd
- Jefferson city Mo 65101

1) This letter is in reference to the following

1-a) I need some kind of confermation that you recieved my essay for Lincoln University College

1-b) I need an IRR to file on medical for haveing co Patrick give me medical forms to sign on 5/17/22 which required medical staff to assist me in filling out the forms & explain any of my questions, my pass was to see the nurse & there was not any nurse present to give me the forms or answer any of my questions about the forms, I refused to sign the forms because it would have been giving false information for me to sign the forms because the forms stated that there was medical staff present to answer any of my questions & assist me with the forms

1-c) I still need an IRR to file on being denied adequate law library time

( 2 )I ask the respondent to this letter to comply & adhere to all applicable state & federal laws & MDOC policies & procedures puorsuant to IS & SOP 13-1.1 by the respondent staff memebr responding in thier official capacity by: responding within 7working days from the reciept of this letter; in the official responds format by; such responds being legiable; with respondants complete name, rank, title, position, staff registration number, sign & date on the responds sloted area of this letter form.

( 3 )Any failure to adhere to MDOC policy responds format within 7working days to this letter will result in the filling of an IRR on the issue, reporting it to the inspector generals, MDOC directors officies for full investigaion & prosecution to the full extent of the law.

( 4 )Pleas place legible responds to this letter in the following sloted area & return this letter to sender;

RENEE WALKER
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES JULY 26, 2025
COLE COUNTY
COMMISSION #21562734

( 5 )MDOC staff respondant to this letter print in the following area your official rank, title, position, complete name:

staff MDOC registration number;
DATE 5/18/22 SIGNATURE:
(6 )IPRINT COMPLETE NAME & MDOC# JOSEPH BECKER 1090720

declare & swear the foregoing statement of facts is true & correct to the best of my belief under pains & penalties of perjury pursuant to 28 USC 1746./#PGS  /#articles/ DATE  /  /
FROM DECLARANT;
PRINT COMPLETE NAME: JOSEPH BECKER
MDOC: 1090720
SIGNATURE:

NOTARY/WITNESS

State of: Missouri
County of: Cole
The foregoing instrument was acknowledged before me 18 day of May, 2022

Your Name Here, Notary Public

My Commission Expires July 26, 2025

Exhibit H-1

# FREEDOM OF INFORMATION ACT
## FREEDOM OF INFORMATION ACT STATE & FEDERAL (FOIA)
### 5 USC section 552, PRIVACY ACT 5 USC section 522a
MISSOURI SUNSHINE LAW REQUEST OF RECORDS 610 REVISED RSMO 109.180-109.190

TO: MDOC JCCC Grievance OFFICER
. JCCC
. 8200 No More Victims Rd
. Jefferson City mo 65101

FROM: JOSEPH BECKER 1090720
. 2-B-112
. JCCC
. 8200 No More Victims Rd
. Jefferson City Mo 65010

C/o;Custodian of records;

This is an (official) request of records under the freedom of information act (FOAI), 5 section 522, the privacy act 5 USC section 552a, state FOAI statutes 109.180-109.190 & Missouri sunshine law request of records chapter 610 revised statutes of Missouri...

1#)I request you make available to me the following records & documents or portions pertaining to & related to;

1-a;Im requesting to review all mine JOSEPH BECKER 1090720 offender grievance records for 2020 to 2022

SIGNATURE: _Jo Wil_____

DATE 5/23/22

### ( VIOLATIONS SUBJECT TO RSMO 610.027)
### NOTICE TO MDOC STAFF

Failure to comply with & adhere to all applicable federal & state constitutions, statutes, common law & mdoc policies & procedure to include the following but not limited to pursuant to FOAI federal & state & MSLRR 610.023 & respond to this request within (30 business days wil result in my filing an IRR, reporting it for investigation & prosecution to the attorney generals office & filling a law suit.

No Sunshine law request of records is pursuant to MDOC policy & procedures D1-11.2 Public & confidential records PG5 section Procedures;

1.a;a request must be made in writing identifying the particular records to which he seeks access,

1.b; the requestor should be given the option to either inspect or pay for & receive a copy of the desired records

1.c; the custodian must initially respond to the request within (3) working days. The responds to the request should follow the records request responds format & shall;

[1] acknowledge reciept of request;

[2]indicate how soon the public portion of the records will be made available;

[3]ask whether the party wants copies of the records or access to review the records; &

[4]specify the cost of the copies, copying & research.

Pursuant to the FOAI federal & state & MSLRR provides that if portions of a document areexempt from release, the remainder must be segergated & disclosed.

Pursuant to the FOAI federal & state & MSLRR I require you to send me all nonexempt portions of the records I requested, &require you to justify any deletions with reference to specific exemptions.

Pursuant to RSMO 610.023 I require the respondent to this request to repond within (3) business days of reciept of request

✓ 2#)I request the records responsive to my request be;
_____ AVAILABLE FOR MY REVIEW WITHIN (3) business days Pursuant to RSMO 610.023
_____ COPIED & sent to me within (3) business days Pursuant to RSMO 610.023
_____ 3#)I request pursuant to FOAI & MSLRR that all fees for copying the records be waived & reduced for search & duplication do to the disclosure of the information is in the public understanding of the operations or activities of the goverment & is primarily in the commercial interest of the requestor
_____ This request should be exempt from all fees because the information responsive to this request I intend to distribute;

better informing them of the operations of the goverment
_____ 4#)Pursuant to FOAI & MSLRR if you deny this request of waiver of fee please notify me in advance if copying fee of .10¢ a page exceeds $1.00
Pursuant

NOTARY

ROBERT DIECKMAN
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES JANUARY 23, 2026
COLE COUNTY
COMMISSION #22838095

Exhibit H-1.1

# DECLARATION STATEMENT OF FACTS LETTER

TO: MDOC JCCC GRIEVANCE OFFICER GREEN
- JCCC
- 8200 No More Victims rd
- Jefferson City Mo 65101

FROM: JOSEPH BECKER 1090720
- 2-B-112
- JCCC
- 8200 No More Victims rd
- Jefferson City Mo 65101

1) Im writting as pursuant to MDOC policy IS, SOP, SOPD Offender grievance policy to request for the next stage of the offnder grievance system on 25 IRRs that Ive have had filed over 40 days ago

2)No I dont have the IRR complaint numbers because as you know JCCC staff dont adhere to MDOC grievance policy pg 10 section 5 stating the case manger staff memebers will immediately record reciept of the form in the department computer system & will record the complaint log number in the complaint number section of the IRR form of which JCCC does not adhere to

3)I do have copies of what I filled dated the day I filed them & I will allow you to make copies of these files at your own cost

4)this is the 3rd letter Ive sent to your office requesting for these

5) If you can not provide me with the next stage on all 25 of these IRRs that are over 40 days over time limits please provide me with a reprisal grievance to file on JCCC staff for reprisals in throwing away my IRRs

6) With this letter is a Mo sunshine law request of records requesting to review all my offender grievance records for 2020 to 2022 pursuant to MDOC policy D1-11.2

6-a Im still being denied an IRR to file on denial of adeqaute law library time

(7) I esk the respondent to this letter to comply & adhere to all applicable state & federal laws & MDOC policies & procedures puorsuant to IS & SOP I3-1.1 by the respondent staff memebr responding in thier official capacity by; responding within 7working days from the reciept of this letter; in the official responds format by; such responds being legiable; with respondants complete name, rank, title, position, staff registration number, sign & date on the responds aloted area of this letter form.

(8) Any failure to adhere to MDOC policy responds format within 7working days to this letter will result in the filling of an IRR on the issue, reporting it to the inspector generals, MDOC directors officles for full investigalon & prosecution to the full extent of the law.

(9) Pleas place legible responds to this letter in the following aloted area & return this letter to sender;

(10) MDOC staff respondant to this letter print in the following area your official rank, title, position, complete name:

staff MDOC registration number;
DATE _____ SIGNATURE: _____
(11) PRINT COMPLETE NAME & MDOC# JOSEPH BECKER 1090720

declare & swear the foregoing statement of facts is true & correct to the best of my belief under pains & penalties of perjury pursuant to 28 USC 1746./#PGS  //articles/ DATE  /  /
FROM DECLARANT:
PRINT COMPLETE NAME: JOSEPH BECKER
MDOC: 1090720
SIGNATURE:
Lu 1.52322     PG# 1 OF 2

NOTARY/WITNESS

ROBERT DIECKMAN
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES JANUARY 23, 2026
COLE COUNTY
COMMISSION #22838095

Exhibit H-12

 STATE F MISSOURI
DEPARTMENT OF CORRECTIONS
**INFORMAL RESOLUTION REQUEST**



**INSTITUTION USE ONLY** ☐ EMERGENCY COMPLAINT

| OFFENDER NAME | | DOC NUMBER |
|---|---|---|
| JOSEPH BECKER | | 1090720 |

| DATE STAFF MEMBER RECEIVED IRR | COMPLAINT NUMBER | CATEGORY 8) other(G) other | HOUSING UNIT 2-B-112 |
|---|---|---|---|
| 6-17-2022 | Jccc 22 966 | | |

**STATE YOUR COMPLAINT/PROBLEM BRIEFLY- ONE ISSUE - BE SPECIFIC**

see attachment DECLARATION STATEMENT OF FACTS articles 1 through 6 for my complaint & problem

with this IRR is an attachment DECLARATION STATEMENT OF FACTS consisting of 3 pgs & 9 articles

note to staff start reading my IRR instead of asking me to summarize them during the discussion phase

**ACTION REQUESTED: STATE REMEDIES YOU ARE SEEKING**

see attachment DECLARATION STATEMENT OF FACTS article 7 for the action Im requesting

| OFFENDER SIGNATURE *Joseph Becker* | DATE 6/6/22 |
|---|---|

**STAFF USE ONLY**

**DISCUSSION OF COMPLAINT (SUMMARIZE RESULTS OF MEETING)**

☐ IRR RESOLVED BY DISCUSSION/WITHDRAWN    ☑ IRR NOT RESOLVED BY DISCUSSION

| OFFENDER SIGNATURE | DATE 7/6/22 | STAFF SIGNATURE Johnson CCM | DATE 7/6/22 |
|---|---|---|---|

**STAFF FINDINGS/RESPONSE**

| INVESTIGATING STAFF SIGNATURE Ashley Bossmeyer | DATE 9-19-22 | RESPONDENT SIGNATURE Dillman | DATE 9-19-22 |
|---|---|---|---|
| REVIEWER SIGNATURE | DATE 9/20/22 | RESULTS ☐ SATISFACTORY  ☑ UNSATISFACTORY | |

YOU HAVE THE RIGHT TO FILE A FORMAL GRIEVANCE. YOU MUST FILE A GRIEVANCE FORM WITH THE DESIGNATED STAFF WITHIN SEVEN (7) DAYS FROM THE DATE YOU RECEIVE THIS RESPONSE. FAILURE TO SUBMIT A GRIEVANCE WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT.

| OFFENDER SIGNATURE | DATE 9/28/22 |
|---|---|

MO 931-3376 (9-17)    I.R.R.# 1.52522

Exhibit 1.3

DECLARATION STATEMENT OF FACTS GRIEVANCE

CATAGORY8) other
SUBCATAGORY(g) other
MDOC COMPLAINT#

NAME MDOC# JOSEPH BECKER 1090720 #ARTICLES 9 #PGS 3 DATE 6/6/22

1) My complaint is the violation of my rights protected under the following but not limited to all applicable federal & state constitutions, statutes or common law & MDOC policies & procedures by but not limited to the following persons & entities, MDOC staff & personnel & officials; MDOC medical care providers

2) My support for the foregoing statement is the following but not limited to;

3) MDOC policies & procedures;

3-a]D2-11.10 Employee code of conduct PG2 section 1 procedures; A. Professional Principles; PG3 that all persons should be treated respectfully, fairly, honestly & with dignity; PG3-4 section B Employee personal code of conduct; section F I have the responsibility to report any inappropriate actions misconduct of my peers to appropriate personnel & they must do the same if I should falter; PG4 section C Professionalism; 1 Employees are required to be familiar with & adhere to: A thier respective job components & job expectations established through the performance appraisal system; B the policies & procedures related to thier job function; C the employee hand book; D D2-11 Employee standards, which details the code of ethics for government services & the department code of ethics, as well as D2-11.B the department professional principles; F the employee personal code of conduct; PG5 section D cause for suspension, demotion & dismissal; Employee may be suspended, demoted or dismissed for willful violations of any provisions of the state merit system of law or the rules of personal advisory board or D2-11 Employee standards; PG6 Reporting misconduct; 1 Employees having knowledge of any instance of an offender abuse shall immediately report such to the inspector general in accordance with D5-3.5 offender abuse; PG7 section H Reporting mismanagement; subsection 2-a, a-2 mismanagement, gross waste of state funds or abuse of authority PG8 section D if the employee disclosure to be false or which the employee discloses with recless disregard for its truth or falsisty;

3-b]D2-11 Employee standards PG1 The department of corrections as part of the Executive Branch of Mo state goverment expects all employees to be aware of & comply with the following Code of conduct for executive branch employees as adopted by the Mo general assembly; PG2 section A-6 Employee of the state are expected to comply with the statutes of Mo at all times, section B Executive branch employees shall conduct themselves in scrupulous compliance with applicable federal, state, & local laws; B-2 Employees shall adhere to all laws providing equal opportunity to all citizens; A-3 Employees shall perform thier responsibilities as they are specified in the law or other authority establishing those responsibilities, GP3section F-5 Employees shall not engage in any form of illegal harassment or discrimination in the work place, including on the basis of race, color, religion, nationality, ancestry, sex, age, or disability; PG5 section Department code of ethics subsection 5 Employees will report without reservation any corrupt or ethical behaviors which could affect either the offenders or the integrity of the department, subsection 6 Employees are obligated to immediately report any misconduct or mismanagement through the appropriate chain of command

3-c]D5-3 Offender Rights PG1 Purpose; The department of corrections & human resources recognizes its responsibility to full fill the rights of the offenders under its custody which are protected by constitutional, statutory, or common law. Therefore the departments institutions & field services are mandated to provide written policies & procedures which govern said rights of the offenders. Those rights include, but are not limited to the following; The department shall ensure the rights of those inmates to have access to the courts to seek redress for alleged illegal conditions or treatment while under correctional control, to have access to legal assistance or law library facilities & to have access to supplies & services related to legal matters. The department shall ensure that inmates are protected from personal abuse & corporal punishment & the least physical means necessary are employed to secure order & control; & protect inmates from themselves & others. The department shall ensure the provision of a healthy environment which shall include, but are not limited to; clean orderly surroundings; adequate toilet & bathing facilities, lighting, ventalation & heating, access to appropriate clothing, wholesome & nutritionaly adequate diet, safe living conditions, medical & dental care. PG2 The department shall not subject offenders to discrimination based on race, religion, nationality, sex or political belief. The department recognizes that all able-bodied offenders are expected to work, & recieve compensation for such work, but no offender shall be required or coerced to participate in treatment programs. The department shall ensure that written rules of offender conduct specify prohibited behaviors & sanctions imposed shall be related to the gravity of the offense. The department shall ensure that provisions governing inmates grievances & classification be made available to all inmates. Subject only to the limitations necessary to maintain institutional order & security, the department shall ensure the constitutional rights of inmates to practice thier religion, recieve visits, communicate & correspond with persons or organizations subject to oder & security of the institution.

3-d]D2-11.4 discimination, harassment, & unprofessional conduct


Exhibit H-13

Case 2:23-cv-04164-BCW     Document 1-2     Filed 07/25/23     Page 102 of 205

4)RSMo 575.060(false declaration) class A misdemeanor, 565.090(harassment) class E felony, 217.405(offender abuse) class D felony, 217.410(duty to report) class A misdemeanor

5)US federal laws,state & federal constitutional amendments of the        fifth, eighth & fourteenth of
life, liberty & property, cruel & unusual punishment, due
process & equal protection; 42 USC 14141(pattern of practice); 18 USC 241(depervation of rights), 18 242( conspiracy
against rights)RSMo334.001-334.258 & 20 CSR 2150-001-2.001-20, 20 CSR 2150-2.260

6)My problem is the violation of my rights                                    as outlined in the foregoing but
not limited to: by the following but not limited to on going pattern of practice abuse of authority conspiracy of
obstruction of justice against the depervation of my rights                      by the discrimination,
harassment, & unprofessional conduct & abuse of such rights by the following but not limited to deliberate indifference
actions of JCCC        staff & personnel & MDOC JCCC medical care providers

6-b)With deliberate indifference to my serious medical care needs to my rights to have access to adequate medical
by minimal civilized measure of lifes necessities of medical care by modern day societal standards of decency pursuant to
RSMo & CSR causing irrepable harm, unecessary wonton pain & suffering to my currebt health & well being & my future health
& well being by mDOC JCCC medical care providers staff & personnels following actions but not limited to;6-c] the
unnecessary delay of medical care of my left index finger6-d] On 8/3/21 my left index finger was injured by cos in a
excessive force in 7 house A wing at about 3;30 PM[6-e]On about Oct 2021 I was in adseg on hunger strike to get medical
treatment for my injured finger & agreed to come off of in exchange fora layin for an ace handage of my finger & an xray
of my finger[6-f]On about Oct 2021 I seen DON Stone about my finger & she put me in for the xrays of it[6-g]On about
Oct 2021 I recieved xrays on my left index finger revealing swelling of the soft tissue[6-h]In Dec 2021 I when to nurses
sickcall 4 times about my left index finger stil being swollen, discolored, disfigured with still partial paralysis of
[6-i]In Dec 2021 I seen MDOC JCCC Doc Burse about my fingure who put me in for an MRI, to see a orthipedic sugeon & a
physical therapist[6-j]In Jan 2022 I went to 4 nurse sick call about the same issues with my finger[6-k]In Jan I seen
Doc burse about my finger again & he put me in for the same as before on my finger]6-l]In Feb 2022 I went to 4 nurses sick
call about my finger with the same issues]6-m]In Feb 2022 I seen Doc Burse about my finger again & agin he put me in for
the same as before[6-n]In Feb 2022 JCCC medical care provider Susan Hodges seen offender Joseph Pries 1284960 In TCU & told
him she had accidentally scheduled him to see a hand doctor (see attachment labeled Exhibit A-1 a copy of his stament)
[6-o]In March 2022 I went to 4 nurses sick call about the same issues with my finger[6-p]In March 2022I seen Doc Donaldson
about my finger & she put me in to have an MRI, see an orthipedic surgeon & physical therapy]6-q]In April 2022 I went to
4 nurses sick call again about my finger[6-r]I seen Doc Segall about my finger in April 2022 2 times about my finger & he
put me in for the same thing as the other doctors did[6-s]In May 2022 Joseph Pries seen MDOC medical about his IRR on his
knee & was showed that he had xrays on his left index finger which didnot happen that was my xrays not his see attachment

7)the action I am requesting is the protection of my rights                      as outlined in the
foregoing but not limited to:by granting me the following reliefs [7-a]that I recieve the monetary copmensation of
300,000.00 for the compensatory, nominal & punitive damages for the pain & suffering I sufferedfrom the delayed medical
care for over 9 months at the time of this IRR of my serious medical care& needs causing irrepable harm, permanent
paralysis & disfigurement to my left index finger significantly impacting negatively my current health& well being & my
future health & well being& my abilities to be able to work to provide for my self or do every day normal routines for the
rest of my life by the inabities to have full functions of my left finger for the rest of my life for the prolonged
belay of medical care on my left index finger

8)REPRISAL NOTICE Pursuant to RSMo217.410 section 10 MDOC policy & all
applicable state & federal laws any retaliation (or) adverse action (or)
threats of transfer will be taken as a violation of law & will be reported
for full investigation & prosecution to the full extent of the law

9)JOSEPH BECKER 1090720               declare & swar the foregoing state-
ment of facts is true & correct to the best of my belief under pains &
penalties of perjury pursuant to 28 USC 1746/FPCS  /Particles
DECLARANT  DATE 6/6/22 SIGNATURE:_____
PRINT NAME JOSEPH BECKER
MDOC# 1090720
CELL# 2-B-112
ADDRESS JCCC
       8200 No More Victims Rd
       Jefferson City Mo 65101

ROBERT DIECKMAN
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES JANUARY 23, 2026
COLE COUNTY
COMMISSION #22838095

Exhibt H-13

DECLARATION STATEMENT OF FACTS

FROM JOSEPH PREIS 1284960

For: Joseph Becker 1090720

2-B-112
JCCC
8200 No More Victims Rd
Jefferson City Mo 65101

2-B-112
JCCC
8200 No More victims Rd.
Jefferson City Mo 65101

1) On about Feb 15 Susan Hodges came in my room in TCU & stated she'd scheduled me for an appoinment with the hand Doctor by accident

2) On 5/24/22 I offender Joseph Preis 1284960 went to a nurses appaointment at JCCC medical for an IRR which the nurse showed me my medical records revealing that I had an xray on my left index finger at which time I told her that I had an xray on my left knee & that JCCC medical had been getting my records mixed up with Joseph Becker's records causing both of us to suffer from delays of medical care

3) I Joseph Preis 1284960 declare & swear the foregoing statement of facts is true & correct to the best of my belief under pains & penalties of perjury pursuant to 28 USC 1747/ #PGS 1/ # articles2/ DATE 6 /2842 22

Declarant
Joseph Preis 1284960

SIGNATURE: _Joe Preis_

NOTARY

PG# 1 of 1

ROBERT DIECKMAN
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES JANUARY 23, 2026
COLE COUNTY
COMMISSION #22838095

Exhibit H-13

# FREEDOM OF INFORMATION ACT
## FREEDOM OF INFORMATION ACT STATE & FEDERAL (FOIA)
### 5 USC section 552, PRIVACY ACT 5 USC section 522a
### MISSOURI SUNSHINE LAW REQUEST OF RECORDS 610 REVISED RSMO 109.180-109.190

TO: MDOC JCCC medical care providers CENTURION    FROM: JOSEPH BECKER 1090720
- JCCC
- 8200 No More Victims Rd
- Jefferson City Mo 65101

- 2-B-112
- JCCC
- 8200 No More Victims Rd
- Jefferson City Mo 65101

C/o; Custodian of records:

This is an (official) request of records under the freedom of information act (FOAI), 5 section 522, the privacy act 5 USC section 552a, state FOAI statutes 109.180-109.190 & Missouri sunshine law request of records chapter 610 revised statutes of Missouri...

1#)I request you make available to me the following records & documents or portions pertaining to & related to:

1-aJ I Joseph Pries 1284960 give JOSEPH BECKER 1090720 permission to have access to recieve copies of my MDOC offender medical records pertaining to records of xrays to my left index finger which was shown to me on 5/24/22 during an IRR review with JCCC medical

SIGNATURE: _Joseth B_____

DATE 616 172

( VIOLATIONS SUBJECT TO RSMO 610.027)
#### NOTICE TO MDOC STAFF

Failure to comply with & adhorn to all applicable federal & state constitutions, statutes, common law & mdoc policies & procedure to Include the following but not limited to pursuant to FOAI federal & state & MSLRR 610.023 & respond to this request within (30 business days wil result in my filing an IRR, reporting it for investigation & prosecution to the attorney generals office & filling a law suit.

Mo Sunshine law request of records Is pursuant to MDOC policy & procedures D1-11.2 Public & confidential records PG5 section Procedures; subsection A Public Records:

    I.a:a request must be made In writting Identifying the particular records to which he seeks access,

    I.b: the requestor should be given the option to either inspect or pay for & receive a copy of the desired records

    I.c: the custodian must Initially respond to the request within (3) working days. The responds to the request should follow the records request responds format & shall:

    [1] acknowledge reclept of request;

    [2]indicate how soon the public portion of the records will be made available;

    [3]ask whether the party wants copies of the records or access to review the records; &

    [4]specify the cost of the copies, copying & research.

Pursuant to the FOAI federal & state & MSLRR provides that If portions of a document areexempt from release, the remainder must be sergegated & disclosed.

Pursuant to the FOAI federal & state & MSLRR I require you to send me all nonexempt portions of the records I requested, &require you to Justify any deletions with reference to specific exemptions.

Pursuant to RSMO 610.023 I require the respondant to this request to repond within (3) business days of reclept of request

NOTARY

_____ 2#)I request the records responsive to my request be;

AVAILABLE FOR MY REVIEW WITHIN (3) business days Pursuant to RSMO 610.023

COPIED & sent to me within (3) business days Pursuant to RSMO 610.023

_____ 3#)I request pursuant to FOAI & MSLRR that all fees for copying the records be waived & reduced for search & duplication do to the disclosure of the Information Is In the public understanding of the operations or activities of the goverment & Is primarily In the commercial interest of the requestor

_____ This request should be exempt from all fees because the information responsive to this request I Intend to distribute;

better Informing thom of the operations of the goverment

_____ 4#)Pursuant to FOAI & MSLRR If you deny this request of waiver of fee please notify me In advance If copying fee of .10¢ a page exceeds $1.00

ROBERT DIECKMAN
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES JANUARY 23, 2026
COLE COUNTY
COMMISSION #22838095

Exhibit H-1.4

MSL# 1.52522

# FREEDOM OF INFORMATION ACT
## FREEDOM OF INFORMATION ACT STATE & FEDERAL (FOIA)
### 5 USC section 552, PRIVACY ACT 5 USC section 522a
## MISSOURI SUNSHINE LAW REQUEST OF RECORDS 610 REVISED RSMO 109.180-109.190

TO: MDOC General Counsel
2729 Plaza Dr
PO Box 206
Jefferson City Mo 65101

FROM: JOSEPH BECKER 1090720
2-B-112
JCCC
8200 No More Victims Rd
Jefferson City Mo 65101

C/o;Custodian of records;

This is an (official) request of records under the freedom of information act (FOAI), 5 section 522, the privacy act 5 USC section 552a, state FOAI statutes 109.180-109.190 & Missouri sunshine law request of records chapter 610 revised statutes of Missouri...

1#)I request you make available to me the following records & documents or portions pertaining to & related to; Im requesting for copies of the following  MDOC records.

1)The MDOC policy & procedure that was promulgated under RSMo217.040 rule making authority that prohibits MDOC offenders from sending legal mail through the united states postal services certified return reciept or signature confirmation to MDOC & officials located at the same institution the offender is located at

2) the contract between MDOC & the current media services provider for MDOC offenders

3) the contract between MDOC & Centurion the current medical care providers for MDOC offenders

SIGNATURE:

DATE 6/6 /22

( VIOLATIONS SUBJECT TO RSMO 610.027)
NOTICE TO MDOC STAFF

Failure to comply with & adhern to all applicable federal & state constitutions, statutes, common law & mdoc policies & procedure to include the following but not limited to pursuant to FOAI federal & state & MSLRR 610.023 & respond to this request within (30 business days will result in my filing an IRR, reporting it for investigation & prosecution to the attorney generals office & filling a law suit.

Mo Sunshine law request of records is pursuant to MDOC policy & procedures D1-11.2 Public & confidential records PG5 section Procedures; subsection A Public Records:

1.a;a request must be made in writting identifying the particular records to which he seeks access,

1.b; the requestor should be given the option to either inspect or pay for & receive a copy of the desired records

1.c; the cutodian must initially respond to the request within (3) working days. The responds to the request should follow the records request responds format & shall:

[1] acknowledge reciept of request;

[2]indicate how soon the public portion of the records will be made available;

[3]ask whether the party wants copies of the records or access to review the records; &

[4]specify the cost of the copies, copying & research.

Pursuant to the FOAI federal & state & MSLRR provides that if portions of a document areexempt from release, the remainder must be segergated & disclosed.

Pursuant to the FOAI federal & state & MSLRR I require you to send me all nonexempt portions of the records I requested, &require you to justify any deletions with reference to specific exemptions.

Pursuant to RSMO 610.023 I require the respondent to this request to repond within (3) business days of reciept of request

2#)I request the records responsive to my request be;

____✓ AVAILABLE FOR MY REVIEW WITHIN (3) business days Pursuant to RSMO 610.023

____✓ COPIED & sent to me within (3) business days Pursuant to RSMO 610.023

____ 3#)I request pursuant to FOAI & MSLRR that all fees for copying the records be waived & reduced for search & duplication do to the disclosure of the information is in the public understanding of the operations or activities of the goverment & is primarily in the commercial interest of the requestor

____ This request should be exempt from all fees because the information responsive to this request I intend to distribute;

____✓ better informing them of the operations of the goverment

4#)Pursuant to FOAI & MSLRR if you deny this request of waiver of fee please notify me in advance if copying fee of .10¢ a page exceeds $1.00

NOTARY

ROBERT DIECKMAN
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES JANUARY 23, 2026
COLE COUNTY
COMMISSION #22838095

Exhibit H-1.5

# DECLARATION STATEMENT OF FACTS LETTER

TO: MDOC JCCC FUM DITTMAN
. JCCC
. 8200 No More Victims Rd
. Jefferson City Mo 65101

FROM: JOSEPH BECKER 1090720
. 2-B-112
. JCCC
. 8200 No More victims Rd
. Jefferson City Mo 65101

1) this is the second letter Ive sent to you requesting information inquiring if my essay for admittance to corrections
education in person study for college degree from Licoln University was recieved by your office & processed

2) Im reqesting the following IRRs that Ive been requesting now for over 6 moths in notarized letters to you

3) If you dont want to give me the IRR all at once then Im requesting you give me in writing why Im limited to
one IRR a week no matter how many different issues I may have in a week

4) 1 IRR on 2 house staff for corporal punishment

5) 1 IRR on JCC mail room for loosing my mail all the way back on 2/23/22

6) 1 IRR on the JCCC water being contaminated causing JCCC offenders to have medical issue(s)

7) 1 IRR on JCCC medical care providers for not treating my finger that was injured on 8/3/21 & Ive gone to 28 nurses
sick call, had seen 3 different doctors been approved fro MRI, othipedic surgeon & physical therapy since 12/9/21

8) 1 IRR on JCCC food service for not giving out any chees on lunch meal cheff salad on 5/22/22 & no substitute lether

9) 1 IRR on my issues with my tablet & dont say I cant file an IRR on the tablet because I have a letter from the
Mo attorney generals office that states I can & to do so with any issues on the  tablet

10) 1 IRR on 5/25/22 Sgt Tallent refused to give me any substitute for the peanut butter at breakfast even after I
showed him my medical layin stating Im allergic to peanut butter Tallent stated then dont eat then

( 11) esk the respondent to this letter to comply & adhere to all applicable state & federal laws & MDOC policies
& procedures puorsuant to IS & SOP 13-1.1 by the respondent staff memebr responding in thier official capacity
by: responding within 7working days from the reciept of this letter; in the official responds format by; such
responds being legiable; with respondants complete name, rank, title, position, staff registration number,
sign & date on the responds aloted area of this letter form.

( 12 )Any failure to adhere to MDOC policy responds format within 7working days to this letter will result in
the filling of an IRR on the issue, reporting it to the Inspector generals, MDOC directors officies for full
investigaion & prosecution to the full extent of the law.

(13 )Pleas place legible responds to this letter in the following aloted area & return this letter to sender;

( 14 )MDOC staff respondant to this letter print in the following
area your official rank, title, position, complete name:

staff MDOC registration number;
DATE _616_/_22_ SIGNATURE: _____
( 15 )(PRINT COMPLETE NAME & MDOC# JOSEPH BECKER 109072

declare & swear the foregoing statement of facts is true & correct
to the best of my belief under pains & penalties of perjury pursuant
to 28 USC 1746.//PGS   //articles/ DATE   /  /

FROM DECLARANT;
PRINT COMPLETE NAME:   JOSEPH BECKER
MDOC: _1090720_
SIGNATURE:

NOTARY/WITNESS

ROBERT DIECKMAN
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES JANUARY 23, 2026
COLE COUNTY
COMMISSION #22838095

Exhibit H-L6

L/ 1.52522      PG# 1 OF 1

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**HEALTH SERVICES REQUEST**

| TO BE COMPLETED BY HEALTHCARE STAFF ONLY | |
| --- | --- |
| DATE RECEIVED BY HEALTHCARE STAFF | TIME RECEIVED BY HEALTHCARE STAFF |

OFFENDER NAME (PLEASE PRINT)
*Joseph Becker*

DOC NUMBER
*1090720*

INSTITUTION
*J.C.C.C.*

HOUSING UNIT (INCLUDE WING & ROOM NUMBER)
*2 - B - 112*

WORK/SCHOOL SCHEDULE
*Full time student*

I WISH TO BE SEEN BY (CHECK ONE):

☐ MEDICAL ☐ MENTAL HEALTH ☐ DENTAL ☐ OTHER

COMPLAINT:
*see back*

OFFENDER SIGNATURE AND AUTHORIZATION TO TREAT
*Joseph Becker*

INITIAL FOR RECEIPT OF OTC INSTRUCTIONS

DATE
*6/6/22*

**DO NOT WRITE BELOW THIS LINE - FOR HEALTHCARE STAFF USE ONLY**

| ☐ **EMERGENT** *(SEE IMMEDIATELY)* | ☐ **URGENT** *(SEE DURING SHIFT)* | ☐ **ROUTINE** *(NEXT AVAILABLE SICK CALL)* |
| --- | --- | --- |

| ☐ ADMINISTRATOR | ☐ DENTAL | ☐ DOCTOR SICK CALL | ☐ DON | ☐ LAB / X-RAY |
| ☐ MED ROOM | ☐ MENTAL HEALTH | ☐ NURSE SICK CALL | ☐ OPTOMETRY | ☐ OTHER:_____ |

TRIAGE STAFF NOTES:

| TRIAGE STAFF SIGNATURE & TITLE | DATE TRIAGED | TIME TRIAGED | ☐ FACE-TO-FACE TRIAGE COMPLETED |
| --- | --- | --- | --- |

**HEALTHCARE STAFF NOTES:**

HEALTHCARE STAFF SIGNATURE

Exhibit N-1.1

DATE

TIME

MO 931-1319 (2-19)

My finger was injured on 8/3/21 by Co's

I have been to several nurses sick call when there is actual sick call

I has been ove 10 months and my finger still has not been treated

I cant bend my left middle or index finger

I have been given nothing for the pain

They are swollen, disfigured & discolored



# DECLARATION STATEMENT OF FACTS LETTER

TO: MDOC JCCC FUM DITTMAN
JCCC
8200 No More Victims Rd
Jefferson City Mo 65101

FROM: JOSEPH BECKER 1090720
2-B-112
JCCC
8200 No More victims Rd
Jefferson City Mo 65101

1) this is the second letter Ive sent to you requesting Information Inquiring if my essay for admittance to correctional education In person study for college degree from Licoln University was recieved by your office & processed

2) Im reqesting the following IRRs that Ive been requesting now for over 6 moths In notarized letters to you

3) If you dont want to give me the IRR all at once then Im requesting you give me In writing why Im limited to one IRR a week no matter how many different Issues I may have In a week

4) 1 IRR on 2 house staff for corporal punishment

5) 1 IRR on JCC mail room for loosing my mail all the way back on 2/23/22

6) 1 IRR on the JCCC water being contaminated causing JCCC offenders to have medical issues

7) 1 IRR on JCCC medical care providers for not treating my finger that was Injured on 8/3/22 & Ive gone to 28 nurses sick call, had seen 3 different doctors been approved fro MRI, othipedic surgeon & physical therapy since 12/9/21

8) 1 IRR on JCCC food service for not giving out any chees on lunch meal cheff salad on 5/22/22 & no substitute lether

9) 1 IRR on my Issues with my tablet & dont say I cant file an IRR on the tablet because I have a letter from the Mo attorney generals office that states I can & to do so with any Issues on the tablet

10) 1 IRR on 5/25/22 Sgt Tallent refused to give me any substitute for the peanut butter at breakfast even after I showed him my medical layin steting Im allergic to peanut butter Tallent stated then dont eat then

( 11 ) esk the respondent to this letter to comply & adhere to all applicable state & federal laws & MDOC policies & procedures puorsuant to IS & SOP 13-1.1 by the respondent staff memebr responding in thier official copacity by; responding within 7working days from the reciept of this letter; In the official responds format by; such responds being legiable; with respondents complete name, rank, title, position, staff registration number, sign & date on the responds sloted area of this letter form.

( 12 )Any failure to adhere to MDOC policy responds format within 7working days to this letter will result In the filling of an IRR on the Issue, reporting it to the Inspector generals, MDOC directors offices for full Investigaion & prosecution to the full extent of the law.

( 13 )Pleas place legible responds to this letter In the following sloted area & return this letter to sender;

1) It was recieved and they sent you a denical

2) All your correspondence has been taken care of

3) You have received IRR's

4) no corporal punishment

5) All mail was sent as per policy

6) no contaminated water

7) 8-3-22 isn't here yet Medical is doing the best they can and staff they have

8) cant give you something we don't have

9) tablet issues are through Unity/Securus we have no control

10) Sgt Tallent isn't incharge of food service

11) I doing my job

12)

( 14 )MDOC staff respondent to this letter print in the following area your official rank, title, position, complete name:
13-1-2
14-2

staff MDOC registration number:
DATE 6/6/22 SIGNATURE: [signature]
( 15 )(PRINT COMPLETE NAME & MDOC# JOSEPH BECKER 109072

declare & swear the foregoing statement of facts is true & correct to the best of my belief under pains & penalties of perjury pursuant to 28 USC 1746./MPGS  /#articles/ DATE  /  /
FROM DECLARANT;
PRINT COMPLETE NAME;  JOSEPH BECKER
MDOC:  1090720
SIGNATURE:

NOTARY/WITNESS

ROBERT DIECKMAN
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES JANUARY 23, 2026
COLE COUNTY
COMMISSION #22838095

Exhibit H-1.7

I7 1.52522       PG# 1 OF 1



# Missouri Department of Corrections

## Jefferson City Correctional Center

## WARDEN'S RESPONSE

**TO:** Offender Joseph Becker #1090720
**CATEGORY:** Other-Violation of Policy by Staff
**LOG#:** JCCC-21-1730
**DATE:** June 8th, 2022

I have received your grievance and pertinent information concerning your allegations that you made sunshine law requests to me and by not answering in a timely manner I violated those requests. You state you submitted a sunshine law request to me to view all offender work assignments and housing assignments for Housing Units 1-4 for the year 2021, as well as the criteria for Housing Unit #3 D wing incentive wing and the record of you being removed from Housing Unit #4 on 6/29/2020 and Housing Unit #3 on 6/24/2021. You request the protection of your rights, that I be suspended without pay for 3 months, be demoted to the lowest rank in my assigned area without being allowed to promote for 2 years, for me to be reported for investigation and prosecution as well as for you to be given access to review the records you requested.

Be advised, I have conducted an administrative review of your claims. D1-11.2 Public and Confidential Records states: "Closed Record-Any record which is closed to the public. The following is a non-exhaustive list of closed records: offender's current work assignment locations. It also states: "Closed records may be shared with the following, conditioned upon verification of the identity of the requester: Missouri Executive Agency, the Missouri Attorney General's Office, Law Enforcement Entities and Other Government Agencies." You are not at liberty to view the requested records of others due to not being in one of the above mentioned agencies. You may speak to your case manager about your personnel information you requested.

Your grievance is denied.

If you disagree with this response you have (7) days from the day you sign the grievance in which to file a grievance appeal.

Warden: _____ Date: 06-09-2022

OFFENDER'S COPY

Exhibit H-1.8



# Missouri Department of Corrections

## Jefferson City Correctional Center

## WARDEN'S RESPONSE

**TO**: Offender Joseph Becker #1090720 2B112
**CATEGORY:** Other-Conditions of Confinement
**LOG#**: JCCC-22-30
**DATE**: June 9th, 2022

     I have received your grievance and pertinent information concerning your allegations of being subjected to cruel and unusual punishment. You are requesting to receive $100,000.00 and for your finger to be treated.

     Be advised, I have conducted an administrative review of your claims. The response you received at the IRR stage adequately addresses the issue. SOP5-3.2 Offender Grievance states: "Expanded complaints are prohibited. Each IRR form, offender grievance form and offender grievance appeal form is limited to one grievable issue." You list several complaints on the IRR form, therefore I can not substantiate your claims. Your grievance is denied.

     If you disagree with this response you have (7) days from the day you sign the grievance in which to file a grievance appeal.

Warden: _Chris E. Balkenrad_    Date: _06-09-22_

**OFFENDER'S COPY**

Exhibit H-1.9



STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**OFFENDER GRIEVANCE APPEAL**

| GRIEVANCE NUMBER | DATE FILED |
|---|---|
| JCC - 21 - 1730 | |

| DOC NUMBER | INSTITUTION |
|---|---|
| 1090720 | |

OFFENDER NAME (LAST NAME, FIRST)

BECKER, JOSEPH

**REASON FOR APPEAL**

My reason for appeal is the same as my original I.R.R. # JCCC-21-1730 Declaration statement of facts articles 1 through 6 & the action I'm requesting article 7. Please see my entire original I.R.R. # JCCC-21-1730 Declaration statement of facts consisting of 3 pgs & 7 Articles. As to the responds pursuant to R.S.Mo 610.010 - 610.023 the warden has 3 day to respond to my Mosunshine law request whereby her admitance of not responding to my request makes her guilty of violation of the law, Now to the subject of the Warden Rullingon this I.R.R. which I filled on her which is a violation of the M.D.O.C. offender Grievance policy & my due process rights to have an impartial judge the warden can not be an Impartial judge in an I.R.R. filed on her which I'm giving notice of & requesting for an I.R.R. to file on her for violations of my due process rights. This is just part of the ongoing pattern of practice violation of my access to the courts in obstruction of justice conspiracy of the depervation of my rights

| OFFENDER SIGNATURE | DATE |
|---|---|
| Joseph Beau | 6/17/22 |

**RESPONSE**

Exhibit I-1

| SIGNATURE | DATE |
|---|---|
| | |

Finalization of this appeal represents exhaustion of this grievance pursuant to federal law, 28 CFRs 40

| OFFENDER SIGNATURE | DATE |
|---|---|
| | 8/15/22 |

MO 931-3378 (5-03)

| GRIEVANCE NUMBER | DATE FILED |
|---|---|
| JCCC - 22-30 | |

| OFFENDER NAME (LAST NAME, FIRST) | DOC NUMBER | INSTITUTION |
|---|---|---|
| BECKER, JOSEPH | 1096720 | |

**REASON FOR APPEAL**

My reason for appeal is the same as my original I.R.R.#JCCC-22-30 Declaration statement of facts articles 1 through 6 and my action article 7. Please see my entire original I.R.R.#JCCC-22-30 Declaration statement of facts consisting of 9 articles, 21 pgs & Exhibits A-1, B-2, C-3, D-4, E-5, F-6 & G-7

| OFFENDER SIGNATURE | DATE |
|---|---|
| Joseph Becker | 6/17/22 |

**RESPONSE**

Exhibit I-1.1

| SIGNATURE | DATE |
|---|---|
| | |

Finalization of this appeal represents exhaustion of this grievance pursuant to federal law, 28 CFRs 40

| OFFENDER SIGNATURE | DATE |
|---|---|
| Joseph Becker | 8/15/22 |

# DECLARATION STATEMENT OF FACTS LETTER

TO: J.C.C.C. Fum Todd
J.C.C.C.
8200 No More Victim Rd
Jefferson City Mo 65101

FROM: Joseph Becket #1090720
3-D-104
J.C.C.
8200 No More Victims Rd
Jefferson City, Mo 65101

(1) I require an emergency medical I.R.R. because I have pre-existing medical conditions & medical that had nurses sick call since 6/9/22 and I have copies of my medical records with directives from medical staff to go to sick call if I issue flaires up again or declare medical emergency, I'm also out of meds and have been since 4/28/22 and have been to 3 nurses sick calls, seen the doctor se call 2 times and I still don't have the meds as of yet.

(2) I still need an I.R.R. to file on food service for hat comply, hg with no peanut butter lay in diet. I'm ulleryic to peanut butter and I have sent food service monger copies of my lay in from medical

(3) I need a work order put in on my sink it barely drains taking up to an hour to drain totally.

(4) I still need a schedule for 3 house small yard, Big rec & library

(5) I need an I.R.R. to file on food service for / being out of cheese and giving no substitute in its place

(6) I signed up for 2 programs over 6 months ago in 2 house the homeric pair and personal health and have not heard any thing about it further

( 7 ) I ask the respondent to this letter to comply & adhere to all applicable state & federal laws & MDOC policies & procedures pursuant to IS & SOP 13-1.1 by the respondent staff member responding in thier official capacity by: responding within 7 working days from the reciept of this letter; in the official responds format by; such responds being legiable; with respondents complete name, rank, title, position, staff registration number, sign & date on the responds elated area of this letter form.

( 8 ) Any failure to adhere to MDOC policy responds format within 7 working days to this letter will result in the filling of an IRR on the issue, reporting it to the inspector generals, MDOC directors officies for full investigaion & prosecution to the full extent of the law.

( 9 ) Pleas place legible responds to this letter in the following aloted area & return this letter to sender;

6-A] I still need an IRR to file on being denied adequate law library time

( 10 )MDOC staff respondant to this letter print in the following area your official rank, title, position, complete name:

staff MDOC registration number;
DATE / / SIGNATURE:
( 11 )PRINT COMPLETE NAME & MDOC#

declare & swear the foregoing statement of facts is true & correct to the best of my belief under pains & penalties of perjury pursuant to 28 USC 1746.//PGS /Particles/ DATE 6/28/22
FROM DECLARANT:
PRINT COMPLETE NAME:
MDOC:
SIGNATURE:
PG# OF

Exhibit I-1.2

NOTARY/WITNESS

State of Missouri
County of Cole
The foregoing instrument was acknowledged before me 28 day of June 2022

Your Name Here, Notary Public:
My Commission Expires July 26, 2025

RENEE WALKER
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES JULY 26, 2025
COLE COUNTY
COMMISSION #18673705





| GRIEVANCE NUMBER | IRR NUMBER | DATE FILED |
|---|---|---|
| | JCCC 22 - 1123 | |

**INSTITUTION USE ONLY**

| OFFENDER LAST NAME | FIRST | DOC NUMBER | HOUSING UNIT | UNIT | INSTITUTION |
|---|---|---|---|---|---|
| Becker Joseph | | 1090720 | 3-D-104 | | JCCC |

**OFFENDER GRIEVANCE/REQUEST**

My grievance is the same as my original I.R.R. J.C.C.C 22-1123 Declaration statement of facts articles 1 through 6, & the action I'm requesting see article 7 (Please see my entire original I.R.R. J.C.C.C 22-1123 Declaration statement of facts, consisting of 3 pgs 9 Articles & Exhibit labeled A-1 & B) As to the responds to this stating that I didn't file it within 15 days, J.C.C.C staff refuses to give me more than one I.R.R. per week so I send notarized letters to the case workers every week with a list of the I.R.R.s that I require to file on issues before the 15 days is up & the same day I have the letters notarized I have the body of the attachment to my I.R.R. notarized; which if you look on the body of this I.R.R.s attachment I had notarized on 6/6/22 which was on the 11th day within the 15 day time limit. If you would like copies of the notarized letters to case workers asking for an I.R.R. to file on this issue before the 15 day time limit Please let me know if you would like these copies

OFFENDER SIGNATURE _(signature)_  DATE 7/25/22

**SUPERINTENDENT RESPONSE**

Exhibit I-1.3

| SUPERINTENDENT/SECTION HEAD | | DATE |
|---|---|---|
| _(signature)_ WARDEN/READ | | |

You have the right to appeal this decision to a division director. You must file an appeal form with the grievance officer within seven (7) days from the day you receive this decision. Failure to submit an appeal within this time frame constitutes abandonment of the grievance.

☐ I ACCEPT THIS DECISION  ☑ I APPEAL THIS DECISION

OFFENDER SIGNATURE _(signature)_  DATE 11/8/22

MO 931-3377 (12-04)  I.R.R.# 3.52722

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**HEALTH SERVICES REQUEST**

| TO BE COMPLETED BY HEALTHCARE STAFF ONLY | |
| --- | --- |
| DATE RECEIVED BY HEALTHCARE STAFF | TIME RECEIVED BY HEALTHCARE STAFF |

OFFENDER NAME (PLEASE PRINT): Joseph Becker

DOC NUMBER: 1090720    INSTITUTION: J.C.C.C.

HOUSING UNIT (INCLUDE WING & ROOM NUMBER): 3-D-102

WORK/SCHOOL SCHEDULE: Full time student

I WISH TO BE SEEN BY (CHECK ONE):
☐ MEDICAL  ☐ MENTAL HEALTH  ☐ DENTAL  ☐ OTHER

COMPLAINT: see back

OFFENDER SIGNATURE AND AUTHORIZATION TO TREAT: Joseph Becker

INITIAL FOR RECEIPT OF OTC INSTRUCTIONS

DATE: 7/25/22

**DO NOT WRITE BELOW THIS LINE - FOR HEALTHCARE STAFF USE ONLY**

☐ **EMERGENT** (SEE IMMEDIATELY)   ☐ **URGENT** (SEE DURING SHIFT)   ☐ **ROUTINE** (NEXT AVAILABLE SICK CALL)

☐ ADMINISTRATOR   ☐ DENTAL   ☐ DOCTOR SICK CALL   ☐ DON   ☐ LAB / X-RAY

☐ MED ROOM   ☐ MENTAL HEALTH   ☐ NURSE SICK CALL   ☐ OPTOMETRY   ☐ OTHER: _____

TRIAGE STAFF NOTES:

TRIAGE STAFF SIGNATURE & TITLE         DATE TRIAGED         TIME TRIAGED

☐ FACE-TO-FACE TRIAGE COMPLETED

HEALTHCARE STAFF NOTES:

HEALTHCARE STAFF SIGNATURE         DATE         TIME

MO 931-1319  (2-19)

Exhibit I-1.4

My finger was injuted on 8/3/21
I was approved for physical therapy on 12/20/21
I have never been given anything for the pain ever—



Michael L. Parson
Governor

Anne L. Precythe
Director



2729 Plaza Drive
P. O. Box 236
Jefferson City, MO 65102
Telephone: 573-751-2389
Fax: 573-526-0880

## State of Missouri
# DEPARTMENT OF CORRECTIONS
*"Improving Lives for Safer Communities"*

### GRIEVANCE APPEAL RESPONSE

July 29, 2022

Joseph Becker
Register #1090720
Jefferson City Correctional Center

RE:    JCCC-21-1730
        Other
        Received on July 19, 2022
        Reviewed on July 29, 2022

Your appeal dated June 17, 2022, has been reviewed. The grievance response you received adequately addressed your allegation of being denied a sunshine law request for records you are not at liberty to view. Your appeal is denied.

OFFENDER'S
COPY

Jason Lewis
Deputy Division Director
Division of Adult Institutions

JL/js

Exhibit I-1.5



## State of Missouri
# DEPARTMENT OF CORRECTIONS
*"Improving Lives for Safer Communities"*

### GRIEVANCE APPEAL RESPONSE

July 29, 2022

Joseph Becker
Register #1090720
Jefferson City Correctional Center

RE:    JCCC-22-30
        Other
        Received on July 19, 2022
        Reviewed on July 29, 2022

Your appeal dated July 1, 2022, has been reviewed. The informal resolution request response you received adequately addressed your complaint. Missouri Department of Corrections policy D5-3.2-Offender Grievance, states, "Expanded complaints are prohibited. Each IRR form, offender grievance form and offender grievance appeal form is limited to one grievable issue. The addition of other issues at any stage of the review process is prohibited." Furthermore, "Duplicate complaints are prohibited. Specific issues or incidents will be addressed only once by an informal resolution request form, offender grievance form, or an offender grievance appeal form." As noted, you have already submitted numerous grievances on the issues you mention in this complaint. You also allege the initial incident occurred on August 3, 2021, and you the appeal was not received until July 1, 2022. Therefore, this incident will not be addressed. Missouri Department of Corrections policy D5-3.2-Offender Grievance states, "Consequential or punitive damages will not be provided." Your appeal is denied.

Jason Lewis
Deputy Division Director
Division of Adult Institutions

OFFENDER'S
COPY

Exhibit I-1.6

JL/js



STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**HEALTH SERVICES REQUEST**

TO BE COMPLETED BY HEALTHCARE STAFF ONLY

DATE RECEIVED BY HEALTHCARE STAFF | TIME RECEIVED BY HEALTHCARE STAFF

OFFENDER NAME (PLEASE PRINT) *Joseph Becker*

DOC NUMBER *1090720*

INSTITUTION *J.C.C.C.*

HOUSING UNIT (INCLUDE WING & ROOM NUMBER) *3-D-104*

WORK/SCHOOL SCHEDULE *Full time student*

I WISH TO BE SEEN BY (CHECK ONE):
☐ MEDICAL ☐ MENTAL HEALTH ☐ DENTAL ☐ OTHER

COMPLAINT. *see back*

OFFENDER SIGNATURE AND AUTHORIZATION TO TREAT *Joseph M.*

INITIAL FOR RECEIPT OF OTC INSTRUCTIONS

DATE *8/8/22*

**DO NOT WRITE BELOW THIS LINE - FOR HEALTHCARE STAFF USE ONLY**

☐ **EMERGENT**
*(SEE IMMEDIATELY)*

☐ **URGENT**
*(SEE DURING SHIFT)*

☐ **ROUTINE**
*(NEXT AVAILABLE SICK CALL)*

☐ ADMINISTRATOR ☐ DENTAL ☐ DOCTOR SICK CALL ☐ DON ☐ LAB / X-RAY
☐ MED ROOM ☐ MENTAL HEALTH ☐ NURSE SICK CALL ☐ OPTOMETRY ☐ OTHER:___

TRIAGE STAFF NOTES:

TRIAGE STAFF SIGNATURE & TITLE | DATE TRIAGED | TIME TRIAGED | ☐ FACE-TO-FACE TRIAGE COMPLETED

HEALTHCARE STAFF NOTES:

HEALTHCARE STAFF SIGNATURE | DATE | TIME

**Exhibit I-1.7**

MO 931-1319 (2-19)

My finger was injured on 8/3/21
I was approved for physical therapy on 12/20/21
I have never been given anything for the pain
I need something for the pain

DECLARATION STATEMENT OF FACTS LETTER

TO: J.C.C.C. Fum Todd                FROM: Joseph Becket # 1090720    5/2...
    J.C.C.C.                                 3-0-104
    8200 No More Victims Rd                  J.C.C.C.
    Jefferson City Mo 65101                  8200 No More Victims Rd
                                             Jefferson City, Mo 65101

1) ⊕ I have not been afforded access to the full use of the law library now in
   ⊕ 2 week because we have not had a librarian to make photo/copies of
       legal work, cases or Notary.

2) I need access to photocopy/ to copy exhibits to go with the I.R.R attached
   with this letter/exhibit a notary.

3) I'm including 3 J.C.C library complex photo copy request form with this letter
   in attempts to get photo/copies to turn in as exhibits with the I.R.R's
   attached with this letter.

4) I'm willing to pay for the photo copies I need access to have the copies
   made.

5) I turned in a med refill on 7/14/22 & my meds still have not been refilled as of
   yet I will need an emergency I.R.R to file on this issue

Turned in I.R.R.#172622, 1.8922 & Grievance IRR. #1.62822 with this letter

( 6 ) I ask the respondent to this letter to comply & adhere to all applicable state & federal laws & MDOC policies
& procedures puersuant to IS & SOP 13-1.1 by the respondent staff member responding in thier official capacity
by: responding within 7working days from the reciept of this letter; in the official responds format by: such
responds being legible; with respondents complete name, rank, title, position, staff registration number,
sign & date on the responds eloted area of this letter form.

( 7 )Any failure to adhere to MDOC policy responds format within 7working days to this letter will result in
the filling of an IRR on the issue, reporting it to the inspector generals, MDOC directors officies for full
investigaion & prosecution to the full extent of the law.

( 8 )Pleas place legible responds to this letter in the following eloted area & return this letter to sender;

I still need an IRR to file on denial of adequate law library time

( 9 )MDOC staff respondant to this letter print in the following        NOTARY/WITNESS
area your official rank, title, position, complete name:

staff MDOC registration number;
DATE    /    /    SIGNATURE:
( 10 )PRINT COMPLETE NAME & MDOC#

declare & swear the foregoing statement of facts is true & correct
to the best of my belief under pains & penalties of perjury pursuant
to 28 USC 1746.//PGS   /#articles/ DATE  8/9/22
FROM DECLARANT:
PRINT COMPLETE NAME: Joseph Becker
MDOC: 1090720
SIGNATURE: Joseph Becker

⊕ 1.8922    PG# 1 OF 6

Exhibit I-1.8

(cc)

## DECLARATION STATEMENT OF FACTS LETTER

TO: JCCC Fum Todd
- JCCC
- 8200 No MOre Victims Rd
- Jefferson City Mo 65101
-

FROM: Joseph Becker 1090720
- 3-D-104
- JCCC
- 8200 No More victims Rd
- Jefferson City Mo 65101

1) I have not been afforded full access to the law library now In 2 weeks because we have not had a librarian to make photo copies of legal work, cases or do notary

2) I need access to photo copies to copy exhibits to go with the IRRs attached with this letter & notaries

3( Im Including 3 JCCC library complex photo copy request forms with this letter In attempts to get photo copies to turn In as exhibits with the attached IRR with this letter

4)Im willing to pay for the photo copies I just need to be afforded to be able to make such photo copies

5) I turned In a med refill on 7/14/22 & my meds still havenot been refilled as of yet I will need an emergency IRR to file on this Issue

5-all still need an IRR to file on being denied adequate law library time Ive been trying to file on this for a year now

(6  )I ask the respondent to this letter to comply & adhere to all applicable state & federal laws & MDOC policies & procedures puersuant to IS & SOP 13-1.1 by the respondent staff memebr responding In thier official copacity by; responding within 7working days from the reciept of this letter; In the official responds format by; such responds being legiable; with respondants complete name, rank, title, position, staff registration number, sign & date on the responds aloted area of this letter form.

(7  )Any failure to adhere to MDOC policy responds format within 7working days to this letter will result In the filling of an IRR on the Issue, reporting it to the Inspector generals, MDOC directers officles for full Investigaion & prosecution to the full extent of the law.

(8  )Pleas place legible responds to this letter in the following aloted area & return this letter to sender;

(9  )MDOC staff respondent to this letter print In the following area your official rank, title, position, complete name:

staff MDOC registration number;

DATE   /  /    SIGNATURE:

(10)|PRINT COMPLETE NAME & MDOC# JOSEPH BECKER 1090720

declare & swear the foregoing statement of facts Is true & correct to the best of my belief under pains & penalties of perjury pursuant to 28 USC 1746./#PGS  /#articles/ DATE 8/19 /22

FROM DECLARANT:

PRINT COMPLETE NAME: JOSEPH BECKER

MDOC: 1090720

SIGNATURE: _Joseph Becker_

## 1.8922
(cc)

NOTARY/WITNESS
State of: Missouri
County of: Cole
The foregoing instrument was acknowledged before me 19 day of August 2022
Pieu Walker
Your Name Here, Notary Public
My Commission Expires July 26, 2025

Exhibit I-1:9

PG# 1 OF 6

# DECLARATION STATEMENT OF FACTS LETTER

TO: MDOC JCCC Fum Todd
- JCCC
- 8200 No More Victims Rd
- Jefferson city Mo 65101

FROM: Joseph Becker 1090720
- 3-D-104
- JCCC
- 8200 No More Victims Rd
- Jefferson city Mo 65101

1) Maintenance did come in & work on the cable outlet in the cell, it didnt improve the quality of single, I bought on 8/9/22 a new coax cable thinking that would helo it didnt. At PCC I filed an IRR & the cable company had to come into the prison & replace the cable boosters which burn out after a while. By the replacing of these boosters it cleared up the cable quality for all the cells. If maintenance cant fix the quality of the cable reception in this wing I will require an IRR to file to get it fixed

2) I need an IRR to file on Jpay for not meeting its contractual obligations since I recieved the new JP¢ tablet I have not been able to down load all my music, my sister has not recieved any of my emails, & ive not recieved any of the free estamps we are supposed to get every wee now for over 7 months. You know Im allowed to file on issues with jpay as I have letters from the Attorney gnerals office that say such

2-a) I need an IRR to file on the denial of my access to the law library for my full 6 hours a week QLC time because the library is closed all the time

2-b) I need an IRR to file on the denial of my access to the law library by 3 house case workers scheduling the change of office hours from thur to fri 8:30; to 10:30 which makes me make a choice between my lawlibrary time on Fri or see the case workers which is a Hobson's choice violation between one right & a equaly protected right

2-c) I steel need an emergency IRR to file on medical I put in for a med refill on 7/14/22 & still dont have the meds

( 3 ) I) ask the respondent to this letter to comply & adhere to all applicable state & federal laws & MDOC policies & procedures puorsuant to IS & SOP I3-I.I by the respondent staff memebr responding in thier official copacity by: responding within 7working days from the reciept of this letter; in the official responds format by; such responds being legiable; with respondants complete name, rank, title, position, staff registration number, sign & date on the responds sloted area of this letter form.

( 4 )Any failure to adhere to MDOC policy responds format within 7working days to this letter will result in the filling of an IRR on the issue, reporting it to the inspector generals, MDOC directors officies for full investigaion & prosecution to the full extent of the law.

( 5 )Pleas place legible responds to this letter in the following sloted area & return this letter to sender;

2-d)I still need an IRR to file on denial of adequate law library time I have been trying to file on this for almost a year now being denied an IRR to do so

( 6 )MDOC staff respondent to this letter print in the following area your official rank, title, position, complete name:

staff MDOC registration number:

DATE  /  /    SIGNATURE:

( 7 )(PRINT COMPLETE NAME & MDOC# JOSEPH BECKER 1090720

declare & swear the foregoing statement of facts is true & correct to the best of my belief under pains & penalities of perjury pursuant to 28 USC 1746.//P©S   //articles/ DATE 8/19/22

FROM DECLARANT:

PRINT COMPLETE NAME:   JOSEPH BECKER

MDOC:1090720

SIGNATURE:

#  1.81222/    PG# 1   OF   1

Exhibit J-1

NOTARY/WITNESS

State of: Missouri
County of: Cole

The foregoing instrument was acknowledged before me 19 day of August 2022

Renee Walker
Your Name Here, Notary Public

My Commission Expires July 26, 2025

RENEE WALKER
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES JULY 26, 2025
COLE COUNTY
COMMISSION #21562734

# DECLARATION STATEMENT OF FACTS LETTER

TO: JCCC 3 House case worker Jhonson
* JCCC
* 8200 No More victims Rd
* Jefferson City Mo 65101

FROM: Joseph Becker 1090720
* 3-D-104
* JCCC
* 8200 No More Victims Rd
* Jefferson City Mo 65101

sept 9,2022

Im wriring this letter as directed because I cant make it to office hours on fridays because of my QLC law library time is at that time .

I need the following 4 IRRs on 4 different issues.

1 IRR to file on food service not giving out adequately nutritious diet at main line which I can prove now with my medical records of blood work & urine test over the last 10 months showing vitamine deficiencies, proteih & my gluclose levels going below normal of 6.8 & up above normal of 118

1 IRR to file on MDOC central office custodian of records not responding to my Mo sunshine law request

1 IRR to file on not ever getting my full 6 hours of QLC law library time in a week violating my access to the courts

1 IRR to file on the JCCC warden for not protecting my consumer rihgts with Jpays denial of affording me my free email stamp verey week now for over 7 months, If I cant have an IRR to file on this issue then give me an IRR to file on not being able to file on this issue. I've filed on Jpay previuosly in 2021 because I have letters from the Mo attorhey generals office, consumer rights, & govehors office stating I can utilize the offender grievance system with issues on Jpay I will provide copies of such at your request

(  )I ask the respondent to this letter to comply & adhere to all applicable state & federal laws & MDOC policies & procedures puorsuant to IS & SOP 13-1.1 by the respondent staff membr responding in thier official copacity by; responding within 7working days from the reciept of this letter; in the official responds format by; such responds being legible; with respondants complete name, rank, title, position, staff registration number, sign & date on the responds sloted area of this letter form.

(  )Any failure to adhere to MDOC policy responds format within 7working days to this letter will result in the filling of an IRR on the issue, reporting it to the Inspector generals, MDOC directors officies for full investigaion & prosecution to the full extent of the law.

(  )Pleas place legible responds to this letter in the following aloted area & return this letter to sender;

1 IRR to file on denial of adequate law library I have been trying to file on this for almost a year now being denied an IRR to do so

(  )MDOC staff respondant to this letter print in the following area your official rank, title, position, complete name:

staff MDOC registration number;

DATE  /  /   SIGNATURE:

(  )PRINT COMPLETE NAME & MDOC#

JOSEPH BECKER 1090720
declare & swear the foregoing statement of facts is true & correct to the best of my belief under pains & penalities of perjury pursuant to 28 USC 1746./#PGS  /#articles/ DATE 9/9/22

FROM DECLARANT:
PRINT COMPLETE NAME: Joseph Becker
MDOC: 1090720
SIGNATURE: Joseph M

L# 2.9922          PG# 1 OF 1

**Exhibit J-1.1**

NOTARY/WITNESS
State of: Missouri
County of: Cole
The foregoing instrument was acknowledged before me 9th day of September 2022

Rene Walker
Your Name Here, Notary Public
My Commission Expires July 26, 2025

RENEE WALKER
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES JULY 26, 2025
COLE COUNTY
COMMISSION #21562734



STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**HEALTH SERVICES REQUEST**

OFFENDER NAME (PLEASE PRINT)
Joseph Bucket

DOC NUMBER
1090720

INSTITUTION
J.C.C.C

HOUSING UNIT (INCLUDE WING & ROOM NUMBER)
3-D-104

WORK/SCHOOL SCHEDULE
Full time student

I WISH TO BE SEEN BY (CHECK ONE):
☐ MEDICAL ☐ MENTAL HEALTH ☐ DENTAL ☐ OTHER

COMPLAINT:
see back

OFFENDER SIGNATURE AND AUTHORIZATION TO TREAT
Joseph Bass

INITIAL FOR RECEIPT OF OTC INSTRUCTIONS

DATE
9/12/22

---

**DO NOT WRITE BELOW THIS LINE - FOR HEALTHCARE STAFF USE ONLY**

☐ **EMERGENT**
(SEE IMMEDIATELY)

☐ **URGENT**
(SEE DURING SHIFT)

☐ **ROUTINE**
(NEXT AVAILABLE SICK CALL)

| ☐ ADMINISTRATOR | ☐ DENTAL | ☐ DOCTOR SICK CALL | ☐ DON | ☐ LAB / X-RAY |
|---|---|---|---|---|
| ☐ MED ROOM | ☐ MENTAL HEALTH | ☐ NURSE SICK CALL | ☐ OPTOMETRY | ☐ OTHER:_____ |

TRIAGE STAFF NOTES:

TRIAGE STAFF SIGNATURE & TITLE

DATE TRIAGED

TIME TRIAGED

☐ FACE-TO-FACE TRIAGE COMPLETED

HEALTHCARE STAFF NOTES:

HEALTHCARE STAFF SIGNATURE

Exhibit J-12

DATE

TIME

MO 931-1319 (2-19)

My finger was injured on 8/3/21
It was approved for physical therapy on 12/20/21
I have not recieved anything for the pain
I need something for the pain



Exhibit 9-1.2

9/14/22

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**INFORMAL RESOLUTION REQUEST**

**INSTITUTION USE ONLY**
☐ **EMERGENCY COMPLAINT**
CATEGORY: Due Process   DATE RECEIVED: 9/20/22
COMPLAINT NUMBER: Jcc 22-1790



**OFFENDER SECTION - MUST COMPLETE WITH INK**

| OFFENDER NAME Joseph Becker | DOC I.D. 1090720 | HOUSING UNIT |

STATE YOUR COMPLAINT OR PROBLEM BRIEFLY. ONLY ONE ISSUE. BE SPECIFIC.

This is not a due process issue but that is what case worker Johnson labeld it
see attachment Declaration statement of facts article 1
through 6 for my complaint
With this I.R.R. is an Attachment Declaration Statement
of facts consisting of 5 pgs 9 Articles Exhibits labeled
A-1, B-2, C-3

ACTION REQUESTED - STATE THE REMEDIES YOU ARE SEEKING.   see attachment Declaration

Statement of facts Articles 7 for the action Im requesting

| OFFENDER SIGNATURE Joseph Becker | DOC I.D. 1090720 | DATE 9/16/22 |

**INSTITUTION STAFF MEMBER USE ONLY**
DISCUSSION OF COMPLAINT - SUMMARIZE THE RESULTS OF THE MEETING.

Offender stated he request some records from Central
office and they did not get back to him

| ☐ IRR RESOLVED BY DISCUSSION OR WITHDRAWN | ☑ IRR NOT RESOLVED BY DISCUSSION | | |
| OFFENDER SIGNATURE | DOC I.D. 1090720 | DATE 9/20/22 | STAFF MEMBER SIGNATURE | I.D NUMBER 154159 | DATE 9/20/22 |

**STAFF FINDINGS - RESPONSE**

| INVESTIGATING STAFF MEMBER SIGNATURE | I.D NUMBER 154579 | DATE 9/21/22 | RESPONDENT SIGNATURE Matt Tull | I.D NUMBER ED1160021 | DATE 9/21/2021 |
| REVIEWER SIGNATURE | I.D NUMBER R0857 | DATE 9/22/22 | RESULTS: ☐ SATISFACTORY ☑ UNSATISFACTORY |

YOU HAVE THE RIGHT TO FILE A FORMAL GRIEVANCE. YOU MUST FILE A GRIEVANCE FORM WITH THE DESIGNATED STAFF WITHIN
SEVEN DAYS FROM THE DATE YOU RECEIVE THIS RESPONSE. FAILURE TO SUBMIT A GRIEVANCE WITHIN THIS TIME FRAME
CONSTITUTES ABANDONMENT.

| OFFENDER SIGNATURE | | DOC I.D. 1090720 | DATE 1/26/23 |

**Exhibit J-13**

MO 931-3376 (6-22)   DISTRIBUTION: COPY - OFFENDER;   COPY - IRR FILE

I.R.R. #191322

"DECLARATION STATEMENT OF FACTS GRIEVANCE"

catagory *Other*                                    sub catagory 6) *Other*

NAME MDOC# *Joseph Becker #1090720*    MDOC COMPLAINT#

##ARTICLES 9    #PG 5    date 9/13/22

(1) My complaint is the violation of my rights
protected under the following but not limited to all applicable federal and state constitutions, statutes
or common law and MDOC policies and procedures by but not limited to the following persons and entities,
MDOC staff and officials,

(2) My support for the foregoing statement is the following but not limited to ;
(3) MDOC policies and procedures:
   [3-a] D 2-11.10 Employee Code of conduct pg[2] section [1] Procedures: A. ProfessionalPrinciples:
pg[3] that all persons should be treated respectfully, fairly, honestly, and with dignity; pg[3-4]
section [B] Employee personal code of conduct: section [F] I have the responsibility to report in any
inappropriate actions or misconduct of my peers to appropriate personel and they must do the same if I
should falter; pg[4] section [C] Perfessionalism: 1 Employees are required to be familiar with and adhere
to: [A] thier respective job components and job expectations established through the performance appraisal
system: [B] the policies and procedures relating to thier job function; [C] the employee hand book; [D]
D2-11 Employee standards, which details the code of ethics for government services and the department
code of ethics, as well as D2-11.8 [E] the department professional principles; [F] the employee personal
code of conduct; pg[5] section [D] cause for suspension, demotion and dismissal: Employees may be suspended,
demoted or dismissed for willful violations of any provisions of the state merit system of law or of the
rules of the personel advisory board or D2-11 Employee standards; pg[6]Reporting misconduct: 1 Employees
having knowledge of any instance of an offender abuse shall immediately report such to the inspector
general in accordance with D5-3.5 offender abuse;
   [3-b] D2-11 Employee Standards pg[2] section[A-6] Employeees of the stateare expected to comply with
the statutes of MD at all times, section [B] Executive Branch employees shall conduct themselves in
scrupulous compliance with applicable federal, state and local law;[B-2] Employees shall adhere to all laws
providing equal opportunuity to all citizens;[B-3] Employees shall perform thier responsibilities as they
are specified in the law or other authority establishing thoseresponsibilities, pg[3] section[F-3]
Employees shall not engage in any form of illegal harrasment or discrimination in the work place,
including on the basis of race, color, religion, natianality, ancestry, sex, age or disability;
pg[5] section department code of ethics: subsection[5] Employees will report without any reservation
any corrupt or unethical behavior which could affect either the offenders or the integrity of the department;
subsection[6] Employees are obligated to immediatly report any missconduct or mismanagement through
appropriate chain of command
   [3-c] D5-3 Offender Rights pg[1] paragraph[1] Purpose: The department of corrections and human resources
recognises its responsibility to fulfill the rights of the offenders under its custody which are protected
by constitutional, statutory, or common law. Therefore the department's institutions and field services
are mandated to provide written policies and procedures which govern said rights of the offenders. Those
rights include, but are not limited to the following: paragraph[2] The department shall ensure the right
of the inmates to have acces to courts to seek redresss for alleged illegal conditions or treatment while
under the correctional control; paragraph[3] The department shall ensure that inmates are protected
from personal abuse and corporal punishment and protect inmates from themselves and others;
paragraph[4] The department shall ensure the provisions of a healthy enviroment which shall include
but are not limited to, clean orderly surrroundings; appropriate clothing; wholesome and nutritionally
adequate diet; safe living conditions; and medical care; pg[2] paragraph[4] The department shall not
subject offenders to discrimination based on race, religion, nationality, sex, or political belief;
paragraph[5] The department recognizes that all able-bodied offenders are expected to work, and recieve
compensation for such work; paragraph[6] The department shall ensure that written rules of offenders
conduct specificaly prohibited behavior; paragraph[7] The department shall ensure that provisions
governing inmate greivances and classification be made available to all inmates;
Subject only to the limitations necessary to maintain institutional order and security, the department
shall ensure the constitutional rights of inmates to practice thier religion, recieve visits, communicate
or correspond with persons or organizations, subject to order and security of the institution.

IRR# *1.91322*                                    PG# 1 OF 5

**Exhibit)-1.3**

Case 2:23-cv-04164-BCW    Document 1-2    Filed 07/25/23    Page 130 of 205

[3-D] d1-11.2 public and confidential records,pg[5[ Section Procedures: A. Public Records;

[1] Records from the general public will be considerd requesting under the Mo sun shine law section 610.010

[a[ Request must be made in writting; [b] The requester should be given the option to either inspect or pay for and recieve a copy of the desirable public records;[c] The custodian must initially respond to the request within (3) working days; the responds to the request should follow the request response format and shall: [1] aknowledge reciept of the request; [2] indicating how soon the public portion of the records will be made available; [3] ask whether the requesting party wants copies of the records or access to review the records and; [4] specify the cost of copying and research

(4) RSMO 610.023 Mo sun shine law request of records may be reviewed for free, and all response to such request shall be within (3) business days from reciept of such request.

(5) state and federal constitutional amendments of the fifth, eight and fourteenth amendment of life, liberty, and property; cruel and unusual punishment, equal protection and due process;

(6) My problem is the violation of my rights as outlined but not limited to the foregoing statement by the following but not limited to; MDOC

staff and officials actions of: MDOC

[6-a] on    9/ 9 /22 I sent the attached Mo sun shine law request of records labeled Exihibit A-1, B-2, C-3

TO:

[6-b] by thier actions of not responding to MDOC policy and procedures D1-11.2 Public and confidential records and RSMO 610.010, 610.023 they have violated my rights of life, liberty, and property, cruel and unusual punishment, due process and equal protection with thier foregoing actions of treating my rights with deliberate indifference.

97) The action I'm requesting is the protection of my rights as outlined but not limited to the foregoing statement by granting me the following relief:

[7-a] that MDOC , Custodian of records

be suspendid without pay for the next 3 months;

[7-b] be demoted to the lowest rank in thier assigned area and not afforded permotion for the next 2 years for thier willfull violation of my rights of MDOC policy D1-11.2, D 2-11, D 2-11.2

[7-c] I be given access to review the records I requested in the attached Mo sun shine law request of records labeled Exihibit B-2, C-3

[7-d] that staff member Custodian of records for M.D.O.C. be reported for investigation and

prosecution under violations of RSMO 610.010.

(8) Reprisal notice Pursuant to RSMO 217-40 section 10 MDOC policy and all applicable state and federal law any retaliation (or) adverse action (or) threat of transfere will be taken as an act of retaliation in violation of law and will be reported for investigation and prosecution to the full extent of the law.

(9) I Joseph Becker #1090720

declare and swear the foregoing statement are true and correct to the best of my belief under pains and penalties of perjury pursuant to 28 USC 1746        9 #articles   5 # Pgs

Declarant:        Date 9/13/22
Joseph Becker: Sighature
3-D-104
J.C.C.C.
8200 No Mora Victims Rd
Jefferson City, Mo 65101

State of: Missouri
County of Cole
The foregoing instrument was acknowledged before me 13 day of September 2022.
Renee Walker
Your Name Here, Notary Public
My Commission Expires July 26, 2025

RENEE WALKER
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES JULY 26, 2025
COLE COUNTY
COMMISSION #21562734

Exhibt J-13

# DECLARATION STATEMENT OF FACTS LETTER

TO: MDOC CENTRAL OFFICE CUSTODIAN OF RECORDS    FROM: Joseph Becker 1090720
- P o Box 236
- Jefferson City Mo 65102

- 3-D-104
- JCCC
- 8200 No More Victims Rd
- Jefferson City Mo 65101

Sept 9,2022
Rec: to this is attached 2 pages of Mo sun shinelaw request
Ive included the attached 2 pages of sunshine law request of records requesting to review the records on the request.
This is the second time Ive sent these request of records.
If your office does not respond to these request within 3 business days from 9/9/22 I will file an IRR on the issue
& seek prosecution in violations of the Mo sunshine laws.

(   )I ask the respondent to this letter to comply & adhere to all applicable state & federal laws & MDOC policies
& procedures pucrsuant to IS & SOP 13-1.1 by the respondent staff mamebr responding in thier official capacity
by: responding within 7working days from the reciept of this letter; in the official responds format by; such
responds being legible; with respondents complete name, rank, title, position, staff registration number,
sign & date on the responds aloted area of this letter form.
(   )Any failure to adhere to MDOC policy responds format within 7working days to this letter will result in
the filling of an IRR on the issue, reporting it to the Inspector generals, MDOC directors officies for full
investigaion & prosecution to the full extent of the law.
(   )Pleas place legible responds to this letter in the following aloted area & return this letter to sender;

(   )MDOC staff respondant to this letter print in the following
area your official rank, title, position, complete name:

staff MDOC registration number;
DATE   /   /   SIGNATURE:
(   )PRINT COMPLETE NAME & MDOC#
    JOSEPH BECKER 1090720
declare & swear the foregoing statement of facts is true & correct
to the best of my belief under pains & penalties of perjury pursuant
to 28 USC 1746./#PGS   /#articles/ DATE 9/9/22
FROM DECLARANT:
PRINT COMPLETE NAME:   JOSEPH BECKER
MDOC: 1090720
SIGNATURE: Joseph Becker
1.9922   PG# 3  OF  6 a
IRR#

NOTARY/WITNESS
State of: Missouri
County of: Cole
The foregoing instrument was acknowledged
before me 9th day of September, 2022
Reen Walke
Your Name Here, Notary Public
My Commission Expires July 26,2025

RENEE WALKER
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES JULY 26, 2025
COLE COUNTY
COMMISSION #21562734

Exhibit J-13

# FREEDOM OF INFORMATION ACT
## FREEDOM OF INFORMATION ACT STATE & FEDERAL (FOIA)
## 5 USC section 552, PRIVACY ACT 5 USC section 522a
## MISSOURI SUNSHINE LAW REQUEST OF RECORDS 610 REVISED RSMO 109.180-109.190

TO:CENTRAL OFFICE CUTODIAN OF RECORDS
.PO Box 236
.Jefferson City Mo 65102-0236

FROM: JOSEPH BECKER 1090720
• 3-D-104
• JCCC
• 8200 No More Victims Rd
• Jefferson City Mo 65101

C/o;Custodian of records;

This is an (official) request of records under the freedom of information act (FOAI), 5 section 522, the privacy act 5 USC section 552a, state FOAI statutes 109.180-109.190 & Missouri sunshine law request of records chapter 610 revised statutes of Missouri...

1#)i request you make available to me the following records & documents or portions pertaining to & related to:

1-a] all MDOC JCC classification records pertaining to 8/3/22 about my going to ad seg & a code 16 being called on me JOSEPH BECKER 1090720

1-b] a copy of the contract between MDOC the the current media services provider for offenders in MDOC

1-c] a copy of the contact between MDOC & the current medical care providers for offenders in MDOC

1-d] a copy of all my offender grievances records for JOSEPH BECKER 1090720 from 8/3/22 up to the date of this request
im requesting to review these records (NOT A COPY OF YET UNTIL I REVIEW THE RECORDS & SEE WHAT THEY CONSIST OF
IM only asking to review these records which is allowed for free pursuant to RSMO610.023

SIGNATURE:

DATE 8/5/22

## ( VIOLATIONS SUBJECT TO RSMO 610.027)
### NOTICE TO MDOC STAFF

Failure to comply with & adhern to all applicable federal & state constitutions, statutes, common law & mdoc policies & procedure to include the following but not limited to pursuant to FOAI federal & state & MSLRR 610.023 & respond to this request within (30 business days wil result in my filing an IRR, reporting it for investigation & prosecution to the attorney generals office & filling a law suit.

Mo Sunshine law request of records is pursuant to MDOC policy & procedures D1-11.2 Public & confidential records PG5 section Procedures; subsection A Public Records:

1.a:a request must be made in writting identifying the particular records to which he seeks access,

1.b: the requestor should be given the option to either inspect or pay for & receive a copy of the desired records

1.c: the custodian must initially respond to the request within (3) working days. The responds to the request should follow the records request responds format & shall:

(1) acknowledge reciept of request;

(2)Indicate how soon the public portion of the records will be made available;

(3)ask whether the party wants copies of the records or accoss to review the records; &

(4)specify the cost of the copies, copying & research.

Pursuant to the FOAI federal & state & MSLRR provides that if portions of a document areexempt from release, the remainder must be segergated & disclosed.

Pursuant to the FOAI federal & state & MSLRR I require you to send me all nonexempt portions of the records I requested, &require you to justify any deletions with reference to specific exemptions.

Pursuant to RSMO 610.023 I require the respondent to this request to
repond within (3) business days of reciept of request

2#)i request the records responsive to my request bn;

✓ AVAILABLE FOR MY REVIEW WITHIN (3) business days Pursuant to RSMO 610.023

_____ COPIED & sent to me within (3) business days Pursuant to RSMO 610.023

_____ 3#)i request pursuant to FOAI & MSLRR that all fees for copying the records be waived & reduced for search & duplication do to the disclosure of the information is in the public understanding of the operations or activities of the goverment & is primarily in the commercial interest of the requestor

_____ This request should be exempt from all fees because the information respondsive to this request I intend to distribute;

better informing them of the operations of the goverment

4#)Pursuant to FOAI & MSLRR if you deny this request of waiver of fee please notify me in advance if copying fee of .10¢ a page exceeds $1.00

NOTARY

JACQUELINE K. PETRI
My Commission Expires
September 22, 2022
Cole County
Commission #14630303

Exhibit J-1.3

# FREEDOM OF INFORMATION ACT
## FREEDOM OF INFORMATION ACT STATE & FEDERAL (FOIA)
## 5 USC section 552, PRIVACY ACT 5 USC section 522a
## MISSOURI SUNSHINE LAW REQUEST OF RECORDS 610 REVISED RSMO 109.180-109.190

TO: central custodian of records
  , Po Box 236
  , Jefferson City Mo 65102-0236
  ,

FROM: JOSEPH BECKER 1090720
  , 3-D-104
  , JCCC
  , 8200 No More Victims Rd
  , Jefferson City Mo 65101

C/o;Custodian of records;

This is an (official) request of records under the freedom of information act (FOAI), 5 section 522, the privacy act 5 USC section 552a, state FOAI statutes 109.180-109.190 & Missouri sunshine law request of records chapter 610 revised statutes of Missouri...

   I(I) request you make available to me the following records & documents or portions pertaining to & related to:

'1-a] Im requesting to view the following MDOC records the MDOC policy & procedures promulgated under
   RSMO 217.040 rule making authority & RSMo 536 that prohibits MDOC offenders from utilizing the united states
   postal services to send certified registered return reciept signature confirmation legal mail to MDOC staff
   pertaining to conditions of confinement & legal litigations
2-a]Im requesting to view the contract between MDOC & the cable providers for MDOC JCCC corectional center

SIGNATURE: _Joseph Becker_

DATE 8/19/22

### ( VIOLATIONS SUBJECT TO RSMO 610.027)
### NOTICE TO MDOC STAFF

Failure to comply with & adhern to all applicable federal & state constitutions, statutes, common law & mdoc
policies & procedure to include the following but not limited to pursuant to FOAI federal & state & MSLRR 610.023
& respond to this request within (30 business days wil result in my filing an IRR, reporting it for investigation
& prosecution to the attorney generals office & filling a law suit.
No Sunshine law request of records is pursuant to MDOC policy & procedures D1-11.2 Public & confidential records
PG5 section Procedures; subsection A Public records;
   1.a;a request must be made in writting identifying the particular records to which he seeks access,
   1.b: the requestor should be given the option to either inspect or pay for & receive a copy of the desired records
   1.c: the custodian must initially respond to the request within (3) working days. The responds to the request
should follow the records request responds format & shall:
   [1] acknowledge reciept of request;
   [2]indicate how soon the public portion of the records will be made available;
   [3]ask whether the party wants copies of the records or access to review the records; &
   [4]specify the cost of the copies, copying & research.
Pursuant to the FOAI federal & state & MSLRR provides that if portions of a document areexempt from release, the
remainder must be segergated & disclosed.
Pursuant to the FOAI federal & state & MSLRR I require you to send me all nonexempt portions of the records I
requested, &require you to justify any deletions with reference to specific exemptions.
Pursuant to RSMO 610.023 I require the respondent to this request to
repond within (3) business days of reciept of request

2]I request the records responsive to my request bn;
✓ AVAILABLE FOR MY REVIEW WITHIN (3) business days Pursuant to RSMO 610.023
____ COPIED & sent to me within (3) business days Pursuant to RSMO 610.023
____ 3]I request pursuant to FOAI & MSLRR that all fees for copying the
   records be waived & reduced for search & duplication do to the disclosure
   of the information is in the public understanding of the operations or
   activities of the goverment & is primarily in the commercial interest
   of the requestor
____ This request should be exempt from all fees because the information
   responsive to this request I intend to distribute;

   better informing them of the operations of the goverment
4]Pursuant to FOAI & MSLRR if you deny this request of waiver of fee
   please notify me in advance if copying fee of .

NOTART

State of: Missouri

County of: Cole

The foregoing instrument was acknowledged
before me 19 day of August 2022

_Renee Walker_
Your Name Here, Notary Public

My Commission Expires July 26, 2025

RENEE WALKER
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES JULY 26, 2025
COLE COUNTY
COMMISSION #13558756

Exhibit J-13

IRR: #11322



STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**INFORMAL RESOLUTION REQUEST**

**OFFENDER SECTION - MUST COMPLETE WITH INK**

OFFENDER NAME: Joseph Becker

DOC I.D.: 1090720

HOUSING UNIT:

**STATE YOUR COMPLAINT OR PROBLEM BRIEFLY. ONLY ONE ISSUE. BE SPECIFIC.**

see attachment Declaration statement of facts Article 1
through 6 for my complaint
With this IRR is an attachment Declaration statement of
facts consisting of 9 Articles & 2 pgs

**ACTION REQUESTED - STATE THE REMEDIES YOU ARE SEEKING.**

see attachment Declaration
statement of facts article 7 for the action I'm requesting

OFFENDER SIGNATURE: Joseph Becker

DOC I.D.: 1090720

DATE: 9/16/22

**INSTITUTION STAFF MEMBER USE ONLY**
**DISCUSSION OF COMPLAINT - SUMMARIZE THE RESULTS OF THE MEETING.**

☐ IRR RESOLVED BY DISCUSSION OR WITHDRAWN        ☐ IRR NOT RESOLVED BY DISCUSSION

OFFENDER SIGNATURE | DOC I.D. | DATE | STAFF MEMBER SIGNATURE | I.D NUMBER | DATE

**STAFF FINDINGS - RESPONSE**

INVESTIGATING STAFF MEMBER SIGNATURE | I.D NUMBER | DATE | RESPONDENT SIGNATURE | I.D NUMBER | DATE

REVIEWER SIGNATURE | I.D NUMBER | DATE | RESULTS: ☐ SATISFACTORY ☐ UNSATISFACTORY

YOU HAVE THE RIGHT TO FILE A FORMAL GRIEVANCE. YOU MUST FILE A GRIEVANCE FORM WITH THE DESIGNATED STAFF WITHIN SEVEN DAYS FROM THE DATE YOU RECEIVE THIS RESPONSE. FAILURE TO SUBMIT A GRIEVANCE WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT.

OFFENDER SIGNATURE | | DOC I.D. | DATE

**Exhibit J-1.4**

MO 931-3376 (9-22)        DISTRIBUTON: COPY - OFFENDER;   COPY - IRR FILE

# DECLARATION STATEMENT OF FACTS GRIEVANCE

CATAGORY 8) other       SUBCATAGORY G) other       MDOC COMPLAINT#

NAME MDOC# JOSEPH BECKER 1090720     9 #ARTICLES     #PGS     DATE 9/16/22

1) My complaint is the violation of my rights                    protected under the following but
not limited to all applicable federal & state constitutions, statutes or common law & MDOC policies & procedures
by but not limited to the following persons & entities, MDOC staff & personnel & officials;

2) My support for the foregoing statement is the following but not limited to;

3) MDOC policies & procedures;

3-b)D2-11.10 Employee code of conduct PG2 section 1 procedures; A. Professional Principles; PG3 that all persons
should be treated respectfully, fairly, honestly & with dignity; PG3-4 section B Employee personal code of conduct;
section F I have the responsibility to report any inappropriate actions misconduct of my peers to appropriate
personnel & they must do the same if I should falter; PG4 section C Professionalism: 1 Employees are required to be
familiar with & adhere to: A thier respective job componenets & job expectations established through the performance
appraisal system: B the policies & procedures related to thier job function; C the employee hand book: D D2-11
Employee standards, which details  the code of ethics for goverment services & the department code of ethics, as well
as D2-11.8 the department professional principles; F the employee personal code of conduct; PG5 section D cause for
suspension, demotion & dismissal: Employee may be suspended, demoted or dismissed for wilful violations of any
provisions  of the state merit system of law or the rules of personal advisory board or D2-11 Employee standards;
PG6 Reporting misconduct; I Employees having knowledge of any instance of an offender abuse shall immediately report
such to the inspector general in accordance with D5-3.5 offendr abuse: PG7 section H Reporting mismanagement;
subsection 2-a, a-2 mismanagement, gross waste of state funds or abuse of authority PG8 section D if the employee
disclosure to be false or which the employee discloses with recless disregard for its truth or falsisty;

3-b)D2-11 Employee standards PG1 The department of corrections as part of the Executive Branch of Mo state goverment
expects all employees to be aware of & comply with the following Code of conduct for executive branch employees as
adopted by the Mo general assembly; PG2 section A-6 Employee of the state are expected to comply with the statutes
of Mo at all times, section B Executive branch employees shall conduct themselves in scrupulous compliance with
auplicable federal, state, & local laws; B-2 Employees shall adhehre to all laws providing equal opportunity to
all citizens; B-3 Employees shall  perform thier responsibilities as they are specified in the law or other authority
establishing those resoonsibilities, GP3section F-3 Employees shall not engage in any form of illegal harassment or
discrimination in the work place, including on the basis of race, color, religion, nationality, ancestry, sex, age,
or disability; PG5 section Department code of ethics; subsection B Employees will report without any reservation
any corrupt or ethical behaviors which could affect either the offenders or the integrity of the deparmet,
subsection 6 Employees are obligated to immedilateley report any misconduct or mismanagement through the appropriate
chain of command

3-c)D5-3 Offender Rights PG1 Purpose: The department of corrections & human resources recognizes its responsibility
to full fill the rights of the offenders under its custody which are protected by constitutional, statutory, or
common law. Therefore the department's institutions & field services are mandated tp provide written policies &
procedures which govern said rights of the offenders, Those rights include, but are not limited to the following;
The department shall ensure the rights of those inmates to have access to the courts to seek redress for alleged
illegal conditions or treatment while under correctional control, to have access to legal assistance or law library
facilities & to have access to supplies & services related to legal matters. The department shall ensure that
inmates are protected from personal abuse & corporal punishment & the least physical means necessary are employed
to secure order & control, & protect inmates from themselves & others. The department shall ensure the provision
of a healthy environment which shall include, but are not limited to; clean orderly surroundings; adequate toilet
& bathing facilities, lighting, ventalation & heating, access to appropriate clothing; wholesome & nutritionaly
adequate diet; safe living conditions, medical & dental care. PG2  The department shall not subject offenders to
discrimination based on race, religion, nationality, sex or political belief. The department recognizes that all
able-bodied offenders are expected to work, & recieve compensation for such work, but no offender shall be required
or coerced to participate in treatment programs. The department shall ensue that written rules of offender conduct
specify prohibited behaviors & sanctions imposed shall be related to the gravity of the offense. The department
shall ensure that provisions governing inmates grievances & classification be made available to all inmates.
Subject only to the limitations necessary to maintain institutional order & security, the department shall ensure
the constitutional rights of inmates to practice thier religion, recieve visits, communicate & correspond with
persons or organizations subject to oder & security of the institution.

3-a)D2-11.4 discimination, harassment, & unprofessional conduct



4)RSMo 575.060(false declaration) class A misdemeanor, 565.090(harassment) class E felony, 217.405(offender abuse) class D felony, 217.410(duty to report) class A misdemeanor

5)US federal laws,state & federal constitutional amendments of the first , fifth, eighth & fourteenth of redress of grievances life, liberty & property, cruel & unusual punishment, due process & equal protection; 42 USC 14141(pattern of practice); 18 USC 241(deporvation of rights), 18 242( conspiracy against rights)

6)My problem is the violation of my rights as outlined in the foregoing but not limited to by the following but not limited to on going pattern of practice abuse of authority conspiracy of obstruction of justice against the deporvation of my rights by the disclamation, harrasment, & unprofessional conduct & abuse of such rights by the following but not limited to deliberate indifference actions of MDOC JCCC staff & personnel

6-b) by JCCC staff actions of on going pattern of practice violation of access to the courts for redress of grievances by the ongoing denial of access to the courts by the denila of adequate access to the law library of 6 hours a week minimal pursuant to SOP 8-1.4 access to the law library materials to offenders who have a QLC

6-c) Ive been aproved for a QLC since 3/10/22 & have not been afforded not one time a full 6 hours in any week to do research to file my law suit against JCCC for violation of my rights to meet my one year left time line to file

6-d) this is not time bared because it is an ongoing issue not a one time

6-e) I submit as evidence the JCCC library log sheet that will reflect my aligations within this IRR

6-f) this is causing me the injury of wanton pain & suffering of preventing me from being able to protect my rights by not being able to learn how to file & do case law research to meet the time bar to file a civil law suit against MDOC in the ongoing pattern of practice obstruction of justice

7)the action im requesting is the protection of my rights as outlined in the foregoing but not limited to by granting me the following relief; 7-a) that JCCC offenders on QLC law library time be afforded to go to the law library every time it is open even on other housing units library time to ensure I get the minimal of 6 hours a week as is done at all other level 5 prisons in Mo, 7-b)that I be given the monetary punitive damages of $50.00 every week that Im denied access to my 6 hours a week to do legal work & research, or7-c) put lexis nexis legal program on our tablets as is afforded at every jail in Mo with Jpay services, it serves no penological futherance of enterance to deny MDOC offenders access to lexis nexis legal program on our tablets other than to deny our access to the courts to fight for our rights being violated by MDOC

8)REPRISAL NOTICE"Pursuant to RSMo217.410 section 10 MDOC policy & all applicable state & federal laws any retaliation (or) adverse action (or) threates of transfer will be taken as a violation of law & will be reported for full investigation & prosecution to the full extent of the law

9)I JOSEPH BECKER 1090720 declare & swear the foregoing statement of facts is true & correct to the best of my belief under pains & penalties of perjury pursuant to 28 USC 1746/#PGS /particles

DECLARANT DATE 9/6/22 SIGNATURE: Joseph Becker

PRINT NAME JOSEPH BECKER
MDOC# 1090720
CELL# 3-D-104
ADDRESS JCCC
8200 No More Victims Rd
Jefferson City Mo 65101

I.R.R. #2 91622

Exhibit J-14

State of: Missouri
County of: Cole
The foregoing instrument was acknowledged
before me 16 day of September, 2022
Renee Walker
Your Name Here, Notary Public
My Commission Expires July 26,2025

RENEE WALKER
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES JULY 26, 2025
COLE COUNTY
COMMISSION #21562734



# Missouri Department of Corrections

## Jefferson City Correctional Center

## INFORMAL RESOLUTION REQUEST

**Offender Name:** Joseph Becker **#1090720**

**IRR Log #** JCCC 22-1790

    **Nature of Complaint:** You stated you requested for records and information from central office and they did not get back to you.

    **Findings and Facts:** I have reviewed your complaint and pertinent information you have failed to state your complaint/problem briefly and specifically on the front of the Informal Resolution Request form in the appropriate space as the form states. Therefore, you did not make it clear what your complaint is. I consider your IRR Denied.

    If you disagree with this response you have (7) days from the day you sign the IRR in which to file a grievance.

CCMI: _____  Date: 07/20/22
FUM: _____  Date: 9/21/2022

Exhibit J-1.6



STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**HEALTH SERVICES REQUEST**

| TO BE COMPLETED BY HEALTHCARE STAFF ONLY | |
| --- | --- |
| DATE RECEIVED BY HEALTHCARE STAFF | TIME RECEIVED BY HEALTHCARE STAFF |

| OFFENDER NAME (PLEASE PRINT) *Joseph Becker* | DOC NUMBER *1090720* | INSTITUTION *J.C.C.C.* |
| --- | --- | --- |

HOUSING UNIT (INCLUDE WING & ROOM NUMBER) *3-D-104*

WORK/SCHOOL SCHEDULE *Full time student*

I WISH TO BE SEEN BY (CHECK ONE):
☐ MEDICAL ☐ MENTAL HEALTH ☐ DENTAL ☐ OTHER

COMPLAINT: *see back*

OFFENDER SIGNATURE AND AUTHORIZATION TO TREAT *Joseph Becker*

INITIAL FOR RECEIPT OF OTC INSTRUCTIONS

DATE *9/24/22*

**DO NOT WRITE BELOW THIS LINE - FOR HEALTHCARE STAFF USE ONLY**

| ☐ **EMERGENT** (SEE IMMEDIATELY) | ☐ **URGENT** (SEE DURING SHIFT) | ☐ **ROUTINE** (NEXT AVAILABLE SICK CALL) |
| --- | --- | --- |
| ☐ ADMINISTRATOR | ☐ DENTAL | ☐ DOCTOR SICK CALL | ☐ DON | ☐ LAB / X-RAY |
| ☐ MED ROOM | ☐ MENTAL HEALTH | ☐ NURSE SICK CALL | ☐ OPTOMETRY | ☐ OTHER:_____ |

TRIAGE STAFF NOTES:

TRIAGE STAFF SIGNATURE & TITLE | DATE TRIAGED | TIME TRIAGED | ☐ FACE -TO-FACE TRIAGE COMPLETED

HEALTHCARE STAFF NOTES:

HEALTHCARE STAFF SIGNATURE | DATE | TIME

**Exhibit J-1.7**

MO 931-1319 (2-19)

My hand was injured on 8/3/21
I've had x-rays & physical therapy on it
but still have never been given anything for
the pain
I need something for the pain

Exhibit J-1.7



STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**HEALTH SERVICES REQUEST**

**TO BE COMPLETED BY HEALTHCARE STAFF ONLY**

| DATE RECEIVED BY HEALTHCARE STAFF | TIME RECEIVED BY HEALTHCARE STAFF |
|---|---|
| | |

OFFENDER NAME (PLEASE PRINT)    *Joseph Becker*

DOC NUMBER  *1090720*    INSTITUTION  *J.C.C.C.*

HOUSING UNIT (INCLUDE WING & ROOM NUMBER)  *3-D-104*

WORK/SCHOOL SCHEDULE  *Full time student*

I WISH TO BE SEEN BY (CHECK ONE):
☐ MEDICAL  ☐ MENTAL HEALTH  ☐ DENTAL  ☐ OTHER

COMPLAINT  *Review Med Rec about left hand*

OFFENDER SIGNATURE AND AUTHORIZATION TO TREAT  *Joseph Becker*

INITIAL FOR RECEIPT OF OTC INSTRUCTIONS

DATE  *9/24/22*

**DO NOT WRITE BELOW THIS LINE - FOR HEALTHCARE STAFF USE ONLY**

| ☐ **EMERGENT** (SEE IMMEDIATELY) | ☐ **URGENT** (SEE DURING SHIFT) | ☐ **ROUTINE** (NEXT AVAILABLE SICK CALL) |
|---|---|---|

☐ ADMINISTRATOR  ☐ DENTAL  ☐ DOCTOR SICK CALL  ☐ DON  ☐ LAB / X-RAY
☐ MED ROOM  ☐ MENTAL HEALTH  ☐ NURSE SICK CALL  ☐ OPTOMETRY  ☐ OTHER:_____

TRIAGE STAFF NOTES:

TRIAGE STAFF SIGNATURE & TITLE | DATE TRIAGED | TIME TRIAGED | ☐ FACE-TO-FACE TRIAGE COMPLETED

HEALTHCARE STAFF NOTES:

**Exhibit J-1.8**

HEALTHCARE STAFF SIGNATURE | DATE | TIME

MO 931-1319 (2-19)

*Numeric Pain Score :* 3
*Numeric Pain Acceptable Intensity Score :* 4
*Best Pain Rating :* 3
*Worst Pain Rating :* 9
*Pain Rating after intervention :* 4
*Primary Pain Interventions :* Repositioning, Rest

Lewis OTR, Charles (Justin) - 09/30/2022 15:02 CDT

Therapeutic Exercise
OT OP Therapeutic Exercise Grid

| | Exercise 1 | Exercise 2 | Exercise 3 | Exercise 4 |
|---|---|---|---|---|
| *Activity/Exercise :* | finger tendon glides | finger extension lift offs | finger intrinsc plus | finger ab/adduction |
| *Reps/Set/Resistance :* | 10/1 | 10/1 | 10/1 | 10/1 |
| *This Visit :* | Completed | Completed | Completed | Completed |
| *Comment :* | | | | |
| | Lewis OTR, Charles (Justin) - 09/30/2022 15:02 CDT | Lewis OTR, Charles (Justin) - 09/30/2022 15:02 CDT | Lewis OTR, Charles (Justin) - 09/30/2022 15:02 CDT | Lewis OTR, Charles (Justin) - 09/30/2022 15:02 CDT |

| | Exercise 5 | Exercise 6 | Exercise 7 | Exercise 8 |
|---|---|---|---|---|
| *Activity/Exercise :* | PROM composite finger flexion | PROM intrinsic minus | finger passive DIP flexion | passive PIP flexion |
| *Reps/Set/Resistance :* | 10/1 | 10/1 | 10/1 | 10/1 |
| *This Visit :* | Not completed | Not completed | Not completed | Completed |
| *Comment :* | | | | |
| | Lewis OTR, Charles (Justin) - 09/30/2022 15:02 CDT | Lewis OTR, Charles (Justin) - 09/30/2022 15:02 CDT | Lewis OTR, Charles (Justin) - 09/30/2022 15:02 CDT | Lewis OTR, Charles (Justin) - 09/30/2022 15:02 CDT |

| | Exercise 9 | Exercise 10 | Exercise 11 | Exercise 12 |
|---|---|---|---|---|
| *Activity/Exercise :* | finger joint blocking DIP | finger joint blocking PIP | squeeze ball grip strengthening | tripod pinch squeeze ball. |
| *Reps/Set/Resistance :* | 10/1 | 10/1 | 10/1 | 10/1 |
| *This Visit :* | Completed | Completed | Not completed | Not completed |
| *Comment :* | | | | |
| | Lewis OTR, Charles (Justin) - 09/30/2022 15:02 CDT | Lewis OTR, Charles (Justin) - 09/30/2022 15:02 CDT | Lewis OTR, Charles (Justin) - 09/30/2022 15:02 CDT | Lewis OTR, Charles (Justin) - 09/30/2022 15:02 CDT |

| | Exercise 13 | Exercise 14 | Exercise 15 |
|---|---|---|---|
| *Activity/Exercise :* | tip to tip pinch index finger | wrist flexion, wrist extension, prayer | Recommended use of ice and |

Exhibit J-1.9

BECKER, JOSEPH A - CR010303490

| | | stretch | heat |
|---|---|---|---|
| *Reps/Set/Resistance :* | 10/1 | 5/1 | |
| *This Visit:* | Not completed | Not completed | Completed |
| *Comment:* | | Also guided pt to complete some gentle lengthning massage of the forearm which decreased pain. | Pt verbalized understanding. |
| | Lewis OTR, Charles (Justin) - 09/30/2022 15:02 CDT | Lewis OTR, Charles (Justin) - 09/30/2022 15:02 CDT | Lewis OTR, Charles (Justin) - 09/30/2022 15:02 CDT |

**Education**
*Responsible Learner Present for Session :* Yes
*\*Barriers To Learning :* None Identified
*\*Teaching Method :* Demonstration, Explanation

Lewis OTR, Charles (Justin) - 09/30/2022 15:06 CDT

Occupational Therapy Education Grid
*Disease/Injury :* Verbalizes understanding
*Exercise Program :* Verbalizes understanding
*Modalities :* Verbalizes understanding
*Pain Management :* Verbalizes understanding
*Plan of Care :* Verbalizes understanding
*Protocol/precautions :* Verbalizes understanding

Lewis OTR, Charles (Justin) - 09/30/2022 15:06 CDT

**Hand ROM**
*Document Left Hand Detailed ROM :* Yes

Lewis OTR, Charles (Justin) - 09/30/2022 12:57 CDT

**Left Hand Detailed ROM**
*Left Long Finger MP Flexion AROM :* 74 degrees
*Left Long Finger MP Extension AROM :* -4 degrees
*Left Long Finger PIP Flexion AROM :* 52 degrees
*Left Long Finger PIP Extension AROM :* 0 degrees
*Left Long Finger DIP Flexion AROM :* 30 degrees
*Left Long Finger DIP Extension AROM :* 0 degrees
*Total Active Motion Lt Long Finger :* 152 degrees

Lewis OTR, Charles (Justin) - 09/30/2022 12:57 CDT

**Time Spent With Patient**
*OT Therapeutic Exercise Units :* 2 units
*OT Therapeutic Exercise Time :* 30 minute(s)
*OT Total Timed Code Treatment Units :* 2 units
*OT Total Timed Code Treatment Minutes :* 30 minute(s)
*OT 8 Minute Rule Unit Check :* 2 units
*OT 8 Minute Rule Difference :* 0 units
*OT Total Treatment Time Rehab :* 30 minutes

Lewis OTR, Charles (Justin) - 09/30/2022 15:06 CDT

Exhibit J-1.9

Printed by: Mealy, Becky
Printed on: 10/04/2022 8:44 CDT

COPY TJ 10/26/22

## DECLARATION STATEMENT OF FACTS LETTER

TO: M.D.O.C. J.C.C.C. Case Worker    FROM: Joseph Becker #1090720
Johnson / 3 house                              3-D-104
J.C.C.C.                                              J.C.C.C.
8200 No More Victims Rd                    8200 No More Victims Rd
Jefferson City Mo 65101                      Jefferson City Mo 65101

1) I'm writing to try't resolve issues with J.C.C.C. medical not responding to my HSR's I've turned in over't the last 4 months

2) I've put in HSR's in the black box outside the chow hall now for over 4 months consisting of over 47 HSR's total

3) I was seen on 10/6/22 about 2 HSR's I turned in August 2022, 2 months af't I turned it in

4) MDOC medical non emergency sick call states that when an off ender turns in 2 consecutive HSR's in a row about the same issue they are to be scheduled automatically to see a doctor about such issue

5) I have turned in the attached 4 HSR's about the same issue's now every week for over 4 months & have not been seen by medical about any of the issues of serious medical needs

6) I'm asking for an emergency I.R.R. to file an J.C.C.C. medical not responding to my attached HSR's or I can go on hunger strike to resolve these medical issues

7) it was confirmed in Sept 2022 that I still have a hernia

8) it was confirmed in Oct 2022 that my left index finger is still 57% paralized

9) Medical has not responded to my I.R.R's on medical issues

( [0] ) ask the respondent to this letter to comply & adhere to all applicable state & federal laws & MDOC policies & procedures pursuant to IS & SOP 13-1.1 by the respondent staff member responding in thier official capacity by: responding within 7 working days from the reciept of this letter in the official responds format by: such responds being legible; with respondants complete name, rank, title, position, staff registration number, sign & date on the responds aloted area of this letter form.

( [1] ) Any failure to adhere to MDOC policy responds format within 7 working days to this letter will result in the filling of an IRR on the issue, reporting it to the inspector generals, MDOC directors offices for full investigaton & prosecution to the full extent of the law.

( [2] ) Pleas place legible responds to this letter in the following aloted area & return this letter to sender;

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

( [3] ) MDOC staff respondant to this letter print in the following area your official rank, title, position, complete name:

staff MDOC registration number:
DATE /        SIGNATURE:
( [4] ) PRINT COMPLETE NAME & MDOC# Joseph Becker
1090720
declare & swear the foregoing statement of facts is true & correct
to the best of my belief under pains & penalties of perjury pursuant
to 28 USC 1746. /#PGS /#articles/ DATE 10/25/22

FROM DECLARANT:
PRINT COMPLETE NAME: Joseph Becker
MDOC: 1090720
SIGNATURE:                    **Exhibit K-1**

PG# I OF 5

NOTARY/WITNESS

State of: Missouri
County of: Cole
The foregoing instrument was acknowledged
before me 25 day of October
Pui Walle
Your Name Here, Notary Public
My Commission Expires July 25, 2025

RENEE WALKER
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES JULY 26, 2025
COMMISSION #21562734



*Turning in original to H.R.*

**STATE OF MISSOURI**
**DEPARTMENT OF CORRECTIONS**
**HEALTH SERVICES REQUEST**

TO BE COMPLETED BY HEALTHCARE STAFF ONLY

| DATE RECEIVED BY HEALTHCARE STAFF | TIME RECEIVED BY HEALTHCARE STAFF |
|---|---|
| | *Johnson* 50359 |

| OFFENDER NAME (PLEASE PRINT) | DOC NUMBER | INSTITUTION |
|---|---|---|
| Joseph Becket | 1090720 | J.C.C.C. |

| HOUSING UNIT (INCLUDE WING & ROOM NUMBER) | WORK/SCHOOL SCHEDULE |
|---|---|
| 3-D-104 | Full time student |

I WISH TO BE SEEN BY (CHECK ONE):

☐ MEDICAL  ☐ MENTAL HEALTH  ☐ DENTAL  ☐ OTHER

COMPLAINT: see back

| OFFENDER SIGNATURE AND AUTHORIZATION TO TREAT | INITIAL FOR RECEIPT OF OTC INSTRUCTIONS | DATE |
|---|---|---|
| *Joseph Becket* | | 10/24/22 |

**DO NOT WRITE BELOW THIS LINE - FOR HEALTHCARE STAFF USE ONLY**

| ☐ **EMERGENT** *(SEE IMMEDIATELY)* | ☐ **URGENT** *(SEE DURING SHIFT)* | ☐ **ROUTINE** *(NEXT AVAILABLE SICK CALL)* |
|---|---|---|

| ☐ ADMINISTRATOR | ☐ DENTAL | ☐ DOCTOR SICK CALL | ☐ DON | ☐ LAB / X-RAY |
|---|---|---|---|---|
| ☐ MED ROOM | ☐ MENTAL HEALTH | ☐ NURSE SICK CALL | ☐ OPTOMETRY | ☐ OTHER:_____ |

TRIAGE STAFF NOTES:

| TRIAGE STAFF SIGNATURE & TITLE | DATE TRIAGED | TIME TRIAGED | ☐ FACE-TO-FACE TRIAGE COMPLETED |
|---|---|---|---|

HEALTHCARE STAFF NOTES:

Exhibit K-1.1

| HEALTHCARE STAFF SIGNATURE | DATE | TIME |
|---|---|---|

MO 931-1319 (2-19)

I still need treatment of my left index
finger it is still 57% patalized at this time
still swells when I use it & causes pain

Exhibit K-1.1



STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**HEALTH SERVICES REQUEST**

150369 *(handwritten)*

*original turned in by Johnson (handwritten)*

OFFENDER NAME (PLEASE PRINT): *Joseph Becket*

DOC NUMBER: *1040720*

INSTITUTION: *J.C.C.C*

HOUSING UNIT (INCLUDE WING & ROOM NUMBER): *3-D-104*

WORK/SCHOOL SCHEDULE: *Full time student*

I WISH TO BE SEEN BY (CHECK ONE):
☐ MEDICAL ☐ MENTAL HEALTH ☐ DENTAL ☐ OTHER

COMPLAINT: *see back*

OFFENDER SIGNATURE AND AUTHORIZATION TO TREAT: *Joseph Becket (signature)*

INITIAL FOR RECEIPT OF OTC INSTRUCTIONS:

DATE: *10/24/22*

**DO NOT WRITE BELOW THIS LINE - FOR HEALTHCARE STAFF USE ONLY**

☐ **EMERGENT** *(SEE IMMEDIATELY)* | ☐ **URGENT** *(SEE DURING SHIFT)* | ☐ **ROUTINE** *(NEXT AVAILABLE SICK CALL)*

☐ ADMINISTRATOR | ☐ DENTAL | ☐ DOCTOR SICK CALL | ☐ DON | ☐ LAB / X-RAY
☐ MED ROOM | ☐ MENTAL HEALTH | ☐ NURSE SICK CALL | ☐ OPTOMETRY | ☐ OTHER:_____

TRIAGE STAFF NOTES:

TRIAGE STAFF SIGNATURE & TITLE | DATE TRIAGED | TIME TRIAGED | ☐ FACE -TO-FACE TRIAGE COMPLETED

HEALTHCARE STAFF NOTES:

**Exhibit K-12**

HEALTHCARE STAFF SIGNATURE | DATE | TIME

MO 931-1319 (2-18)



original turned in by Johnson

## STATE OF MISSOURI
## DEPARTMENT OF CORRECTIONS
## HEALTH SERVICES REQUEST

OFFENDER NAME (PLEASE PRINT)
Joseph Becket

DOC NUMBER
1090720

INSTITUTION
JCCC

HOUSING UNIT (INCLUDE WING & ROOM NUMBER)
3-D-104

WORK/SCHOOL SCHEDULE
Full time student

I WISH TO BE SEEN BY (CHECK ONE):
☐ MEDICAL ☐ MENTAL HEALTH ☐ DENTAL ☐ OTHER

COMPLAINT:
see back

OFFENDER SIGNATURE AND AUTHORIZATION TO TREAT
Joseph Becket

INITIAL FOR RECEIPT OF OTC INSTRUCTIONS

DATE
10/24/22

### DO NOT WRITE BELOW THIS LINE - FOR HEALTHCARE STAFF USE ONLY

| ☐ **EMERGENT** (SEE IMMEDIATELY) | ☐ **URGENT** (SEE DURING SHIFT) | ☐ **ROUTINE** (NEXT AVAILABLE SICK CALL) |
|---|---|---|

| ☐ ADMINISTRATOR | ☐ DENTAL | ☐ DOCTOR SICK CALL | ☐ DON | ☐ LAB / X-RAY |
| ☐ MED ROOM | ☐ MENTAL HEALTH | ☐ NURSE SICK CALL | ☐ OPTOMETRY | ☐ OTHER: |

TRIAGE STAFF NOTES:

| TRIAGE STAFF SIGNATURE & TITLE | DATE TRIAGED | TIME TRIAGED | ☐ FACE-TO-FACE TRIAGE COMPLETED |
|---|---|---|---|

HEALTHCARE STAFF NOTES:

HEALTHCARE STAFF SIGNATURE

## Exhibit K-1.3

| | DATE | TIME |
|---|---|---|

MO 931-1319 (2-19)

November 1, 2022

Mr. Joseph Becker #1090720

You have requested copies of medical records regarding your left index finger from 8/3/21. You have to make check, money order or cashier's check to **MODOC** for the **total** amount, send to Shelley Frye at 1400 Edgewood Dr.: Suite 200; Jefferson City, MO 65109 before we can send your requested copy.

If you have any questions just let Medical Records know.

| Break Down of Charges | | | |
|---|---|---|---|
| Automatic Copy Fee | $15.00 | | |
| Electronic Pages (35 cents per page) | $0.00 | 0 | pages |
| Medical Hard Chart (35 cents per page) | $14.70 | 42 | pages |
| Disc | | 0 | |
| Total | **$29.70** | 42 | |

Ginger Wright

Centurion Medical Records Clerk for JCCC

Cc. medical records


Exhibit K-1.4



STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
HEALTH SERVICES REQUEST

TO BE COMPLETED BY HEALTHCARE STAFF ONLY

| DATE RECEIVED BY HEALTHCARE STAFF | TIME RECEIVED BY HEALTHCARE STAFF |
|---|---|
| | |

| DOC NUMBER | INSTITUTION |
|---|---|
| 1090120 | J.C.C.C |

OFFENDER NAME (PLEASE PRINT)
*Joseph Becket*

WORK/SCHOOL SCHEDULE
*Full time student*

HOUSING UNIT (INCLUDE WING & ROOM NUMBER)
*3 D 104*

COMPLAINT: *Left index finguite 57% paralysed need treatment on pain & swelling*

I WISH TO BE SEEN BY (CHECK ONE):

☐ MEDICAL  ☐ MENTAL HEALTH  ☐ DENTAL  ☐ OTHER

INITIAL FOR RECEIPT OF OTC INSTRUCTIONS  DATE *11/2/22*

OFFENDER SIGNATURE AND AUTHORIZATION TO TREAT
*Joseph Becket*

---

DO NOT WRITE BELOW THIS LINE - FOR HEALTHCARE STAFF USE ONLY

☐ **EMERGENT**
*(SEE IMMEDIATELY)*

☐ **URGENT**
*(SEE DURING SHIFT)*

☐ **ROUTINE**
*(NEXT AVAILABLE SICK CALL)*

☐ LAB / X-RAY

☐ ADMINISTRATOR  ☐ DENTAL  ☐ DOCTOR SICK CALL  ☐ DON  ☐ OTHER:

☐ MED ROOM  ☐ MENTAL HEALTH  ☐ NURSE SICK CALL  ☐ OPTOMETRY

TRIAGE STAFF NOTES:

| TRIAGE STAFF SIGNATURE & TITLE | DATE TRIAGED | TIME TRIAGED | ☐ FACE-TO-FACE TRIAGE COMPLETED |
|---|---|---|---|
| | | | |

HEALTHCARE STAFF NOTES:

**Exhibit K-1.5**

| HEALTHCARE STAFF SIGNATURE | DATE | TIME |
|---|---|---|
| | | |

MO 931-1319 (2-19)



STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
HEALTH SERVICES REQUEST

| DOC NUMBER | INSTITUTION |
|---|---|
| 1090720 | JCCC |

OFFENDER NAME (PLEASE PRINT)
Joseph Becket

WORK/SCHOOL SCHEDULE
Full time student

HOUSING UNIT (INCLUDE WING & ROOM NUMBER)
3-D 104

COMPLAINT: Review all medical records from capital regional Hospital

I WISH TO BE SEEN BY (CHECK ONE):

☐ MEDICAL   ☐ MENTAL HEALTH   ☐ DENTAL   ☐ OTHER

INITIAL FOR RECEIPT OF OTC INSTRUCTIONS | DATE 11/2/22

OFFENDER SIGNATURE AND AUTHORIZATION TO TREAT
Joseph Becker

---

DO NOT WRITE BELOW THIS LINE - FOR HEALTHCARE STAFF USE ONLY

☐ EMERGENT
(SEE IMMEDIATELY)

☐ URGENT
(SEE DURING SHIFT)

☐ ROUTINE
(NEXT AVAILABLE SICK CALL)

☐ ADMINISTRATOR
☐ MED ROOM

☐ DENTAL
☐ MENTAL HEALTH

☐ DOCTOR SICK CALL
☐ NURSE SICK CALL

☐ DON
☐ OPTOMETRY

☐ LAB / X-RAY
☐ OTHER: ____

TRIAGE STAFF NOTES:

| TRIAGE STAFF SIGNATURE & TITLE | DATE TRIAGED | TIME TRIAGED | ☐ FACE-TO-FACE TRIAGE COMPLETED |
|---|---|---|---|

HEALTHCARE STAFF NOTES:

Exhibit K-1.6

| HEALTHCARE STAFF SIGNATURE | DATE | TIME |
|---|---|---|

MO 931-1319 (2-19)



# Missouri Department of Corrections

## Jefferson City Correctional Center

## WARDEN'S RESPONSE

Offender Name: Joseph Becker #1090720 3D104
Category: Activities-Legal
IRR Log #:JCCC-22-1123
Date: November 1st, 2022

I have reviewed your grievance and pertinent information concerning your complaint of not receiving a full 6 hours of QLC time a week in the law library. You state you have had an active qualified legal claim since 3/10/2022 and have not yet fulfilled the 6 hours in a week. You request to be allowed to go to the library whenever it is open even during other housing units time in order to fulfill your 6 hour QLC, as well as be paid $50.00 weekly if you are not afforded that library time.

Be advised, I have conducted an administrative review of your complaint. Due to staff shortages, the education officer may need to be pulled to fill other vital positions within the institution to maintain safety and security. This should satisfy your complaint. Your grievance is denied.

If you disagree with this response you have (7) days from the day you sign the grievance in which to file a grievance appeal.

Warden: _____ Date: _____

Exhibit K-1.7



STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**OFFENDER GRIEVANCE APPEAL**

**OFFENDER SECTION - MUST COMPLETE WITH INK**

OFFENDER NAME
Becker, Joseph

DOC I.D. 1090720   INSTITUTION JCCC

REASON FOR APPEAL

My reason for appeal is the same as my original I.R.R. JCCC-22-1123 Declaration statement of Facts Articles 1 through 6 & the Action I'm requesting see Article 7

Please refer to my entire original I.R.R. J.C.C.C-22-1123/1123 Declaration Statement of facts consisting of 3 pgs, 9 Articles & Exhibit labeled A-1/M.O.C. denial of giving me the same access to the law library as other similarly situated level 5 prisoners in other institutions of 5 days a week, 3 times a day every time the library is open is causing me the injury of not having sufficient access to the law library to enable me to search law & determine what facts may be necessary to state a cause of action violating case law, Zamora V Pierson, 158 Fsupp 2d, 830,836 (ND Ill 2001) Gluth V Kangas 951 F2d 1504,1508,1511 (9th Cir 1991), Johnson EL V Schoemehl, 878 F2d 1043 1050 1053 (8th Cir 1989) Williams V Leeks 584 F2d at 1340 Crus V Hauck 627 F2d at 726 Tillery V Owens, 719 Supp 1256 & 1284 (WDPa 1989)

OFFENDER SIGNATURE
Joseph Becker

DOC I.D. 1090720   DATE 11/8/22

**DIVISION DIRECTOR OR DESIGNEE RESPONSE**

DIVISION DIRECTOR OR DESIGNEE SIGNATURE          DATE

Finalization of this appeal represents exhaustion of this grievance pursuant to federal law, 28 CFRs 40.

OFFENDER SIGNATURE          DOC I.D.          DATE

Exhibit k-1.8

MO 931-3370 (9-22)          I.R.R. # 3.52722



# **Missouri Department of Corrections**

## **Jefferson City Correctional Center**

## **WARDEN'S RESPONSE**

Offender Name: Joseph Becker #1090720 3D104
Category: Other-Other
IRR Log #:JCCC-22-1790
Date: November 10th, 2022

  I have reviewed your grievance and pertinent information concerning your complaint of sunshine law requests. You state you submitted sunshine law requests to the custodian of records and have not received any responses. You request to have the custodian of records be suspended for 3 months, be demoted and not afforded promotion for 2 years.

  Be advised, I have conducted an administrative review of your complaint. D1-13 Sunshine Law Requests I. Policy B. Request for Records 1. states: "When a written request for records is received by anyone in the department, the request shall be forwarded to the custodian of records. The custodian of records shall review the request to determine if the documents requested are open or closed records, and shall respond to requests for records within three (3) business days from the date the request is received by the custodian of records. If it is not possible to provide the requested documents within three (3) business days of receipt of the request of the reason for the delay and provide a timeframe for when the records will be available." I suggest reaching out directly to the custodian of records.

  Your grievance is denied.

  If you disagree with this response you have (7) days from the day you sign the grievance in which to file a grievance appeal.

Warden: _Chris E. Birkenmeier_   Date: _11-14-22_

**Exhibit K-1.9**



STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**OFFENDER GRIEVANCE**

| INSTITUTION USE ONLY | |
|---|---|
| GRIEVANCE NUMBER: _JCCC 22-1790_ | |
| CATEGORY: _____ | DATE FILED: _SEP 19 2022_ |

**OFFENDER SECTION - MUST COMPLETE WITH INK**

| OFFENDER NAME JOSEPH BECKER | DOC I.D. 1090720 | HOUSING UNIT | UNIT | INSTITUTION |
|---|---|---|---|---|

**OFFENDER GRIEVANCE OR REQUEST**

SEE ATTACHMENT DECLRATION STSMENT OF FACTS ARTICLES **1** through **6** for my complaint

see article 7 for my request. Please see my entire original IRR declaration statemnt of facts IRR# J.C.C.C.

22-1790      consisting of **5** PGS, **9** #articles & exhibits labeled A-1, B-2, C-3

as to the responds

| OFFENDER SIGNATURE _Joseph V.B._ | DOC I.D. 1090720 | DATE 9/26/22 |
|---|---|---|

**CAO OR DESIGNEE RESPONSE**

| CHIEF ADMINISTRATIVE OFFICER OR DESIGNEE SIGNATURE _Dris E. Falkenrad_ WARDEN | I.D NUMBER 1K1078 | DATE 11/11/22 |
|---|---|---|

YOU HAVE THE RIGHT TO APPEAL THE DECISION TO A DIVISION DIRECTOR. YOU MUST FILE AN APPEAL FORM WITH THE GRIEVANCE OFFICER WITHIN SEVEN DAYS FROM THE DAY YOU RECEIVE THIS DECISION. FAILURE TO SUBMIT AN APPEAL WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT OF THE GRIEVANCE.

☐ I ACCEPT THIS DECISION      ☐ I APPEAL THIS DECISION

| OFFENDER SIGNATURE _Joseph V.B._ **Exhibit L-1** | DOC I.D. 1090720 | DATE 11/17/22 |
|---|---|---|



STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**OFFENDER GRIEVANCE APPEAL**

| INSTITUTION USE ONLY |
| --- |
| GRIEVANCE NUMBER: JCCC-22-1790 |
| DATE FILED: _____ |

**OFFENDER SECTION - MUST COMPLETE WITH INK**

OFFENDER NAME
Becker, Joseph

DOC I.D.
1090720

INSTITUTION
JCCC

REASON FOR APPEAL

My reason for appeal is the same as my original I.R.R. Declaration statement of Facts Articles 1 through 6 & my request of action see article 7 Please see My original I.R.R. JCCC-22-1790 Declaration statement of Facts consisting of 5 pg & 9 Articles with Exhibits labeled A-1, B-2, C-3.

As to the response telling me to reach out to the records office directly. That is the issue I've followed the potocol and Mailed my Mo. sunshine law request of records to the custodian of records at P.O. Box 236 Jefferson City Mo 65102 if you look on exhibits A-1 B-2 & C-3 you will see that I've mailed my request as M.D.O.C. policy stipulates & M.D.O.C. custodian of records has failed to adhere to M.D.O.C. policy which is the issue I have even sont these request certified return reciept confimation to prove it.

OFFENDER SIGNATURE

DOC I.D.
1090720

DATE
11/17/22

**DIVISION DIRECTOR OR DESIGNEE RESPONSE**

DIVISION DIRECTOR OR DESIGNEE SIGNATURE

**Exhibit L-1.1**

DATE

Finalization of this appeal represents exhaustion of this grievance pursuant to federal law, 28 CFRs 40.

OFFENDER SIGNATURE

DOC I.D.

DATE

MO 931-3378 (9-22)

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
# HEALTH SERVICES REQUEST

**TO BE COMPLETED BY HEALTHCARE STAFF ONLY**

| DATE RECEIVED BY HEALTHCARE STAFF | TIME RECEIVED BY HEALTHCARE STAFF |
|---|---|
| | |

| OFFENDER NAME (PLEASE PRINT) | DOC NUMBER | INSTITUTION |
|---|---|---|
| Joseph Becket | 1040720 | J.C.C.C. |

| HOUSING UNIT (INCLUDE WING & ROOM NUMBER) | WORK/SCHOOL SCHEDULE |
|---|---|
| 3-D-104 | Full time student |

I WISH TO BE SEEN BY (CHECK ONE):

☐ MEDICAL  ☐ MENTAL HEALTH  ☐ DENTAL  ☐ OTHER

COMPLAINT: *see back*

| OFFENDER SIGNATURE AND AUTHORIZATION TO TREAT | INITIAL FOR RECEIPT OF OTC INSTRUCTIONS | DATE |
|---|---|---|
| *Joseph Beadle* | | 11/17/22 |

**DO NOT WRITE BELOW THIS LINE - FOR HEALTHCARE STAFF USE ONLY**

| ☐ EMERGENT (SEE IMMEDIATELY) | ☐ URGENT (SEE DURING SHIFT) | ☐ ROUTINE (NEXT AVAILABLE SICK CALL) |
|---|---|---|

| ☐ ADMINISTRATOR | ☐ DENTAL | ☐ DOCTOR SICK CALL | ☐ DON | ☐ LAB / X-RAY |
|---|---|---|---|---|
| ☐ MED ROOM | ☐ MENTAL HEALTH | ☐ NURSE SICK CALL | ☐ OPTOMETRY | ☐ OTHER: |

TRIAGE STAFF NOTES:

| TRIAGE STAFF SIGNATURE & TITLE | DATE TRIAGED | TIME TRIAGED | ☐ FACE-TO-FACE TRIAGE COMPLETED |
|---|---|---|---|

HEALTHCARE STAFF NOTES:

Exhibit L-1.2

| HEALTHCARE STAFF SIGNATURE | DATE | TIME |
|---|---|---|

MO 931-1319 (2-19)

My left index finger was injured on 8/3/21

I started recieving physical therapy for it one year later

I only recieved 4 physical therapy sessions

My finger is still 57% paralyzed, swells, turns colors & is disfigured

Then pain in it has gotten worse & I've not been given anything for the pain

I need my finger fixed

Exhibit L-1.2



STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**HEALTH SERVICES REQUEST**

**TO BE COMPLETED BY HEALTHCARE STAFF ONLY**

| DATE RECEIVED BY HEALTHCARE STAFF | TIME RECEIVED BY HEALTHCARE STAFF |
|---|---|
| | |

OFFENDER NAME (PLEASE PRINT): *Joseph Becker*

DOC NUMBER: *1090720*   INSTITUTION: *J.C.C.C.*

HOUSING UNIT (INCLUDE WING & ROOM NUMBER): *3-0-104*

WORK/SCHOOL SCHEDULE: *Full time student*

I WISH TO BE SEEN BY (CHECK ONE):
☐ MEDICAL  ☐ MENTAL HEALTH  ☐ DENTAL  ☐ OTHER

COMPLAINT: *Review medical records*

OFFENDER SIGNATURE AND AUTHORIZATION TO TREAT: *Joseph Becker*

INITIAL FOR RECEIPT OF OTC INSTRUCTIONS:

DATE: *11/17/22*

---

**DO NOT WRITE BELOW THIS LINE - FOR HEALTHCARE STAFF USE ONLY**

☐ **EMERGENT** (SEE IMMEDIATELY)   ☐ **URGENT** (SEE DURING SHIFT)   ☐ **ROUTINE** (NEXT AVAILABLE SICK CALL)

| | | | |
|---|---|---|---|
| ☐ ADMINISTRATOR | ☐ DENTAL | ☐ DOCTOR SICK CALL | ☐ DON | ☐ LAB / X-RAY |
| ☐ MED ROOM | ☐ MENTAL HEALTH | ☐ NURSE SICK CALL | ☐ OPTOMETRY | ☐ OTHER: _____ |

TRIAGE STAFF NOTES:

| TRIAGE STAFF SIGNATURE & TITLE | DATE TRIAGED | TIME TRIAGED | ☐ FACE-TO-FACE TRIAGE COMPLETED |
|---|---|---|---|

HEALTHCARE STAFF NOTES:

**Exhibit L-13**

HEALTHCARE STAFF SIGNATURE | DATE | TIME

MO 931-1319 (2-19)

Filled on 11/18/22 ⊕ 11/17/22



STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**INFORMAL RESOLUTION REQUEST**

**INSTITUTION USE ONLY**
☐ **EMERGENCY COMPLAINT**
CATEGORY: Medical    DATE RECEIVED: 11/21/22
COMPLAINT NUMBER: JCCC 22- ~~200~~ 2229

**OFFENDER SECTION - MUST COMPLETE WITH INK**

OFFENDER NAME
Becker  Joseph                    DOC I.D.          HOUSING UNIT

STATE YOUR COMPLAINT OR PROBLEM BRIEFLY. ONLY ONE ISSUE. BE SPECIFIC.

SEE Attachment Declaration Statement of Facts
# 1.111822 Articles 1 through 6 for my complaint
and problem.
With this I.R.R. is An attachment Declaration
Statement of Facts # 1.111822 consisting of 9 Articles
& 2 pgs.

ACTION REQUESTED - STATE THE REMEDIES YOU ARE SEEKING.

See attachment Declaration Statement of facts Article 7
for the action I'm requesting

OFFENDER SIGNATURE
Joseph Becker            DOC I.D.        DATE
                         1090720        11/17/22

**INSTITUTION STAFF MEMBER USE ONLY**
DISCUSSION OF COMPLAINT - SUMMARIZE THE RESULTS OF THE MEETING.

☐ IRR RESOLVED BY DISCUSSION OR WITHDRAWN        ☐ IRR NOT RESOLVED BY DISCUSSION

OFFENDER SIGNATURE    DOC I.D.    DATE    STAFF MEMBER SIGNATURE    I.D NUMBER    DATE

**STAFF FINDINGS - RESPONSE**

INVESTIGATING STAFF MEMBER SIGNATURE    I.D NUMBER    DATE    RESPONDENT SIGNATURE    I.D NUMBER    DATE

REVIEWER SIGNATURE    I.D NUMBER    DATE    RESULTS: ☐ SATISFACTORY ☐ UNSATISFACTORY

YOU HAVE THE RIGHT TO FILE A FORMAL GRIEVANCE. YOU MUST FILE A GRIEVANCE FORM WITH THE DESIGNATED STAFF WITHIN SEVEN DAYS FROM THE DATE YOU RECEIVE THIS RESPONSE. FAILURE TO SUBMIT A GRIEVANCE WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT.

OFFENDER SIGNATURE            DOC I.D.        DATE

Exhibit L-1.4

# DECLARATION STATEMENT OF FACTS GRIEVANCE

1) My complaint is the violation of my rights protected under the following but not limited to all applicable federal & state constitutions, statutes or common law & MDOC policies & procedures by but not limited to the following persons & entities, MDOC staff & personnel & officials;

2) My support for the foregoing statement is the following but not limited to;

3) MDOC policies & procedures;

3-a) D2-11.10 Employee code of conduct PG2 section 1 procedures; A. Professional Principles: PG3 that all persons should be treated respectfully, fairly, honestly & with dignity; PG3-4 section B Employee personal code of conduct; section F I have the responsibility to report any inappropriate actions misconduct of my peers to appropriate personnel & they must do the same If I should falter; PG4 section C Professionalism: 1 Employees are required to be familiar with & adhere to: A thier respective job componenets & job expectations established through the performance appraisal system: B the policies & procedures related to thier job function; C the employee hand book: D D2-11 Employee standards, which details the code of ethics for goverment services & the department code of ethics, as well as D2-11.B the department professional principles: F the employee personal code of conduct; PG5 section D cause for suspension, demotion & dismissal: Employee may be suspended, demoted or dismissed for willful violations of any provisions of the state merit system of law or the rules of personal advisory board or D2-11 Employee standards; PG6 Reporting misconduct; I Employees having knowledge of any instance of an offender abuse shall immediately report such to the inspector general In accordance with D5-3.5 offendr abuse: PG7 section H Reporting mismanagement; subsection 2-a, a-2 mismanagement, gross vaste of state funds or abuse of authority PG8 section D if the employee disclosure to be false or which the employee discloses with recless disregard for its truth or falsity;

3-b) D2-11 Employee standards PG1 The department of corrections as part of the Executive Branch of Mo state goverment expects all employees to be aware of & comply with the following Code of conduct for executive branch employees as adopted by the Mo general assembly; PG2 section A-6 Employee of the state are expected to comply with the statutes of Mo at all times, section B Executive branch employees shall conduct themselves in scrupulous compliance with applicable federal, state, & local laws; B-2 Employees shall adhere to all laws providing equal opportunity to all citizens; B-3 Employees shall perform thier responsibilities as they are specified in the law or other authority establishing those responsibilities, GP3 section F-5 Employees shall not engage in any form of illegal harassment or discrimination in the work place, including on the basis of race, color, religion, nationality, ancestry, sex, age, or disability; PG5 section Department code of ethics: subsection 5 Employees will report without any reservation any corrupt or ethical behaviors which could affect either the offenders or the integrity of the department, subsection 6 Employees are obligated to immediateley report any misconduct or mismanagement through the appropriate chain of command

3-c) D5-3 Offender Rights PG1 Purpose: The department of corrections & human resources recognizes its responsibility to full fill the rights of the offenders under its custody which are protected by constitutional, statutory, or common law. Therefore the department's institutions & field services are mandated tp provide written policies & procedures which govern said rights of the offenders, Those rights include, but are not limited to the following; The department shall ensure the rights of those inmates to have access to the courts to seek redress for alleged illegal conditions or treatment while under correctional control, to have access to legal assistance or law library facilities & to have access to supplies & services related to legal matters. The department shall ensure that inmates are protected from personal abuse & corporal punishment & the least physical means necessary are employed to secure order & control; & protect inmates from themselves & others. The department shall ensure the provision of a healthy environment which shall include, but are not limited to; clean orderly surroundings; adequate toilet & bathing facilities, lighting, ventalation & heating, access to appropriate clothing; wholesome & nutritionaly adequate diet; safe living conditions, medical & dental care. PG2 The department shall not subject offenders to discrimination based on race, religion, nationality, sex or political belief. The department recognizes that all able-bodied offenders are expected to work, & recieve compensation for such work, but no offender shall be required or coerced to participate in treatment programs. The department shall ensue that written rules of offender conduct spesify prohibited behaviors & sanctions imposed shall be related to the gravity of the offense. The department shall ensure that provisions governing inmates grievances & classification be made available to all inmates. Subject only to the limitations necessary to maintain institutional order & security, the department shall ensure the constitutional rights of inmates to practice thier religion, recieve visits, communicate & correspond with persons or organizations subject to oder & security of the institution.

3-c) D2-11.4 discimination, harassment, & unprofessional conduct

Exhibit L-1.4

4)RSMo 575.060(false declaration) class A misdemeanor, 565.090(harassment) class E felony, 217.405(offender abuse) class D felony, 217.410(duty to report) class A misdemeanor

5)US federal laws,state & federal constitutional amendments of the      fifth, eighth & fourteenth of life, liberty & property, cruel & unusual punishment, due process & equal protection; 42 USC 1414l(pattern of practice); 18 USC 241(depervation of rights), 18 242( conspiracy against rights)

6)My problem is the violation of my rights                    as outlined in the foregoing but not limited to  by the following but not limited to on going pattern of practice abuse of authority conspiracy of obstruction of justice against the depervation of my rights                    by the discrimination, harassment, & unprofessional conduct & abuse of such rights by the following but not limited to deliberate indifference actions of MDOC  JCCC     staff & personnel & MDOC offender medical care providers

    6-b] this isnt a refile of a previous IRR this is a new issue with this stopping of any medical care for the serious medical needs of my left index finger,6-c] my last treatment for my finger was on 10/12/22 & my finger is still 57% paralized,6-d] this is deliberate indifference to my serious medical needs to have access to adequate medical care by the minimal civilized measures of lifes necessities of medical care by modern day societal standards of decency pursuant to RSMo & CSR causing irrepable harm, unnecessary wonton pain & suffering to my current health & well being & future health & well being by MDOC medical care providers staff & personnel following actions but not limited to the unecessary delay of medical care of my left index finger by the following actions but not limited to,6-e] On 8/3/21 my left index finger was injured by cos in an excessive force, 6-f] I finally recived xrays on it to get me off of hunger strike on 9/28/21,6-g] I turned in over 68 HSRs before finally recieving any tretment,6-h] I started physical therapy on July 2022 almost a year after the injury was confirmed by xrays,6-i]  I was approved for physical therapy on 12/20/22, 6-j] On July 2022 OTR Justin Charles started my physical therapy confirming that my left index finger was 57% paralized, & putting in for an MRI on it, 6-j] On 10/12/22 I had my last physical therapy session with OTR Charles confirming my left index finger was still 57% paralized tellin me I needed to get MDOC doctors to approve an MRI, sugery & more physical therapy & prescibe meds for pain,6-k I tuned in an HSR on 10/26/22 about my finger, 6-m] On 11/1/22 I seen doctor Scott about my left index finger; 6-n] On 11/2/22 I turned in HSR on left index finger, 6-o] On 11/17/22 I turned in HSR on left index finger,6-p]it has been over a year now & my left index finger is still disfigured, discolored ,57% paralized & still causes me pain

    7)the action im requesting is the protection of my rights                    as outlined in the foregoing but not limited to by granting me the following relief; 7-a]im asking that my left index finger be treated so I have full function of it & no pain & that I recieve $300,000.00 compesatory, nomonal & punitive damages for the injury of unnecessary wanton pain & suffering that I have suffered from the inadequate medical eqre & unmecessary delay of medical care for over 15 months at the time of this IRR on serious medical needs causing irrepable harm ,permanet paralysis & disfigurement to my left index finger which has significantly impacted my current health & well being & my future health & well being, my ability to work or provide for my self or do my every day normal living routines for the rest of my life by the inability to have full function of my left index finger from the prolonged unnecessary delay of medical care to my left index finger

    8)REPRISAL NOTICE*Pursuant to RSMo217.410 section 10 MDOC policy & all applicable state & federal laws any retaliation (or) adverse action (or) threats of transfer will be taken as a violation of law & will be reported for full investigation & prosecution to the full extent of the law

9)I  JOSEPH BECKER 1090720         declare & swar the foregoing statement of facts is true & correct to the best of my belief under pains & penalties of perjury pursuant to 28 USC 1746/RSCS //particles

DECLARANT  DATE 11/18/22 SIGNATURE:

PRINT NAME Joseph Becker
MDOC# 1090720
CELL# 3-D-104
ADDRESS JCCC
    8200 No More Victims Rd
    Jefferson City Mo 65101

Exhibit L-1.4

State of: Missouri
County of: Cole
The foregoing in...     ...was subscribed
before me  18   day  November  2022

Reen Walker

Your N... ...blic
My Commission Expires  July 26, 2025

RENEE WALKER
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES JULY 26, 2025
COLE COUNTY
COMMISSION #21562734

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**HEALTH SERVICES REQUEST**

| TO BE COMPLETED BY HEALTHCARE STAFF ONLY | |
| --- | --- |
| DATE RECEIVED BY HEALTHCARE STAFF | TIME RECEIVED BY HEALTHCARE STAFF |
| | |

OFFENDER NAME (PLEASE PRINT): Joseph Becket

DOC NUMBER: 1090720

INSTITUTION: J.C.C.C.

HOUSING UNIT (INCLUDE WING & ROOM NUMBER): 3-D-104

WORK/SCHOOL SCHEDULE: Full time student

COMPLAINT: See Back

I WISH TO BE SEEN BY (CHECK ONE):
☐ MEDICAL  ☐ MENTAL HEALTH  ☐ DENTAL  ☐ OTHER

INITIAL FOR RECEIPT OF OTC INSTRUCTIONS:

OFFENDER SIGNATURE AND AUTHORIZATION TO TREAT: Joseph Becket

DATE: 12/12/22

**DO NOT WRITE BELOW THIS LINE - FOR HEALTHCARE STAFF USE ONLY**

| ☐ EMERGENT *(SEE IMMEDIATELY)* | ☐ URGENT *(SEE DURING SHIFT)* | ☐ ROUTINE *(NEXT AVAILABLE SICK CALL)* |
| --- | --- | --- |

| ☐ ADMINISTRATOR | ☐ DENTAL | ☐ DOCTOR SICK CALL | ☐ DON | ☐ LAB / X-RAY |
| ☐ MED ROOM | ☐ MENTAL HEALTH | ☐ NURSE SICK CALL | ☐ OPTOMETRY | ☐ OTHER: |

TRIAGE STAFF NOTES:

TRIAGE STAFF SIGNATURE & TITLE: 

DATE TRIAGED: 

TIME TRIAGED: 

☐ FACE-TO-FACE TRIAGE COMPLETED

HEALTHCARE STAFF NOTES:

HEALTHCARE STAFF SIGNATURE:

Exhibit L-15

DATE:

TIME:

MO 931-1319 (2-19)

This is another H.S.R about my left index finger still being 57% paralized, swells, turns purple & hurts all the time like some one is twisting it with muscle spasams & charlie horses.

My finger was injured over a year
I had 4 physical therapy sessions & nothing else has been done about it for the pain

Exhibit L-1.5



STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**HEALTH SERVICES REQUEST**

<table>
<tr><td colspan="2" style="text-align:center">TO BE COMPLETED BY HEALTHCARE STAFF ONLY</td></tr>
<tr><td>DATE RECEIVED BY HEALTHCARE STAFF</td><td>TIME RECEIVED BY HEALTHCARE STAFF</td></tr>
</table>

OFFENDER NAME (PLEASE PRINT)
Joseph Becket

DOC NUMBER
1090720

INSTITUTION
J.C.C.C.

HOUSING UNIT (INCLUDE WING & ROOM NUMBER)
3-D-104

WORK/SCHOOL SCHEDULE
Full time student

I WISH TO BE SEEN BY (CHECK ONE):

☐ MEDICAL ☐ MENTAL HEALTH ☐ DENTAL ☐ OTHER

COMPLAINT:
see Back

OFFENDER SIGNATURE AND AUTHORIZATION TO TREAT
Joseph Bedlare

INITIAL FOR RECEIPT OF OTC INSTRUCTIONS

DATE
12/12/22

**DO NOT WRITE BELOW THIS LINE - FOR HEALTHCARE STAFF USE ONLY**

<table>
<tr>
<td style="text-align:center">☐ <b>EMERGENT</b><br><i>(SEE IMMEDIATELY)</i></td>
<td style="text-align:center">☐ <b>URGENT</b><br><i>(SEE DURING SHIFT)</i></td>
<td style="text-align:center">☐ <b>ROUTINE</b><br><i>(NEXT AVAILABLE SICK CALL)</i></td>
</tr>
</table>

<table>
<tr>
<td>☐ ADMINISTRATOR</td>
<td>☐ DENTAL</td>
<td>☐ DOCTOR SICK CALL</td>
<td>☐ DON</td>
<td>☐ LAB / X-RAY</td>
</tr>
<tr>
<td>☐ MED ROOM</td>
<td>☐ MENTAL HEALTH</td>
<td>☐ NURSE SICK CALL</td>
<td>☐ OPTOMETRY</td>
<td>☐ OTHER:_____</td>
</tr>
</table>

TRIAGE STAFF NOTES:

TRIAGE STAFF SIGNATURE & TITLE | DATE TRIAGED | TIME TRIAGED | ☐ FACE-TO-FACE TRIAGE COMPLETED

HEALTHCARE STAFF NOTES:

HEALTHCARE STAFF SIGNATURE | DATE | TIME

MO 931-1319 (2-19)

This is another HSR about my left index finger
still being 57% patalized, swells, turns purple & hurts
all the time like someone is twisting it with
muscle spasams & charlie horses
My finger was injured over a year ago
I had 4 physical therapy sessions & nothing else
has been done about it or the pain



handwritten note: *...i.r.r. kd. 12/6/22* TP

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**INFORMAL RESOLUTION REQUEST**



| INSTITUTION USE ONLY |
| --- |
| ☐ **EMERGENCY COMPLAINT** |
| CATEGORY: Activities   DATE RECEIVED: _____ |
| COMPLAINT NUMBER: J.C.C.C 22-2395 |

**OFFENDER SECTION - MUST COMPLETE WITH INK**

OFFENDER NAME
BECK, JOSEPH

DOC I.D. 1090720   HOUSING UNIT 3D104

STATE YOUR COMPLAINT OR PROBLEM BRIEFLY. ONLY ONE ISSUE. BE SPECIFIC.

SEE Attachment Declaration statement of facts Articles 1 through 6 for my complaint & problem With this I.R.R. is an attachment Declaration of facts consisting of 2 pg & 9 Articles Declaration statement of facts [#1.12622

ACTION REQUESTED - STATE THE REMEDIES YOU ARE SEEKING.

For the action I'm requesting see Attachment Declaration of facts of the Article 7

OFFENDER SIGNATURE  *Joseph Beck*

DOC I.D. 1090720   DATE 12/6/22

**INSTITUTION STAFF MEMBER USE ONLY**
DISCUSSION OF COMPLAINT - SUMMARIZE THE RESULTS OF THE MEETING.

☐ IRR RESOLVED BY DISCUSSION OR WITHDRAWN      ☐ IRR NOT RESOLVED BY DISCUSSION

| OFFENDER SIGNATURE | DOC I.D. | DATE | STAFF MEMBER SIGNATURE | I.D NUMBER | DATE |
| --- | --- | --- | --- | --- | --- |
| | | | | | |

**STAFF FINDINGS - RESPONSE**

| INVESTIGATING STAFF MEMBER SIGNATURE | I.D NUMBER | DATE | RESPONDENT SIGNATURE | I.D NUMBER | DATE |
| --- | --- | --- | --- | --- | --- |
| | | | | | |

| REVIEWER SIGNATURE | I.D NUMBER | DATE | RESULTS: ☐ SATISFACTORY ☐ UNSATISFACTORY |
| --- | --- | --- | --- |
| | | | |

YOU HAVE THE RIGHT TO FILE A FORMAL GRIEVANCE. YOU MUST FILE A GRIEVANCE FORM WITH THE DESIGNATED STAFF WITHIN SEVEN DAYS FROM THE DATE YOU RECEIVE THIS RESPONSE. FAILURE TO SUBMIT A GRIEVANCE WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT.

| OFFENDER SIGNATURE | | DOC I.D. | DATE |
| --- | --- | --- | --- |
| | | | |

**Exhibit L-1.7**

MO 931-3376 (9-22)   DISTRIBUTION: COPY - OFFENDER; COPY - IRR FILE

I.R.R. #1.12622

CATAGORY 8) other     SUBCATAGORY (G) other     MDOC COMPLAINT#
NAME MDOC# Joseph Becker 1090720     #ARTICLES 9   #PGS 2     DATE : 2/6 /22

1) My complaint is the violation of my rights protected under the following but not limited to all applicable federal & state constitutions, statutes or common law & MDOC policies & procedures by but not limited to the following persons & entitles, MDOC staff & personnel & officials;

2) My support for the foregoing statement is the following but not limited to;

3) MDOC policies & procedures:

3-a)D2-11.10 Employee code of conduct PG2 section 1 procedures; A. Professional Principles: PG3 that all persons should be treated respectfully, fairly, honestly & with dignity; PG3-4 section B Employee personal code of conduct: section F I have the responsibility to report any inappropriate actions misconduct of my peers to appropriate personnel & they must do the same if I should falter; PG4 section C Professionalism: 1 Employees are required to be familiar with & adhere to: A thier respective job componenets & job expectations established through the performance appraisal system: B the policies & procedures related to thier job function; C the employee hand book: D D2-11 Employee standards, which details the code of ethics for goverment services & the department code of ethics, as well as D2-11.8 the department professional principles: F the employee personal code of conduct; PG5 section D cause for suspension, demotion & dismissal: Employee may be suspended, demoted or dismissed for willful violations of any provisions of the state merit system of law or the rules of personal advisory board or D2-11 Employee standards; PG6 Reporting misconduct; 1 Employees having knowledge of any instance of an offender abuse shall immediately report such to the inspector general in accordance with D5-3.5 offendr abuse: PG7 section H Reporting mismanagement; subsection 2-a. a-2 mismanagement, gross waste of state funds or abuse of authority PG8 section D if the employee disclosure to be false or which the employee discloses with recless disregard for its truth or faislty;

3-b)D2-11 Employee standards PG1 The department of corrections as part of the Executive Branch of Mo state goverment expects all employees to be aware of & comply with the following Code of conduct for executive branch employees as adopted by the Mo general assembly; PG2 section A-6 Employee of the state are expected to comply with the statutes of Mo at all times, section B Executive branch employees shall conduct themselves in scrupulous compliance with applicable federal, state, & local laws; B-2 Employees shall adhehre to all laws providing equal opportunity to all citizens; B-3 Employees shall perform thier responsibilities as they are specified in the law or other authority establishing those responsibilities, GP3section F-3 Employees shall not engage in any form of illegal harassment or discrimination in the work place, including on the basis of race, color, religion, nationality, ancestry, sex, age, or disability; PG5 section Department code of ethics: subsection 5 Employees will report without any reservation any corrupt or ethical behaviors which could affect either the offenders or the integrity of the department, subsection 6 Employees are obligated to immediateley report any misconduct or mismanagement through the appropriate chain of command

3-c)D5-3 Offender Rights PG1 Purpose: The department of corrections & human resources recognizes its responsibility to full fill the rights of the offenders under its custody which are protected by constitutional, statutory, or common law. Therefore the department's institutions & field services are mandated tp provide written policies & procedures which govern said rights of the offenders, Those rights include, but are not limited to the following; The department shall ensure the rights of those inmates to have access to the courts to seek redress for alleged illegal conditions or treatment while under correctional control, to have access to legal assistance or law library facilities & to have access to supplies & services related to legal matters. The department shall ensure that inmates are protected from personal abuse & corporal punishment & the least physical means necessary are employed to secure order & control; & protect inmates from themselves & others. The department shall ensure the provision of a healthy environment which shall include, but are not limited to; clean orderly surroundings; adequate toilet & bathing facilities, lighting, ventalation & heating, access to appropriate clothing; wholesome & nutritionaly adequate diet; safe living conditions, medical & dental care. PG2 The department shall not subject offenders to discrimination based on race, religion, nationality, sex or political beliet. The department recognizes that all able-bodied offenders are expected to work, & recieve compensation for such work, but no offender shall be required or coerced to participate in treatment programs. The department shall ensue that written rules of offender conduct specify prohibited behaviors & sanctions imposed relate to the gravity of the offense. The department shall ensure that provisions governing inmates grievances & classification be made available to all inmates. Subject only to the limitations necessary to maintain institutional order & security, the department shall ensure the constitutional rights of inmates to practice thier religion, recieve visits, communicate & correspond with persons or organizations subject to oder & security of the institution.

3-d)D2-11.4 disclaimation, harassment, & unprofessional conduct

Exhibit L-1.7

4)RSMo 575.060(false declaration) class A misdemeanor, 565.090(harassment) class E felony, 217.405(offender abuse) class D felony, 217.410(duty to report) class A misdemeanor

5)US federal laws,state & federal constitutional amendments of the     fifth, eighth & fourteenth of life, liberty & property, cruel & unusual punishment, due process & equal protection; 42 USC 14141(pattern of practice); 18 USC 241(deprevation of rights), 18 242( conspiracy against rights)


6)My problem is the violation of my rights                              as outlined in the foregoing but not limited to  by the following but not limited to on going pattern of practice abuse of authority conspiracy of obstruction of justice against the deprevation of my rights                    by the discrimination, harassment, & unprofessional conduct & abuse of such rights by the following but not limited to deliberate indifference actions of MDOC jccc      staff & personnel  JCCC canteen manager

  6-b) JCCC has not had any lined note book or legal pad paper now in over 3 months.

  6-c)according to MDOC policy D3-9.1 canteen operation policy canteen is to provide sufficient stock of items for the entire offender population, & if the regular contacted provider cant provide such items under contract the canteen manager is to go to a local provider using the MDOC debit card to purchase said items to privide sufficient for the offender population until such time the contracted provider can provide sufficient items under contract

  6-d) by the canteen manager not adhering to MDOC policy in providing sufficient canteen items of lined paper & legalpads the canteen manager is in violation of ministerial duties violating my rights to access to the courts by not being able to have access to legal materials of paper to write out my legal work on for the courts this is a violation of my rights to have access to the courts for redress of grievances,

  6-e)I have a due date to file paper work with the courts & if I dont make that due date because of canteen not having sufficient legal supplies to sell me I will present this IRR to the judge as part of my law suit of denial of access to the courts


7)the action im requesting is the protection of my rights                    as outlined in the foregoing but not limited to by granting me the following relief; (7-a) Im asking for one of the following to resolve this issue, 7-b( that JCCC canteen manager adhere to MDOC policy & provide sufficient canteen supplies for the offender population by going to a local vendor & purchasing lined paper until the regular provider can provide such, or 7-c) that MDOC JCCC provide me with sufficient free lined paper from their office supplies until canteen is able to adhere to MDOC policy & provide sufficinet legal supplies on canteen for me to file my legal work & meet my legal time lines & that 7-d) that the JCCC canteen manager be terminated from all employment of MDOC for violations of MDOC policy which is within MDOC policy D2-11 & D2-11.10


8)REPRISAL NOTICE "Pursuant to RSMo217.410 section 10 MDOC policy & all applicable state & federal laws any retaliation (or) adverse action (or) threates of transfer will be taken as a violation of law & will be reported for full investigation & prosecution to the full extent of the law

9)I   Joseph Becker 1090720            declare & swear the foregoing statement of facts is true & correct to the best of my belief under pains & penalties of perjury pursuant to 28 USC 1746/RSMO  /#articles

DECLARANT  DATE 12/6/22 SIGNATURE: Joseph Becker

PRINT NAME  JOSEPH BECKER
MDOC#  1090720
CELL#  3-D-104
ADDRESS  JCCC
        8200 No More Victims Rd
        Jefferson City Mo 65101

Exhibit L-1.7

State of: M. ssouri
County of: cole
The foregoing instrument was acknowledged before me 6 day of December 2022
Renee Walker
Your Name Here, Notary Public
My Commission Expires July 26, 2025

RENEE WALKER
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES JULY 26, 2025
COLE COUNTY
COMMISSION #21562734



# **Missouri Department of Corrections**

## <u>Jefferson City Correctional Center</u>

## <u>INFORMAL RESOLUTION REQUEST</u>

**Offender Name:  Becker, Joseph # 1090720**

**IRR Log:  JCCC 22-2395**

    **Nature of Complaint:**  Offender's complaint is he cannot buy lined paper from the canteen since they are out of stock. He claims his rights to the courts are being violated due to not being able write out his legal work to the courts.

    **Findings and Facts:**  I have reviewed your complaint and pertinent information. The canteen cannot control the supply issue problem that is taking place. Alternative blank paper is sold in the canteen and can be used so, you have not been denied access to the courts. As of 12/20/22 the canteen does have lined paper in stock.

  Your IRR is therefore denied.

  If you disagree with this response you have (7) days from the day you sign the IRR in which to file a grievance.

CCM: _Johnson CCM_    Date: _12/20/22_

FUM: _____    Date: _12/20/2022_

**Exhibit L-1.8**

12/6/22



STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**INFORMAL RESOLUTION REQUEST**

**INSTITUTION USE ONLY**
☐ **EMERGENCY COMPLAINT**
CATEGORY: Activities    DATE RECEIVED: 12/8/22
COMPLAINT NUMBER: JCCC22-2395

**OFFENDER SECTION - MUST COMPLETE WITH INK**

OFFENDER NAME
BECKER JOSEPH

DOC I.D. 1090720    HOUSING UNIT 3D104

STATE YOUR COMPLAINT OR PROBLEM BRIEFLY. ONLY ONE ISSUE. BE SPECIFIC.

SEE Attachment Declaration statement of facts
Articles 1 through 6 for my complaint & problem
With this I.R.R. is an attachment Declaration
of facts consisting of 2 pg & 9 Articles
Declaration statement of facts #1.12622

ACTION REQUESTED - STATE THE REMEDIES YOU ARE SEEKING.

For the action I'm requesting see Attachment
Declaration of facts see Article 7

OFFENDER SIGNATURE
Joseph Becker

DOC I.D. 1090720    DATE 12/6/22

**INSTITUTION STAFF MEMBER USE ONLY**
DISCUSSION OF COMPLAINT - SUMMARIZE THE RESULTS OF THE MEETING.

☐ IRR RESOLVED BY DISCUSSION OR WITHDRAWN    ☑ IRR NOT RESOLVED BY DISCUSSION

OFFENDER SIGNATURE
_____    DOC I.D. 1090720    DATE 12/26/22    STAFF MEMBER SIGNATURE Johnson CCM    I.D NUMBER 150289    DATE 12/16/22

**STAFF FINDINGS - RESPONSE**

INVESTIGATING STAFF MEMBER SIGNATURE Johnson CCM    I.D NUMBER 150289    DATE 12/20/22    RESPONDENT SIGNATURE Matt Bull    I.D NUMBER E41116211    DATE 12/21/22

REVIEWER SIGNATURE    I.D NUMBER 126252    DATE 12/22/22    RESULTS: ☐ SATISFACTORY    ☐ UNSATISFACTORY

YOU HAVE THE RIGHT TO FILE A FORMAL GRIEVANCE. YOU MUST FILE A GRIEVANCE FORM WITH THE DESIGNATED STAFF WITHIN
SEVEN DAYS FROM THE DATE YOU RECEIVE THIS RESPONSE. FAILURE TO SUBMIT A GRIEVANCE WITHIN THIS TIME FRAME
CONSTITUTES ABANDONMENT.

OFFENDER SIGNATURE
_____    DOC I.D. 1090720    DATE 12/28/22

CATAGORY 8) other     SUBCATAGORY (G) other     MDOC COMPLAINT#
NAME MDOC# Joseph Becker 1090720     #ARTICLES 9     #PGS. 2     DATE 2/6/22

1) My complaint is the violation of my rights     protected under the following but
not limited to all applicable federal & state constitutions, statutes or common law & MDOC policies & procedures
by but not limited to the following persons & entities, MDOC staff & personnel & officials;
2) My support for the foregoing statement is the following but not limited to;
3) MDOC policies & procedures;

3-a) D2-11.10 Employee code of conduct PG2 section 1 procedures; A. Professional Principles; PG3 that all persons
should be treated respectfully, fairly, honestly & with dignity; PG3-4 section B Employee personal code of conduct;
section F I have the responsibility to report any inappropriate actions misconduct of my peers to appropriate
personnel & they must do the same if I should falter; PG4 section C Professionalism 1 Employees are required to be
familiar with & adhere to; A thier respective job components & job expectations established through the performance
appraisal system; B the policies & procedures related to thier job function; C the employee hand book; D D2-11
Employee standards, which details the code of ethics for goverment services & the department code of ethics, as well
as D2-11.B the department professional principles; F the employee personal code of conduct; PG5 section D cause for
suspension, demotion & dismissal; Employee may be suspended, demoted or dismissed for willful violations of any
provisions, of the state merit system of law or the rules of personal advisory board or D2-11 Employee standards;
PG6 Reporting misconduct; I Employees having knowledge of any instance of an offender abuse shall immediately report
such to the inspector general in accordance with D9-3.9 offender abuse; PG7 section H Reporting mismanagement;
subsection 2-a, a-2 mismanagement, gross waste of state funds or abuse of authority PG8 section D if the employee
disclosure to be false or which the employee discloses with recless disregard for its truth or falsity;

3-b) D2-11 Employee standards PG1 The department of corrections as part of the Executive Branch of Mo state goverment
expects all employees to be aware of & comply with the following Code of conduct for executive branch employees as
adopted by the Mo general assembly; PG2. section A-6 Employees of the state are expected to comply with the statutes
of Mo at all times, section B Executive branch employees shall conduct themselves in scrupulous compliance with
applicable federal, state, & local laws; B-2 Employees shall adhere to all laws providing equal opportunity to
all citizens; B-3 Employees shall perform thier responsibilities as they are specified in the law or other authority
establishing those responsibilities, GP3 section F-3 Employees shall not engage in any form of illegal harassment or
discrimination in the work place, including on the basis of race, color, religion, nationality, ancestry, sex, age,
or disability; PG5 section Department code of ethics; subsection 5 Employees will report without any reservation
any corrupt or ethical behaviors which could affect either the offenders or the integrity of the department,
subsection 6 Employees are obligated to immediateley report any misconduct or mismanagement through the appropriate
chain of command

3-c) D5-3 Offender Rights PG1 Purpose; The department of corrections & human resources recognizes its responsibility
to full fill the rights of the offenders under its custody which are protected by constitutional, statutory, or
common law. Therefore the departments's institutions & field services are mandated to provide written policies &
procedures which govern said rights of the offenders. Those rights include, but are not limited to the following;
The department shall ensure the rights of those inmates to have access to the courts to seek redress for alleged
illegal conditions or treatment while under correctional control, to have access to legal assistance or law library
facilities & to have access to supplies & services related to legal matters. The department shall ensure that
inmates are protected from personal abuse & corporal punishment & the least physical means necessary are employed
to secure order & control; & protect inmates from themselves & others. The department shall ensure the provision
of a healthy environment which shall include, but are not limited to; clean orderly surroundings; adequate toilet
& bathing facilities, lighting, ventilation & heating, access to appropriate clothing; wholesome & nutritionaly
adequate diet; safe living conditions, medical & dental care. PG2 The department shall not subject offenders to
discrimination based on race, religion, nationality, sex or political belief. The department recognizes that all
able-bodied offenders are expected to work, & recieve compensation for such work, but no offender shall be required
or coerced to participate in treatment programs. The department shall ensue that written rules of offender conduct
specify prohibited behaviors & sanctions imposed shall be related to the gravity of the offense. The department
shall ensure that provisions governing inmates grievances & classification be made available to all inmates.
Subject only to the limitations necessary to maintain institutional order & security, the department shall ensure
the constitutional rights of inmates to practice thier religion, recieve visits, communicate & correspond with
persons or organizations subject to oder & security of the institution.

3-e) D2-11.4 discrimination, harassment, & unprofessional conduct

Case 2:23-cv-04164-BCW     Document 1-2     Filed 07/25/23     Page 172 of 205

4)RSMo 575.060(false declaration) class A misdemeanor, 565.090(harassment) class E felony, 217.405(offender abuse) class D felony, 217.410(duty to report) class A misdemeanor

5)US federal laws, state & federal constitutional amendments of the fifth, eighth & fourteenth of life, liberty & property, cruel & unusual punishment, due process & equal protection; 42 USC 14141(pattern of practice); 18 USC 241(depervation of rights), 18 242( conspiracy against rights)

6)My problem is the violation of my rights as outlined in the foregoing but not limited to  by the following but not limited to on going pattern of practice abuse of authority conspiracy of obstruction of justice against the depervation of my rights.  by the discrimination, harassment, & unprofessional conduct & abuse of such rights by the following but not limited to deliberate indifference actions of MDOC Jccc    staff & personnel  JCCC canteen manager

6-b1 JCCC has not had any lined note book or legal pad paper now in over 3 months.

6-c1according to MDOC policy D3-9.1 canteen operation policy canteen is to provide sufficient stock of items for the entire offender population, & if the regular contacted provider cant provide such items under contract the canteen manager is to go to a local provider using the MDOC debit card to purchase said items to prlvide sufficient for the offender population until such time the contracted provider can provide sufficient items under contract

6-d1 by the canteen manager not adhering to MDOC policy in providing sufficient canteen items of lined paper & legalpads the canteen manager is in violation of ministerial duties violating my rights to access to the courts by not being able to have access to legal materials of paper to write out my legal work on for the courts this is a violation of my rights to have access to the courts for redress of grievances,

6-e1 have a due date to file paper work with the courts & if I dont make that due date because of canteen not having sufficient legal supplies to sell me I will present this IRR to the judge as part of my law sult of denial of access to the courts

7)the action is requesting is the protection of my rights as outlined in the foregoing but not limited to by granting me the following relief: [7-a] Im asking for one of the following to resolve this issue, 7-b] that JCCC canteen manager adhere to MDOC policy & provide sufficient canteen supplies for the offender population by going to a local vendor & purchasing lined paper until the regular provider can provide such, or 7-c] that MDOC JCCC provide me with sufficient free lined paper from their office supplies until canteen is able to adhere to MDOC policy & provide sufficint legal supplies on canteen for me to file my legal work & meet my legal time lines & that 7-d] that the JCCC canteen manager be terminated from all employment of MDOC for violations of MDOC policy which is within MDOC policy D2-11 & D2-11.10

8)REPRISAL NOTICE"Pursuant to RSMo217.410 section 10 MDOC policy & all applicable state & federal laws any retaliation (or) adverse action (or) threatos of transfer will be taken as a violation of law & will be reported for full investigation & prosecution to the full extent of the law

9)I  Joseph Becker 1090720          declare & swear the foregoing state-ment of facts is true & correct to the best of my belief under pains & penalties of perjury pursuant to 28 USC 1746/RCPS   /Particlies

DECLARANT  DATE 12/6/22 SIGNATURE: Joseph W. Becker

PRINT NAME  JOSEPH BECKER
MDOC#  1090720
CELL#  3-D-104
ADDRESS  JCCC
         8200 No More Victims Rd
         Jefferson City Mo 65101

State of: Missouri
County of: Coly
The foregoing instrument was acknowledged before me 6 day of December, 2022

Renu Walker
Your Name Here, Notary Public
My Commission Expires July 26, 2025

RENEE WALKER
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES JULY 26, 2025
COLE COUNTY


*To Case worker 3 house Johnson*
*From Joseph Becker 1090720*
*3-D-104*

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**QUALIFIED LEGAL CLAIM VERIFICATION**

| TO:<br>Warden/Designee | GRAY SECTIONS TO BE COMPLETED BY:<br>Warden/Designee Response<br>☐ Approved ☐ Disapproved<br>Additional information below: | | DATE |
|---|---|---|---|

| FROM: CLASSIFICATION STAFF | DATE SUBMITTED |
|---|---|

| OFFENDER NAME *Joseph Becker* | OFFENDER DOC NUMBER *1090720* |
|---|---|

| HOUSING UNIT *3-D-104* | WORK ASSIGNMENT *None* |
|---|---|

| THE ABOVE NAMED OFFENDER HAS LEGAL WORK REGARDING:<br>(Check all that apply) | DATE OF DEADLINE<br>(If Applicable) |
|---|---|
| ☐ **Direct Appeals** | |
| ☐ **Habeas Corpus**<br>(Example: Form 40 Motion to vacate, Set Aside or Correct The Judgment or Sentence) | |
| ☑ **Conditions of Confinement** | |

METHOD OF VERIFICATION (EXAMPLE: CONTACTED COURTS VIA TELEPHONE OR WRITTEN CORRESPONDENCE, CASENET, ETC.)

*Research for grievances & Filling 42 U.S.C. 1983 civil rights actions*

| VERIFIED BY (STAFF MEMBER SIGNATURE & TITLE) | (PRINTED NAME AND TITLE) |
|---|---|

OFFENDER IS REQUESTING (EXAMPLE: EXTRA LAW TIME, LEGAL MATERIALS PER IS-8:1.1, ETC.)

*Extra law time*

ACTION TAKEN, PRIVILEGES GRANTED OR REASON FOR DISAPPROVAL

*Exhibit A-1*

MO 931-4602 (2-10)

DISTRIBUTION: ORIGINAL - CLASSIFICATION FILE
COPY TO APPLICABLE SECTION - BUSINESS MANAGER; CANTEEN; LIBRARY; OFFENDER PROPERTY

COPY

## YOUR IRR HAS BEEN RECEIVED AND REVIEWED

Offender Name: Joseph Becker          ID# 1090720
IRR#  JCCC 22 966

## Your Complaint:
Your requesting in the IRR that your rights have been violated. Consisting of MDOC policies and procedures, Employee Code of Conduct, Employee Standards as well as Offender rights and other topics.

## In Response:
Per SOPD-3.2 Offender Grievance, your complaint must be on one issue not expanded. The addition of other issues is prohibited.

IRR denied.
No further action is necessary


9 19 22                    9.19.22                    *Ashley Kortmeyer*
**Date Received**          **Date of Response**       **Signature**


Exhibit M-1.1



STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**OFFENDER GRIEVANCE**

**INSTITUTION USE ONLY**
GRIEVANCE NUMBER: JCCC 22 966
CATEGORY: 8          DATE FILED: _____

| OFFENDER SECTION - MUST COMPLETE WITH INK | | | | |
|---|---|---|---|---|
| OFFENDER NAME Joseph Becker | DOC I.D. 1090720 | HOUSING UNIT 2 | UNIT | INSTITUTION JCCC |

**OFFENDER GRIEVANCE OR REQUEST**

My reason for grievance is the same as my original I.R.R # J.C.C.C.-22-966 Delaration Statement of Facts Articles 1 through 6 & the action I'm requesting see article 7 consisting of 3 pgs & 9 Articles

Please Refer to My entire original I.R.R # J.C.C.C.-22-966 Declaration statement of Facts consisting of 3 pgs & 9 Articles

| OFFENDER SIGNATURE *Joseph Becker* | DOC I.D. 1090720 | DATE 1/3/23 |
|---|---|---|

**CAO OR DESIGNEE RESPONSE**

| CHIEF ADMINISTRATIVE OFFICER OR DESIGNEE SIGNATURE     Exhibit M-1.2 | I.D NUMBER | DATE |
|---|---|---|

YOU HAVE THE RIGHT TO APPEAL THE DECISION TO A DIVISION DIRECTOR. YOU MUST FILE AN APPEAL FORM WITH THE GRIEVANCE OFFICER WITHIN SEVEN DAYS FROM THE DAY YOU RECEIVE THIS DECISION. FAILURE TO SUBMIT AN APPEAL WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT OF THE GRIEVANCE.

☐ I ACCEPT THIS DECISION      ☐ I APPEAL THIS DECISION

| OFFENDER SIGNATURE | DOC I.D. | DATE |
|---|---|---|

MO 931-3377 (9-22)          IRR # 1.52522

 

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**INFORMAL RESOLUTION REQUEST**

**INSTITUTION USE ONLY** ☐ EMERGENCY COMPLAINT

| OFFENDER NAME | | | DOC NUMBER |
|---|---|---|---|
| JOSEPH BECKER | | | 1090720 |

| DATE STAFF MEMBER RECEIVED IRR | COMPLAINT NUMBER | CATEGORY 8) other (G) other | HOUSING UNIT 2-B-112 |
|---|---|---|---|
| 6-17-2022 | Jeco 22 966 | | |

**STATE YOUR COMPLAINT/PROBLEM BRIEFLY- ONE ISSUE - BE SPECIFIC**

see attachment DECLARATION STATEMENT OF FACTS articles 1 through 6 for my complaint & problem

with this IRR is an attachment DECLARATION STATEMENT OF FACTS consisting of 3 pgs & 9 articles

note to staff start reading my IRR instead of asking me to summarize them during the discussion phase

**ACTION REQUESTED: STATE REMEDIES YOU ARE SEEKING**

see attachment DECLARATION STATEMENT OF FACTS article 7 for the action im requesting

| OFFENDER SIGNATURE | DATE |
|---|---|
| Joseph Becker | 6/6/22 |

**STAFF USE ONLY**

**DISCUSSION OF COMPLAINT (SUMMARIZE RESULTS OF MEETING)**

| ☐ IRR RESOLVED BY DISCUSSION/WITHDRAWN | | ☑ IRR NOT RESOLVED BY DISCUSSION | |
|---|---|---|---|
| OFFENDER SIGNATURE | DATE 7/6/22 | STAFF SIGNATURE Johnson CCM | DATE 7/6/22 |

**STAFF FINDINGS/RESPONSE**

Exhibit A-1.2

| INVESTIGATING STAFF SIGNATURE Ashley Bossmeyer | DATE 9/19/22 | RESPONDENT SIGNATURE S Dillman | DATE 9-19-22 |
|---|---|---|---|
| REVIEWER SIGNATURE AV | DATE 9/20/22 | RESULTS ☐ SATISFACTORY ☑ UNSATISFACTORY | |

YOU HAVE THE RIGHT TO FILE A FORMAL GRIEVANCE. YOU MUST FILE A GRIEVANCE FORM WITH THE DESIGNATED STAFF WITHIN SEVEN (7) DAYS FROM THE DATE YOU RECEIVE THIS RESPONSE. FAILURE TO SUBMIT A GRIEVANCE WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT.

| OFFENDER SIGNATURE Joseph Becker | | | DATE 11/3/23 |
|---|---|---|---|

MO 931-3376 (9-17)    IRR #1.52522

DECLARATION STATEMENT OF FACTS GRIEVANCE
SUBCATAGORY(g) other

CATAGORY⁸) other                                                    MDOC COMPLAINT¹
NAME MDOC# JOSEPH BECKER 1090720          #ARTICLES  9     #EOS  3     DATE  6·6·22
1) My complaint is the violation of my rights                        protected under the following but
not limited to all applicable federal & state constitutions, statutes or common law & MDOC policies & procedures
by but not limited to the following persons & entities, MDOC staff & personnel & officials; MDOC medical care providers
2)My support for the foregoing statement is the following but not limited to:

3)MDOC policies & procedures

3-a)02-11-10 Employee code of conduct PG2 section 1 procedures: A: Professional principles: PG3 that all persons
should be treated respectfully, fairly, honestly & with dignity; PG1-4 section E Employee personal code of conduct;
section F I have the responsibility to report any inappropriate actions misconduct of my peers to appropriate
personnel & they must do the same if I should falter; PG4 section C Professionalism: I Employees are required to be
familiar with & adhere to: A their respective job components & job expectations established through the performance
appraisal system; B the policies & procedures related to their job function; C the employee handbook; D 02-11
Employee standards, which details the code of ethics for government services & the department code of ethics, as well
as 02-11.8 the department professional principles; F the employee personal code of conduct; PG5 section D cause for
suspension, demotion & dismissal: Employee may be suspended, demoted or dismissed for willful violations of any
provisions of the state merit system of law or the rules of personal advisory board or 02-11 Employee standards;
PG6 Reporting misconduct: I Employees having knowledge of any instance of an offender abuse shall immediately report
such to the Inspector general in accordance with 03-3.5 offender abuse; PG2 section H Reporting mismanagement;
subsection 2-a, 8-2 mismanagement, gross waste of state funds or abuse of authority PG3 section D if the employee
disclosure to be false on which the employee discloses with reckless disregard for its truth or falsity;

3-b)02-11 Employee standards PG1 The department of corrections as part of the Executive branch of Mo state government
expects all employees to be aware of & comply with the following Code of conduct for executive branch employees as
adopted by the Mo general assembly; PG2 section A-6 Employee of the state are expected to comply with the statutes
of Mo at all times, section B Executive branch employees shall conduct themselves in scrupulous compliance with
applicable federal, state, & local laws; B-2 Employees shall adhere to all laws providing equal opportunity to
all citizens; B-3 Employees shall  perform their responsibilities as they are specified in the law or other authority
establishing those responsibilities; PG3section F-3 Employees shall not engage in any form of illegal harassment or
discrimination in the work place, including on the basis of race, color, religion, nationality, ancestry, sex, age,
or disability; PG5 section Department code of ethics: subsection 5 Employees will report without any reservation
any corrupt or unethical behavior which could affect either the offenders or the integrity of the department;
subsection 6 Employees are obligated to immediately report any misconduct or mismanagement through the appropriate
chain of command

3-c)03-3 Offender Rights PG1 Purpose: The department of corrections & human resources recognizes its responsibility
to full fill the rights of the offenders under its custody which are protected by constitutional, statutory, or
common law. Therefore the department's institutions & field services are mandated to provide written policies &
procedures which govern said rights of the offenders. Those rights include, but are not limited to the following;
The department shall ensure the rights of those inmates to have access to the courts to seek redress for alleged
illegal conditions or treatment while under correctional control, to have access to legal assistance or law library
facilities & to have access to supplies & services related to legal matters The department shall ensure that
inmates are protected from personal abuse & corporal punishment & the least physical means necessary are employed
to secure order & control; & protect inmates from themselves & others. The department shall ensure the provision
of a healthy environment which shall include, but are not limited to; clean orderly surroundings, adequate toilet
& bathing facilities, lighting, ventilation & heating, access to appropriate clothing; wholesome & nutritionally
adequate diet, safe living conditions, medical & dental care. PG2  The department shall not subject offenders to
discrimination based on race, religion, nationality, sex or political belief. The department recognizes that all
able-bodied offenders are expected to work, & recieve compensation for such work, but no offender shall be required
or coerced to participate in treatment programs. The department shall ensue that written rules of offender conduct
specify prohibited behaviors & sanctions imposed shall be related to the gravity of the offense. The department
shall ensure that provisions governing inmate grievances & classification be made available to all inmates.
Subject only to the limitations necessary to maintain institutional order & security, the department shall ensure
the constitutional rights of inmates to practice their religion, receive visits, communicate & correspond with
persons or organizations subject to oder & security of the institution.

3-d)03-11.4 discrimination, harassment, & unprofessional conduct


Exhibit A-1.2

4)RSMo 575.060(false declaration) class A misdemeanor, 565.090(harassment) class E felony, 217.405(offender abuse) class D felony, 217.410(duty to report) class A misdemeanor. 5)US federal laws,state & federal constitutional amendments of the 5th, 8th & 14th of life, liberty & property, cruel & unusual punishment, due process, & equal protections, 42 USC 1414(pattern of practice) 18 USC 241(depervation of rights), 18 242X conspiracy against rights)RSMo334.001-334.258 & 20 CSR 2150-001-2.001-20, 20 CSR 2150-2.260

6)My problem is the violation of my rights as outlined in the foregoing but not limited to by the following but not limited to on going pattern of practice abuse of authority conspiracy of obstruction of justice against the depervation of my rights by the discrimination, harassment, & unprofessional conduct & abuse of such rights by the following but not limited to deliberate indifference actions of MDOC JCCC staff & personnel & MDOC JCCC medical care providers

6-b)With deliberate indifference to my serious medical care needs to my rights to have access to adequate medical by minimal civilized measure of lifes necessities of medical care by modern day societal standards of decency pursuant to RSMo & CSR causing irrepable harm, unessanary wonton pain & suffering to my current health & well being & my future health & well being by mDOC JCCC medical care providers staff & personnels following actions but not limited to;6-c) the unnecessary delay of medical care of my left index finger[6-d] on 8/3/21 my left index finger was injured by cos in a excessive force in 6 house A wing at about 3:30 PM[6-e]On about Oct 2021 I was in edseg on hunger strike to get medical treatment for my injured finger & agreed to come off of in exchange fora layin for an ace bandage of my finger & an xray of my finger[6-f]On about Oct 2021 I seen DON Stone about my finger & she put me in for the xrays of it[6-g]On about Oct 2021 I recieved xrays on my left index finger revealing swelling of the soft tissue[6-h]In Dec 2021 I when to nurses sickcall 4 times about my left index finger still being swollen, discolored, disfigured with still partial paralysis of [6-i]In Dec 2021 I seen MDOC JCCC Doc Burse about my fingure who put me in for an MRI, to see a orthipedic sugeon & a physical therapist[6-j]In Jan 2022 I went to 4 nurse sick call about the same issues with my finger[6-k]In Jan I seen Doc burse about my finger again & he put me in for the same as before on my finger[6-l]In Feb 2022 I went to 4 nurses sick call about my finger with the same issues[6-m]In FEB 2022 I seen Doc Burse about my finger again & agin he put me in for the same as before[6-n]In Feb 2022 JCCC medical care provider Susan Hodges seen offender Joseph Pries 1284960 in TCU & toll him she had accidentally scheduled him to see a hand doctor (see attachment labeled Exhibit A-1 a copy of his stament) [6-o]In March 2022 I went to 4 nurses sick call about the same issues with my finger[6-p]In March 2022I seen Doc Donaldson about my finger & she put me in to have an MRI, an orthipedic surgeon & physical therapy[6-q]In April 2022 I went to 4 nurses sick call again about my finger[6-r]I seen Doc Segall about my finger In April 2022 2 times about my finger & he put me in for the same thing as the other doctors did[6-s]In May 2022 Joseph Pries seen MDOC medical about his IRR on his knee & was showed that he had xrays on his left index finger which didnot happen that was my xrays not his see attachment 7)The action I am requesting is the protection of my rights as outlined in the foregoing but not limited to by granting me the following relief; 7-a)that I recieve the monetary compensation of 300,000.00 for the compensatory, nominal & punitive damages for the pain & suffering I sufferedfrom the delayed medical care for over 9 months at the time of this IRR of my serious medical care& needs causing irrepable harm, permanent paralysis & disfigurement to my left index finger significantly impacting negatively my current health& well being & my future health & well being& my abilities to be able to work to provide for my self or do every day normal routines for the rest of my life by the inablities to have full functions of my left finger for the rest of my life for the prolonged delay of medical care on my left index finger

8)REPRISAL NOTICE Pursuant to RSMo217.410 section 10 MDOC policy & all applicable state & federal laws any retaliation (or) adverse action (or) threats of transfer will be taken as a violation of law & will be reported for full investigation & prosecution to the full extent of the law 9) I JOSEPH BECKER 1090720 declare & swear the foregoing statement of facts is true & correct to the best of my belief under pains & penalties of perjury pursuant to 28 USC 1746/1706. /partides

DECLARANT DATE 6/6/22 SIGNATURE: _____
PRINT NAME JOSEPH BECKER
MDOC# 1090720
CELL# 2-B-112
ADDRESS JCCC
8200 No More Victims Rd
Jefferson City Mo 65101

ROBERT DIECKMAN
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES JANUARY 23, 2026
COLE COUNTY
COMMISSION #22838095

Exhibit A-1.2

DECLARATION STATEMENT OF FACTS

FROM JOSEPH PREIS 1284960                    For: Joseph Becker 1090720

    2-B-112                                      2-B-112
    JCCC                                          JCCC
    8200 No More Victims Rd                       8200 No More victims Rd
    Jefferson City Mo 65101                      Jefferson City Mo 65101

    1) On about Feb 15 Susan Hodges came in my room in TCU & stated sheU scheduled me for an appoinment with the hand Doctor by accident

    2)On 5/24/22 I offender Joseph Preis 1284960 went to a nurses appaointment at JCCC medical for an IRR which the nurse showed me my medical records revealing that I had an xray on my left index finger at which time I told her that I had an xray on my left knee & that JCCC medical had been getting my records mixed up with Joseph Becker's records causing both of us to suffer from delays of medical care

    3) I Joseph Preis 1284960 declare & swear the foregoing statement of facts is true & correct to the best of my belief under pains & penalties of perjury pursuant to 28 USC 1747/ #PGS 1/ # articles2/   DATE 6 /30/ 22

    Declarant
    Joseph Preis 1284960       SIGNATURE: _Joe Preis_

                                         NOTARY

       PG# 1 of 1

ROBERT DIECKMAN
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES JANUARY 23, 2026
COLE COUNTY
COMMISSION #22838095

Exhibit A-12

Michael L. Parson
Governor

Anne L. Precythe
Director



2729 Plaza Drive
P. O. Box 236
Jefferson City, MO 65102
Telephone: 573-751-2389
Fax: 573-526-0880

## State of Missouri
## DEPARTMENT OF CORRECTIONS
*"Improving Lives for Safer Communities"*

GRIEVANCE APPEAL RESPONSE

January 9, 2023

Joseph Becker
Register #1090720
Jefferson City Correctional Center

RE:    JCCC-22-1123
         Activities
         Received on November 16, 2022
         Reviewed on January 9, 2023

Your appeal dated November 8, 2022, has been reviewed. The grievance response you received adequately addressed your complaint. In your complaint, you claim you are not being given enough time in the law library and you have a Qualified Legal Claim. Unfortunately, due to staff shortages, the library is closed at certain times due to this. There is no record of you bringing this matter to the attention of staff. I have not found any violation of policy and procedure. You failed to provide any evidence to support your complaint. Your appeal is denied.

Jason Lewis
Deputy Division Director
Division of Adult Institutions

JL/rc



**OFFENDER'S
COPY**

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**OFFENDER GRIEVANCE APPEAL**

**INSTITUTION USE ONLY**
GRIEVANCE NUMBER: JCCC-22-1123
DATE FILED NOV 10 2022



**OFFENDER SECTION - MUST COMPLETE WITH INK**

OFFENDER NAME
Becker, Joseph

DOC I.D.
1090720

INSTITUTION
JCCC

REASON FOR APPEAL

My reason for appeal is the same as my original I.R.R. JCCC-22-1006
1123
Declaration statement of Facts Articles 1 through 6 & the Action
I'm requesting see Article 7
Please refer to my entire original I.R.R. J.C.C.C-22-1006/1123
Declaration Statement of facts consisting of 3 pgs, 9 Articles
& Exhibit labeled A-1 M.D.O.C. denial of giving me the same access to the law library
as other similarly situated level 5 prisoners in other institutions of 5 days a week 3 times a day
every time the library is opened is causing me the injury of not having sufficient access to the law
library to enable me to research law & determin what facts my be necessary to state a
cause of action violating caselaw, Zamora V Pierson, 158 F Supp, 2 d 830,836 (ND Ill 2001)
Gluth V Kangas 951 F2d 1504 1508, 1511 (9th cir 1991), Johnson-El V Schoemehl, 878 F2d 1043 1053
(8th cir 1989), Williams V Leeks 584 F2d at 1340, Cruz V Hauck 627 F2d at 720
Tillery V Owens, 719 Supp 1256, 1284 (W.D Pa 1989)

OFFENDER SIGNATURE
Joseph Becker

DOC I.D.
1090720

DATE
11/8/2022

**DIVISION DIRECTOR OR DESIGNEE RESPONSE**

OFFENDER'S
COPY

DIVISION DIRECTOR OR DESIGNEE SIGNATURE

DATE

Finalization of this appeal represents exhaustion of this grievance pursuant to federal law, 28 CFRs 40.

OFFENDER SIGNATURE

Exhibit M-1.4

DOC I.D.
1090720

DATE
1/25/23

MO 931-3378 (9-22)

I.R.R.# 3.52722



STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**HEALTH SERVICES REQUEST**

| TO BE COMPLETED BY HEALTHCARE STAFF ONLY | |
|---|---|
| DATE RECEIVED BY HEALTHCARE STAFF | TIME RECEIVED BY HEALTHCARE STAFF |

OFFENDER NAME (PLEASE PRINT): Joseph Becket

DOC NUMBER: 1090720

INSTITUTION: J.C.C.C.

HOUSING UNIT (INCLUDE WING & ROOM NUMBER): 3-D-104

WORK/SCHOOL SCHEDULE: None Full time student

I WISH TO BE SEEN BY (CHECK ONE):

☐ MEDICAL ☐ MENTAL HEALTH ☐ DENTAL ☐ OTHER

COMPLAINT: see back

OFFENDER SIGNATURE AND AUTHORIZATION TO TREAT: _Joseph Becker_

INITIAL FOR RECEIPT OF OTC INSTRUCTIONS:

DATE: 1/31/23

**DO NOT WRITE BELOW THIS LINE - FOR HEALTHCARE STAFF USE ONLY**

| ☐ **EMERGENT** *(SEE IMMEDIATELY)* | ☐ **URGENT** *(SEE DURING SHIFT)* | ☐ **ROUTINE** *(NEXT AVAILABLE SICK CALL)* |
|---|---|---|
| ☐ ADMINISTRATOR | ☐ DENTAL | ☐ DOCTOR SICK CALL | ☐ DON | ☐ LAB / X-RAY |
| ☐ MED ROOM | ☐ MENTAL HEALTH | ☐ NURSE SICK CALL | ☐ OPTOMETRY | ☐ OTHER:_____ |

TRIAGE STAFF NOTES:

| TRIAGE STAFF SIGNATURE & TITLE | DATE TRIAGED | TIME TRIAGED | ☐ FACE-TO-FACE TRIAGE COMPLETED |
|---|---|---|---|

**HEALTHCARE STAFF NOTES:**

HEALTHCARE STAFF SIGNATURE

Exhibit M-1.5

| | DATE | TIME |
|---|---|---|

MO 931-1319 (2-19)

## HSR DECLARATION STATEMENT OF FACTS LETTER

1) I have been sent unofficial & unprofessional letters with my HSRs being returned to stating JCCC medical will not process any HSRs that there is writing on the back of which constitutes direct violations of my constitutional rights under the Eighth Amendment to the United States Constitution to recieve adequate medical that is not justified causing the delay & denial of medical treatment by factors that are unrelated to the medical needs

2) Well as you can see with this HSR Im going to continue to write on the back of HSRs because there is no where in MDOC policy or procedures that prohibits me from writing on the back of the HSRs giving medical complete information of the medical issue Im having so they may make a more expedient informed decision of the medical treatment necessary

3) Im making this HSR into a legal document & all future HSRs being notarized & copied since     medical denies Ive turned in IRRs or chooses not to respond to them causing the denial of access to adequate medical care for serious medical needs

4) If medical staff wishes to ignore or throw away this HSR I will have legal proof of its exsistence to file an IRR then a law suit for the sytemic deficiencies in medical care systems for identifying offenders with medical needs are diagnosed & treated with the systemic deficiencies in staffing, facilities & procedures by the disorganization & dysfunction denying adequate medical care system that dont meet the minimal standards of care which causes me to suffer unnecessary inevitably constituting deliberate indifference

5) If medical staff wants me to stop sending HSRs with this exact stament on the back of the HSRs, then what my medical issues are, then I need an official written document with a legable name, title, signed & dated that states under what RSMo & MDOC policy that prohibits offenders from writing on the back of HSRs that was promulgated under RSMo 217.040 rule making authority.

6) My medical issue is
    My finger was injured on 8/3/21 by cos in use of force
    I have never recieved anything for the pain
    My occupational therapy stopped in Oct 2022
    I need treatment for my finger it is still
    57% paralized and the problem has not been fixed
    in over a year now. If I need something for the
    pain

7) I Joseph Becker declare & swear the foregoing is true & correct to the best of my belief under pains & penalties of perjury pursuant to 28 USC 1746
DELARANT          DATE  1 / 31 / 23

name Joseph Becker

cell 3-0-104

address JCCC
8200 No More Victims Rd
Jefferson City Mo 65101

SIGNATURE: [signature]

HSR# 161332 PG  2  OF  2

WITNESS/NOTARY

State of Missouri

County of Cole

The foregoing instrument was acknowledged before me this dated January 31 2023

Renee Walker
Your Name Here, Notary Public

My Commission Expires July 26, 2025

RENEE WALKER
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES JULY 26, 2025
COLE COUNTY
COMMISSION #21562734

Exhibit M-1.5
RENEE WALKER
COMMISSION #215



STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**HEALTH SERVICES REQUEST**

| OFFENDER NAME (PLEASE PRINT) | DOC NUMBER | INSTITUTION |
| --- | --- | --- |
| Joseph Becker | 1090720 | J.C.C.C. |

| HOUSING UNIT (INCLUDE WING & ROOM NUMBER) | WORK/SCHOOL SCHEDULE |
| --- | --- |
| 3-D-104 | Full time student |

I WISH TO BE SEEN BY (CHECK ONE):

☐ MEDICAL  ☐ MENTAL HEALTH  ☐ DENTAL  ☐ OTHER

COMPLAINT: see back

| OFFENDER SIGNATURE AND AUTHORIZATION TO TREAT | INITIAL FOR RECEIPT OF OTC INSTRUCTIONS | DATE |
| --- | --- | --- |
| Joseph Becker | | 2/24/23 |

**DO NOT WRITE BELOW THIS LINE - FOR HEALTHCARE STAFF USE ONLY**

| ☐ **EMERGENT** (SEE IMMEDIATELY) | ☐ **URGENT** (SEE DURING SHIFT) | ☐ **ROUTINE** (NEXT AVAILABLE SICK CALL) |
| --- | --- | --- |

| ☐ ADMINISTRATOR | ☐ DENTAL | ☐ DOCTOR SICK CALL | ☐ DON | ☐ LAB / X-RAY |
| --- | --- | --- | --- | --- |
| ☐ MED ROOM | ☐ MENTAL HEALTH | ☐ NURSE SICK CALL | ☐ OPTOMETRY | ☐ OTHER:____ |

TRIAGE STAFF NOTES:

| TRIAGE STAFF SIGNATURE & TITLE | DATE TRIAGED | TIME TRIAGED | ☐ FACE-TO-FACE TRIAGE COMPLETED |
| --- | --- | --- | --- |

HEALTHCARE STAFF NOTES:

| HEALTHCARE STAFF SIGNATURE | | DATE | TIME |
| --- | --- | --- | --- |

**Exhibit M-16**

MO 931-1319 (2-19)

# HSR DECLARATION STATEMENT OF FACTS LETTER

1) I have been sent unofficial & unprofessional letters with my HSRs being returned to stating JCCC medical will not process any HSRs that there is writing on the back of which constitutes direct violations of my constitutional rights under the Eighth Amendment to the United States Constitution to recieve adequate medical that is not justified causing the delay & denial of medical treatment by factors that are unrelated to the medical needs

2) Well as you can see with this HSR Im going to continue to write on the back of HSRs because there is no where in MDOC policy or procedures that prohibits me from writing on the back of the HSRs giving medical complete information of the medical issue Im having so they may make a more expedient informed decision of the medical treatment necessary

3) Im making this HSR into a legal document & all future HSRs being notarized & copied since      medical denies Ive turned in IRRs or chooses not to respond to them causing the denial of access to adequate medical care for serious medical needs

4) If medical staff wishes to ignore or throw away this HSR I will have legal proof of its exsistence to file an IRR then a law suit for the sytemic deficiencies in medical care systems for identifying offenders with medical needs are diagnosed & treated with the systemic deficiencies in staffing, facilities & procedures by the disorganiztation & dysfunction denying adequate medical care system that dont meet the minimal standards of care which causes me to suffer unnecessary inevitably constituting deliberate indifference

5) If medical staff wants me to stop sending HSRs with this exact stament on the back of the HSRs then what my medical issues are, then I need an official written document with a legiable name, title, signed & dated that states under what RSMo & MDOC policy that prohibits offenders from writing on the back of HSRs that was promulgated under RSMo 217.040 rule making authority.

6) My medical issue is

My finger was injured over a year ago, I was diagnosed with a serious medical need of trigger finger over a year ago, my finger is still 57 percent paralyzed, swells, twiches, colds did I have never recieved anything for the pain. My last physical therapy session was on 10/3/23, I put in my last notarized HSR on this issue on 1/31/23 This is the second notarized HSR I've put in on my finger this year Per MDOC policy IS and S.O.P 11-32, In non emergency Health service request and triage I should have had my last HSR processed in 24 hours, I should have been seen by a medical care provider with this second HSR per MDOC policy I should be scheduled and seen medical care provider within 14 days. Non compliance with these MDOC policies will result in an IRR then legal litigation By not being seen by a doctor within 24 hours of reciept of my HSR on 1/31/23 and not having sick call more than 2 times a week MDOC medical is in violation of case law U.S V Michigan 680 F supp 928 1043-45 1061 (W.D Mich 1987), Johson - E1 V Schoemehl 878, F.2d 1043, 1045-55 (8th cir 1985)

7) I **Joseph Becker** declare & swear the foregoing is true & correct to the best of my belief under pains & penalties of perjury pursuant to 28 USC 1746

DELARANT      DATE **2/24/23**

name **Joseph Becker #1090720**

cell **3-D-104**

address **JCCC**
**8200 No More Victims Rd**
**Jefferson City Mo 65101**

SIGNATURE: _Joseph [signature]_

HSR# 1.29723 PG **2** OF **2**

[Exhibit M-1.6]

WITNESS/NOTARY

State of: **Missouri**
County of: **Cole**
The foregoing instrument was acknowledged before me **24** day of **Feb.** , **2023**

_[signature]_
Your Name Here, Notary Public

My Commission Expires **July 26, 2025**

RENEE WALKER
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES JULY 26, 2025
COLE COUNTY
COMMISSION #21562734

# DECLARATION STATEMENT OF FACTS LETTER

TO: Case worker Johnson  
J.C.C.  
8200 No More Victims Rd  
Jefferson City, Mo 65101

FROM: Joseph Becker  
3-D-104  
J.C.C.  
8200 No More Victims Rd  
Jefferson City, Mo. 65101

(1) I need the following I.R.R.s  
one IRR to file an violation of my due process in IRR J.C.C. 23-264  
one IRR to file an violation of my due process in IRR J.C.C. 23-263  
one IRR to file an Co. Dobbins in education denial of my Law  
Library time  
one IRR on medical not responding to my HSRs  
one IRR on J.C.C. staff not adhering and following emergency  
plumbing protocols to resolve issue(s) of pipes of flooding  
cells

I need a work order filled out on cell 264 about my plumbing  
flooding and flowing through my ceiling and down my cell wall

( ) I ask the respondent to this letter to comply & adhere to all applicable state & federal laws & MDOC policies & procedures pursuant to IS & SOP 13-1.1 by the respondent staff member responding in thier official capacity by: responding within 7 working days from the reciept of this letter; In the official responds format by; such responds being legiable; with respondents complete name, rank, title, position, staff registration number, sign & date on the responds aloted area of this letter form.

( ) Any failure to adhere to MDOC policy responds format within 7 working days to this letter will result in the filling of an IRR on the issue, reporting it to the inspector generals, MDOC directors officies for full investigalon & prosecution to the full extent of the law.

( ) Pleas place legible responds to this letter in the following aloted area & return this letter to sender;

( ) MDOC staff respondant to this letter print in the following area your official rank, title, position, complete name:

staff MDOC registration number;  
DATE / / SIGNATURE:  
( ) PRINT COMPLETE NAME & MDOC#  
Joseph Becker 1090720  
declare & swear the foregoing statement of facts is true & correct to the best of my belief under pains & penalties of perjury pursuant to 28 USC 1746.//PGS /#articles/ DATE 3/14/23  
FROM DECLARANT:  
PRINT COMPLETE NAME: Joseph Becker  
MDOC: 1090720  
SIGNATURE:  
#J.3323

NOTARY/WITNESS

State of: Missouri  
County of: Cole  
The foregoing instrument was acknowledged before me 14 day of March 2023  
Your Name Here, Notary Public  
My Commission Expires July 26, 2025

RENEE WALKER  
NOTARY PUBLIC - NOTARY SEAL  
STATE OF MISSOURI  
MY COMMISSION EXPIRES JULY 26, 2025  
Cole County  
COMMISSION #21562734

PG# 1 OF 1

**Exhibit M-1.7**



STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**HEALTH SERVICES REQUEST**

OFFENDER NAME (PLEASE PRINT)
Joseph Becket

DOC NUMBER
1090720

INSTITUTION
J.C.C.C.

HOUSING UNIT (INCLUDE WING & ROOM NUMBER)
3-D-104

WORK/SCHOOL SCHEDULE

I WISH TO BE SEEN BY (CHECK ONE):
☐ MEDICAL  ☐ MENTAL HEALTH  ☐ DENTAL  ☐ OTHER

COMPLAINT:
see back

OFFENDER SIGNATURE AND AUTHORIZATION TO TREAT
Joseph Becker

INITIAL FOR RECEIPT OF OTC INSTRUCTIONS

DATE
3/14/23

**DO NOT WRITE BELOW THIS LINE - FOR HEALTHCARE STAFF USE ONLY**

☐ **EMERGENT**
*(SEE IMMEDIATELY)*

☐ **URGENT**
*(SEE DURING SHIFT)*

☐ **ROUTINE**
*(NEXT AVAILABLE SICK CALL)*

| ☐ ADMINISTRATOR | ☐ DENTAL | ☐ DOCTOR SICK CALL | ☐ DON | ☐ LAB / X-RAY |
| ☐ MED ROOM | ☐ MENTAL HEALTH | ☐ NURSE SICK CALL | ☐ OPTOMETRY | ☐ OTHER: |

TRIAGE STAFF NOTES:

TRIAGE STAFF SIGNATURE & TITLE | DATE TRIAGED | TIME TRIAGED | ☐ FACE-TO-FACE TRIAGE COMPLETED

**HEALTHCARE STAFF NOTES:**

HEALTHCARE STAFF SIGNATURE | Exhibit M-1.8 | DATE | TIME

MO 931-1319 (2-19)

HSR DECLARATION STATEMENT OF FACTS LETTER

1) I have been sent unofficial & unprofessional letters with my HSRs being returned to stating JCCC medical will not process any HSRs that there is writing on the back of which constitutes direct violations of my constitutional rights under the Eighth Amendment to the United States Constitution to recieve adequate medical that is not justified causing the delay & denial of medical treatment by factors that are unrelated to the medical needs

2) Well as you can see with this HSR Im going to continue to write on the back of HSRs because there is no where in MDOC policy or procedures that prohibits me from writing on the back of the HSRs giving medical complete information of the medical issue Im having so they may make a more expedient informed decision of the medical treatment necessary

3) Im making this HSR into a legal document & all future HSRs being notarized & copied since    medical denies Ive turned in IRRs or chooses not to respond to them causing the denial of access to adequate medical care for serious medical needs

4) If medical staff wishes to ignore or throw away this HSR I will have legal proof of its exsistence to file an IRR then a law suit for the sytemic deficiencies in medical care systems for identifying offenders with medical needs are diagnosed & treated with the systemic deficiencies in staffing, facilities & procedures by the disorganization & dysfunction denying adequate medical care system that dont meet the minimal standards of care which causes me to suffer unnecessary inevitably constituting deliberate indifference

5) If medical staff wants me to stop sending HSRs with this exact stament on the back of the HSRs, then what my medical issues are, then I need an official written document with a legiable name, title, signed & dated that states under what RSMo & MDOC policy that prohibits offenders from writing on the back of HSRs that was promulgated under RSMo 217.040 rule making authority.

6) My medical issue is
This is the 3rd HSR Ive sent in the last 3 months on my left index finger not being treated, Ive been approved for 1 physical therapy since 1 October '22
I still have not recieved anything for the pain or swelling in my left index finger

7) I Joseph Becker declare & swear the foregoing is true & correct to the best of my belief under pains & penalties of perjury pursuant to 28 USC 1746
DELARANT          DATE 3 / 14 / 23

name Joseph Becker

cell # 3 - D - 104

address J.C.C.C
8200 No Mote Victims Rd
Jefferson City, Mo 65101

SIGNATURE:

HSR#1.31422 PG 2 OF 2

Exhibit M-1.8

WITNESS/NOTARY

State of Missouri
County of Cole
The foregoing instrument was acknowledged before me 14 day of March 2023

Renee Walker
Your Name Here Notary Public
My Commission Expires July 26, 2025

RENEE WALKER
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES JULY 26, 2025
COLE COUNTY
COMMISSION #21562734

## DECLARATION STATEMENT OF FACTS LETTER

TO: Case Worker Johnson
J.C.C.C
8200 No Mote Victims Rd
Jefferson City Mo 65101

FROM: Joseph Becker 1090220
J.C.C.C.
3 D-104
8200 No Mote Victims Rd
Jefferson City Mo 65101

1) I need the following information from M.D.O.C staff in a letter for my legal work

I need the last day I was employed and the pay rate I recieved

I need the exact date of my schtenciing to M.D.O.C.

I still need an IRR to file on Medical Not responding to My HSRs

I need an IRR to file on no respons to my IRR I filed on medical on 11/17/22

( ) I ask the respondent to this letter to comply & adhere to all applicable state & federal laws & MDOC policies & procedures puersuant to IS & SOP 13-1.1 by the respondent staff member responding in thier official capacity by: responding within 7working days from the reciept of this letter; in the official responds format by: such responds being legible; with respondants complete name, rank, title, position, staff registration number, sign & date on the responds sloted area of this letter form.

( )Any failure to adhere to MDOC policy responds format within 7working days to this letter will result in the filling of an IRR on the issue, reporting it to the inspector generals, MDOC directors officies for full investigaion & prosecution to the full extent of the law.

( )Pleas place legible responds to this letter in the following sloted area & return this letter to sender;

( )MDOC staff raspondent to this letter print in the following area your official rank, title, position, complete name:

staff MDOC registration number;
DATE  /  /   SIGNATURE:
( )1PRINT COMPLETE NAME & MDOC#

declare & swear the foregoing statement of facts is true & correct to the best of my belief under pains & penalties of perjury pursuant to 28 USC 1746.//PFGS   //articles/ DATE 3/24/23
FROM DECLARANT:
PRINT COMPLETE NAME: Joseph Becker
MDOC: 1090220
SIGNATURE:

NOTARY/WITNESS
State of: Missouri
County of: Cole
The foregoing instrament was acknowledged before me 24 day of March 2023
Reu Walker
Your Name Here; Notary Public
My Commission Expires July 26 2025

RENEE WALKER
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES JULY 26, 2025
COLE COUNTY
COMMISSION #21562734

PG# 1 OF  Exhibit N1.5

# DECLARATION STATEMENT OF FACTS LETTER

TO: J.C.C.C. Grievance officer          FROM: Joseph Becker 1090120
   J.C.C.C.                                         3-0-104
   8200 No More Victims Rd                          J.C.C.C.
   Jefferson City Mo 65101                          8200 No More Victims Rd
                                                    Jefferson City Mo 65101

I need the next stage of the I.R.R. process the grievance to an IRR I
filed on medical Jan 11/17/22. I
don't have a complaint number because J.C.C.C. staff don't adhere to M.D.O.C.
policy and inter. la complaint number which I.R.R.s are given to offenders

Per M.D.O.C. policy D5-3.2.          Offender grievance procedures

the offender is to give the grievance officer notification when a IRR respons
is past 41 days and the grievance officer is to give the offender to the
next stage the grievance 'form.

I already gave one copy of this IRR to the case workers because medical said they
lost it

If you don't respond to this letter I will file an I.R.R. on you

(   ) I ask the respondent to this letter to comply & adhere to all applicable state & federal laws & MDOC policies
& procedures pursuant to IS & SOP 15-1.1 by the respondent staff member responding in thier official capacity
by: responding within 7working days from the reciept of this letter; in the official responds format by; such
responds being legible; with respondants complete name, rank, title, position, staff registration number,
sign & date on the responds alloted area of this letter form.
(   )Any failure to adhere to MDOC policy responds format within 7working days to this letter will result in
the filling of an IRR on the issue, reporting it to the inspector generals, MDOC directors officies for full
investigation & prosecution to the full extent of the law.
(   )Pleas place legible responds to this letter in the following alloted area & return this letter to sender;

---

(   )MDOC staff respondant to this letter print in the following
area your official rank, title, position, complete name;

staff MDOC registration number;
DATE  /  /    SIGNATURE:
(   )PRINT COMPLETE NAME & MDOC# Joseph Becker
1090120
declare & swear the foregoing statement of facts is true & correct
to 28 USC 1746.//PGS //articles/ DATE 3/28/ 23
FROM DECLARANT:
PRINT COMPLETE NAME: Joseph Becker
MDOC: 1090120
SIGNATURE:

NOTARY/WITNESS
State of: Missouri
County of: Cole
The foregoing instrument was acknowledged
before me 28 day of March 2023
Ren Walker
Your Name Here, Notary Public
My Commission Expires July 26, 2025

RENEE WALKER
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES JULY 26, 2025
COLE COUNTY
COMMISSION #21562734

1.32823    PG# 1 of     Exhibit N-LL



# **Missouri Department of Corrections**

### Jefferson City Correctional Center

### **WARDEN'S RESPONSE**

Offender Name:  Joseph Becker #1090720 3D104
Category:  Activities-Canteen
IRR Log #:JCCC-22-2395
Date:  March 16th, 2023

     I have reviewed your grievance and pertinent information concerning your complaint of canteen.  You state that you cannot buy lined note book or legal pad paper from the canteen due to being out of stock and that your rights to access the court is being violated.  You request to have the canteen manager provide sufficient canteen supplies by going to a local vendor and purchasing stock, or be provided with free paper from the department's supply, and for the canteen manager to be terminated.
     Be advised, I have conducted an administrative review of your complaint.  The response you received at the IRR stage adequately addresses the issue.  The canteen has alternative paper for you to purchase, and has since had it's lined paper supply increased.
     This should satisfy your complaint.  Your grievance is denied.

     If you disagree with this response you have (7) days from the day you sign the grievance in which to file a grievance appeal.

Warden: _____  Date: _8/20/23_____

## OFFENDER'S
## COPY

IRR# 1.12622

## Exhibit N-1.7

placeholder



STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**OFFENDER GRIEVANCE**

**INSTITUTION USE ONLY**
GRIEVANCE NUMBER: JCCC 22 - 2395
CATEGORY: 2 - Cautic   DATE FILED: JAN 0 3 202

| OFFENDER SECTION - MUST COMPLETE WITH INK | | | | |
|---|---|---|---|---|
| OFFENDER NAME Joseph Becker | DOC I.D. 1090720 | HOUSING UNIT 3-D-104 | UNIT | INSTITUTION J.C.C.C. |

OFFENDER GRIEVANCE OR REQUEST

My reason for grievance is the same as my original CRRJCCC 22-2395 Declaration Statement of facts Articles 1 through 6 & my request see article 7

Please Refer to my entire original CRRJCCC 22-2395 Declaration statement of facts consisting of 9 Articles & 12 pgs

| OFFENDER SIGNATURE Joseph Becker | DOC I.D. 1090720 | DATE 12/28/22 |
|---|---|---|

**CAO OR DESIGNEE RESPONSE**

| CHIEF ADMINISTRATIVE OFFICER OR DESIGNEE SIGNATURE   David 8 A Balkanell WARDEN | I.D NUMBER 110578 | DATE 3/7/23 |
|---|---|---|

YOU HAVE THE RIGHT TO APPEAL THE DECISION TO A DIVISION DIRECTOR. YOU MUST FILE AN APPEAL FORM WITH THE GRIEVANCE OFFICER WITHIN SEVEN DAYS FROM THE DAY YOU RECEIVE THIS DECISION. FAILURE TO SUBMIT AN APPEAL WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT OF THE GRIEVANCE.

☐ I ACCEPT THIS DECISION   ☑ I APPEAL THIS DECISION

| OFFENDER SIGNATURE | DOC I.D. 1090720 | DATE 4/5/23 |
|---|---|---|

OFFENDER'S COPY  Exhibit N-1.8

MO 931-3377 (8-22)   CRR#12622



STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**OFFENDER GRIEVANCE APPEAL**

3D109

**INSTITUTION USE ONLY**
GRIEVANCE NUMBER: JCCC-22-2395
DATE FILED: _____

**OFFENDER SECTION - MUST COMPLETE WITH INK**

OFFENDER NAME
Becker Joseph

DOC I.D.
1090720

INSTITUTION
JCC

REASON FOR APPEAL

My reason for appeal is the same as My original IRR# 22-2395
Declaration statement of facts Article's 1 through 6
My request is the same as my original IRR# 22-2395
Declaration statement of facts Article 7
Nal Please refer back to my entire original IRR# JCCC-22-2395
Declaration statement of facts consisting of 9 Articles & 2 pgs.

OFFENDER SIGNATURE
Joseph Becker

DOC I.D.
1090720

DATE
7/5/23

**DIVISION DIRECTOR OR DESIGNEE RESPONSE**

DIVISION DIRECTOR OR DESIGNEE SIGNATURE

DATE

Finalization of this appeal represents exhaustion of this grievance pursuant to federal law, 28 CFRs 40.

OFFENDER SIGNATURE

DOC I.D.

DATE

MO 931-33/8 (9-22)

IRR# 1.12622

**Exhibit N-1.9**



STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**OFFENDER GRIEVANCE**

**INSTITUTION USE ONLY**
GRIEVANCE NUMBER: JCCC - 22-2229
CATEGORY: 5 - TREATMENT    DATE FILED: _____

**OFFENDER SECTION - MUST COMPLETE WITH INK**

| OFFENDER NAME | DOC I.D. | HOUSING UNIT | UNIT | INSTITUTION |
|---|---|---|---|---|
| Better Josson | 1090720 | 3 | D1A9 | Jccc |

**OFFENDER GRIEVANCE OR REQUEST**

My grievance is the same as my original IRR# JCCC-22-2229
Declaration Statement of facts Articles 1 through 6
My request is the same as my original IRR# JCCC-22-2229
Declaration Statement of facts Article 7
Please refer back to my entire original IRR# JCCC-22-2229
Declaration statement of facts consisting of 9 Articles and 2 pgs

| OFFENDER SIGNATURE | DOC I.D. | DATE |
|---|---|---|
| Joseph A. Betts | 1040726 | 4/5/23 |

**CAO OR DESIGNEE RESPONSE**

| CHIEF ADMINISTRATIVE OFFICER OR DESIGNEE SIGNATURE | I.D NUMBER | DATE |
|---|---|---|

YOU HAVE THE RIGHT TO APPEAL THE DECISION TO A DIVISION DIRECTOR. YOU MUST FILE AN APPEAL FORM WITH THE GRIEVANCE OFFICER WITHIN SEVEN DAYS FROM THE DAY YOU RECEIVE THIS DECISION. FAILURE TO SUBMIT AN APPEAL WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT OF THE GRIEVANCE.

☐ I ACCEPT THIS DECISION    ☐ I APPEAL THIS DECISION

| OFFENDER SIGNATURE | DOC I.D. | DATE |
|---|---|---|

Exibit 0-1

MO 931-3377 (9-22)    IRR# I. 11 1822



PATRICK K. MCKENNA
Director

PAMELA J. HARLAN
Secretary to Commission

RICH TIEMEYER
Chief Counsel

Margarete Crawford
Assistant Counsel
Chief Counsel's Office
105 W. Capitol Ave., P.O. Box 270
Jefferson City, MO 65102
(573) 751-3688
Fax (573) 526-4408

# MISSOURI HIGHWAYS AND TRANSPORTATION COMMISSION

April 5, 2023

Joseph Becker, #1090720
Jefferson City Correctional Center
8200 No More Victims Rd.
Jefferson City, MO 65101

     RE:    Response to request for legal representation

Hello Mr. Becker,

    I received your letter addressed to Terri Parker requesting legal representation for a § 1983 civil lawsuit you intend to bring against the Missouri Department of Corrections. All of the attorneys at the address in which you sent your letter represent the Missouri Highways and Transportation Commission and Missouri Department of Transportation. Thus, we are unable to represent any person or entity outside of our clients. Please note this letter as our inability to represent you in any current or future legal matters.

Sincerely,

Margarete E.L. Crawford
Assistant Counsel

Exhibit O-1.1



*Our mission is to provide a world-class transportation system that is safe, innovative, reliable and dedicated to a prosperous Missouri.*
www.modot.org

Case 2:23-cv-04164-BCW    Document 1-2    Filed 07/25/23    Page 196 of 205



# MISSOURI STATE PUBLIC DEFENDER

Jefferson City Trial Office
210 Adams Street
Jefferson City, Missouri 65101
Telephone: 573-526-3266
Fax: 573-526-1115

April 3, 2023

Mr. Joseph Becker #1090720
JCCC
8200 No More Victims Rd
Jefferson City, MO 65101

Re: Application for Services

Dear Mr. Becker:

We have received your letter about services from the Missouri State Public Defender System. We have determined that you are not eligible to receive Missouri State Public Defender services. The Missouri State Public Defender Commission has established and enforces Guidelines for Determination of Indigency (Guidelines) which can be found under Title 18 CSR 10-3.010. The reason you are not eligible is that your charge is not a qualifying state charge. **The Missouri State Public Defender does not provide representation for civil cases, municipal charges, traffic violations or family court.** Please contact a private attorney or reach out to a local legal aid organization. We wish you luck.

Sincerely,


Lori Morgan

Exhibit O-1.2



STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**HEALTH SERVICES REQUEST**

TO BE COMPLETED BY HEALTHCARE STAFF ONLY

| DATE RECEIVED BY HEALTHCARE STAFF | TIME RECEIVED BY HEALTHCARE STAFF |
|---|---|
| | |

| OFFENDER NAME (PLEASE PRINT) Joseph Becker | DOC NUMBER 1090720 | INSTITUTION J.C.C.C. |
|---|---|---|

| HOUSING UNIT (INCLUDE WING & ROOM NUMBER) 3-D-104 | WORK/SCHOOL SCHEDULE Full time student |
|---|---|

I WISH TO BE SEEN BY (CHECK ONE):
☐ MEDICAL ☐ MENTAL HEALTH ☐ DENTAL ☐ OTHER

COMPLAINT: See back

| OFFENDER SIGNATURE AND AUTHORIZATION TO TREAT | INITIAL FOR RECEIPT OF OTC INSTRUCTIONS | DATE 4/18/23 |
|---|---|---|

**DO NOT WRITE BELOW THIS LINE - FOR HEALTHCARE STAFF USE ONLY**

| ☐ EMERGENT (SEE IMMEDIATELY) | ☐ URGENT (SEE DURING SHIFT) | ☐ ROUTINE (NEXT AVAILABLE SICK CALL) |
|---|---|---|

| ☐ ADMINISTRATOR | ☐ DENTAL | ☐ DOCTOR SICK CALL | ☐ DON | ☐ LAB / X-RAY |
|---|---|---|---|---|
| ☐ MED ROOM | ☐ MENTAL HEALTH | ☐ NURSE SICK CALL | ☐ OPTOMETRY | ☐ OTHER: |

TRIAGE STAFF NOTES:

| TRIAGE STAFF SIGNATURE & TITLE | DATE TRIAGED | TIME TRIAGED | ☐ FACE-TO-FACE TRIAGE COMPLETED |
|---|---|---|---|

HEALTHCARE STAFF NOTES:

| HEALTHCARE STAFF SIGNATURE | DATE | TIME |
|---|---|---|

MO 931-1319 (2-19)

Exhibit Q-13

HSR DECLARATION STATEMENT OF FACTS LETTER

1) I have been sent unofficial & unprofessional letters with my HSRs being returned to stating JCCC medical will not process any HSRs that there is writing on the back of which constitutes direct violations of my constitutional rights under the Eighth Amendment to the United States Constitution to recieve adequate medical that is not justified causing the delay & denial of medical treatment by factors that are unrelated to the medical needs

2) Well as you can see with this HSR Im going to continue to write on the back of HSRs because there is no where in MDOC policy or procedures that prohibits me from writing on the back of the HSRs giving medical complete information of the medical issue Im having so they may make a more expedient informed decision of the medical treatment necessary

3) Im making this HSR into a legal document & all future HSRs being notarized & copied since          medical denies Ive turned in IRRs or chooses not to respond to them causing the denial of access to adequate medical care for serious medical needs

4) If medical staff wishes to ignore or throw away this HSR I will have legal proof of its exsistence to file an IRR then a law suit for the sytemic deficiencies in medical care systems for identifying offenders with medical needs are diagnosed & treated with the systemic deficiencies in staffing, facilities & procedures by the disorganiztation & dysfunction denying adequate medical care system that dont meet the minimal standards of care which causes me to suffer unnecessary inevitably constituting deliberate indifference

5) If medical staff wants me to stop sending HSRs with this exact stament on the back of the HSRs, then what my medical issues are, then I need an official written document with a legiable name, tittle, signed & dated that states under what RSMo & MDOC policy that prohibits offenders from writing on the back of HSRs that was promulgated under RSMo 217.040 rule making authority.

6) My medical issue is

My finger on my left hand index is still 57% percent patalyzed It was injured on 8/3/21 and I have not recieved the published standards of care for what Ive been diagnosed with trigger finger. Ive filed over 30 HSRs requesting medical care. Im requesting an MRI and to see an orthopedic hand surgeon specialist as is the minimal standards of care for any one diagnosed with trigger finger

7) I Joseph Becket declare & swear the foregoing is true & correct to the best of my belief under pains & penalties of perjury pursuant to 28 USC 1746

DELARANT                    DATE 4/18/23

name Joseph Becket

cell# 3-D-104

address J.C.C.C
8200 No Moto Victims Rd
Jefferson City Mo 65101

SIGNATURE: [signature]

HSR# 1. 4/23 PG 1  OF 1

Exhibit O-1.3

WITNESS/NOTARY

State of: Missouri
County of: Cole
The foregoing instrument was acknowledged before me 16 day of April 2023

[signature] Renee Walker
Your Name Here, Notary Public

My Commission Expires July 26, 2025

RENEE WALKER
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES JULY 26, 2025
COLE COUNTY
COMMISSION #21562734

Grievance Response

To: Becker, Joseph

Institution: JCCC

Grievance Number: JCCC-22-966

Date of Grievance: 10/6/2022

Your Grievance has been received and reviewed as well as your healthcare record. The purpose of this review is to determine if necessary health care, as determined by your health care providers, has been provided to you. This assessment of your health care needs may differ from your personal desires.

Your original concern is understood to be, you state that your rights have been violated with MDOC policies and procedures and the employee code of conduct. You also state a complaint about a delay in medical care.

Subsequent to review and investigation, the results are as follows; per SOPD-3.2 Offender Grievance, your complaint must be one issue and not expanded. The additions of other issues is prohibited.

In conclusion, this IRR is expanded.

If your condition changes please address any concerns through the sick call process at your facility.

1/12/2023            4/19/2023

Date Received        Date of Response

                                        Ashlee Arce, RN

                                        Medical Designee

                                        Site Medical Director/ Designee

**OFFENDER'S**
**COPY**

IRR# 1.52522          Exhibit O-1.4



RECEIVED

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**OFFENDER GRIEVANCE**

| INSTITUTION USE ONLY | |
|---|---|
| GRIEVANCE NUMBER: _J.C.C.C-22-966_ | |
| CATEGORY: _____ DATE FILED: _____ | |

**OFFENDER SECTION - MUST COMPLETE WITH INK**

| OFFENDER NAME | DOC I.D. | HOUSING UNIT | UNIT | INSTITUTION |
|---|---|---|---|---|
| JOSEPH BECKER | 1090720 | 3 | | J.C.C.C. |

**OFFENDER GRIEVANCE OR REQUEST**

SEE ATTACHMENT DECLRATION STSMENT OF FACTS ARTICLES ____ through ____ for my complaint

see article 7 for my request. Please see my entire original IRR declaration statemnt of facts IRR# J.C.C.C.

22-966 ____ consisting of 3 PGS, 9 #articles & exhibits labeled A-1

as to the responds

| OFFENDER SIGNATURE | DOC I.D. | DATE |
|---|---|---|
| Joseph Becker | 1090720 | 9/28/22 |

**CAO OR DESIGNEE RESPONSE**

| CHIEF ADMINISTRATIVE OFFICER OR DESIGNEE SIGNATURE | I.D NUMBER | DATE |
|---|---|---|
| _____ | 47683 | 3/21/2023 |

YOU HAVE THE RIGHT TO APPEAL THE DECISION TO A DIVISION DIRECTOR. YOU MUST FILE AN APPEAL FORM WITH THE GRIEVANCE OFFICER WITHIN SEVEN DAYS FROM THE DAY YOU RECEIVE THIS DECISION. FAILURE TO SUBMIT AN APPEAL WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT OF THE GRIEVANCE.

☐ I ACCEPT THIS DECISION   ☑ I APPEAL THIS DECISION

**Exhibit 0-1.4**

| OFFENDER SIGNATURE | DOC I.D. | DATE |
|---|---|---|
| **OFFENDER'S COPY** Joseph Becker | 1090720 | 6/28/23 |

MO 931-3377 (9-22)   IRR# 1.52522

# Grievance Response

**To: Becker, Joseph # 1090720**

**Institution: JCCC**

**Grievance Number: JCCC 22-2229**

**Date of Grievance: 4/15/2023**

Your Grievance has been received and reviewed as well as your medical record. The purpose of this review is to determine if medically necessary health care, as determined by your health care providers, has been provided to you. This assessment of your medical needs may differ from your personal desires.

Your concern is understood to be, you did not receive adequate medical care for a finger injury.

Subsequent to review and investigation, the results are as follows: on 9/16/2021 you were assessed by a provider reporting pain for a time period of 1 month in your finger. X-rays were ordered at that time. Your fingers were buddy taped to provide support to finger. On 10/4/2021 you were seen by a provider for a follow up from x-ray appointment. You were diagnosed with a finger sprain and advised to wrap finger and be reassessed in 4 weeks. You were seen again on 11/4/2021 by a provider in which you were referred to orthopedic doctor. On 12/16/2021 you were seen again for a finger assessment and medication was refilled. You were assessed again on 2/7/2022 by a provider and had an approval for physical therapy. On 4/7/2022 you were assessed by a provider. MRI was ordered. On 4/11/2022 you were seen for a follow up for the MRI and orthopedic referrals. On 5/2/2022 you were seen for a review of the orthopedic and MRI referral as they had been denied. You were seen on 06/22/2022 by an outside physician and recommended additional occupational therapy. You were scheduled to see a provider for an occupational therapy follow-up and did not attend your appointment on 7/20/2022. You were scheduled for a follow up from an x-ray and did not keep that appointment on 7/20/2022. You were seen on 8/1/2022 where there was not a fracture indicated and MRI pending approval. You were seen again on 11/30/2022 and were advised to continue physical therapy. You were seen on 5/22/2023 by a provider to discuss MRI was denied and advised to continue occupational therapy.

In conclusion, you are receiving adequate medical care your finger. Continue to attend all appointments and follow care recommended by medical staff to ensure best outcome.

If your medical condition changes, please address any concerns through the sick call process at your facility.

___4/14/2023___    ___5/25/2023___
Date Received       Date of Response      Health Services Administrator

Site Provider/Designee

IRR#1.111822

Exhibit O-1.5



STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**OFFENDER GRIEVANCE**

## OFFENDER SECTION - MUST COMPLETE WITH INK

| OFFENDER NAME | DOC I.D. | HOUSING UNIT | UNIT | INSTITUTION |
|---|---|---|---|---|
| Brewer, Joseph | 1090720 | 3 | D104 | JCCC |

**OFFENDER GRIEVANCE OR REQUEST**

My grievance is the same as my original IRR# J.C.C.C.-22-2229
Declaration Statement of facts Articles 1 through 6
My request is the same as my original IRR# J.C.C.C.-22-2229
Declaration statement of facts Article 7
Please refer back to my entire original IRR# J.C.C.C.-22-2229
Declaration statement of facts consisting of 9 Articles and 2 pgs

| OFFENDER SIGNATURE | DOC I.D. | DATE |
|---|---|---|
| Joseph Brewer | 1090726 | 4/5/23 |

**CAO OR DESIGNEE RESPONSE**

| CHIEF ADMINISTRATIVE OFFICER OR DESIGNEE SIGNATURE | I.D NUMBER | DATE |
|---|---|---|
| Russell | 100087 | 6/16/23 |

YOU HAVE THE RIGHT TO APPEAL THE DECISION TO A DIVISION DIRECTOR. YOU MUST FILE AN APPEAL FORM WITH THE GRIEVANCE OFFICER WITHIN SEVEN DAYS FROM THE DAY YOU RECEIVE THIS DECISION. FAILURE TO SUBMIT AN APPEAL WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT OF THE GRIEVANCE.

☐ I ACCEPT THIS DECISION    ☑ I APPEAL THIS DECISION

Exhibit 0-1.5

| OFFENDER SIGNATURE | | DATE |
|---|---|---|
| Joseph Brewer | 1090720 | 6/28/27 |

MO 931-3377 (9-22)

IRR# 1.11822



STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**OFFENDER GRIEVANCE APPEAL**

INSTITUTION USE ONLY

GRIEVANCE NUMBER: _JCC 22-966_

DATE FILED: _____

**OFFENDER SECTION - MUST COMPLETE WITH INK**

OFFENDER NAME
Becker Joseph

DOC I.D. 1090720

INSTITUTION JCCC

REASON FOR APPEAL

My grievance Appeal is the same as my original IRR# J.C.C.C. 22-966
Declaration Statement of facts Articles 1 through 6
My request is the same as my original IRR# J.C.C.C. 22-966
Declaration Statement of facts Article 7
Please refer back to my entire Original IRR# J.C.C.C. 22-966
consisting of 3 pgs and 9 Articles and Exhibit labeled A-1

OFFENDER SIGNATURE
_Joseph Becker_

DOC I.D. 1090720

DATE 6/28/23

**DIVISION DIRECTOR OR DESIGNEE RESPONSE**

DIVISION DIRECTOR OR DESIGNEE SIGNATURE

**Exhibit0-1.6**

DATE

Finalization of this appeal represents exhaustion of this grievance pursuant to federal law, 28 CFRs 40.

OFFENDER SIGNATURE

DOC I.D.

DATE

MO 931-3378 (9-22)  IRRH 1.52522



STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**OFFENDER GRIEVANCE APPEAL**

**INSTITUTION USE ONLY**

GRIEVANCE NUMBER: _JCCC-22-2229_

DATE FILED: _____

**OFFENDER SECTION - MUST COMPLETE WITH INK**

OFFENDER NAME
Becker Joseph

DOC I.D.
1090720

INSTITUTION
JCCC

REASON FOR APPEAL

My grievance Appeal is the same as my original IRR # J.C.C.C-22-2229
Declaration Statement of facts Articles 1 through 6
My request is the same as my original IRR # J.C.C.C.22-2229
Declaration Statement of facts Article 7
Please refere back to my entire original IRR # J.C.C.C-22-2229
Declaration Statement of facts consisting of 9 Articles and 2 pgs

OFFENDER SIGNATURE
Joseph Becker

DOC I.D.
1090720

DATE
6/28/22

**DIVISION DIRECTOR OR DESIGNEE RESPONSE**

DIVISION DIRECTOR OR DESIGNEE SIGNATURE

Exhibit 0-1.7

DATE

Finalization of this appeal represents exhaustion of this grievance pursuant to federal law, 28 CFRs 40.

OFFENDER SIGNATURE

DOC I.D.

DATE

MO 931-3376 (9-22)     IRR # 1.11822